# Exhibit 5

# April 25, 2013 Letter from IRS

# Cincinnati, OH

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0062

In reply refer to: 0280144182
Apr. 25, 2013   LTR 168C   3
25-1099474   200909 03         1
                        00006030
                        BODC: LM


J J POWELL INC
% CLOYD VAN HOOK
301 SAINT CHARLES AVE STE 250
NEW ORLEANS  LA  70130-3137

)28763

            Taxpayer Identification Number:  25-1099474
                         Tax Period(s):  Sep. 30, 2009

                             Form:  720


Dear Taxpayer:

We have received your Form 843 request dated November 8, 2012.  After
review of the documentation on this account, we are removing the
Failure to Pay penalty of $3,201.12.  If you do not owe any other
taxes you will receive a refund within four to six weeks of the date
of this letter.

You may request review of other tax periods that you were audited on,
but you must file a separate Form 843 for each tax period for
consideration.

If you have any questions, please call Mr. Bowden at
859-669-4824 between the hours of 8:00 a.m. and
3:30 p.m. EDT.  This is not a toll-free number.

If you prefer, you may write to us at the address shown at the
top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.

Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____ Hours_____

Thank you for your cooperation.

```
                                                 0280144182
                                Apr. 25, 2013    LTR 168C    3
                                25-1099474    200909 03        1
                                                   00006031
```

```
J J POWELL INC
% CLOYD VAN HOOK
301 SAINT CHARLES AVE STE 250
NEW ORLEANS  LA   70130-3137
```

Sincerely yours,

*Angelia Reed* (signature)

Angelia Reed, Operations Manager
Centralized Excise