1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS


-----------------------------:

J.J. POWELL, INC.,                :

          Plaintiff,              :

                                  : Civil Action No.

          vs.                     : 1:13-cv-00353-LJB

                                  :

                                  :

THE UNITED STATES,                :

          Defendant.              :

-----------------------------:


          DEPOSITION OF J.J. POWELL, INC. THROUGH ITS

                DESIGNEE ROBERT KEITH POWELL

                State College, Pennsylvania

                Wednesday, December 10, 2014

                       9:33 a.m.



Reported by:  Stacey L. Daywalt

2

1          Deposition of J.J. Powell, Inc. through its

2             designee ROBERT KEITH POWELL taken

3     at:

4             Magisterial District Court, 49-1-01

5             131 South Fraser Street, Suite 5

6             State College, Pennsylvania  16801

7

8             Pursuant to notice, before Stacey L.

9     Daywalt, Notary Public in and for the Commonwealth

10    of Pennsylvania.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Powell, Robert Keith                                    December 10, 2014

3

```
1                    A P P E A R A N C E S
2      ON BEHALF OF PLAINTIFF:
3              CLOYD F. VAN HOOK, ESQUIRE
4              GUARISCO & GORDES, LLC
5              601 Poydras Street, Suite 2355
6              New Orleans, Louisiana 70130-6008
7              (504) 587-7007
8
9      ON BEHALF OF DEFENDANT:
10             JENNIFER DOVER SPRIGGS, ESQUIRE
11             U.S. DEPARTMENT OF JUSTICE
12             555 4th Street NW, Room 8116
13             Washington, DC  20044
14             (202) 307-0840
15
16
17
18
19
20
21
22
23
24
25
```

Powell, Robert Keith                                    December 10, 2014

4

C O N T E N T S

WITNESS:  Robert Keith Powell                          PAGE

          By Ms. Spriggs                                 5

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| 1 | Deponent Designation | 9 |
| 2 | List of tax exempt customers | 24 |
| 3 | Letter dated 8/1/14 | 50 |
| 4 | Motor Fuel Price Survey | 62 |
| 5 | Pacific Pride Fuel Card Order Form | 66 |
| 6 | Letter of Registration | 67 |
| 7 | Bellefonte Borough invoice | 72 |
| 8 | Lezzer Lumber invoice | 75 |
| 9 | Setup screen | 76 |
| 10 | Exemption Certificates | 77 |
| 11 | Claim for Refund and Request for Abatement | 81 |

Powell, Robert Keith                                    December 10, 2014

5

1                      P R O C E E D I N G S

2     Thereupon,

3                      ROBERT KEITH POWELL,

4     was called as a witness by Counsel for the

5     Defendant, and having been duly sworn by the Notary

6     Public, was examined and testified as follows:

7              EXAMINATION BY COUNSEL FOR DEFENDANT

8     BY MS. SPRIGGS:

9          Q.    And could you state your name for the

10    record?

11         A.    Robert Keith Powell.

12         Q.    And could you spell your last name?

13         A.    P-O-W-E-L-L.

14         Q.    My name is Jennifer Spriggs, and I'm here

15    today on behalf of the United States with respect

16    to a lawsuit that's been filed by J.J. Powell, Inc.

17    versus the United States.  You've been called here

18    today to testify with respect to that lawsuit.

19              Have you been designated to testify on

20    behalf of J.J. Powell, Inc.?

21         A.    Yes.

22         Q.    Do you have a written designation?

23         A.    Yes.

24         Q.    So it says, "Keith Powell will testify

25    for the plaintiffs on all matters relevant to this

Henderson Legal Services, Inc.

action except the preparation of Forms 8849, the Claim For Refund of Excise Tax."

A. **That's correct.**

Q. So are you prepared to testify on the matters set forth in the designation?

A. **Yeah.**

Q. Have you had your deposition taken before?

A. **I think so.**

Q. How many times?

A. **Maybe once or twice.**

Q. Okay. Well, today we have a court reporter here. She's transcribing what we say.

So if you will wait until I finish my question so that we don't overlap, because she's trying to take town what we say. And she will need for you to answer verbally because she needs to be able to transcribe what you say. So if you nod, she can't transcribe that.

If you don't understand any question I ask, let me know and I'll try to rephrase it.

Is there any reason today that you're not able to testify?

A. **No.**

Q. And if you need a break or anything like

Powell, Robert Keith                                    December 10, 2014

7

1    that, just let me know.

2            This deposition is taken pursuant to the

3    rules of o the Court of Federal Claims.

4            And where are you currently employed?

5        A.   **J.J. Powell, Incorporated.**

6        Q.   And could you give your business address?

7        A.   **109 West Prescott Street, Philipsburg,**

8    **Pennsylvania 16866.**

9        Q.   And what is your job title?

10       A.   **Vice president.**

11       Q.   And how long have you been vice

12   president?

13       A.   **Eighteen years.**

14       Q.   And where were you employed before J.J.

15   Powell?

16       A.   **Nowhere.**

17       Q.   Okay.  And what are your responsibilities

18   as the vice president?

19       A.   **My responsibilities include accounting,**

20   **operations of convenience stores, petroleum sales**

21   **and the oversight of Human Resources.**

22       Q.   And did you attend college?

23       A.   **I did.**

24       Q.   And where did you attend college?

25       A.   **Clarion University.**

Powell, Robert Keith                                December 10, 2014

8

1    Q.   And where is that located?

2    **A.   Clarion, Pennsylvania.**

3    Q.   And when did you graduate?

4    **A.   1990.**

5    Q.   And what was your degree in?

6    **A.   B.S. in finance.**

7    Q.   Do you have any graduate education?

8    **A.   I do.**

9    Q.   And what degree do you have?

10   **A.   I don't have a degree.**

11   Q.   Okay.  What is the graduate education?

12   **A.   Some Master's classes at University of**

13   **Phoenix.**

14   Q.   Okay.  In what field?

15   **A.   Business.**

16   Q.   And do you have any professional

17   licenses?

18   **A.   I do not.**

19   Q.   When you graduated from college, when did

20   you -- where did you start to work?

21   **A.   J.J. Powell.**

22   Q.   And what was your job when you started?

23   **A.   Head floor sweeper.**

24   Q.   Okay.  And how long did you do that?

25   **A.   A few years.  Still do it today when I**

Powell, Robert Keith                    December 10, 2014

9

1    need to.

2        Q.    During the periods in issue in this case,

3    which are the fourth quarter of 2009 through the

4    fourth quarter of 2010, could you describe what

5    J.J. Powell's business -- what business it's in?

6        A.    Sure.  We're in the petroleum

7    distribution business.

8        Q.    So when you say "distribution," what does

9    that mean?  Are you a wholesaler?

10       A.    We sell petroleum to -- primarily, to end

11   users, and we deliver it in a number of ways,

12   anywhere from a full tractor trailer load of fuel

13   down to someone pulling in to a gas station or a

14   cardlock fueling facility where they can get as

15   little as a gallon.

16            MS. SPRIGGS:  Before we go on, could you

17   mark this as Deposition Exhibit 1.

18            (Powell Deposition Exhibit No. 1 was

19   marked for identification.)

20   BY MS. SPRIGGS:

21       Q.    You were explaining how you delivered the

22   fuel to the end users.

23            And you said you deliver by truck?

24       A.    We deliver by truck, tractor trailer.  We

25   deliver by small truck, which can deliver anywhere

Powell, Robert Keith                    December 10, 2014

10

1    from 3,000 gallons to a percentage of a gallon.

2            We have gas stations.  We have cardlock

3    fueling facilities.  And we also deliver some

4    lubricants.

5            But primarily as far as the fuel

6    distribution goes, those four methods are the

7    primary methods that we employ.

8        Q.   And who are your end users?  In the

9    majority of your end users, who are they?

10       A.   The majority?  As far as a customer

11   account or as far as --

12       Q.   Yes.

13       A.   As far as a customer account, would

14   probably be heating oil customers.

15       Q.   You mentioned different -- you said you

16   have gas stations?

17       A.   We do.

18       Q.   And then you said you have a cardlock

19   system?

20       A.   Yes.

21       Q.   Could you explain just the difference?

22       A.   Sure.  The difference, a gas station is a

23   manned facility where there are cashiers and

24   typically a store combined with gas pumps.

25            The cardlock facility is an unmanned

Powell, Robert Keith                          December 10, 2014

11

1   facility that stands alone without a store that

2   just has fuel pumps.  An end user has a card that

3   will turn the pumps on and accesses those, any one

4   of those gasoline or diesel pumps, to put that fuel

5   into the vehicle they're driving.

6        Q.   So you have gas stations, cardlock system

7   and then you deliver by truck?

8        A.   Mm-hmm.

9        Q.   So those are the three basic ways that

10  you deliver?

11       A.   That's correct.

12       Q.   Now, if you go to a gas station, these

13  gas stations are -- what are they called?

14       A.   Snappy's Convenience Stores.

15            And I guess to maybe try and help you

16  out, there are no nontaxable sales there.

17       Q.   Okay.  Would anything identify J.J.

18  Powell if you go to a Snappy's Convenience Store?

19       A.   No.

20       Q.   So they just -- so the customer goes to

21  Snappy's Convenience.

22            And how are they billed?

23       A.   They are not billed.  They either pay

24  with cash or use their credit card.

25            So it's all -- the transaction is

Powell, Robert Keith                    December 10, 2014

12

1    conducted there, and there's no accounts

2    receivable.

3        Q.    Okay.  If you get an invoice -- if you're

4    at a Snappy's Convenience and you get an invoice or

5    receipt when you purchase the fuel.

6            So are the pumps -- so the fuel in the

7    pumps at Snappy's Convenience are provided by J.J.

8    Powell?

9        A.    They are.

10       Q.    So all of the pumps are only -- so J.J.

11   Powell is the only person providing the fuel at

12   Snappy's Convenience?

13       A.    Yes.

14       Q.    So if I go to Snappy's Convenience, I

15   purchase gas for my car, I typically would get a

16   receipt that says the number of gallons I purchased

17   and the price?

18       A.    Correct.

19       Q.    And that's it?

20       A.    Right.

21       Q.    There's nothing about tax on the receipt?

22       A.    No.

23       Q.    So the person at Snappy's will get a

24   receipt that says gallons purchased and price?

25       A.    Exactly, pretty much like any other gas

Powell, Robert Keith                                December 10, 2014

13

1    station in the country.

2         Q.   So if you go to the cardlock system, who

3    uses the cardlock system?

4         A.   Those are typically commercial customers,

5    businesses, government entities.

6         Q.   If one of your customers is a part of

7    your cardlock system, can they also go to Snappy's?

8         A.   No.

9         Q.   Okay.  So they have to go to a cardlock

10   station?  Is that what you call it?

11        A.   Correct.

12        Q.   So if your customer goes to the cardlock,

13   they purchase gas, does the receipt say gallons

14   purchased and show a price?

15        A.   No.

16        Q.   It doesn't show a price per gallon?

17        A.   They don't get a receipt.

18        Q.   Okay.  So no receipt.

19             So what do they get?

20        A.   At the end of the billing period, they

21   get an invoice.

22        Q.   And is there -- do you have a standard

23   billing procedure or does --

24        A.   I do.

25        Q.   So for your cardlock, when would they

Powell, Robert Keith                     December 10, 2014

14

1    receive a bill?

2         **A.    We've got a number of different billing**

3    **cycles, but typically it would be twice a month.**

4         Q.    And then what would they -- so when they

5    receive their invoice for the cardlock system, what

6    does it say?

7         **A.    It would -- it shows each individual**

8    **transaction with the gallons purchased, the price**

9    **per gallon, the total of the transaction and**

10   **whether or not there are taxes included or no tax.**

11        Q.    Now, what do you mean when you say it

12   shows whether tax is included or no tax?

13        **A.    On the taxes that are -- on the**

14   **transactions that are taxable, the note says "all**

15   **tax," and on the transactions that are nontaxable,**

16   **it says "no tax."**

17        Q.    Well, what does that mean in terms of --

18   you say there's a price?

19        **A.    Mm-hmm.**

20        Q.    You say there are gallons and there's a

21   price per gallon?

22        **A.    Mm-hmm.**

23        Q.    Which is the same thing that the customer

24   at Snappy's, he will have a price and number of

25   gallons?

Powell, Robert Keith                    December 10, 2014

15

1      A.    Yep.

2      Q.    There's no -- there's no tax when you go

3  to Snappy's?

4      A.    **No, there's no tax that shows up, but the**

5  **tax is included in the price.**

6      Q.    Okay.  The tax is included in the price

7  at Snappy's?

8      A.    **Yes.**

9      Q.    And so for your cardlock people or

10  customers, so is --

11      A.    **I'd be happy to show you, if that helps.**

12      Q.    Well, I'm trying to understand just the

13  procedure of what the --

14      A.    **It's just the billing is different.**

15  **There is -- it's two different systems.**

16      Q.    But you are giving -- the cardlock

17  customer does get a price per gallon?

18      A.    **Yes.**

19      Q.    And then you say something about whether

20  taxes included or taxes not included.

21         So some of your cardlock customers are

22  taxed?

23      A.    **Correct.**

24      Q.    And then some are not?

25      A.    **Correct.**

Powell, Robert Keith                                December 10, 2014

16

1    Q.    So if a cardlock customer is taxed, then
2    the receipt will show -- what will it show?
3    **A.    All tax.**
4    Q.    And then will there be a number?
5    **A.    No.**
6    Q.    No number?
7    **A.    No.**
8    Q.    So what does that mean in terms of the --
9    so does the price --
10    **A.    That means there are taxes included in**
11    **the price.**
12    Q.    So that means that the price they're
13    charged per gallon includes tax?
14    **A.    Tax.**
15    Q.    Now, for your tax exempt customers who
16    use cardlock, then what does their -- what would
17    their receipt show?
18    **A.    No tax.**
19    Q.    So it will show a price per gallon?
20    **A.    Correct.**
21    Q.    Number of gallons.  And then it will say
22    no tax.
23    And what does that mean?
24    **A.    That means there are no taxes included in**
25    **the per gallon price.**

Powell, Robert Keith                    December 10, 2014

17

1    Q.   So if you -- in your cardlock system, you

2    have prices -- you have different prices for

3    different customers?

4        **A.   Rarely.  The price of the fuel is rarely**

5    **different.  The total price between the taxable and**

6    **the nontaxable customer is different by the amount**

7    **of the tax.**

8        Q.   Well, as I'm understanding this system as

9    you describe it, the tax -- whether or not the tax

10   is included has to do with the price that's being

11   charged per gallon, because you said there are only

12   two things really on the receipt, gallons and

13   price; so the price either includes tax or doesn't

14   include tax.

15       **A.   Correct.**

16       Q.   So if you have nontaxable customers

17   purchasing gas or diesel fuel in your cardlock

18   system, then is their price in your cardlock system

19   different from the price for your commercial --

20   your commercial taxable customers?

21       **A.   The price is different by the amount of**

22   **the taxes, by an amount equal to the taxes that are**

23   **not being charged to that tax exempt customer.**

24       Q.   So the price per gallon will be

25   different?

Powell, Robert Keith                    December 10, 2014

18

1      A.    Correct.

2      Q.    So later on we'll try to go through and

3 look at some of the invoices, and so we should be

4 able to see for your commercial not taxable

5 customers a different price for gas per gallon than

6 the exempt entities?

7      A.    Exactly.

8      Q.    In this cardlock -- could you explain

9 what this cardlock system is?

10     **A.    It is a standalone fueling facility that**

11 **includes tanks underground, pumping system, gas**

12 **pumps on top of the ground, a card reader there**

13 **that accepts only specific commercial professional**

14 **fueling cards.**

15     Q.    What is that?

16           You said specific professional fueling

17 cards.

18     **A.    In Pennsylvania it is illegal to sell**

19 **retail -- a retail customer gasoline/diesel fuel at**

20 **an unattended site.**

21     Q.    You said in Pennsylvania it's illegal to

22 sell --

23     **A.    Gasoline or diesel fuel to a retail**

24 **customer at an unattended site.**

25     Q.    Okay.  But these are unattended sites.

Powell, Robert Keith                              December 10, 2014

19

1      A.    Correct.  That's why we can't sell to --
2  that's why you can't pull up there with your Visa
3  card and buy gas.
4           So it's only commercial customers that
5  can go to the cardlock facilities and get fuel.
6      Q.    So when the commercial customer goes to
7  the cardlock system, you said they have a card?
8      A.    Mm-hmm.
9      Q.    Could you tell me about the -- explain
10 the card?
11     A.    It's a card that is issued by J.J.
12 Powell.
13     Q.    Now, when you say -- well, what kind of
14 card is it?
15     A.    It's a Pacific Pride card.
16     Q.    Okay.  So you have a Pacific Pride card.
17          What is Pacific Pride?
18     A.    Pacific Pride is a cardlock fueling
19 network franchisor.
20     Q.    You said it's a --
21     A.    Cardlock fueling network franchisor.
22          You're getting an education today.
23     Q.    You said cardlock fueling?
24     A.    Cardlock fueling network franchisor.
25     Q.    Network franchisor.

Powell, Robert Keith                          December 10, 2014

20

1        So what does that mean?

2    A.    That means that Pacific Pride is

3    the franchise -- I'm not going to say that, am I?

4    They're a franchisor of cardlock fueling networks.

5    Q.    So they own the network?

6    A.    Right.

7    Q.    It's a network of fueling cards?

8    A.    Of fueling cards and fueling sites.

9    Q.    What is the -- is there a difference

10   between a fueling card and a credit card?

11   A.    No.  It's a mag stripe card.  It looks

12   like a credit card, has a mag stripe on the back.

13   It's pretty typical.

14   Q.    So the J.J. -- what is the card that J.J.

15   Powell issues?

16   A.    Is a Pacific Pride card.

17   Q.    It will say on it --

18   A.    It will say Pacific Pride J.J. Powell.

19   Q.    So whose card is it actually?  Is it

20   Pacific Pride's card or is it J.J. Powell's?

21   A.    It is actually J.J. Powell's card.

22   Q.    It's J.J. Powell's card?

23   A.    It is.

24   Q.    And is this a credit card?

25   A.    It is.

Powell, Robert Keith                      December 10, 2014

21

1      Q.    It's a credit card?

2      **A.    We carry the -- J.J. Powell carries the**

3   **credit.**

4            **So if we issue the card to a commercial**

5   **customer, that customer goes and uses that card at**

6   **a site, we are holding the credit, carrying the**

7   **credit, until we bill them biweekly.**

8      Q.    They can only use the card -- well, where

9   can they use the card?

10     **A.    They can use the card at any Pacific**

11  **Pride site.**

12     Q.    So what does -- how does that work if

13  they go to -- so these are sites that J.J. Powell

14  doesn't own?

15     **A.    J.J. Powell owns all the sites that we're**

16  **looking at today as far as taxable/nontaxable**

17  **sales, but these customers can go to a different**

18  **state, to a different site that is not owned by**

19  **J.J. Powell and use that card.**

20     Q.    But for the nontaxable entities involved

21  in this lawsuit, you're saying that they all

22  involve sites owned by J.J. Powell?

23     **A.    Correct.**

24     Q.    So the -- if a customer comes to you,

25  they want the fuel card, they fill out an

Henderson Legal Services, Inc.

Powell, Robert Keith                                    December 10, 2014

22

1    application, then what happens to it?  Does Pacific

2    Pride have a role in --

3        **A.   No.  We process the application, issue**

4    **the cards, carry the credit.**

5            **Pacific Pride only participates when they**

6    **are one of the transactions that we talked about**

7    **where a fueling customer from -- that we've issued**

8    **a card to --**

9            **(Phone rings.)**

10           MS. SPRIGGS:  Can we go off the record

11   for a moment, please?

12           (Discussion was held off the record.)

13   BY MS. SPRIGGS:

14       Q.   And just we were off the record and we

15   mentioned -- we were talking about the Pacific

16   Pride card.

17           And you -- could a customer use that card

18   at, say, a Walmart?

19       **A.   No.**

20       Q.   So it's not a credit card in that sense?

21       **A.   Correct.**

22       Q.   Okay.  When J.J. Powell is selling the

23   fuel to customers, where does J.J. Powell get its

24   fuel?

25       **A.   We procure fuel from pipeline terminals.**

Powell, Robert Keith                                    December 10, 2014

23

1    Q.    Okay.  And how do you -- and you pay for
2  that?

3    **A.    Correct.**

4    Q.    And are you charged tax, excise tax, on
5  that, those purchases?

6    **A.    We are.**

7    Q.    And you pay that?

8    **A.    We do.**

9    Q.    Okay.  And then how do you account for --
10  see -- or if you know, how does J.J. Powell account
11  for that tax when you pay for it on your books and
12  records?

13    **A.    So there's a general ledger account which**
14  **shows prepaid federal excise tax.**

15    Q.    So you have a general ledger and it's
16  prepaid excise?

17    **A.    Mm-hmm.**

18    Q.    And does that show up on your income
19  statement as an expense?

20    **A.    No.**

21    Q.    So it's not an operating expense?

22    **A.    No.**

23    Q.    What about your cost of goods sold?  Is
24  it a cost of goods sold?

25    **A.    Yes, it would have to be.**

Powell, Robert Keith                    December 10, 2014

24

1       But I'm not the accountant, so maybe I
2   should say I don't know how we would account for
3   that.
4       Q.   So you're not sure if it was an operating
5   expense?
6       A.   I'm not positive.
7       Q.   So are you sure about the general ledger
8   that it was treated as a prepaid excise tax?
9       A.   Yeah.
10      (Powell Deposition Exhibit No. 2 was
11  marked for identification.)
12  BY MS. SPRIGGS:
13      Q.   Are you familiar with this document?
14      A.   I am.
15      Q.   And could you explain what it is?
16      A.   That is a list of tax exempt customers.
17      Q.   Is this all of the tax exempt?
18      A.   I can't be sure that it's all of them,
19  but it looks like a pretty thorough list.
20      Q.   And it would include the customers who
21  purchased diesel and gasoline?
22      A.   It would.
23      Q.   And there are two columns.  One says --
24  on this form it says Certificate on Hand For Audit
25  Period.

25

1          Could you explain that column?

2     **A.    No.  I probably can, but I don't know**

3  **where this document came from.**

4     Q.    Okay.  You didn't prepare it?

5     **A.    I did not prepare that, no.**

6     Q.    Okay.  It wasn't prepared at J.J. Powell?

7     **A.    Not that I'm aware of.**

8     Q.    Okay.  So you wouldn't know some of

9  the -- for example, the Bellefonte School District,

10  there's no check where it says Certificate on Hand

11  For Audit Period.

12          So you wouldn't know anything about that,

13  or would you?

14     **A.    I don't.**

15     Q.    Okay.  Going back to the fueling stations

16  and the customers who come to use their cardlock

17  card, could you explain for the tax exempt

18  customers how you set their price when they go to

19  the card to use their cardlock system?

20          Do you have something at the actual pump

21  that would determine their price?

22     **A.    No.**

23     Q.    Okay.  So when they go to the pump, what

24  is happening?  Is it just --

25     **A.    They see the number of gallons they pump.**

Powell, Robert Keith                          December 10, 2014

26

1          They're mechanical pumps that do not

2     include pricing.

3          Q.   So nothing happens at the pump except --

4     for the cardlock system except you get the gallons

5     of gas?

6          A.   Correct.

7          Q.   So the pricing for the cardlock system is

8     all done at J.J. Powell?

9          A.   Correct.

10         Q.   Okay.  So explain to me how that happens.

11              You get information from the cardlock

12    stations?

13         A.   We do.  We pull that information every

14    night.

15              The price is determined prior to the sale

16    at J.J. Powell.

17         Q.   When you say "the price is determined

18    prior to the sale," what does that mean?

19         A.   Typically, we take a price survey on

20    Fridays, review the competitive prices.

21         Q.   So what is a price -- when you say "price

22    survey"?

23         A.   It's a list of competitors in the area

24    near the cardlock sites that includes their prices

25    for gas and diesel fuel.

Powell, Robert Keith                          December 10, 2014

27

1    Q.   So how do you get those prices?

2    A.   **Competitors are typically truck stops,**

3    **other gas stations; so it's as simple as driving**

4    **around and looking.**

5    Q.   So you get the competitors' prices.

6         And then what?

7    A.   **Then we see what our costs are and we try**

8    **to be somewhere at or near the competitive prices.**

9    Q.   Now, this is for all of your customers or

10   just for taxable customers?

11   A.   **All customers.  Well, as we look at the**

12   **competitive prices, those prices include tax.**

13   Q.   Okay.  So you would look at these prices

14   and determine a price for your taxable customers?

15   A.   **Correct.**

16   Q.   Then for your nontaxable customers, what

17   would you do to determine the price?

18   A.   **We don't do anything.  We just -- the**

19   **computer is set up to not charge those customers**

20   **taxes.**

21        **So we charge the same price for the fuel,**

22   **but the taxable customers also pay the amount of**

23   **the tax, where the nontaxable customers pay only**

24   **for the fuel.**

25   Q.   Okay.  Walk me through that, because you

Powell, Robert Keith                    December 10, 2014

28

1  just said you have a price for a taxable person, a

2  taxable customer.

3       A.    Yeah.

4       Q.    And that price you determine, use your

5  market survey, for the competitors in the area.

6            You came up with a price, and you said

7  that price was going to include tax?

8       A.    Correct.

9            **You want me to walk you through it from**

10 **there?**

11      Q.    Well, then I want to go to your

12 nontaxable, first, customer.

13      A.    Mm-hmm.

14      Q.    You're going to -- you said you compute

15 their price the, say, end of the month.  You're

16 going to get all of their gallons of gas pumped

17 from a cardlock station.

18           Then you're going to, you said, use the

19 same price because you said you use the same price

20 that you've determined.

21      A.    Correct.

22           **We start out with -- let's assume that**

23 **the competitive price is $3.  So we know that we're**

24 **going to set our price at $3 for taxable customers.**

25           **So for nontaxable customers let's assume**

Henderson Legal Services, Inc.

Powell, Robert Keith                    December 10, 2014

29

1    that the taxes, the federal and state taxes, come

2    to 50 cents.  So to get the price for the

3    nontaxable customers, it's $3 minus 50 cents; so it

4    should be $2.50.

5        Q.   So that's the computation that J.J.

6    Powell would do at the end of the month?

7        A.   No.  We do it every day.

8             There's tax flags set up, and each

9    transaction knows if the customer is federal

10   taxable, state taxable or a combination of either

11   one; and it only applies the price -- the tax --

12   the price to the transaction if it's warranted.

13       Q.   So a daily -- on a daily basis for

14   nontaxable customers, you have like a computer

15   program that is taking the gallons of gas,

16   multiplying it by --

17       A.   By -- for the taxable customers, by the

18   price of the fuel plus the taxes.

19       Q.   Well, that's just the competitive price.

20   You said --

21       A.   But on a daily basis we take -- the

22   taxable customer gets a transaction.  The

23   transaction gets pulled in from the site.  It gets

24   priced at the price that we had determined earlier

25   that includes both fuel and taxes.

Powell, Robert Keith                    December 10, 2014

30

1        For the nontaxable customer, when that

2    transaction comes in, ten gallons, it multiplies

3    that ten gallons by the price of fuel alone, and it

4    does not add the taxes.  So it would be $2.50

5    instead of $3 for the taxable customer, because the

6    price of the fuel is really $2.50.  Right?

7        The taxes -- let's call it 50 cents --

8    brings it up to $3.  That's where the competitive

9    survey is taken.  They include the taxes.

10       The nontaxable customer pays $2.50

11   because we don't charge them the taxes.

12   Q.   So the $3 which you said was the

13   competitive price that you had determined, the

14   price of fuel was really $2.50?

15   A.   That's correct.

16   Q.   And then you add --

17   A.   Then you add the 50 cents for the tax.

18   Q.   You add the 50 cents on to that

19   competitive price when you do the -- so your

20   program looks at the actual when you're computing

21   the price for the nontaxable --

22   A.   It actually backs off the taxes.

23       We put the price in as $3, and it backs

24   off the taxes.

25   Q.   And then it will show the price of the

Henderson Legal Services, Inc.

Powell, Robert Keith                        December 10, 2014

31

1    fuel without any tax?

2        A.    Correct.

3        Q.    Okay.  So the way that you have explained

4    the pricing of the fuel is a market based approach?

5        A.    Yes.

6        Q.    But I've seen some -- how does -- let me

7    rephrase.

8              When you are bidding for some of the tax

9    exempt government entities, do you bid sometimes on

10   a cost plus a profit margin basis?

11       A.    We do.

12       Q.    So can you explain the different pricing

13   models?

14       A.    In what sense?

15       Q.    Well, do you use -- do you only use the

16   cost -- when do you use this cost plus profit?

17       A.    When there is a bid typically that is a

18   contract bid for some period of years and the --

19   whether it's a school district -- I think in this

20   case we're talking about a school district -- or a

21   borough, they ask for a contractor a period of

22   years, and they specify how they want that product

23   to be priced; and typically they're asked for a

24   cost plus price.

25       Q.    So how do you determine the cost in that

Powell, Robert Keith                              December 10, 2014

32

1    scenario when it's a cost plus?

2        A.    Typically in those contracts, they will

3    ask to see some of our wholesale prices without tax

4    and they'll ask us to show them the price that we

5    pay for fuel at any point in time during the

6    contract just to make sure that we're using the

7    correct price.  And they also ask that we -- well,

8    they don't ask.  They demand that we do not charge

9    them taxes on those transactions.

10       Q.    What costs go into making up the costs

11   that you would submit?

12       A.    The cost of the fuel or the cost plus?

13       Q.    Well, is it -- yeah.  When you're looking

14   at the cost, is it just the cost of the fuel?

15       A.    Right.

16       Q.    It's just the cost of the fuel?

17            MR. VAN HOOK:  Can we go off the record a

18   second?

19            MS. SPRIGGS:  Sure.

20            (Discussion was held off the record.)

21   BY MR. VAN HOOK:

22       Q.    We were discussing what costs go into

23   what you would submit in a bid to one of the

24   entities?

25       A.    Yes.  So it's the cost of the fuel only.

Powell, Robert Keith                        December 10, 2014

33

1        On the invoice it would be the cost minus
2    the taxes.  It is typical for a petroleum company
3    to look at the cost of fuel only without taxes to
4    determine pricing.
5        Q.   And for the cost plus percentage profit,
6    so what does that percentage profit include?
7        A.   That includes our operating costs plus
8    any profit that we hope to make.
9        Q.   And what kind of operating costs would be
10   included?
11       A.   Transportation, electricity, maintenance,
12   credit carrying costs, property taxes, utilities.
13       Q.   Are you familiar with a document called a
14   product ranking report?
15       A.   I am.
16       Q.   Could you explain what that is?
17       A.   That is a document that shows costs that
18   may or may not include taxes from our suppliers.
19       Q.   And what do you use that document for?
20       A.   To review pricing and also at times to
21   price the contracts for school district bids that
22   we just talked about.
23       Q.   And how would you use it in that --
24       A.   If that school district has requested a
25   cost plus contract pricing methodology, that

Henderson Legal Services, Inc.

Powell, Robert Keith                     December 10, 2014

34

1  **product ranking report would be used to determine**

2  **the cost of the fuel.**

3        Q.   How would that -- how would the product

4  ranking report determine the cost for J.J. Powell?

5             You said you would use it for the bid.

6             So you would use that as J.J. Powell's

7  cost?

8        **A.   Right.  That's the cost from our**

9  **suppliers to us.**

10       Q.   Oh, from your suppliers?

11       **A.   Yeah.**

12       Q.   And is there any difference when you're

13  setting the price for diesel fuel and gasoline?  Do

14  you use the same methodology?

15       **A.   The methodology is the same.  The taxes**

16  **are different.**

17       Q.   So it's just a matter of backing out a

18  different tax?

19       **A.   Exactly right.**

20       Q.   Or identifying a different tax?

21       **A.   Right.  Yeah.**

22       Q.   Now, the customer that has the cardlock

23  system, that has the cardlock card, I just want to

24  make sure I understand.

25             They could not go to -- they have to go

Powell, Robert Keith                    December 10, 2014

35

1    to a cardlock site?

2        **A.    A Pacific Pride site, yes.**

3        Q.    What happens if one of your exempt

4    customers -- so they can't go to a retail?

5        **A.    No, they can't.**

6        Q.    They cannot?   Okay.

7              And how -- you said that when your tax

8    exempt customers go to the cardlock system, they're

9    flagged or there's a way that they're flagged for

10   taxes.

11             How are they identified?

12       **A.    How are who -- when you say "they," who?**

13       Q.    The tax exempt customers.

14       **A.    Identified?**

15       Q.    Yeah, how are they identified?

16       **A.    The accounts of -- when the fuel cards**

17   **get set up, that account is identified as either a**

18   **taxable or nontaxable account.**

19             **There are a number of different tax flags**

20   **set, including federal taxes and state taxes, and**

21   **there are yes/no flags that are set to determine**

22   **whether a customer should or should not be taxed.**

23       Q.    Going back to the Pacific Pride card and

24   Pacific Pride, does Pacific Pride have a

25   relationship with any of the other -- like any

Powell, Robert Keith                           December 10, 2014

36

1    other credit card issuer?

2        A.    When you say "credit card," do you also

3    mean a fueling network card, or do you mean a

4    credit card that can be used at a Walmart?

5        Q.    Well, for example, there was a reference

6    to something called AmeriNet on one of the

7    applications for the J.J. Powell card.

8        A.    Mm-hmm.  Yes, they do have a -- there are

9    more -- at a Pacific Pride site, there's a Pacific

10   Pride card that can be accepted.

11            AmeriNet is another card that Pacific

12   Pride issues, and the AmeriNet card was designed

13   more for truck stop type of businesses, but the

14   AmeriNet card can also be used at a Pacific Pride

15   site.

16            We do not issue AmeriNet cards.  We only

17   issue Pacific Pride cards.

18       Q.    So your card has no relationship with

19   AmeriNet or -- there's another card -- any other

20   credit card?

21       A.    Right.

22       Q.    On the application for the J.J. Powell

23   card, there's a reference to purchasers and

24   guarantors.

25            Do you know who the guarantors are?

Powell, Robert Keith                                    December 10, 2014

37

1      A.    I'm assuming that's in the credit

2   section, and a guarantor may be someone who is also

3   willing to pay for that fuel.  I'm not sure without

4   seeing the document.

5      Q.    Okay.  The other card that I was going to

6   ask you about is Wright Express.

7            Is that related to Pacific Pride at all?

8      A.    It may be related to Pacific Pride, but

9   we do not issue Wright Express cards and I don't

10  know what the relationship is between Wright

11  Express and Pac Pride.

12     Q.    For your tax exempt customers, do they

13  all have a Pacific Pride card?

14     A.    For the tax exempt customers that buy

15  fuel at Pacific Pride or you're talking about any

16  tax exempt customer?

17     Q.    Well, I guess my question is:  Do all the

18  tax exempts have to use the cardlock system and so

19  have to have a Pacific Pride card?  Is that how you

20  handle all the tax exempt?

21     A.    No.  We also deliver some fuel out of a

22  truck to tax exempt customers.

23     Q.    And is there a distinction between which

24  ones you deliver with a truck and --

25     A.    There is in that -- only in that the ones

Powell, Robert Keith                                December 10, 2014

38

1    that we deliver to in a truck may or may not also

2    have Pacific Pride cards.

3            But they typically would have their own

4    tank.  Let's say -- I think Morris Township Road

5    District is a customer who we delivered nontaxable

6    fuel to during the periods in question, and they

7    have a tank at their facility that we go and fill

8    and they then fuel their own vehicles.

9        Q.   And how does that work when you deliver

10   in a truck?  How do you price that fuel?

11       A.   That fuel gets priced at the cost minus

12   the taxes plus the operating expenses and profit

13   margin that we hope to obtain.

14       Q.   Okay.  You have to explain that.

15           So the price you said is going to be the

16   cost minus taxes plus -- so it's a cost plus?

17       A.   It's -- we determine that -- we typically

18   determine that price every Friday.  We set that

19   price based on the cost of the fuel without the

20   taxes included.

21           So again, if we're talking about that $3

22   fuel at retail and the actual cost of the fuel is

23   $2.50 without the tax, we start at the $2.50 and

24   then add some number to get to the price that we're

25   going to charge that nontaxable customer.

Henderson Legal Services, Inc.

Powell, Robert Keith                        December 10, 2014

39

1    Q.    You said you start with the cost and add

2    something?

3    **A.    We start with the cost of the fuel and**

4    **back out the tax that we've already paid.**

5    Q.    Okay.

6    **A.    So we prepaid that federal excise tax at**

7    **the rack, and now we add our operating expenses and**

8    **profit margin on to that number that does not**

9    **include the tax.**

10    Q.    And what is the -- you said the cost of

11    fuel.

12          That's going to be the cost from your

13    suppliers?

14    **A.    The cost from our suppliers.**

15    Q.    So that's the cost that you paid or J.J.

16    Powell paid, which included tax?

17    **A.    Which included tax.**

18    Q.    Then you're saying you back out the tax?

19    **A.    Once we back out the tax.  We only back**

20    **out the tax once.**

21    Q.    Well, you said we start with cost of the

22    fuel, which I'm assuming would include tax.

23    **A.    Right.  Then we back out that tax to get**

24    **to the net cost of just the fuel alone.  Then we**

25    **add on the operating expenses, profit margin.**

Powell, Robert Keith                        December 10, 2014

40

1       Q.    So what does that tax exempt customer,
2   what does their bill look like?
3       A.    You mind if I look at a document here and
4   I can do a better job of explaining it?
5       Q.    Okay.
6       A.    (Looking on computer.)
7             A customer's invoice, for example, would
8   say, "Fuel meets federal and state requirements for
9   on highway motor vehicle use, 15 parts per million
10  sulfur and ultra low sulfur diesel, 96.8 gallons at
11  2.679."
12      Q.    So I don't think I've seen an invoice
13  like this.
14      A.    No, you haven't seen these.  I pulled a
15  bunch of these yesterday just to show you.
16            This is a very small portion of the
17  nontaxable sales.
18      Q.    So can I -- what I'll do is I'll just
19  take this information down, and then maybe if you
20  could provide a copy, so -- because I haven't seen
21  this before.
22            So this is the client is --
23      A.    The client is Pleasant Gap Fire Company.
24      Q.    And it is what date?  Is there a date on
25  there?

Powell, Robert Keith                                    December 10, 2014

41

1       A.      Yeah, November 5th, 2010.

2       Q.     November 5th, 2010 invoice.

3       A.      You want the invoice number?

4               507034.

5       Q.     Invoice 507034.

6               So what we have is, this is on a

7    computer, a laptop, and this is an invoice for a

8    truck delivery from J.J. Powell to Pleasant Gap

9    Fire Company, and it's an invoice dated 11/5/2010

10   and it's Invoice Number 507034.

11              And we'll get a copy of this after the

12   deposition.

13      A.      Sure.

14      Q.     And this shows -- maybe you can walk us

15   through this again.  It shows --

16      A.      It shows an invoice for on road, on

17   highway motor vehicle fuel that meets the 15 parts

18   per million sulfur standard, 96.8 gallons at a

19   price of $2.679, for a total of $259.33.

20      Q.     So the tax exempt only sees -- they see

21   the gallons and then they see a price.

22              So they don't see the behind -- how you

23   developed that price?

24      A.      Right.

25      Q.     Now, for the fuel that's being purchased

Powell, Robert Keith                    December 10, 2014

42

1    here, which is?

2        **A.    Diesel fuel.**

3        Q.    Is diesel fuel.

4            So that $2.69 price, if you have another

5    tax exempt who is purchasing it using a fuel lock

6    card, are they going to get that same price?

7        **A.    No.**

8        Q.    Could you explain the difference?

9        **A.    There are different costs associated with**

10    **the delivery of fuel as opposed to the cardlock**

11    **delivery of fuel.**

12            **There are different market variances also**

13    **because we're competing with a different, totally**

14    **different, segment of the market in delivering**

15    **small truckloads of fuel as opposed to the**

16    **cardlock's competitors are typically truck stops,**

17    **gas stations, that kind of thing.**

18        Q.    So is the price -- do they pay a premium

19    for getting the delivery or how does it -- or can

20    you say?

21        **A.    It can go -- it can be either way.  There**

22    **can be times when our profit margin on the delivery**

23    **of fuel is better, and there are times when the**

24    **delivery through a cardlock is better.**

25            **And why that is or isn't, I can't really**

Powell, Robert Keith                    December 10, 2014

43

1    **explain.**

2        Q.   So we're looking at the total price here

3    on the invoice for Pleasant Gap Fire Company, the

4    2.69.

5            If we were just looking at the actual --

6    when I say the actual price, if we were not looking

7    at -- you said you added on the operating expenses

8    and profit margin.

9            So if you were to go back and we just

10   looked at the cost of that fuel minus the taxes,

11   then would the price for the fuel for the cardlock

12   customer, tax exempt customer, and the delivery

13   customer be the same?

14       **A.   Yes.**

15       Q.   Okay.  You said you pulled up some other

16   invoices today.

17           What other kinds of invoices were you

18   able to pull up?

19       **A.   More tax exempt transactions.  I wish I**

20   **would have brought some taxable transactions too**

21   **now.  But just other tax exempt transactions for**

22   **the fourth quarter of 2010.**

23           **So when Bob gets to the 8849, there**

24   **should be significant coverage of what he has.**

25       Q.   Okay.  Did you get involved at all with

Powell, Robert Keith                           December 10, 2014

44

1    the -- with maintaining the exempt certificates

2    that the tax exempt entities provided to J.J.

3    Powell?

4         A.   I know of the maintaining them.  I wasn't

5    physically involved in the process.

6         Q.   Who was involved in that process?

7         A.   At that time Angie Cuthburt was.

8         Q.   And what was her job?

9         A.   She was the fuel truck dispatcher.

10        Q.   So to your knowledge was there any

11   procedure for following -- sort of reviewing the

12   exempt certificates?

13        A.   There was.

14        Q.   What was the procedure?

15        A.   To review the exemption certificates on

16   an annual basis and get the updated certificates

17   that we needed.

18        Q.   And when did this procedure start?

19        A.   I don't know that.

20        Q.   And who was -- was Angie Cuthburt the

21   person who was in charge of this procedure?

22        A.   It was -- she was.

23        Q.   And was there anyone who reviewed what

24   she did?

25        A.   No.

Powell, Robert Keith                          December 10, 2014

45

1      Q.    Okay.  Did you have an outside -- did
2  J.J. Powell have an outside accountant?
3      **A.    No.**
4      Q.    So all of your accounting was internal?
5      **A.    Yes.**
6      Q.    So who was in charge of the internal
7  accounting?
8      **A.    Doug Goss was our comptroller.**
9      Q.    Do you know if he got involved at all
10  with reviewing the exempt certificates?
11      **A.    Not that I'm aware of.**
12      Q.    So to your knowledge were any -- were
13  there any accountants that were asked opinions
14  about the exempt certificates and whether they were
15  valid?
16      **A.    No.**
17      Q.    Were there any discussions at J.J. Powell
18  about the exempt certificates for the entities and
19  whether they were valid?
20      **A.    No.**
21      Q.    At J.J. Powell were you aware that the
22  exempt certificates were -- there were requirements
23  for maintaining the exempt certificates?
24      **A.    We were.**
25      Q.    But there was no -- so you said there was

Powell, Robert Keith                                    December 10, 2014

46

1    an annual review of the certificates?

2         A.    Right.

3         Q.    And then what was done at the annual

4    review?

5         A.    We would review the certificates.  And if

6    they were going to expire during the year, then we

7    would get an updated certificate.

8         Q.    Okay.  Now, when a client -- when you had

9    a tax exempt customer and you -- they wanted to use

10   your fuel lock system, how did you coordinate the

11   exempt certificate and the fuel lock card?

12        A.    So if that exempt customer applied for

13   fuel cards, we would immediately send them the

14   exemption certificates required or they would --

15   oftentimes they would just include them because

16   that's typical standard.  And so prior to issuing

17   the cards we would have a certificate on file.

18        Q.    And did someone verify that that was

19   actually the case, that there was a certificate on

20   file before they gave them a fuel card?

21        A.    As far as I know, yeah.

22        Q.    Were there instances where tax exempts

23   were using fuel cards, J.J. Powell's fuel cards,

24   and they did not have a valid certificate on file?

25        A.    No.

Powell, Robert Keith                          December 10, 2014

47

1     Q.   Did the exempt certificates that were

2   provided to J.J. Powell, did they indicate what

3   kind of fuel the tax exempt was purchasing?

4     **A.   I don't know that.**

5     Q.   Are you aware that many of the exempt

6   certificates that were submitted in this case for

7   the tax exempts purchased fuel from J.J. Powell,

8   many of them were signed by the tax exempt entity

9   after the beginning of the contract?

10    **A.   There were lots -- yeah, there were lots**

11  **of contracts that continued on and on, and those**

12  **exemption certificates, as long as they were within**

13  **three years, one could start -- there could be an**

14  **exemption certificate that existed prior to the**

15  **beginning of the contract; and as we went through**

16  **the contract, there would be another one to take**

17  **that one's place.**

18    Q.   Would you keep them together, because

19  what I have are just like the single page -- well,

20  I have a beginning date, an end date and then a

21  signature somewhere in the middle but nothing

22  behind it to show the history?

23    **A.   We should -- I assume we have them.   I**

24  **don't know for sure --**

25    Q.   Okay.

Powell, Robert Keith                    December 10, 2014

48

1    **A.    -- if we keep the old certificates.**

2    Q.    You said that when you did the -- when

3    you had the annual review of the certificates, I

4    think you mentioned something about if the

5    certificates are getting ready to expire you ask

6    for new -- when you say "expire," what do you mean?

7    **A.    The certificates are good for three**

8    **years.  So if that certificate is going to expire**

9    **in the current calendar year, then we ask for a new**

10   **certificate.**

11   Q.    Why do you think that they expire in

12   three years?  Where does --

13   **A.    There's a Treasury Code, I think, that**

14   **says that.**

15   Q.    And was there -- since earlier you said

16   you didn't talk to an accountant about this, who

17   would have advised you of this?

18   **A.    The Pennsylvania Petroleum Association.**

19   **And I think also from -- just from experience, we**

20   **had used those certificates and been audited many**

21   **times before.**

22   Q.    So you said the Pennsylvania Petroleum

23   Association provided you --

24   **A.    No, they didn't provide us with**

25   **certificates.**

Henderson Legal Services, Inc.

Powell, Robert Keith                          December 10, 2014

49

1     Q.    No, with information.

2     **A.    The Pennsylvania Petroleum Association**

3     **does provide us with information on a regular**

4     **basis, with newsletters and that kind of thing,**

5     **yeah, that specifically talk about tax**

6     **requirements, nontaxable requirements, that kind of**

7     **thing.**

8     Q.    But the three-year requirement, that's

9     J.J. Powell's -- that was J.J. Powell's -- that was

10    part of their review process?  They would be using

11    the three years as some sort of expiration date?

12    **A.    Yeah.  And I think it even said that on**

13    **the certificate.**

14    Q.    Okay.  So if three years was not the

15    correct date, then what would that mean for the

16    certificates that you have?

17    **A.    That would mean that they're not good.**

18    Q.    Okay.  And there was never -- was there

19    any discussion at J.J. Powell about whether three

20    years was the correct --

21    **A.    No.**

22    Q.    -- time period for the certificates?

23          MS. SPRIGGS:  Let's go off the record.

24          (Recess taken from 10:48 a.m. to 10:59

25    a.m.)

Henderson Legal Services, Inc.

Powell, Robert Keith                                    December 10, 2014

50

1          (Powell Deposition Exhibit No. 3 was

2    marked for identification.)

3    BY MS. SPRIGGS:

4        Q.    This is a document dated August 29th,

5    2014, and it's Plaintiff's response to some

6    informal discovery requests by the government.

7              Take a look at that document.

8              MR. VAN HOOK:  He's looking at the

9    letter.  He's not looking at the response.

10             MS. SPRIGGS:  Oh, okay.

11   BY MS. SPRIGGS:

12       Q.    Well, let me rephrase.  Exhibit 3 then

13   will be the letter to Plaintiff's Counsel.

14             The main thing I wanted you to look at

15   actually are the documents that are attached to the

16   letter.  And there are a series of exhibits.

17             Could you take a look at those exhibits?

18       A.    Sure.  (Complying.)  Mm-hmm.

19             What can I tell you about them?

20       Q.    So are you familiar with the documents?

21       A.    Yeah.

22       Q.    I only have one copy, so I have to -- so

23   Exhibit 1, could you just explain what that is?

24       A.    This is September 2009 exempt gas sales

25   through cardlock.  Bob Hummel had prepared this.

Powell, Robert Keith                                    December 10, 2014

51

1          And these are the exact gallons that have
2    been sold through our cardlock facilities.
3        Q.   So when we were talking about the
4    computation J.J. Powell would do for the cardlock
5    system, is this a part of it, part of that kind of
6    computation for the price?
7        A.   No.
8        Q.   Okay.  This is just the gallons?
9        A.   This is just the gallons used to help
10   prepare the 8849 and the state returns.
11       Q.   Okay.  And so when it says Schedule 10
12   there and there's some check marks, what does that
13   mean?
14       A.   I'll have to let Bob Hummel answer that
15   specifically, what Schedule 9 and Schedule 10 are.
16       Q.   And who would have prepared this?
17       A.   Bob Hummel.
18       Q.   And attached is Exhibit 2?
19       A.   Mm-hmm.
20       Q.   Could you explain what that document is?
21       A.   Be happy to.
22          This is the most raw form of the
23   transactions.  This is just after the transactions
24   have been pulled on a daily basis and they have
25   come into the computer where they all get priced

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Powell, Robert Keith                                   December 10, 2014

52

1    and prepared to be sent out on the invoice to all

2    of our customers.

3          And this shows the tax exempt flags that

4    we have discussed before, the selling price, the

5    approximate cost of the fuel.  It includes the

6    date, the time, the customer, the product based on

7    these product codes.  25 matches off road diesel

8    fuel.  45 would be an on road diesel fuel product.

9          And you can see the -- there's a

10   nontaxable and a taxable sale there together, the

11   45, with the price difference being -- what's that

12   come to -- 62 and a half cents, which is the amount

13   of the difference in the amount of the tax.

14        Q.   Could we go through that?

15        A.   Yeah.

16        Q.   You're looking at -- on Exhibit 2, you're

17   looking at -- what is it?

18        A.   That's the Centre County Transportation

19   Authority, I believe, is the official name of that,

20   but it's Centre County Office of Transportation.

21        Q.   And they purchase what product?

22        A.   They purchase Product 45.  Here.  This is

23   not easy to read, but Product 45, which is on road

24   diesel fuel, ultra low sulfur diesel fuel.

25          And Robinson Septic also purchased on

Powell, Robert Keith                                    December 10, 2014

53

1    road diesel fuel.

2        Q.    And Robinson, is that the taxable --

3        A.    They are taxable, yes.  And the tax flags

4    over here correspond with our tax flags.  There are

5    six tax flags and diesel fuel.  Federal excise is

6    first, state excise, state excise, county, city and

7    state sales tax.

8        Q.    So the Y's mean --

9        A.    So the Y's mean yes.

10       Q.    -- yes, they are taxable?

11       A.    Yes, they are taxable.

12             So there's actually two yeses on this

13   Centre County.  But they're the county and city,

14   and those tax rates are zero; so it doesn't mean

15   anything.

16             And on Robinson Septic, they have yeses

17   for all of them except sales tax, and diesel fuel

18   is not sales taxable in Pennsylvania.

19       Q.    Okay.

20       A.    And so the total of these applicable

21   taxes are 62.5 cents, and that's the difference in

22   price between Centre County and Robinson, the 2.859

23   minus 2.235.

24       Q.    So the unit -- the unit price is showing

25   the unit price that they would pay?

Powell, Robert Keith                    December 10, 2014

54

1      A.   Yeah.  And on -- we had supplied you with
2  some customer invoices so we could go back and look
3  at Centre County Transportation Authority.
4          When they get their invoice, we could
5  look at that specific day, time and location and
6  see that that transaction, September 1st, 2009,
7  would be right there.  (Looking on computer.)
8          I don't have Centre County Transportation
9  Authority.  That's perfect.  Let me find another
10  one here.  I would be happy to show you that.
11      Q.   I think I understand.
12          MR. VAN HOOK:  We'll just look at one
13  that's --
14          THE WITNESS:  Can I just -- so their
15  invoice, when they get an invoice every two weeks,
16  it looks like this.  (Indicating.)
17          So this is for Bellefonte Borough and it
18  shows each one of these transactions, but it breaks
19  them out by each card.  That would be the card
20  number that's listed right there, and now it will
21  show which site that card was used at, the time,
22  the date, the odometer, miles per gallon, product,
23  no tax on the price 2.234 on that day, 1/4/2010.
24  BY MS. SPRIGGS:
25      Q.   So you are looking at an individual --

Powell, Robert Keith                    December 10, 2014

55

 1        A.    Yes.

 2        Q.    Let me just jot this down.

 3              So this is an individual invoice for?

 4        A.    Bellefonte Borough.  I think we had

 5   supplied these to you.

 6        Q.    Bellefonte Borough?

 7        A.    Mm-hmm.

 8        Q.    And it's for June 3?

 9        A.    This is for --

10        Q.    1/31/10?

11        A.    1/31/10.  Invoice 010456- -- I'm sorry --

12   1003101.

13        Q.    Okay.  If you could look at Exhibit 2 to

14   this attached to the letter of August -- what is

15   that?  August 1st, 2014?

16        A.    August 1st, 2014.

17        Q.    And could you explain what that document

18   is?

19        A.    That is the edit print transactions.

20              Each night the computer system calls --

21   our fueling, cardlock fueling, computer calls out

22   to the unattended sites and pulls in the

23   transactions to the main cardlock fueling computer,

24   and it gathers all the transactions, prices them

25   and distributes them to the accounts that they

Powell, Robert Keith                        December 10, 2014

56

1    belong to.

2            It shows the customer, the driver, the

3    vehicle, the transaction date, the time, the

4    product, unit cost, the unit price, tax flags,

5    quantity, total of the sale and each site there

6    where the fuel had been purchased.

7        Q.    Can I take a look?

8        A.    Sure.

9        Q.    (Reviewing document.)

10            For something like U.S. Fish, which is on

11    Exhibit 2, is that a federal -- is that a tax

12    exempt?

13        A.    It is a tax exempt sale.  The flag's

14    there.

15        Q.    So it says no.

16            So that means no tax?

17        A.    No tax.

18        Q.    But there's yes to something?

19        A.    There's yes to city and local tax, but

20    those tax rates are zero; so in effect there's no

21    tax applied.

22        Q.    So their -- U.S. Fish and I guess

23    Wildlife is purchasing what?

24        A.    They are purchasing Product 25, which is

25    off road diesel fuel, which is nontaxable.  It's a

Powell, Robert Keith                                    December 10, 2014

57

1    nontaxable product, so there's nothing being taxed

2    on no matter what.

3        Q.    Okay.  Down here it shows Powell, Inc.?

4        A.    Yeah.  That's -- we're buying our own --

5    our trucks fuel there too.

6              So when our trucks go there and fuel, we

7    don't charge ourselves for our fuel.

8        Q.    Okay.  Well, what is this price you have

9    a price here.

10       A.    That's an estimated cost of that product,

11   but we don't charge ourselves.

12       Q.    Okay.  And Powell, Inc. is?

13       A.    J.J. Powell, Inc.

14       Q.    Oh, it's J.J. Powell?

15       A.    Yeah.

16       Q.    Up here it says buying host.

17       A.    Mm-hmm.

18       Q.    What does that mean?

19       A.    That's those transactions where, let's

20   say, Christoff Mitchell is another Pacific Pride

21   franchisee.  They may have issued a card to a

22   customer who then used it at our site that day, and

23   so that would be their customer.

24             That's just -- it shows what other

25   company's customers have purchased fuel at our

Powell, Robert Keith                                December 10, 2014

58

1    site.

2        Q.    Okay.  Now, this Beavertown, so that's

3    not -- that's taxed?

4        A.    That is taxable.

5        Q.    That is taxable?

6        A.    Yes.  And the last flag is a no for PA

7    sales tax, and fuel is not PA sales taxable.

8        Q.    And Exhibit 5.

9        A.    This is another report that's produced by

10   Bob Hummel in preparation of his 8849s.  That's

11   exempt diesel sales through the cardlock, and it's

12   a list of the exempt entities and the number of

13   gallons that they purchased.

14            And again, I don't know exactly what

15   Schedule 9 and Schedule 10 are.

16       Q.    Okay.  And Exhibit 6 says Customer

17   Federal Excise Report.

18       A.    Yes.  This is also a report that Bob uses

19   in preparation for the 8849.

20            He runs a report both for gas and diesel,

21   and these are cardlock transactions and on -- in

22   the sums, the number of gallons they've purchased

23   for the period specified in the report -- in this

24   instance it happens to be August of 2009, and it

25   shows a Patton Township -- I'm sorry -- Alpha Fire

Powell, Robert Keith                          December 10, 2014

59

1    Department located in Patton Township that had
2    purchased Product 45 on road diesel fuel.  They
3    purchased 119.55 gallons, multiplied by the federal
4    excise tax rate of 24.3.
5              That shows that there's $29.05 that Bob
6    will eventually apply for a refund on the 88.49.
7         Q.   How does that relate to the -- can I see
8    that for a second?  So you have a quantity --
9              (Phone rings.)
10             MS. SPRIGGS:  We'll go off the record for
11   a moment.
12             (Discussion was held off the record.)
13             THE WITNESS:  So the 119.55 is the number
14   of gallons that that exempt customer purchased for
15   that month, and Bob then sums all these over here
16   on his report for the exempt diesel sales through
17   the cardlock.
18   BY MS. SPRIGGS:
19        Q.   Oh, okay.  So quantity.  And this -- the
20   2905?
21        A.   Is just the 119 multiplied by the federal
22   excise tax rate.
23             MR. VAN HOOK:  Which you've already paid
24   and you're going to get back again.  I'm sorry.
25   BY MS. SPRIGGS:

Powell, Robert Keith                        December 10, 2014

60

1      Q.   But the fire department, they were

2   charged -- how does this -- so you're saying that

3   the fire department was not charged this tax?

4      **A.   Right.**

5      Q.   So you're just multiplying that amount by

6   the gallons?

7      **A.   Yes, exactly.**

8      Q.   Exhibit 7, I'm not sure.  I think I had

9   asked about this, the top, because there's no

10   identifier on that one.

11          THE WITNESS:  Is that exempt federal or

12   exempt --

13   BY MS. SPRIGGS:

14      Q.   If you don't know, we will --

15      **A.   I'm going to suggest asking Bob because**

16   **he will.**

17      Q.   Exhibit 8, I think I had asked you about

18   this earlier.  I guess this is the product ranking

19   report.

20      **A.   It is.  It's a product ranking report.**

21          **At least daily we get price changes from**

22   **suppliers.  Bob Hummel also produces this report,**

23   **and it just shows the cost without tax.  So this is**

24   **backing out the tax, cost minus the tax, from all**

25   **of our suppliers for a number of different products**

Powell, Robert Keith                        December 10, 2014

61

1    that we can purchase.

2              So a 500 part per million low sulfur

3    nontaxable off road in locomotive fuel of 15 parts

4    per million, ultra low sulfur diesel nontaxable

5    fuel, just keep -- 15 parts per million ultra low

6    sulfur diesel, which would be a taxable fuel.  But

7    again, this is product cost without any taxes

8    included in this report, and it's just for our

9    reference to see what we're paying to be able to

10   determine the pricing for both nontaxable and

11   taxable customers based on the product cost.

12             And then for the taxable customers, we

13   would add the tax in.  For the nontaxable, we would

14   not add tax.

15   Q.    Okay.  And Exhibit 9, are you familiar

16   with this?

17             It says third quarter, 2009 federal

18   exempt diesel.

19   A.    Yep.  This is another report that Bob

20   Hummel produces, and he used that in preparation

21   for his 8849.

22             It includes the fuel management or the

23   cardlock sales, and it lists each individual entity

24   that had exempt sales and the number of gallons

25   that they purchased by month.  And it also shows

Powell, Robert Keith                              December 10, 2014

62

1   these delivered gallons that were delivered off a

2   truck to the locations owned by the exempt

3   entities.

4          Q.    So the fuel management?

5          A.    Means the same as cardlock.

6                So these will match up to the report, the

7   other two reports that are in here, both -- so

8   this -- so they would match up to this report and

9   also to the 119.55, which was the fire department.

10  which fire department was that?  Alpha Fire

11  Department.

12               The 119.55 for August matches up to

13  119.55 for August for Alpha Fire Department.

14         Q.    Okay.  If you could mark this as Exhibit

15  4.

16               (Powell Deposition Exhibit No. 4 was

17  marked for identification.)

18  BY MS. SPRIGGS:

19         Q.    And this is the motor fuel price survey.

20               And are you familiar with this?

21               Well, it's a part of it, a page of it.

22         A.    I am familiar with this.

23         Q.    Could you explain what that is?

24         A.    This is a price survey that we typically

25  take on a weekly basis that helps us determine the

Powell, Robert Keith                         December 10, 2014

63

1  prices that we would like to set for the cardlock

2  transactions.

3      Q.   And why did you -- is it just for

4  cardlock?

5      A.   We do only use this for cardlock.

6      Q.   And why?

7      A.   Because it's a survey of other

8  competitors to the cardlock fueling system.

9           It's got truck stops and other places

10 that typically sell diesel fuel and gasoline to --

11 in a method that is similar to the cardlock.

12          So people are coming and putting the gas

13 in their vehicle at all these locations.

14      Q.   So it gives the name of the entity and

15 then it shows -- for example, it says Snappy's

16 State College.

17          But isn't that J.J. Powell?

18      A.   It is.  But Snappy's is -- I guess could

19 also be considered a competitor of a cardlock site

20 because there are some commercial customers that

21 might have a Wright Express card that you mentioned

22 before that is a competitor to the Pacific Pride

23 facility, and that Wright Express card can be used

24 at a retail location, a Snappy's or a gas station,

25 that kind of thing.

Powell, Robert Keith                               December 10, 2014

64

1        So these are all places that compete with
2    the cardlock facilities, and so we take the survey
3    and try to set our price accordingly.
4        Q.   So you have handwritten -- these are
5    prices that you determine just from going around?
6        A.   Mm-hmm.
7        Q.   And then you have something that says our
8    price.  You have a price column and you have our
9    price.
10       A.   And price change too.
11            So each week we -- Cathy Herman, a girl
12   in our office, fills out the price of the
13   competitors.  She writes in what our prices are at
14   our nearest card locks, and then my brother
15   typically changes -- what we're going to change our
16   price to, he writes in this last column to reset
17   our price for the week going forward.
18       Q.   And so what is the process for changing
19   the price?
20       A.   Just comparing our price to the
21   competitors, and we also look at which way fuel
22   price is changing.  Do we expect it to go up?  Do
23   we expect it to go down?  And just kind of make an
24   educated guess as to what's the best thing to do
25   for the following week.

Powell, Robert Keith                                December 10, 2014

65

1    Q.   So that's a price per gallon that you
2    have when you go around to the --
3    A.   Right.
4    Q.   Okay.  So --
5    A.   And these prices all include taxes.
6    Q.   Yeah.
7    A.   And then if it's a tax exempt, that's
8    when they have the nos on there, then the computer
9    backs out those taxes, the 62 and a half cents or
10   the 52 cents on gasoline.
11        So a tax exempt customer buying in
12   cardlock isn't going to pay 2.99 for diesel.
13   They're going to pay 62 and a half cents less.
14   Q.   Okay.  So you have two -- you explained
15   two different methodologies for pricing today
16   because you mentioned the -- you use the market
17   survey.  That's one?
18   A.   Which is this.  (Indicating.)  Right?  Or
19   no?
20   Q.   Well, I thought you were talking about
21   the product ranking.
22   A.   Oh, the product ranking report.  Yeah.
23   Okay.
24   Q.   Is that a different?
25   A.   Yeah.  The product ranking report

Powell, Robert Keith                    December 10, 2014

66

1    shows -- we use that more for the fuel that we

2    deliver with trucks.

3        Q.    Okay.

4        A.    This is what we use to price the -- this

5    motor fuel price survey is what we use to price the

6    cardlock sites.

7            The fuel that we deliver off the truck is

8    more based off the cost of the fuel, but those

9    prices that competitors charged are not published

10   for deliveries from a truck; so it's a little more

11   standard, probably a little bit more of a standard

12   procedure, where it's typically cost plus and add

13   on.

14       Q.    Okay.

15           (Powell Deposition Exhibit No. 5 was

16   marked for identification.)

17   BY MS. SPRIGGS:

18       Q.    And are you familiar with this document?

19       A.    I am.

20       Q.    We talked about it earlier, that it is

21   the application for the fuel lock card.

22           Is that what this is?

23       A.    That is correct.

24       Q.    And the question I had asked, if you look

25   at Paragraph Number 11, it talks about guarantors.

Powell, Robert Keith                           December 10, 2014

67

1          And I didn't know if that would jog your
2    memory or if there's some specific category of
3    individual that is always a guarantor or --
4          **A.    No.   I think purchaser and guarantor in**
5    **that instance are the same.**
6          Q.    Okay.  And it says -- so the terms of
7    cardlock use, and it says down at the bottom --
8    let's see -- "I have made the above statements for
9    the purpose of obtaining credit."
10         So the credit they're talking about is?
11         **A.    Is that the money that is owed by the**
12   **purchaser to J.J. Powell, Incorporated, because**
13   **they will be billed every two weeks.**
14         **So they buy their fuel for two weeks, and**
15   **they don't get an invoice until after the two weeks**
16   **are over.  So they're going to owe us some amount**
17   **of money.**
18         Q.    Okay.
19         (Discussion was held off the record.)
20         (Recess taken from 1130 a.m. to 11:42
21   a.m.)
22         MS. SPRIGGS:
23         (Powell Deposition Exhibit No. 6 was
24   marked for identification.)
25   BY MS. SPRIGGS:

Powell, Robert Keith                                    December 10, 2014

68

1    Q.    Are you familiar with this document?
2          It's called letter of registration.
3    **A.    Yes.**
4    Q.    And could you explain what it is?
5    **A.    I can read what it is.  It's an**
6    **application for registration for certain excise tax**
7    **transactions has been approved pursuant to the IRC**
8    **Code 4101, and it shows our UV number.**
9    Q.    Okay.  Were you involved in the request
10   for -- or involved with the application for the
11   registration?
12   **A.    No.**
13   Q.    Okay.  Did you get involved at all with
14   keeping up with the status of the registration?
15   **A.    No.**
16   Q.    And do you know what the registration was
17   for?
18   **A.    For tax exempt sales.**
19   Q.    Okay.  In what way?
20   **A.    In -- for selling the fuel to tax exempt**
21   **entities.**
22   Q.    Okay.  Who would this letter have come
23   to?
24   **A.    It would have -- likely -- in 1994, I**
25   **don't know.**

Powell, Robert Keith                    December 10, 2014

69

1    Q.    Okay.  Would you have reviewed it?

2    **A.    No.**

3    Q.    You say in 1994 you don't know.

4          Do you know now who it would go to?

5    **A.    It would likely wind up with Bob Hummel.**

6    Q.    Because on the second page of this

7    document it's dated September 7th, 2011.

8          So do you know who would have received

9    that letter?

10   **A.    I would assume Bob Hummel.**

11   Q.    Okay.  Now, going back to the first page

12   of this document, it gives -- it says your

13   registration number.  It gives your registration

14   number.  That's for J.J. Powell.

15         It says, "Your company is registered as

16   an ultimate vendor of diesel fuel."

17         Do you know what that -- do you know what

18   that means?

19   **A.    I don't know.**

20   Q.    Okay.  It says, "This allows your company

21   to claim a credit or refund of the federal excise

22   tax on your sale of undyed diesel fuel."

23         What is undyed diesel fuel?

24   **A.    At that time that would have been fuel**

25   **that was meant for a nontaxable use -- I'm sorry --**

Powell, Robert Keith                          December 10, 2014

70

1    for a taxable use.

2              Undyed would have been taxable at that

3    point.  Dyed would have been nontaxable.

4         Q.   Okay.  Is there an indicator when you

5    sell diesel fuel that lets you know whether it's

6    undyed or not?

7         A.   On an invoice you mean or --

8         Q.   Well, for example, if you -- this

9    registration says you can claim a refund of federal

10   excise tax on the sale of this particular diesel

11   fuel.

12        A.   Mm-hmm.

13        Q.   So when you go -- when J.J. Powell

14   applies for a credit or refund, does it have

15   documentation that shows that it was undyed diesel

16   fuel that they're claiming?

17        A.   Yes.  Yes.

18        Q.   And what would that be?

19        A.   That would be the description of the

20   product.

21        Q.   And that would be on?

22        A.   On invoices.

23        Q.   It would be on the invoice to the tax

24   exempt?

25        A.   To the tax exempt customer, yes.

Powell, Robert Keith                                    December 10, 2014

71

1    Q.   Okay.  And now, the next paragraph says,
2    "A certificate from a farmer or a state or local
3    government must be obtained and must be renewed
4    every 12 months."
5         Are you familiar with that protocol?
6    **A.   No, I was not.**
7    Q.   That was 1994.
8         So from 1994 no one ever discussed that
9    the certificates must be renewed every 12 months?
10   **A.   No, and we have been through many, many**
11   **audits since 1994.**
12   Q.   Okay.  Did J.J. Powell file any excise
13   tax returns?  Do you know?
14   **A.   We -- at one time I know we did before**
15   **the excise taxes were moved to the rack.  I think**
16   **at one time the excise taxes we submitted.**
17   Q.   When was that?
18   **A.   I don't remember.**
19   Q.   Do you remember what returns you filed,
20   J.J. Powell filed?
21   **A.   No, I don't.**
22   Q.   But currently for the periods in issue in
23   this suit, there were no like Form 720s filed or
24   any excise tax returns filed?
25   **A.   No.  No.**

Powell, Robert Keith                           December 10, 2014

72

1    Q.   So the second page of this exhibit says,

2  notification of change in registration.

3         Do you know why there was a change in

4  registration?

5    **A.   No, I do not.**

6    Q.   Because it says -- it just says something

7  about, "Your previous registration number" -- gives

8  the same number on the first page -- "was issued to

9  conduct tax free transactions."  It says, "Is no

10  longer valid and has been reissued due to a change

11  in the Internal Revenue Service numbering system."

12         Do you know what that means?

13    **A.   Only that the Internal Revenue Service**

14  **must have changed their numbering system.**

15    Q.   And are you aware of any time when the

16  registration was suspended for any reason?

17    **A.   No.**

18    Q.   I think have an invoice from an entity

19  you talked about earlier.  Just want to show you

20  parts of this.  I want to take the first and last.

21         (Powell Deposition Exhibit No. 7 was

22  marked for identification.)

23  BY MS. SPRIGGS:

24    Q.   And are you familiar with this document?

25    **A.   I am.**

Powell, Robert Keith                                    December 10, 2014

73

1    Q.   And could you explain what it is?

2    A.   This is an invoice for cardlock purchases

3    made by Bellefonte Borough for the period ending

4    July 31, 2009.

5    Q.   And so it shows different -- on the first

6    page, is it showing --

7    A.   The first page it shows each card number,

8    the name that the Bellefonte Borough has assigned

9    to that card, where the purchases were made, the

10   date, the time, the product, the unit measure,

11   taxable or nontaxable status, quantity, and the

12   price and the extended amount.

13   Q.   So the price -- this is for -- so the

14   first --

15   A.   The first transaction is no lead, which

16   is unleaded regular gasoline.  The price is 2.094.

17   Q.   And then what is the amount?

18   A.   The amount is 37.69.

19   Q.   No.  I'm saying in the column.

20        Are we looking at the same --

21   A.   (Reviewing document.)

22   Q.   We're looking at the same -- let me

23   get -- you're at 3855.

24        So the amount, the 37.69, what is that?

25   A.   That is the quantity multiplied by the

Powell, Robert Keith                        December 10, 2014

74

1    price.

2         Q.   So that's the amount that they would owe?

3         A.   Owe, yes.

4         Q.   Okay.  So then on the last page, what

5    is --

6         A.   I can explain that.

7         Q.   Okay.  It's --

8         A.   The prompt pay volume discount?

9         Q.   Yeah.

10        A.   Okay.  So we gave our customers who

11   purchase more volume during the course of the

12   billing period to take a discount on their fuel

13   purchases, so a customer who purchases between 100

14   and 299 gallons during the two-week period or

15   whatever the billing period may be, to take two

16   cents per gallon off this invoice if they pay by

17   September 9th -- I'm sorry -- September 11th of

18   2009.

19             So the more gallons a customer uses, the

20   greater the discount that we give them the

21   opportunity to take if they pay within ten days.

22        Q.   Okay.  But it's not related at all to --

23        A.   Not at all, to taxes.

24        Q.   -- to taxes?

25        A.   (Indicating negatively.)

Powell, Robert Keith                    December 10, 2014

75

1          (Powell Deposition Exhibit No. 8 was

2    marked for identification.)

3    BY MS. SPRIGGS:

4        Q.   And this is an invoice for -- is it

5    Lezzer Lumber?

6        A.   Lezzer Lumber.

7        Q.   And are you familiar with this document?

8        A.   I am.

9        Q.   And could you explain what it is?

10       A.   This is an invoice for Lezzer Lumber for

11   the period ending July 31st, 2009, and it shows

12   similar information to the invoice we just

13   reviewed, except on the second page it shows all

14   tax rather than no tax.

15       Q.   On the second page?

16       A.   Second page, all tax.

17       Q.   So if you look under the opening

18   odometer --

19       A.   Yep.  It shows the product they

20   purchased, the gallons, all tax, the quantity and

21   the price of the fuel.

22       Q.   So that means -- what does that mean?

23       A.   The price of the fuel?

24       Q.   No.  The all tax.

25       A.   All tax?  That means that they are set up

Powell, Robert Keith                    December 10, 2014

76

1    on a description of all tax in these tax flags that

2    we set up where this would be for a taxable

3    customer, and the no tax is set up for a

4    nontaxable -- an exempt customer.

5         Q.   So you're looking at --

6         A.   At a setup screen on the cardlock fueling

7    network computer where we assign descriptions and

8    set the yes/no tax flags based on the product,

9    which is diesel, and the state, Pennsylvania, and

10   all the different taxes, the borough, federal

11   excise, state excise, city, county and the sales

12   tax.

13             So when someone is taxable, that

14   description is all tax, and someone who is

15   nontaxable, that description shows up on the

16   invoice as no tax.

17        Q.   Okay.  Could you -- I may have that -- I

18   want to put that as an exhibit.  I may have a copy

19   of it.

20        A.   If not, you're welcome to have this one.

21        Q.   We'll just label this Exhibit 9.

22             (Powell Deposition Exhibit No. 9 was

23   marked for identification.)

24   BY MS. SPRIGGS:

25        Q.   Well, we'll just keep that so we'll know

Henderson Legal Services, Inc.

Powell, Robert Keith                                    December 10, 2014

77

1    that that's what you were referring to.

2              So when the price is computed then for

3    the Lezzer Lumber, then for example on the second

4    page, the 2.879 which says all tax is a quantity of

5    62.14 gallons.

6         **A.    Correct.**

7         Q.    So that price would include tax?

8         **A.    Federal excise, state, two state taxes,**

9    **yes, which on the diesel fuel come to 62.4 or 5**

10   **cents.**

11        Q.    So if we go back to compare to the tax

12   exempt, the Bellefonte Borough --

13        **A.    Mm-hmm.**

14        Q.    -- where the taxable customer, it says

15   all tax on the invoice, then for the nontaxable it

16   says no tax?

17        **A.    Correct.**

18        Q.    And that's standard.

19              So that's the standard procedure?

20        **A.    Yep, that is the -- and that comes right**

21   **off these tax flags that are set up where it says**

22   **all tax, and for the tax exempt customers, it says**

23   **no tax.**

24        Q.    Okay.

25              (Powell Deposition Exhibit No. 10 was

Powell, Robert Keith                          December 10, 2014

78

1    marked for identification.)

2    BY MS. SPRIGGS:

3        Q.    And Exhibit 9, these are the exemption

4    certificates provided by J.J. Powell.

5              Are you familiar with these?

6        A.    Yes.

7        Q.    So when these came into the office, were

8    they provided to you?

9        A.    No.  They would have gone to Angie

10   Cuthburt.

11       Q.    Okay.  So when -- let's take -- on the

12   first page, this is the exemption provided by Alpha

13   Fire Department, and it identifies that the

14   purchaser is a state -- let's see -- is a state or

15   local government and that taxable fuel, to which

16   the certificate relates, is purchased for the

17   exclusive use of the purchaser.

18             But it just says taxable fuel.  It

19   doesn't identify what they're purchasing.

20             So is there anywhere on the certificate

21   that you know of where the entity indicates what

22   they're purchasing?

23       A.    Only that it's taxable fuel.

24       Q.    Okay.  Well, when they say "taxable

25   fuel," what does that mean?

Powell, Robert Keith                    December 10, 2014

79

1      A.    That would mean diesel fuel, gasoline,
2  any fuel that we would deliver that is taxable
3  they're claiming to be tax exempt.
4      Q.    Okay.  So for this first one, then it
5  says -- it checks all orders placed by the
6  purchaser for the period beginning 4/1/08 and
7  ending 4/1/11, and then it says, a period not to
8  exceed 12 calendar quarters will be for the
9  exclusive use of the state or local government.
10          So did J.J. Powell prepare these and
11  provide these to the Alpha Fire Department or did
12  Alpha Fire Department prepare their own?
13      A.    In preparing it -- I'm not sure what you
14  mean by preparing it.
15      Q.    Well, did you -- is this a form that J.J.
16  Powell sent to Alpha Fire Department and said, fill
17  this out, or did Alpha Fire Department prepare a
18  form and just send it to you?
19      A.    Could have been either way.
20      Q.    You don't recall which?
21      A.    No.
22      Q.    Okay.  So J.J. Powell started selling to
23  Alpha Fire Department on 4/1/08.  Is that correct?
24      A.    Probably a long time before that.
25      Q.    Okay.  But for this certificate 4/1/08?

Powell, Robert Keith                          December 10, 2014

80

1    A.    Yeah.

2    Q.    And what date is it signed?

3    A.    7/27/2010.

4    Q.    Okay.  So explain what happened between

5    4/1/08 and 7/27/2010 in terms of J.J. Powell was --

6    they were purchasing fuel from J.J. Powell and

7    saying they were tax exempt?

8    A.    They were.  And whether or not they had a

9    certificate with us that was signed in a different

10   date or time, I don't know.

11   Q.    Okay.  And the others are similar.

12         But could you just look through and just

13   verify that these are all -- I think there's

14   something.  There may be something attached at the

15   back in addition to the claims.

16         Is there a claim for a refund at the very

17   back of yours?

18   A.    Yeah.

19         You want to take that?

20   Q.    I'll just make that a separate exhibit.

21   So let's take that one off.

22         But other than the claim for refund --

23   A.    They generally look like exemption

24   certificates.

25   Q.    That were submitted?

Powell, Robert Keith                    December 10, 2014

81

1      A.    Yes.

2      Q.    So it's fair to say that for many of the

3   certificates, according to what we have in front of

4   us, J.J. Powell was providing or selling fuel to

5   the government entities, and it appears that they

6   in many cases signed for -- signed their

7   certificate months after the -- they had already

8   purchased the gas or fuel?

9      A.    No, I don't know that that's true or not

10  true, because we may have had certificates prior to

11  these that would have covered the same period or a

12  period that overlaps the periods that these cover.

13     Q.    Okay.  But from what we have in front of

14  us --

15     A.    Yep.

16     Q.    -- there were --

17     A.    The dates don't necessarily match.

18     Q.    Okay.

19           (Powell Deposition Exhibit No. 11 was

20  marked for identification.)

21           (Discussion was held off the record.)

22  BY MS. SPRIGGS:

23     Q.    So I've handed you Exhibit 11, which are

24  the claims for refund filed by J.J. Powell.

25           And are you familiar with these

Powell, Robert Keith                                    December 10, 2014

82

1    documents?

2        A.    I am.

3        Q.    And did you prepare them?

4        A.    I did not.

5        Q.    And do you know, can you read whose

6    signature --

7        A.    That is my signature.

8        Q.    You signed it?

9        A.    I did.

10       Q.    Okay.  And can you explain the claims for

11   refund?

12       A.    These, after we went through the appeal

13   process, were denied, we had to file a claim for

14   these refunds so that we could bring this action.

15       Q.    Okay.  And on the first claim for the

16   period July 1, 2009 through September 30th, 2009,

17   and under the explanation it says, "Exemption

18   certificates were maintained for a period not to

19   exceed 12 calendar quarters in accordance with

20   Treasury Regulation 48.4041-15(b) as opposed to 12

21   calendar months in accordance with Publication 510.

22   See attached appeal for additional information."

23            So could you explain the grounds for the

24   claim?

25       A.    For the explanation?

Powell, Robert Keith                                    December 10, 2014

83

1       Q.   Yes.

2       **A.   The Treasury Reg 48.4041 states that an**

3   **exemption certificate is good for a period of 12**

4   **calendar quarters.**

5       Q.   So does Treasury Reg 48.4041-15 apply to

6   J.J. Powell?

7       **A.   I believe so.**

8       Q.   And was it in effect in 2009 through

9   2010?

10      **A.   I believe so.**

11      Q.   Okay.  If it was not -- well, strike

12  that.

13           It says the exemption certificates that

14  we just looked at were maintained for a period not

15  to exceed 12 calendar quarters.

16      **A.   Correct.**

17      Q.   So that was J.J. Powell's policy?

18      **A.   That was what we believed to be the**

19  **federal government's policy.**

20      Q.   And that's in accordance with the

21  Treasury Regulation you cite?

22      **A.   Right.**

23      Q.   Okay.  Did you look at any other

24  regulations?

25      **A.   We would have received information,**

Henderson Legal Services, Inc.

Powell, Robert Keith                      December 10, 2014

84

1    particularly from the Pennsylvania Petroleum

2    Association with regard to its regulations.

3            But did we read all the documents that

4    came out of the Internal Revenue Service?  No.

5        Q.    Was there any discussion about whether

6    this regulation applied to J.J. Powell?

7        A.    Not prior to our audit.

8        Q.    Okay.  And there was no discussion about

9    whether there were other regulations that could

10   apply to J.J. Powell in terms of the exemption

11   certificates?

12       A.    No.

13       Q.    And the grounds for the claims are the

14   same on all of the claims for refund?

15       A.    Correct.

16            MS. SPRIGGS:  Why don't we take a short

17   break and I'll see if I have any further questions

18   for you?

19            (Recess was taken from 12:21 p.m. to

20   12:24 p.m.)

21   BY MS. SPRIGGS:

22       Q.    I have a few questions about the audit.

23            So when the IRS -- at the conclusion of

24   the audit, did you have a discussion with the

25   agent?

Powell, Robert Keith                                    December 10, 2014

85

1       A.   I was not there, but the agent had a

2   discussion with Bob Hummel and Doug Goss in our

3   office.  And then they called me on the phone, and

4   I talked with Doug Goss.

5       Q.   Okay.  And what was the -- what did you

6   discuss?

7       A.   The discussion with Doug Goss was that

8   the agent believed that these exemption

9   certificates were not maintained properly and that

10  we owed the -- based on his calculations, we owed

11  the IRS roughly $250,000, but if we paid $80,000

12  today, that it would be done with and over.

13      Q.   Okay.  And did you discuss with the

14  agent -- was there a discussion with the agent

15  about the problem with the exemption certificates?

16      A.   Not with me.

17      Q.   So you didn't have --

18      A.   I didn't -- I'm sorry -- I didn't talk

19  with the agent that day.  I only talked with Doug

20  Goss.

21      Q.   Okay.  And then was there a general

22  discussion with J.J. Powell about the exemption

23  certificates?

24      A.   At some time later, yes.

25           MS. SPRIGGS:  Can we go off the record?

Powell, Robert Keith                              December 10, 2014

86

1          (Discussion was held off the record.)

2      BY MS. SPRIGGS:

3          Q.    So was there a discussion at J.J. Powell

4      about the problems with the -- the agent's problems

5      with the certificates?

6          A.    Yeah.  So we -- once I got back to the

7      office and talked with Bob and Doug and my brother

8      Jeff, we discussed the exemption certificates,

9      decided we should call the Pennsylvania Petroleum

10     Association to see what they know about -- what

11     they knew about the three-year certificates,

12     audits, all that kind of thing, talked with them.

13          They gave me the number to Cloyd Van

14     Hook, who I then talked with, and we started going

15     through this whole process.

16          Q.    Did you make any changes in terms of how

17     the exemption certificates are handled?

18          A.    Yes.

19          Q.    And what happened?

20          A.    We now use the form that is suggested by

21     Publication 510 and get them every 12 months.

22          Q.    And when did you start with the using

23     that form?

24          A.    Immediately after the audit.

25          Q.    And what did you do?  Did you -- in terms

Powell, Robert Keith                    December 10, 2014

87

1  of did you go and have the exempt entities all fill

2  out new forms, or what did you do?

3       A.   We did.   Yep, that's exactly.   We just

4  sent them out to all the exempt entities and got

5  new forms from all of them.

6       Q.   Did they cover any of the periods that

7  are in issue?

8       A.   No.

9       Q.   So it was going forward?

10      A.   Going forward.

11      Q.   So in terms of what's in issue, the

12 documents all remained the same?   No changes to

13 that?

14      A.   That's correct.   Yes.

15      Q.   You mentioned that J.J. Powell thought it

16 was three calendar quarters?

17      A.   Three calendar years, 12 calendar

18 quarters.

19      Q.   I mean 12 calendar quarters.

20           And is there any -- and did you also have

21 alternatives or was that your --

22      A.   No, there was no other alternative.

23      Q.   That was just that was the procedure?

24      A.   The one, yep, federal excise tax

25 exemption form that we believed existed.

Powell, Robert Keith                          December 10, 2014

88

1    Q.    And you had been audited before, you
2    said?
3        A.    **Many, many times.**
4    Q.    And no one had said anything about the --
5        A.    **Exemption certificates, no.**
6    Q.    This was the first time you'd been
7    audited on the exemption certificates?
8        A.    **No.  We'd been audited on the exemption**
9    **certificates in every audit, federal excise audit,**
10   **prior to that for many years.**
11   Q.    Did you -- were you involved with
12   appeals?  Did you go to IRS appeals?
13       A.    **No, I don't think we did.**
14           MR. VAN HOOK:  He didn't.
15           THE WITNESS:  I'm sorry.  I don't know
16   the exact process.
17   BY MS. SPRIGGS:
18   Q.    You weren't involved in that.  Okay.
19           MS. SPRIGGS:  I think I have no further
20   questions.
21           MR. VAN HOOK:  For him or for anyone?
22           MS. SPRIGGS:  No.  For him.
23           (Whereupon, the deposition was adjourned
24   at 12:30 p.m.)
25

Powell, Robert Keith                    December 10, 2014

89

1                  ACKNOWLEDGMENT OF DEPONENT

2

3              I, _____, do hereby

4       acknowledge that I have read and examined the

5       foregoing testimony, and the same is a true, correct

6       and complete transcription of the testimony given by

7       me, and any corrections appear on the attached Errata

8       Sheet signed by me.

9

10

11      _____    _____

12        (DATE)                  (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

Powell, Robert Keith                          December 10, 2014

90

1   State of Pennsylvania

2   County of Franklin, to wit:

3           I, Stacey L. Daywalt, a Notary Public of

4   the State of Pennsylvania, County of Franklin, do

5   hereby certify that the within-named witness

6   personally appeared before me at the time and place

7   herein set out, and after having been duly sworn by

8   me, according to law, was examined by Counsel.  I

9   further certify that the examination was recorded

10  stenographically by me and this transcript is a

11  true record of the proceedings.

12          I further certify that I am not of

13  counsel to any of the parties, nor an employee of

14  counsel, nor related to any of the parties, nor in

15  any way interested in the outcome of this action.

16              As witness my hand and Notarial Seal

17  this 22nd day of December, 2014.

18

19

20              Stacey L. Daywalt, Notary Public

21  My Commission Expires:    February 10, 2018

22

23

24

25

Henderson Legal Services, Inc.

Powell, Robert Keith                                    December 10, 2014

1

**A**

**abatement** 4:19
**able** 6:18,23
18:4 43:18
61:9
**accepted** 36:10
**accepts** 18:13
**accesses** 11:3
**account** 10:11
10:13 23:9,10
23:13 24:2
35:17,18
**accountant** 24:1
45:2 48:16
**accountants**
45:13
**accounting** 7:19
45:4,7
**accounts** 12:1
35:16 55:25
**acknowledge**
89:4
**acknowledgm...**
89:1
**action** 1:6 6:1
82:14 90:15
**actual** 25:20
30:20 38:22
43:5,6
**add** 30:4,16,17
30:18 38:24
39:1,7,25
61:13,14 66:12
**added** 43:7
**addition** 80:15
**additional** 82:22
**address** 7:6
**adjourned**
88:23
**advised** 48:17
**agent** 84:25 85:1
85:8,14,14,19
**agents** 86:4

**allows** 69:20
**alpha** 58:25
62:10,13 78:12
79:11,12,16,17
79:23
**alternative**
87:22
**alternatives**
87:21
**amerinet** 36:6
36:11,12,14,16
36:19
**amount** 17:6,21
17:22 27:22
52:12,13 60:5
67:16 73:12,17
73:18,24 74:2
**angie** 44:7,20
78:9
**annual** 44:16
46:1,3 48:3
**answer** 6:17
51:14
**appeal** 82:12,22
**appeals** 88:12
88:12
**appear** 89:7
**appeared** 90:6
**appears** 81:5
**applicable**
53:20
**application** 22:1
22:3 36:22
66:21 68:6,10
**applications**
36:7
**applied** 46:12
56:21 84:6
**applies** 29:11
70:14
**apply** 59:6 83:5
84:10
**approach** 31:4
**approved** 68:7

**approximate**
52:5
**area** 26:23 28:5
**asked** 31:23
45:13 60:9,17
66:24
**asking** 60:15
**assign** 76:7
**assigned** 73:8
**associated** 42:9
**association**
48:18,23 49:2
84:2 86:10
**assume** 28:22,25
47:23 69:10
**assuming** 37:1
39:22
**attached** 50:15
51:18 55:14
80:14 82:22
89:7
**attend** 7:22,24
**audit** 24:24
25:11 84:7,22
84:24 86:24
88:9,9
**audited** 48:20
88:1,7,8
**audits** 71:11
86:12
**august** 50:4
55:14,15,16
58:24 62:12,13
**authority** 52:19
54:3,9
**aware** 25:7
45:11,21 47:5
72:15

**B**

**b** 4:6 8:6 82:20
**back** 20:12
25:15 35:23
39:4,18,19,19

39:23 43:9
54:2 59:24
69:11 77:11
80:15,17 86:6
**backing** 34:17
60:24
**backs** 30:22,23
65:9
**based** 31:4
38:19 52:6
61:11 66:8
76:8 85:10
**basic** 11:9
**basis** 29:13,21
31:10 44:16
49:4 51:24
62:25
**beavertown**
58:2
**beginning** 47:9
47:15,20 79:6
**behalf** 3:2,9
5:15,20
**believe** 52:19
83:7,10
**believed** 83:18
85:8 87:25
**bellefonte** 4:14
25:9 54:17
55:4,6 73:3,8
77:12
**belong** 56:1
**best** 64:24
**better** 40:4
42:23,24
**bid** 31:9,17,18
32:23 34:5
**bidding** 31:8
**bids** 33:21
**bill** 14:1 21:7
40:2
**billed** 11:22,23
67:13
**billing** 13:20,23

14:2 15:14
74:12,15
**bit** 66:11
**biweekly** 21:7
**bob** 43:23 50:25
51:14,17 58:10
58:18 59:5,15
60:15,22 61:19
69:5,10 85:2
86:7
**books** 23:11
**borough** 4:14
31:21 54:17
55:4,6 73:3,8
76:10 77:12
**bottom** 67:7
**break** 6:25
84:17
**breaks** 54:18
**bring** 82:14
**brings** 30:8
**brother** 64:14
86:7
**brought** 43:20
**bunch** 40:15
**business** 7:6
8:15 9:5,5,7
**businesses** 13:5
36:13
**buy** 19:3 37:14
67:14
**buying** 57:4,16
65:11

**C**

**c** 3:1 4:1 5:1
**calculations**
85:10
**calendar** 48:9
79:8 82:19,21
83:4,15 87:16
87:17,17,19
**call** 13:10 30:7
86:9

Powell, Robert Keith                                      December 10, 2014

2

**called** 5:4,17
   11:13 33:13
   36:6 68:2 85:3
**calls** 55:20,21
**cant** 6:19 19:1,2
   24:18 35:4,5
   42:25
**car** 12:15
**card** 4:12 11:2
   11:24 18:12
   19:3,7,10,11
   19:14,15,16
   20:10,10,11,12
   20:14,16,19,20
   20:21,22,24
   21:1,4,5,8,9,10
   21:19,25 22:8
   22:16,17,20
   25:17,19 34:23
   35:23 36:1,2,3
   36:4,7,10,11
   36:12,14,18,19
   36:20,23 37:5
   37:13,19 42:6
   46:11,20 54:19
   54:19,21 57:21
   63:21,23 64:14
   66:21 73:7,9
**cardlock** 9:14
   10:2,18,25
   11:6 13:2,3,7,9
   13:12,25 14:5
   15:9,16,21
   16:1,16 17:1
   17:17,18 18:8
   18:9 19:5,7,18
   19:21,23,24
   20:4 25:16,19
   26:4,7,11,24
   28:17 34:22,23
   35:1,8 37:18
   42:10,24 43:11
   50:25 51:2,4
   55:21,23 58:11

58:21 59:17
   61:23 62:5
   63:1,4,5,8,11
   63:19 64:2
   65:12 66:6
   67:7 73:2 76:6
**cardlocks** 42:16
**cards** 18:14,17
   20:7,8 22:4
   35:16 36:16,17
   37:9 38:2
   46:13,17,23,23
**carries** 21:2
**carry** 21:2 22:4
**carrying** 21:6
   33:12
**case** 9:2 31:20
   46:19 47:6
**cases** 81:6
**cash** 11:24
**cashiers** 10:23
**category** 67:2
**cathy** 64:11
**centre** 52:18,20
   53:13,22 54:3
   54:8
**cents** 29:2,3
   30:7,17,18
   52:12 53:21
   65:9,10,13
   74:16 77:10
**certain** 68:6
**certificate** 24:24
   25:10 46:7,11
   46:17,19,24
   47:14 48:8,10
   49:13 71:2
   78:16,20 79:25
   80:9 81:7 83:3
**certificates** 4:17
   44:1,12,15,16
   45:10,14,18,22
   45:23 46:1,5
   46:14 47:1,6

47:12 48:1,3,5
   48:7,20,25
   49:16,22 71:9
   78:4 80:24
   81:3,10 82:18
   83:13 84:11
   85:9,15,23
   86:5,8,11,17
   88:5,7,9
**certify** 90:5,9,12
**change** 64:10,15
   72:2,3,10
**changed** 72:14
**changes** 60:21
   64:15 86:16
   87:12
**changing** 64:18
   64:22
**charge** 27:19,21
   30:11 32:8
   38:25 44:21
   45:6 57:7,11
**charged** 16:13
   17:11,23 23:4
   60:2,3 66:9
**check** 25:10
   51:12
**checks** 79:5
**christoff** 57:20
**cite** 83:21
**city** 53:6,13
   56:19 76:11
**civil** 1:6
**claim** 4:18 6:2
   69:21 70:9
   80:16,22 82:13
   82:15,24
**claiming** 70:16
   79:3
**claims** 1:1 7:3
   80:15 81:24
   82:10 84:13,14
**clarion** 7:25 8:2
**classes** 8:12

**client** 40:22,23
   46:8
**cloyd** 3:3 86:13
**code** 48:13 68:8
**codes** 52:7
**college** 1:16 2:6
   7:22,24 8:19
   63:16
**column** 25:1
   64:8,16 73:19
**columns** 24:23
**combination**
   29:10
**combined** 10:24
**come** 25:16 29:1
   51:25 52:12
   68:22 77:9
**comes** 21:24
   30:2 77:20
**coming** 63:12
**commercial**
   13:4 17:19,20
   18:4,13 19:4,6
   21:4 63:20
**commission**
   90:21
**commonwealth**
   2:9
**company** 33:2
   40:23 41:9
   43:3 69:15,20
**companys** 57:25
**compare** 77:11
**comparing**
   64:20
**compete** 64:1
**competing**
   42:13
**competitive**
   26:20 27:8,12
   28:23 29:19
   30:8,13,19
**competitor**
   63:19,22

**competitors**
   26:23 27:2,5
   28:5 42:16
   63:8 64:13,21
   66:9
**complete** 89:6
**complying**
   50:18
**comptroller**
   45:8
**computation**
   29:5 51:4,6
**compute** 28:14
**computed** 77:2
**computer** 27:19
   29:14 40:6
   41:7 51:25
   54:7 55:20,21
   55:23 65:8
   76:7
**computing**
   30:20
**conclusion**
   84:23
**conduct** 72:9
**conducted** 12:1
**considered**
   63:19
**continued** 47:11
**contract** 31:18
   32:6 33:25
   47:9,15,16
**contractor**
   31:21
**contracts** 32:2
   33:21 47:11
**convenience**
   7:20 11:14,18
   11:21 12:4,7
   12:12,14
**coordinate**
   46:10
**copy** 40:20
   41:11 50:22

Powell, Robert Keith                                    December 10, 2014

3

76:18
**correct** 6:3
  11:11 12:18
  13:11 15:23,25
  16:20 17:15
  18:1 19:1
  21:23 22:21
  23:3 26:6,9
  27:15 28:8,21
  30:15 31:2
  32:7 49:15,20
  66:23 77:6,17
  79:23 83:16
  84:15 87:14
  89:5
**corrections** 89:7
**correspond** 53:4
**cost** 23:23,24
  31:10,16,16,24
  31:25 32:1,12
  32:12,14,14,16
  32:25 33:1,3,5
  33:25 34:2,4,7
  34:8 38:11,16
  38:16,19,22
  39:1,3,10,12
  39:14,15,21,24
  43:10 52:5
  56:4 57:10
  60:23,24 61:7
  61:11 66:8,12
**costs** 27:7 32:10
  32:10,22 33:7
  33:9,12,17
  42:9
**counsel** 5:4,7
  50:13 90:8,13
  90:14
**country** 13:1
**county** 52:18,20
  53:6,13,13,22
  54:3,8 76:11
  90:2,4
**course** 74:11

**court** 1:1 2:4
  6:12 7:3
**cover** 81:12 87:6
**coverage** 43:24
**covered** 81:11
**credit** 11:24
  20:10,12,24
  21:1,3,6,7 22:4
  22:20 33:12
  36:1,2,4,20
  37:1 67:9,10
  69:21 70:14
**current** 48:9
**currently** 7:4
  71:22
**customer** 10:10
  10:13 11:20
  13:12 14:23
  15:17 16:1
  17:6,23 18:19
  18:24 19:6
  21:5,5,24 22:7
  22:17 28:2,12
  29:9,22 30:1,5
  30:10 34:22
  35:22 37:16
  38:5,25 40:1
  43:12,12,13
  46:9,12 52:6
  54:2 56:2
  57:22,23 58:16
  59:14 65:11
  70:25 74:13,19
  76:3,4 77:14
**customers** 4:9
  10:14 13:4,6
  15:10,21 16:15
  17:3,16,20
  18:5 19:4
  21:17 22:23
  24:16,20 25:16
  25:18 27:9,10
  27:11,14,16,19
  27:22,23 28:24

  28:25 29:3,14
  29:17 35:4,8
  35:13 37:12,14
  37:22 40:7
  52:2 57:25
  61:11,12 63:20
  74:10 77:22
**cuthbert** 44:7
  44:20 78:10
**cycles** 14:3

──────────
**D**

**d** 5:1
**daily** 29:13,13
  29:21 51:24
  60:21
**date** 40:24,24
  47:20,20 49:11
  49:15 52:6
  54:22 56:3
  73:10 80:2,10
  89:12
**dated** 4:10 41:9
  50:4 69:7
**dates** 81:17
**day** 29:7 54:5,23
  57:22 85:19
  90:17
**days** 74:21
**daywalt** 1:21
  2:9 90:3,20
**dc** 3:13
**december** 1:17
  90:17
**decided** 86:9
**defendant** 1:11
  3:9 5:5,7
**degree** 8:5,9,10
**deliver** 9:11,23
  9:24,25,25
  10:3 11:7,10
  37:21,24 38:1
  38:9 66:2,7
  79:2

**delivered** 9:21
  38:5 62:1,1
**deliveries** 66:10
**delivering** 42:14
**delivery** 41:8
  42:10,11,19,22
  42:24 43:12
**demand** 32:8
**denied** 82:13
**department**
  3:11 59:1 60:1
  60:3 62:9,10
  62:11,13 78:13
  79:11,12,16,17
  79:23
**deponent** 4:8
  89:1
**deposition** 1:14
  2:1 6:7 7:2
  9:17,18 24:10
  41:12 50:1
  62:16 66:15
  67:23 72:21
  75:1 76:22
  77:25 81:19
  88:23
**describe** 9:4
  17:9
**description** 4:7
  70:19 76:1,14
  76:15
**descriptions**
  76:7
**designated** 5:19
**designation** 4:8
  5:22 6:5
**designed** 36:12
**designee** 1:15
  2:2
**determine** 25:21
  27:14,17 28:4
  31:25 33:4
  34:1,4 35:21
  38:17,18 61:10

  62:25 64:5
**determined**
  26:15,17 28:20
  29:24 30:13
**developed** 41:23
**didnt** 25:4 48:16
  48:24 67:1
  85:17,18,18
  88:14
**diesel** 11:4
  17:17 18:19,23
  24:21 26:25
  34:13 40:10
  42:2,3 52:7,8
  52:24,24 53:1
  53:5,17 56:25
  58:11,20 59:2
  59:16 61:4,6
  61:18 63:10
  65:12 69:16,22
  69:23 70:5,10
  70:15 76:9
  77:9 79:1
**difference** 10:21
  10:22 20:9
  34:12 42:8
  52:11,13 53:21
**different** 10:15
  14:2 15:14,15
  17:2,3,5,6,19
  17:21,25 18:5
  21:17,18 31:12
  34:16,18,20
  35:19 42:9,12
  42:13,14 60:25
  65:15,24 73:5
  76:10 80:9
**discount** 74:8,12
  74:20
**discovery** 50:6
**discuss** 85:6,13
**discussed** 52:4
  71:8 86:8
**discussing** 32:22

discussion 22:12
  32:20 49:19
  59:12 67:19
  81:21 84:5,8
  84:24 85:2,7
  85:14,22 86:1
  86:3
discussions
  45:17
dispatcher 44:9
distinction
  37:23
distributes
  55:25
distribution 9:7
  9:8 10:6
district 2:4 25:9
  31:19,20 33:21
  33:24 38:5
document 24:13
  25:3 33:13,17
  33:19 37:4
  40:3 50:4,7
  51:20 55:17
  56:9 66:18
  68:1 69:7,12
  72:24 73:21
  75:7
documentation
  70:15
documents
  50:15,20 82:1
  84:3 87:12
doesnt 13:16
  17:13 21:14
  53:14 78:19
dont 6:15,20
  8:10 13:17
  24:2 25:2,14
  27:18 30:11
  32:8 37:9
  40:12 41:22
  44:19 47:4,24
  54:8 57:7,11

58:14 60:14
  67:15 68:25
  69:3,19 71:18
  71:21 79:20
  80:10 81:9,17
  84:16 88:13,15
doug 45:8 85:2
  85:4,7,19 86:7
dover 3:10
driver 56:2
driving 11:5
  27:3
due 72:10
duly 5:5 90:7
dyed 70:3

_____

E

e 3:1,1 4:1,6 5:1
  5:14
earlier 29:24
  48:15 60:18
  66:20 72:19
easy 52:23
edit 55:19
educated 64:24
education 8:7
  8:11 19:22
effect 56:20 83:8
eighteen 7:13
either 11:23
  17:13 29:10
  35:17 42:21
  79:19
electricity 33:11
employ 10:7
employed 7:4,14
employee 90:13
entities 13:5
  18:6 21:20
  31:9 32:24
  44:2 45:18
  58:12 62:3
  68:21 81:5
  87:1,4

entity 47:8
  61:23 63:14
  62:18 78:21
equal 17:22
errata 89:7
esquire 3:3,10
estimated 57:10
eventually 59:6
exact 51:1 88:16
exactly 12:25
  18:7 34:19
  58:14 60:7
  87:3
examination 5:7
  90:9
examined 5:6
  89:4 90:8
example 25:9
  36:5 40:7
  63:15 70:8
  77:3
exceed 79:8
  82:19 83:15
excise 6:2 23:4
  23:14,16 24:8
  39:6 53:5,6,6
  58:17 59:4,22
  68:6 69:21
  70:10 71:12,15
  71:16,24 76:11
  76:11 77:8
  87:24 88:9
exclusive 78:17
  79:9
exempt 4:9
  16:15 17:23
  18:6 24:16,17
  25:17 31:9
  35:3,8,13
  37:12,14,16,20
  37:22 40:1
  41:20 42:5
  43:12,19,21
  44:1,2,12

45:10,14,18,22
  45:23 46:9,11
  46:12 47:1,3,5
  47:8 50:24
  52:3 56:12,13
  58:11,12 59:14
  59:16 60:11,12
  61:18,24 62:2
  65:7,11 68:18
  68:20 70:24,25
  76:4 77:12,22
  79:3 80:7 87:1
  87:4
exemption 4:17
  44:15 46:14
  47:12,14 78:3
  78:12 80:23
  82:17 83:3,13
  84:10 85:8,15
  85:22 86:8,17
  87:25 88:5,7,8
exempts 37:18
  46:22 47:7
exhibit 9:17,18
  24:10 50:1,12
  50:23 51:18
  52:16 55:13
  56:11 58:8,16
  60:8,17 61:15
  62:14,16 66:15
  67:23 72:1,21
  75:1 76:18,21
  76:22 77:25
  78:3 80:20
  81:19,23
exhibits 50:16
  50:17
existed 47:14
  87:25
expect 64:22,23
expense 23:19
  23:21 24:5
expenses 38:12
  39:7,25 43:7

experience
  48:19
expiration 49:11
expire 46:6 48:5
  48:6,8,11
expires 90:21
explain 10:21
  18:8 19:9
  24:15 25:1,17
  26:10 31:12
  33:16 38:14
  42:8 43:1
  50:23 51:20
  55:17 62:23
  68:4 73:1 74:6
  75:9 80:4
  82:10,23
explained 31:3
  65:14
explaining 9:21
  40:4
explanation
  82:17,25
express 37:6,9
  37:11 63:21,23
extended 73:12

_____

F

f 3:3
facilities 10:3
  19:5 51:2 64:2
facility 9:14
  10:23,25 11:1
  18:10 38:7
  63:23
fair 81:2
familiar 24:13
  33:13 50:20
  61:15 62:20,22
  66:18 68:1
  71:5 72:24
  75:7 78:5
  81:25
far 10:5,10,11

Powell, Robert Keith                                    December 10, 2014

10:13 21:16
46:21
**farmer** 71:2
**february** 90:21
**federal** 1:1 7:3
23:14 29:1,9
35:20 39:6
40:8 53:5
56:11 58:17
59:3,21 60:11
61:17 69:21
70:9 76:10
77:8 83:19
87:24 88:9
**field** 8:14
**file** 46:17,20,24
71:12 82:13
**filed** 5:16 71:19
71:20,23,24
81:24
**fill** 21:25 38:7
79:16 87:1
**fills** 64:12
**finance** 8:6
**find** 54:9
**finish** 6:14
**fire** 40:23 41:9
43:3 58:25
60:1,3 62:9,10
62:10,13 78:13
79:11,12,16,17
79:23
**first** 28:12 53:6
69:11 72:8,20
73:5,7,14,15
78:12 79:4
82:15 88:6
**fish** 56:10,22
**flag** 58:6
**flagged** 35:9,9
**flags** 29:8 35:19
35:21 52:3
53:3,4,5 56:4
56:13 76:1,8

77:21
**floor** 8:23
**following** 44:11
64:25
**follows** 5:6
**foregoing** 89:5
**form** 4:12 24:24
51:22 71:23
79:15,18 86:20
86:23 87:25
**forms** 6:1 87:2,5
**forth** 6:5
**forward** 64:17
87:9,10
**four** 10:6
**fourth** 9:3,4
43:22
**franchise** 20:3
**franchisee** 57:21
**franchisor**
19:19,21,24,25
20:4
**franklin** 90:2,4
**fraser** 2:5
**free** 72:9
**friday** 38:18
**fridays** 26:20
**front** 81:3,13
**fuel** 4:11,12
9:12,22 10:5
11:2,4 12:5,6
12:11 17:4,17
18:19,23 19:5
21:25 22:23,24
22:25 26:25
27:21,24 29:18
29:25 30:3,6
30:14 31:1,4
32:5,12,14,16
32:25 33:3
34:2,13 35:16
37:3,15,21
38:6,8,10,11
38:19,22,22

39:3,11,22,24
40:8 41:17,25
42:2,3,5,10,11
42:15,23 43:10
43:11 44:9
46:10,11,13,20
46:23,23 47:3
47:7 52:5,8,8
52:24,24 53:1
53:5,17 56:6
56:25 57:5,6,7
57:25 58:7
59:2 61:3,5,6
61:22 62:4,19
63:10 64:21
66:1,5,7,8,21
67:14 68:20
69:16,22,23,24
70:5,11,16
74:12 75:21,23
77:9 78:15,18
78:23,25 79:1
79:2 80:6 81:4
81:8
**fueling** 9:14
10:3 18:10,14
18:16 19:18,21
19:23,24 20:4
20:7,8,8,10
22:7 25:15
36:3 55:21,21
55:23 63:8
76:6
**full** 9:12
**further** 84:17
88:19 90:9,12

—— **G** ——
**g** 5:1
**gallon** 9:15 10:1
13:16 14:9,21
15:17 16:13,19
16:25 17:11,24
18:5 54:22

65:1 74:16
**gallons** 10:1
12:16,24 13:13
14:8,20,25
16:21 17:12
25:25 26:4
28:16 29:15
30:2,3 40:10
41:18,21 51:1
51:8,9 58:13
58:22 59:3,14
60:6 61:24
62:1 74:14,19
75:20 77:5
**gap** 40:23 41:8
43:3
**gas** 9:13 10:2,16
10:22,24 11:6
11:12,13 12:15
12:25 13:13
17:17 18:5,11
19:3 26:5,25
27:3 28:16
29:15 42:17
50:24 58:20
63:12,24 81:8
**gasoline** 11:4
18:19,23 24:21
34:13 63:10
65:10 73:16
79:1
**gathers** 55:24
**general** 23:13
23:15 24:7
85:21
**generally** 80:23
**getting** 19:22
42:19 48:5
**girl** 64:11
**give** 7:6 74:20
**given** 89:6
**gives** 63:14
69:12,13 72:7
**giving** 15:16

**go** 9:16 11:12,18
12:14 13:2,7,9
15:2 18:2 19:5
21:13,17 22:10
25:18,23 28:11
32:10,17,22
34:25,25 35:4
35:8 38:7
42:21 43:9
49:23 52:14
54:2 57:6
59:10 64:22,23
65:2 69:4
70:13 77:11
85:25 87:1
88:12
**goes** 10:6 11:20
13:12 19:6
21:5
**going** 20:3 25:15
28:7,14,16,18
28:24 35:23
37:5 38:15,25
39:12 42:6
46:6 48:8
59:24 60:15
64:5,15,17
65:12,13 67:16
69:11 86:14
87:9,10
**good** 48:7 49:17
83:3
**goods** 23:23,24
**gordes** 3:4
**goss** 45:8 85:2,4
85:7,20
**government**
13:5 31:9 50:6
71:3 78:15
79:9 81:5
**governments**
83:19
**graduate** 8:3,7
8:11

Powell, Robert Keith                                December 10, 2014

6

graduated 8:19
greater 74:20
ground 18:12
grounds 82:23
  84:13
guarantor 37:2
  67:3,4
guarantors
  36:24,25 66:25
guarisco 3:4
guess 11:15
  37:17 56:22
  60:18 63:18
  64:24

**H**
h 4:6
half 52:12 65:9
  65:13
hand 24:24
  25:10 90:16
handed 81:23
handle 37:20
handled 86:17
handwritten
  64:4
happened 80:4
  86:19
happening
  25:24
happens 22:1
  26:3,10 35:3
  58:24
happy 15:11
  51:21 54:10
havent 40:14,20
head 8:23
heating 10:14
held 22:12 32:20
  59:12 67:19
  81:21 86:1
help 11:15 51:9
helps 15:11
  62:25

herman 64:11
hes 50:8,9
highway 40:9
  41:17
history 47:22
holding 21:6
hook 3:3 32:17
  32:21 50:8
  54:12 59:23
  86:14 88:14,21
hope 33:8 38:13
host 57:16
human 7:21
hummel 50:25
  51:14,17 58:10
  60:22 61:20
  69:5,10 85:2

**I**
id 15:11
identification
  9:19 24:11
  50:2 62:17
  66:16 67:24
  72:22 75:2
  76:23 78:1
  81:20
identified 35:11
  35:14,15,17
identifier 60:10
identifies 78:13
identify 11:17
  78:19
identifying
  34:20
ill 6:21 40:18,18
  51:14 80:20
  84:17
illegal 18:18,21
im 5:14 15:12
  17:8 20:3 24:1
  24:6 25:7 37:1
  37:3 39:22
  45:11 55:11

58:25 59:24
60:8,15 69:25
73:19 74:17
79:13 85:18
88:15
immediately
  46:13 86:24
include 7:19
  17:14 24:20
  26:2 27:12
  28:7 30:9 33:6
  33:18 39:9,22
  46:15 65:5
  77:7
included 14:10
  14:12 15:5,6
  15:20,20 16:10
  16:24 17:10
  33:10 38:20
  39:16,17 61:8
includes 16:13
  17:13 18:11
  26:24 29:25
  33:7 52:5
  61:22
including 35:20
income 23:18
incorporated
  7:5 67:12
indicate 47:2
indicates 78:21
indicating 54:16
  65:18 74:25
indicator 70:4
individual 14:7
  54:25 55:3
  61:23 67:3
informal 50:6
information
  26:11,13 40:19
  49:1,3 75:12
  82:22 83:25
instance 58:24
  67:5

instances 46:22
interested 90:15
internal 45:4,6
  72:11,13 84:4
invoice 4:14,15
  12:3,4 13:21
  14:5 33:1 40:7
  40:12 41:2,3,5
  41:7,9,10,16
  43:3 52:1 54:4
  54:15,15 55:3
  55:11 67:15
  70:7,23 72:18
  73:2 74:16
  75:4,10,12
  76:16 77:15
invoices 18:3
  43:16,17 54:2
  70:22
involve 21:22
involved 21:20
  43:25 44:5,6
  45:9 68:9,10
  68:13 88:11,18
irc 68:7
irs 84:23 85:11
  88:12
isnt 42:25 63:17
  65:12
issue 9:2 21:4
  22:3 36:16,17
  37:9 71:22
  87:7,11
issued 19:11
  22:7 57:21
  72:8
issuer 36:1
issues 20:15
  36:12
issuing 46:16
ive 31:6 40:12
  81:23

**J**

j 1:4,4,14,14 2:1
  2:1 5:16,16,20
  5:20 7:5,5,14
  7:14 8:21,21
  9:5,5 11:17,17
  12:7,7,10,10
  19:11,11 20:14
  20:14,14,14,18
  20:18,20,20,21
  20:21,22,22
  21:2,2,13,13
  21:15,15,19,19
  21:22,22 22:22
  22:22,23,23
  23:10,10 25:6
  25:6 26:8,8,16
  26:16 29:5,5
  34:4,4,6,6 36:7
  36:7,22,22
  39:15,15 41:8
  41:8 44:2,2
  45:2,2,17,17
  45:21,21 46:23
  46:23 47:2,2,7
  47:7 49:9,9,9,9
  49:19,19 51:4
  51:4 57:13,13
  57:14,14 63:17
  63:17 67:12,12
  69:14,14 70:13
  70:13 71:12,12
  71:20,20 78:4
  78:4 79:10,10
  79:15,15,22,22
  80:5,5,6,6 81:4
  81:4,24,24
  83:6,6,17,17
  84:6,6,10,10
  85:22,22 86:3
  86:3 87:15,15
jeff 86:8
jennifer 3:10
  5:14
job 7:9 8:22

Powell, Robert Keith                                    December 10, 2014

40:4 44:8
**jog** 67:1
**jot** 55:2
**july** 73:4 75:11
  82:16
**june** 55:8
**justice** 3:11

_____
**K**
**keep** 47:18 48:1
  61:5 76:25
**keeping** 68:14
**keith** 1:15 2:2
  4:3 5:3,11,24
**kind** 19:13 33:9
  42:17 47:3
  49:4,6 51:5
  63:25 64:23
  86:12
**kinds** 43:17
**knew** 86:11
**know** 6:21 7:1
  23:10 24:2
  25:2,8,12
  28:23 36:25
  37:10 44:4,19
  45:9 46:21
  47:4,24 58:14
  60:14 67:1
  68:16,25 69:3
  69:4,8,17,17
  69:19 70:5
  71:13,14 72:3
  72:12 76:25
  78:21 80:10
  81:9 82:5
  86:10 88:15
**knowledge**
  44:10 45:12
**knows** 29:9

_____
**L**
**l** 1:21 2:8 90:3
  90:20

**label** 76:21
**laptop** 41:7
**law** 90:8
**lawsuit** 5:16,18
  21:21
**lead** 73:15
**ledger** 23:13,15
  24:7
**letter** 4:10,13
  50:9,13,16
  55:14 68:2,22
  69:9
**lezzer** 4:15 75:5
  75:6,10 77:3
**licenses** 8:17
**list** 4:9 24:16,19
  26:23 58:12
**listed** 54:20
**lists** 61:23
**little** 9:15 66:10
  66:11
**llc** 3:4
**load** 9:12
**local** 56:19 71:2
  78:15 79:9
**located** 8:1 59:1
**location** 54:5
  63:24
**locations** 62:2
  63:13
**lock** 42:5 46:10
  46:11 66:21
**locks** 64:14
**locomotive** 61:3
**long** 7:11 8:24
  47:12 79:24
**longer** 72:10
**look** 18:3 27:11
  27:13 33:3
  40:2,3 50:7,14
  50:17 54:2,5
  54:12 55:13
  56:7 64:21
  66:24 75:17

80:12,23 83:23
**looked** 43:10
  83:14
**looking** 21:16
  27:4 32:13
  40:6 43:2,5,6
  50:8,9 52:16
  52:17 54:7,25
  73:20,22 76:5
**looks** 20:11
  24:19 30:20
  54:16
**lots** 47:10,10
**louisiana** 3:6
**low** 40:10 52:24
  61:2,4,5
**lubricants** 10:4
**lumber** 4:15
  75:5,6,10 77:3

_____
**M**
**m** 1:18 49:24,25
  67:20,21 84:19
  84:20 88:24
**mag** 20:11,12
**magisterial** 2:4
**main** 50:14
  55:23
**maintained**
  82:18 83:14
  85:9
**maintaining**
  44:1,4 45:23
**maintenance**
  33:11
**majority** 10:9
  10:10
**making** 32:10
**management**
  61:22 62:4
**manned** 10:23
**margin** 31:10
  38:13 39:8,25
  42:22 43:8

**mark** 9:17 62:14
**marked** 9:19
  24:11 50:2
  62:17 66:16
  67:24 72:22
  75:2 76:23
  78:1 81:20
**market** 28:5
  31:4 42:12,14
  65:16
**marks** 51:12
**masters** 8:12
**match** 62:6,8
  81:17
**matches** 52:7
  62:12
**matter** 34:17
  57:2
**matters** 5:25 6:5
**mean** 9:9 14:11
  14:17 16:8,23
  20:1 26:18
  36:3,3 48:6
  49:15,17 51:13
  53:8,9,14
  57:18 70:7
  75:22 78:25
  79:1,14 87:19
**means** 16:10,12
  16:24 20:2
  56:16 62:5
  69:18 72:12
  75:22,25
**meant** 69:25
**measure** 73:10
**mechanical** 26:1
**meets** 40:8
  41:17
**memory** 67:2
**mentioned**
  10:15 22:15
  48:4 63:21
  65:16 87:15
**method** 63:11

**methodologies**
  65:15
**methodology**
  33:25 34:14,15
**methods** 10:6,7
**middle** 47:21
**miles** 54:22
**million** 40:9
  41:18 61:2,4,5
**mind** 40:3
**minus** 29:3 33:1
  38:11,16 43:10
  53:23 60:24
**mitchell** 57:20
**mmhmm** 11:8
  14:19,22 19:8
  23:17 28:13
  36:8 50:18
  51:19 55:7
  57:17 64:6
  70:12 77:13
**models** 31:13
**moment** 22:11
  59:11
**money** 67:11,17
**month** 14:3
  28:15 29:6
  59:15 61:25
**months** 71:4,9
  81:7 82:21
  86:21
**morris** 38:4
**motor** 4:11 40:9
  41:17 62:19
  66:5
**moved** 71:15
**multiplied** 59:3
  59:21 73:25
**multiplies** 30:2
**multiplying**
  29:16 60:5

_____
**N**
**n** 3:1 4:1,1 5:1

Henderson Legal Services, Inc.

Powell, Robert Keith

December 10, 2014

name 5:9,12,14
  52:19 63:14
  73:8
near 26:24 27:8
nearest 64:14
necessarily
  81:17
need 6:16,25 9:1
needed 44:17
needs 6:17
negatively 74:25
net 39:24
network 19:19
  19:21,24,25
  20:5,7 36:3
  76:7
networks 20:4
never 49:18
new 3:6 48:6,9
  87:2,5
newsletters 49:4
night 26:14
  55:20
nod 6:18
nontaxable
  11:16 14:15
  17:6,16 21:16
  21:20 27:16,23
  28:12,25 29:3
  29:14 30:1,10
  30:21 35:18
  38:5,25 40:17
  49:6 52:10
  56:25 57:1
  61:3,4,10,13
  69:25 70:3
  73:11 76:4,15
  77:15
nos 65:8
notarial 90:16
notary 2:9 5:5
  90:3,20
note 14:14
notice 2:8

notification
  72:2
november 41:1
  41:2
number 4:7
  9:11 12:16
  14:2,24 16:4,6
  16:21 25:25
  35:19 38:24
  39:8 41:3,10
  54:20 58:12,22
  59:13 60:25
  61:24 66:25
  68:8 69:13,14
  72:7,8 73:7
  86:13
numbering
  72:11,14
nw 3:12

O

o 4:1 5:1 7:3
obtain 38:13
obtained 71:3
obtaining 67:9
odometer 54:22
  75:18
office 52:20
  64:12 78:7
  85:3 86:7
official 52:19
oftentimes
  46:15
oh 34:10 50:10
  57:14 59:19
  65:22
oil 10:14
okay 6:12 7:17
  8:11,14,24
  11:17 12:3
  13:9,18 15:6
  18:25 19:16
  22:22 23:1,9
  25:4,6,8,15,23

26:10 27:13,25
31:3 35:6 37:5
38:14 39:5
40:5 43:15,25
45:1 46:8
47:25 49:14,18
50:10 51:8,11
53:19 55:13
57:3,8,12 58:2
58:16 59:19
61:15 62:14
65:4,14,23
66:3,14 67:6
67:18 68:9,13
68:19,22 69:1
69:11,20 70:4
71:1,12 74:4,7
74:10,22 76:17
77:24 78:11,24
79:4,22,25
80:4,11 81:13
81:18 82:10,15
83:11,23 84:8
85:5,13,21
88:18
old 48:1
once 6:11 39:19
39:20 86:6
ones 37:24,25
47:17
opening 75:17
operating 23:21
24:4 33:7,9
38:12 39:7,25
43:7
operations 7:20
opinions 45:13
opportunity
74:21
opposed 42:10
42:15 82:20
order 4:12
orders 79:5
orleans 3:6

outcome 90:15
outside 45:1,2
overlap 6:15
overlaps 81:12
oversight 7:21
owe 67:16 74:2
74:3
owed 67:11
85:10,10
owned 21:18,22
62:2
owns 21:15

P

p 3:1,1 5:1 84:19
84:20 88:24
pa 58:6,7
pac 37:11
pacific 4:12
19:15,16,17,18
20:2,16,18,20
21:10 22:1,5
22:15 35:2,23
35:24,24 36:9
36:9,11,14,17
37:7,8,13,15
37:19 38:2
57:20 63:22
page 4:3,7 47:19
62:21 69:6,11
72:1,8 73:6,7
74:4 75:13,15
75:16 77:4
78:12
paid 39:4,15,16
59:23 85:11
paragraph
66:25 71:1
part 13:6 49:10
51:5,5 61:2
62:21
participates
22:5
particular 70:10

particularly
84:1
parties 90:13,14
parts 40:9 41:17
61:3,5 72:20
patton 58:25
59:1
pay 11:23 23:1,7
23:11 27:22,23
32:5 37:3
42:18 53:25
65:12,13 74:8
74:16,21
paying 61:9
pays 30:10
pennsylvania
1:16 2:6,10 7:8
8:2 18:18,21
48:18,22 49:2
53:18 76:9
84:1 86:9 90:1
90:4
people 15:9
63:12
percentage 10:1
33:5,6
perfect 54:9
period 13:20
24:25 25:11
31:18,21 49:22
58:23 73:3
74:12,14,15
75:11 79:6,7
81:11,12 82:16
82:18 83:3,14
periods 9:2 38:6
71:22 81:12
87:6
person 12:11,23
28:1 44:21
personally 90:6
petroleum 7:20
9:6,10 33:2
48:18,22 49:2

84:1 86:9
**philipsburg** 7:7
**phoenix** 8:13
**phone** 22:9 59:9
    85:3
**physically** 44:5
**pipeline** 22:25
**place** 47:17 90:6
**placed** 79:5
**places** 63:9 64:1
**plaintiff** 1:5 3:2
**plaintiffs** 5:25
    50:5,13
**pleasant** 40:23
    41:8 43:3
**please** 22:11
**plus** 29:18 31:10
    31:16,24 32:1
    32:12 33:5,7
    33:25 38:12,16
    38:16 66:12
**point** 32:5 70:3
**policy** 83:17,19
**portion** 40:16
**positive** 24:6
**powell** 1:4,14,15
    2:1,2 4:3 5:3
    5:11,13,16,20
    5:24 7:5,15
    8:21 9:18
    11:18 12:8,11
    19:12 20:15,18
    21:2,13,15,19
    21:22 22:22,23
    23:10 24:10
    25:6 26:8,16
    29:6 34:4 36:7
    36:22 39:16
    41:8 44:3 45:2
    45:17,21 47:2
    47:7 49:19
    50:1 51:4 57:3
    57:12,13,14
    62:16 63:17

66:15 67:12,23
69:14 70:13
71:12,20 72:21
75:1 76:22
77:25 78:4
79:10,16,22
80:5,6 81:4,19
81:24 83:6
84:6,10 85:22
86:3 87:15
**powells** 9:5
    20:20,21,22
    34:6 46:23
    49:9,9 83:17
**poydras** 3:5
**premium** 42:18
**prepaid** 23:14
    23:16 24:8
    39:6
**preparation** 6:1
    58:10,19 61:20
**prepare** 25:4,5
    51:10 79:10,12
    79:17 82:3
**prepared** 6:4
    25:6 50:25
    51:16 52:1
**preparing** 79:13
    79:14
**prescott** 7:7
**president** 7:10
    7:12,18
**pretty** 12:25
    20:13 24:19
**previous** 72:7
**price** 4:11 12:17
    12:24 13:14,16
    14:8,18,21,24
    15:5,6,17 16:9
    16:11,12,19,25
    17:4,5,10,13
    17:13,18,19,21
    17:24 18:5
    25:18,21 26:15

26:17,19,21,21
27:14,17,21
28:1,4,6,7,15
28:19,19,23,24
29:2,11,12,18
29:19,24 30:3
30:6,13,14,19
30:21,23,25
31:24 32:4,7
33:21 34:13
38:10,15,18,19
38:24 41:19,21
41:23 42:4,6
42:18 43:2,6
43:11 51:6
52:4,11 53:22
53:24,25 54:23
56:4 57:8,9
60:21 62:19,24
64:3,8,8,9,10
64:12,16,17,19
64:20,22 65:1
66:4,5,5 73:12
73:13,16 74:1
75:21,23 77:2
77:7
**priced** 29:24
    31:23 38:11
    51:25
**prices** 17:2,2
    26:20,24 27:1
    27:5,8,12,12
    27:13 32:3
    55:24 63:1
    64:5,13 65:5
    66:9
**pricing** 26:2,7
    31:4,12 33:4
    33:20,25 61:10
    65:15
**pride** 4:12 19:15
    19:16,17,18
    20:2,16,18
    21:11 22:2,5

22:16 35:2,23
35:24,24 36:9
36:10,12,14,17
37:7,8,11,13
37:15,19 38:2
57:20 63:22
**prides** 20:20
**primarily** 9:10
    10:5
**primary** 10:7
**print** 55:19
**prior** 26:15,18
    46:16 47:14
    81:10 84:7
    88:10
**probably** 10:14
    25:2 66:11
    79:24
**problem** 85:15
**problems** 86:4,4
**procedure** 13:23
    15:13 44:11,14
    44:18,21 66:12
    77:19 87:23
**proceedings**
    90:11
**process** 22:3
    44:5,6 49:10
    64:18 82:13
    86:15 88:16
**procure** 22:25
**produced** 58:9
**produces** 60:22
    61:20
**product** 31:22
    33:14 34:1,3
    52:6,7,8,21,22
    52:23 54:22
    56:4,24 57:1
    57:10 59:2
    60:18,20 61:7
    61:11 65:21,22
    65:25 70:20
    73:10 75:19

76:8
**products** 60:25
**professional**
    8:16 18:13,16
**profit** 31:10,16
    33:5,6,8 38:12
    39:8,25 42:22
    43:8
**program** 29:15
    30:20
**prompt** 74:8
**properly** 85:9
**property** 33:12
**protocol** 71:5
**provide** 40:20
    48:24 49:3
    79:11
**provided** 12:7
    44:2 47:2
    48:23 78:4,8
    78:12
**providing** 12:11
    81:4
**public** 2:9 5:6
    90:3,20
**publication**
    82:21 86:21
**published** 66:9
**pull** 19:2 26:13
    43:18
**pulled** 29:23
    40:14 43:15
    51:24
**pulling** 9:13
**pulls** 55:22
**pump** 25:20,23
    25:25 26:3
**pumped** 28:16
**pumping** 18:11
**pumps** 10:24
    11:2,3,4 12:6,7
    12:10 18:12
    26:1
**purchase** 12:5

Powell, Robert Keith                                     December 10, 2014

10

12:15 13:13
52:21,22 61:1
74:11
**purchased**
12:16,24 13:14
14:8 24:21
41:25 47:7
52:25 56:6
57:25 58:13,22
59:2,3,14
61:25 75:20
78:16 81:8
**purchaser** 67:4
67:12 78:14,17
79:6
**purchasers**
36:23
**purchases** 23:5
73:2,9 74:13
74:13
**purchasing**
17:17 42:5
47:3 56:23,24
78:19,22 80:6
**purpose** 67:9
**pursuant** 2:8
7:2 68:7
**put** 11:4 30:23
76:18
**putting** 63:12

――――――――
**Q**
**quantity** 56:5
59:8,19 73:11
73:25 75:20
77:4
**quarter** 9:3,4
43:22 61:17
**quarters** 79:8
82:19 83:4,15
87:16,18,19
**question** 6:15,20
37:17 38:6
66:24

**questions** 84:17
84:22 88:20

――――――――
**R**
**r** 3:1 5:1
**rack** 39:7 71:15
**ranking** 33:14
34:1,4 60:18
60:20 65:21,22
65:25
**rarely** 17:4,4
**rate** 59:4,22
**rates** 53:14
56:20
**raw** 51:22
**read** 52:23 68:5
82:5 84:3 89:4
**reader** 18:12
**ready** 48:5
**really** 17:12
30:6,14 42:25
**reason** 6:22
72:16
**recall** 79:20
**receipt** 12:5,16
12:21,24 13:13
13:17,18 16:2
16:17 17:12
**receivable** 12:2
**receive** 14:1,5
**received** 69:8
83:25
**recess** 49:24
67:20 84:19
**record** 5:10
22:10,12,14
32:17,20 49:23
59:10,12 67:19
81:21 85:25
86:1 90:11
**recorded** 90:9
**records** 23:12
**reference** 36:5
36:23 61:9

**referring** 77:1
**refund** 4:18 6:2
59:6 69:21
70:9,14 80:16
80:22 81:24
82:11 84:14
**refunds** 82:14
**reg** 83:2,5
**regard** 84:2
**registered** 69:15
**registration**
4:13 68:2,6,11
68:14,16 69:13
69:13 70:9
72:2,4,7,16
**regular** 49:3
73:16
**regulation** 82:20
83:21 84:6
**regulations**
83:24 84:2,9
**reissued** 72:10
**relate** 59:7
**related** 37:7,8
74:22 90:14
**relates** 78:16
**relationship**
35:25 36:18
37:10
**relevant** 5:25
**remained** 87:12
**remember**
71:18,19
**renewed** 71:3,9
**rephrase** 6:21
31:7 50:12
**report** 33:14
34:1,4 58:9,17
58:18,20,23
59:16 60:19,20
60:22 61:8,19
62:6,8 65:22
65:25
**reported** 1:21

**reporter** 6:13
**reports** 62:7
**request** 4:18
68:9
**requested** 33:24
**requests** 50:6
**required** 46:14
**requirement**
49:8
**requirements**
40:8 45:22
49:6,6
**reset** 64:16
**resources** 7:21
**respect** 5:15,18
**response** 50:5,9
**responsibilities**
7:17,19
**retail** 18:19,19
18:23 35:4
38:22 63:24
**returns** 51:10
71:13,19,24
**revenue** 72:11
72:13 84:4
**review** 26:20
33:20 44:15
46:1,4,5 48:3
49:10
**reviewed** 44:23
69:1 75:13
**reviewing** 44:11
45:10 56:9
73:21
**right** 12:20 20:6
30:6 32:15
34:8,19,21
36:21 39:23
41:24 46:2
54:7,20 60:4
65:3,18 77:20
83:22
**rings** 22:9 59:9
**road** 38:4 41:16

**reporter** 6:13 52:7,8,23 53:1
56:25 59:2
61:3
**robert** 1:15 2:2
4:3 5:3,11
**robinson** 52:25
53:2,16,22
**role** 22:2
**room** 3:12
**roughly** 85:11
**rules** 7:3
**runs** 58:20

――――――――
**S**
**s** 3:1,11 4:1,6
5:1 8:6 56:10
56:22
**sale** 26:15,18
52:10 56:5,13
69:22 70:10
**sales** 7:20 11:16
21:17 40:17
50:24 53:7,17
53:18 58:7,7
58:11 59:16
61:23,24 68:18
76:11
**saying** 21:21
39:18 60:2
73:19 80:7
**says** 5:24 12:16
12:24 14:14,16
24:23,24 25:10
48:14 51:11
56:15 57:16
58:16 61:17
63:15 64:7
67:6,7 69:12
69:15,20 70:9
71:1 72:1,6,6,9
77:4,14,16,21
77:22 78:18
79:5,7 82:17
83:13

Powell, Robert Keith                         December 10, 2014

11

**scenario** 32:1
**schedule** 51:11
  51:15,15 58:15
  58:15
**school** 25:9
  31:19,20 33:21
  33:24
**screen** 4:16 76:6
**seal** 90:16
**second** 32:18
  59:8 69:6 72:1
  75:13,15,16
  77:3
**section** 37:2
**see** 18:4 23:10
  25:25 27:7
  32:3 41:20,21
  41:22 52:9
  54:6 59:7 61:9
  67:8 78:14
  82:22 84:17
  86:10
**seeing** 37:4
**seen** 31:6 40:12
  40:14,20
**sees** 41:20
**segment** 42:14
**sell** 9:10 18:18
  18:22 19:1
  63:10 70:5
**selling** 22:22
  52:4 68:20
  79:22 81:4
**send** 46:13
  79:18
**sense** 22:20
  31:14
**sent** 52:1 79:16
  87:4
**separate** 80:20
**september**
  50:24 54:6
  69:7 74:17,17
  82:16

**septic** 52:25
  53:16
**series** 50:16
**service** 72:11,13
  84:4
**set** 6:5 25:18
  27:19 28:24
  29:8 35:17,20
  35:21 38:18
  63:1 64:3
  75:25 76:2,3,8
  77:21 90:7
**setting** 34:13
**setup** 4:16 76:6
**sheet** 89:8
**shes** 6:13,15
**short** 84:16
**show** 13:14,16
  15:11 16:2,2
  16:17,19 23:18
  30:25 32:4
  40:15 47:22
  54:10,21 72:19
**showing** 53:24
  73:6
**shows** 14:7,12
  15:4 23:14
  33:17 41:14,15
  41:16 52:3
  54:18 56:2
  57:3,24 58:25
  59:5 60:23
  61:25 63:15
  66:1 68:8
  70:15 73:5,7
  75:11,13,19
  76:15
**signature** 47:21
  82:6,7 89:12
**signed** 47:8 80:2
  80:9 81:6,6
  82:8 89:8
**significant**
  43:24

**similar** 63:11
  75:12 80:11
**simple** 27:3
**single** 47:19
**site** 18:20,24
  21:6,11,18
  29:23 35:1,2
  36:9,15 54:21
  56:5 57:22
  58:1 63:19
**sites** 18:25 20:8
  21:13,15,22
  26:24 55:22
  66:6
**six** 53:5
**small** 9:25 40:16
  42:15
**snappys** 11:14
  11:18,21 12:4
  12:7,12,14,23
  13:7 14:24
  15:3,7 63:15
  63:18,24
**sold** 23:23,24
  51:2
**sorry** 55:11
  58:25 59:24
  69:25 74:17
  85:18 88:15
**sort** 44:11 49:11
**south** 2:5
**specific** 18:13
  18:16 54:5
  67:2
**specifically** 49:5
  51:15
**specified** 58:23
**specify** 31:22
**spell** 5:12
**spriggs** 3:10 4:4
  5:8,14 9:16,20
  22:10,13 24:12
  32:19 49:23
  50:3,10,11

  54:24 59:10,18
  59:25 60:13
  62:18 66:17
  67:22,25 72:23
  75:3 76:24
  78:2 81:22
  84:16,21 85:25
  86:2 88:17,19
  88:22
**stacey** 1:21 2:8
  90:3,20
**standalone**
  18:10
**standard** 13:22
  41:18 46:16
  66:11,11 77:18
  77:19
**stands** 11:1
**start** 8:20 28:22
  38:23 39:1,3
  39:21 44:18
  47:13 86:22
**started** 8:22
  79:22 86:14
**state** 1:16 2:6
  5:9 21:18 29:1
  29:10 35:20
  40:8 51:10
  53:6,6,7 63:16
  71:2 76:9,11
  77:8,8 78:14
  78:14 79:9
  90:1,4
**statement** 23:19
**statements** 67:8
**states** 1:1,10
  5:15,17 83:2
**station** 9:13
  10:22 11:12
  13:1,10 28:17
  63:24
**stations** 10:2,16
  11:6,13 25:15
  26:12 27:3

  42:17
**status** 68:14
  73:11
**stenographica...**
  90:10
**stop** 36:13
**stops** 27:2 42:16
  63:9
**store** 10:24 11:1
  11:18
**stores** 7:20
  11:14
**street** 2:5 3:5,12
  7:7
**strike** 83:11
**stripe** 20:11,12
**submit** 32:11,23
**submitted** 47:6
  71:16 80:25
**suggest** 60:15
**suggested** 86:20
**suit** 71:23
**suite** 2:5 3:5
**sulfur** 40:10,10
  41:18 52:24
  61:2,4,6
**sums** 58:22
  59:15
**supplied** 54:1
  55:5
**suppliers** 33:18
  34:9,10 39:13
  39:14 60:22,25
**sure** 9:6 10:22
  24:4,7,18 32:6
  32:19 34:24
  37:3 41:13
  47:24 50:18
  56:8 60:8
  79:13
**survey** 4:11
  26:19,22 28:5
  30:9 62:19,24
  63:7 64:2

Powell, Robert Keith

December 10, 2014

12

65:17 66:5
**suspended**
72:16
**sweeper** 8:23
**sworn** 5:5 90:7
**system** 10:19
11:6 13:2,3,7
14:5 17:1,8,18
17:18 18:9,11
19:7 25:19
26:4,7 34:23
35:8 37:18
46:10 51:5
55:20 63:8
72:11,14
**systems** 15:15

**T**
**t** 4:1,1,6
**take** 6:16 26:19
29:21 40:19
47:16 50:7,17
56:7 62:25
64:2 72:20
74:12,15,21
78:11 80:19,21
84:16
**taken** 2:2 6:7
7:2 30:9 49:24
67:20 84:19
**talk** 48:16 49:5
85:18
**talked** 22:6
33:22 66:20
72:19 85:4,19
86:7,12,14
**talking** 22:15
31:20 37:15
38:21 51:3
65:20 67:10
**talks** 66:25
**tank** 38:4,7
**tanks** 18:11
**tax** 4:9 6:2 12:21

14:10,12,12,15
14:16 15:2,4,5
15:6 16:3,13
16:14,15,18,22
17:7,9,9,13,14
17:23 23:4,4
23:11,14 24:8
24:16,17 25:17
27:12,23 28:7
29:8,11 30:17
31:1,8 32:3
34:18,20 35:7
35:13,19 37:12
37:14,16,18,20
37:22 38:23
39:4,6,9,16,17
39:18,19,20,22
39:23 40:1
41:20 42:5
43:12,19,21
44:2 46:9,22
47:3,7,8 49:5
52:3,13 53:3,4
53:5,7,14,17
54:23 56:4,11
56:13,16,17,19
56:20,21 58:7
59:4,22 60:3
60:23,24,24
61:13,14 65:7
65:11 68:6,18
68:20 69:22
70:10,23,25
71:13,24 72:9
75:14,14,16,20
75:24,25 76:1
76:1,3,8,12,14
76:16 77:4,7
77:11,15,16,21
77:22,22,23
79:3 80:7
87:24
**taxable** 14:14
17:5,20 18:4

21:16 27:10,14
27:22 28:1,2
28:24 29:10,10
29:17,22 30:5
35:18 43:20
52:10 53:2,3
53:10,11,18
58:4,5,7 61:6
61:11,12 70:1
70:2 73:11
76:2,13 77:14
78:15,18,23,24
79:2
**taxed** 15:22 16:1
35:22 57:1
58:3
**taxes** 14:10,13
15:20,20 16:10
16:24 17:22,22
27:20 29:1,1
29:18,25 30:4
30:7,9,11,22
30:24 32:9
33:2,3,12,18
34:15 35:10,20
35:20 38:12,16
38:20 43:10
53:21 61:7
65:5,9 71:15
71:16 74:23,24
76:10 77:8
**tell** 19:9 50:19
**ten** 30:2,3 74:21
**terminals** 22:25
**terms** 14:17
16:8 67:6 80:5
84:10 86:16,25
87:11
**testified** 5:6
**testify** 5:18,19
5:24 6:4,23
**testimony** 89:5
89:6
**thats** 5:16 6:3

11:11 12:19
17:10 19:1,2
29:5,19 30:8
30:15 34:8
37:1 39:12,15
41:25 46:16
49:8 52:18
53:21 54:9,13
54:20 57:4,10
57:19,24 58:2
58:3,9,10 65:1
65:7,17 69:14
74:2 77:1,18
77:19 81:9
83:20 87:3,14
**theres** 12:1,21
14:18,20 15:2
15:2,4 23:13
25:10 29:8
35:9 36:9,19
36:23 48:13
51:12 52:9
53:12 56:18,19
56:20 57:1
59:5 60:9 67:2
80:13
**theyll** 32:4
**theyre** 11:5
16:12 20:4
26:1 31:23
35:8,9 49:17
53:13 65:13
67:10,16 70:16
78:19,22 79:3
**theyve** 58:22
**thing** 14:23
42:17 49:4,7
50:14 63:25
64:24 86:12
**things** 17:12
**think** 6:9 31:19
38:4 40:12
48:4,11,13,19
49:12 54:11

55:4 60:8,17
67:4 71:15
72:18 80:13
88:13,19
**third** 61:17
**thorough** 24:19
**thought** 65:20
87:15
**three** 11:9 47:13
48:7,12 49:11
49:14,19 87:16
87:17
**threeyear** 49:8
86:11
**time** 32:5 44:7
49:22 52:6
54:5,21 56:3
69:24 71:14,16
72:15 73:10
79:24 80:10
85:24 88:6
90:6
**times** 6:10 33:20
42:22,23 48:21
88:3
**title** 7:9
**today** 5:15,18
6:12,22 8:25
19:22 21:16
43:16 65:15
85:12
**top** 18:12 60:9
**total** 14:9 17:5
41:19 43:2
53:20 56:5
**totally** 42:13
**town** 6:16
**township** 38:4
58:25 59:1
**tractor** 9:12,24
**trailer** 9:12,24
**transaction**
11:25 14:8,9
29:9,12,22,23

30:2 54:6 56:3
73:15
**transactions**
14:14,15 22:6
32:9 43:19,20
43:21 51:23,23
54:18 55:19,23
55:24 57:19
58:21 63:2
68:7 72:9
**transcribe** 6:18
6:19
**transcribing**
6:13
**transcript** 90:10
**transcription**
89:6
**transportation**
33:11 52:18,20
54:3,8
**treasury** 48:13
82:20 83:2,5
83:21
**treated** 24:8
**truck** 9:23,24,25
11:7 27:2
36:13 37:22,24
38:1,10 41:8
42:16 44:9
62:2 63:9 66:7
66:10
**truckloads**
42:15
**trucks** 57:5,6
66:2
**true** 81:9,10
89:5 90:11
**try** 6:21 11:15
18:2 27:7 64:3
**trying** 6:16
15:12
**turn** 11:3
**twice** 6:11 14:3
**two** 15:15 17:12

24:23 53:12
54:15 62:7
65:14,15 67:13
67:14,15 74:15
77:8
**twoweek** 74:14
**type** 36:13
**typical** 20:13
33:2 46:16
**typically** 10:24
12:15 13:4
14:3 26:19
27:2 31:17,23
32:2 38:3,17
42:16 62:24
63:10 64:15
66:12

**U**

**u** 3:11 56:10,22
**ultimate** 69:16
**ultra** 40:10
52:24 61:4,5
**unattended**
18:20,24,25
55:22
**underground**
18:11
**understand**
6:20 15:12
34:24 54:11
**understanding**
17:8
**undyed** 69:22
69:23 70:2,6
70:15
**unit** 53:24,24,25
56:4,4 73:10
**united** 1:1,10
5:15,17
**university** 7:25
8:12
**unleaded** 73:16
**unmanned**

10:25
**updated** 44:16
46:7
**use** 11:24 16:16
21:8,9,10,19
22:17 25:16,19
28:4,18,19
31:15,15,16
33:19,23 34:5
34:6,14 37:18
40:9 46:9 63:5
65:16 66:1,4,5
67:7 69:25
70:1 78:17
79:9 86:20
**user** 11:2
**users** 9:11,22
10:8,9
**uses** 13:3 21:5
58:18 74:19
**utilities** 33:12
**uv** 68:8

**V**

**valid** 45:15,19
46:24 72:10
**van** 3:3 32:17,21
50:8 54:12
59:23 86:13
88:14,21
**variances** 42:12
**vehicle** 11:5
40:9 41:17
56:3 63:13
**vehicles** 38:8
**vendor** 69:16
**verbally** 6:17
**verify** 46:18
80:13
**versus** 5:17
**vice** 7:10,11,18
**visa** 19:2
**volume** 74:8,11
**vs** 1:7

**W**

**wait** 6:14
**walk** 27:25 28:9
41:14
**walmart** 22:18
36:4
**want** 21:25 28:9
28:11 31:22
34:23 41:3
72:19,20 76:18
80:19
**wanted** 46:9
50:14
**warranted**
29:12
**washington**
3:13
**wasnt** 25:6 44:4
**way** 31:3 35:9
42:21 64:21
68:19 79:19
90:15
**ways** 9:11 11:9
**wed** 88:8
**wednesday** 1:17
**week** 64:11,17
64:25
**weekly** 62:25
**weeks** 54:15
67:13,14,15
**welcome** 76:20
**went** 47:15
82:12
**west** 7:7
**weve** 14:2 22:7
39:4
**whats** 52:11
64:24 87:11
**wholesale** 32:3
**wholesaler** 9:9
**wildlife** 56:23
**willing** 37:3
**wind** 69:5

**wish** 43:19
**wit** 90:2
**withinnamed**
90:5
**witness** 4:3 5:4
54:14 59:13
60:11 88:15
90:5,16
**work** 8:20 21:12
38:9
**wouldnt** 25:8,12
**wright** 37:6,9,10
63:21,23
**writes** 64:13,16
**written** 5:22

**X**

**x** 4:6

**Y**

**yeah** 6:6 24:9
28:3 32:13
34:11,21 35:15
41:1 46:21
47:10 49:5,12
50:21 52:15
54:1 57:4,15
65:6,22,25
74:9 80:1,18
86:6
**year** 46:6 48:9
**years** 7:13 8:25
31:18,22 47:13
48:8,12 49:11
49:14,20 87:17
88:10
**yep** 15:1 61:19
75:19 77:20
81:15 87:3,24
**yeses** 53:12,16
**yesterday** 40:15
**youd** 88:6
**youre** 6:22 12:3
19:22 21:21

Powell, Robert Keith

December 10, 2014

14

24:4 28:14,15
28:18 30:20
32:13 34:12
37:15 39:18
52:16,16 59:24
60:2,5 73:23
76:5,20
**youve** 5:17
28:20 59:23
**ys** 53:8,9

___
**Z**

**zero** 53:14 56:20

___
**0**

**000** 10:1 85:11
85:11
**010456** 55:11
**05** 59:5
**08** 79:6,23,25
80:5
**094** 73:16

___
**1**

**1** 1:7 4:8,10 9:17
9:18 50:23
54:23 55:10,11
79:6,7,23,25
80:5 82:16
**10** 1:17 4:17
49:24,24 51:11
51:15 55:10,11
58:15 77:25
90:21
**100** 74:13
**1003101** 55:12
**109** 7:7
**11** 4:18 41:9
66:25 67:20
79:7 81:19,23
**1130** 67:20
**119** 59:3,13,21
62:9,12,13
**11th** 74:17

**12** 71:4,9 79:8
82:19,20 83:3
83:15 84:19,20
86:21 87:17,19
88:24
**131** 2:5
**13cv00353ljb**
1:7
**14** 4:10 77:5
**15** 40:9 41:17
61:3,5
**16801** 2:6
**16866** 7:8
**1990** 8:4
**1994** 68:24 69:3
71:7,8,11
**1st** 54:6 55:15
55:16

___
**2**

**2** 4:9 24:10 29:4
30:4,6,10,14
38:23,23 40:11
41:19 42:4
43:4 51:18
52:16 53:22,23
54:23 55:13
56:11 65:12
73:16 77:4
**20044** 3:13
**2009** 9:3 50:24
54:6 58:24
61:17 73:4
74:18 75:11
82:16,16 83:8
**2010** 9:4 41:1,2
41:9 43:22
54:23 80:3,5
83:9
**2011** 69:7
**2014** 1:17 50:5
55:15,16 90:17
**2018** 90:21
**202** 3:14

**21** 84:19
**22nd** 90:17
**234** 54:23
**235** 53:23
**2355** 3:5
**24** 4:9 59:4
84:20
**25** 52:7 56:24
**250** 85:11
**259** 41:19
**27** 80:3,5
**29** 59:5
**2905** 59:20
**299** 74:14
**29th** 50:4

___
**3**

**3** 4:10 10:1
28:23,24 29:3
30:5,8,12,23
38:21 50:1,12
55:8 59:4
**30** 88:24
**3070840** 3:14
**30th** 82:16
**31** 55:10,11 73:4
**31st** 75:11
**33** 1:18 41:19
**37** 73:18,24
**3855** 73:23

___
**4**

**4** 4:11 54:23
62:15,16 77:9
79:6,7,23,25
80:5
**4041** 83:2
**404115** 82:20
83:5
**4101** 68:8
**42** 67:20
**45** 52:8,11,22,23
59:2
**48** 49:24 82:20

83:2,5
**49** 59:6
**49101** 2:4
**4th** 3:12

___
**5**

**5** 2:5 4:4,12 41:9
53:21 58:8
66:15 77:9
**50** 4:10 29:2,3,4
30:4,6,7,10,14
30:17,18 38:23
38:23
**500** 61:2
**504** 3:7
**507034** 41:4,5
41:10
**510** 82:21 86:21
**52** 65:10
**55** 59:3,13 62:9
62:12,13
**555** 3:12
**5877007** 3:7
**59** 49:24
**5th** 41:1,2

___
**6**

**6** 4:13 58:16
67:23
**601** 3:5
**62** 4:11 52:12
53:21 65:9,13
77:5,9
**66** 4:12
**67** 4:13
**679** 40:11 41:19
**69** 42:4 43:4
73:18,24

___
**7**

**7** 4:14 60:8
72:21 80:3,5
**701306008** 3:6
**72** 4:14

**720s** 71:23
**75** 4:15
**76** 4:16
**77** 4:17
**7th** 69:7

___
**8**

**8** 4:10,15 40:10
41:18 60:17
75:1
**80** 85:11
**81** 4:19
**8116** 3:12
**859** 53:22
**879** 77:4
**88** 59:6
**8849** 6:1 43:23
51:10 58:19
61:21
**8849s** 58:10

___
**9**

**9** 1:18 4:8,16
51:15 58:15
61:15 76:21,22
78:3
**96** 40:10 41:18
**99** 65:12
**9th** 74:17

Henderson Legal Services, Inc.