IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

J. J. Powell, Inc.                                    \*

                                                      \*

Plaintiff                                             \*

                                                      \*

         v.                                           \*         NO.    1:13-cv-00353-LJB

                                                      \*                Judge Lynn J. Bush

                                                      \*

UNITED STATES OF AMERICA             \*

                                                      \*

Defendant                                            \*

                                                      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPONENT DESIGNATION

         Pursuant to RCFC 30(b)(6) plaintiff, J.J. Powell, Inc., designates the following persons to

testify on its behalf.

         Keith Powell

         Mr. Powell will testify for the plaintiff on all matters relevant to this action except the

preparation of the Forms 8849, Claim for Refund of Excise Tax.

         Bob Hummel

         Mr. Hummel will testify for the plaintiff on the preparation of the Forms 8849, Claim for

Refund of Excise Tax.

                                        Respectfully submitted,

                                        Cloyd F. Van Hook
                                        Guarisco Cordes & Lala, LLC
                                        601 Poydras St., Ste 2355
                                        New Orleans, LA 70130
                                        Phone:  (504) 587-7007
                                        Fax:  (504) 587-9067
                                        Email:  cloyd@gctaxlaw.com
Dated:  December 10, 2014               Attorney for J. J. Powell, Inc.



1

0001

CERTIFICATE OF SERVICE

I certify that the foregoing Deponent Designation was served on the defendant by hand delivery to counsel for defendant at the deposition taken at Magisterial District Court, 49-1-01, 131 S. Fraser Street, Suite 5, State College Pennsylvania on December 10, 2014.

Respectfully submitted,

Cloyd F. Van Hook
Guarisco Cordes & Lala, LLC
601 Poydras St., Ste 2355
New Orleans, LA 70130
Phone:  (504) 587-7007
Fax:  (504) 587-9067
Email:  cloyd@gctaxlaw.com
Attorney for J. J. Powell, Inc.

2

| JJ POWELL INC #25-1099474 | | | |
| Tax Exempt Customer List | | | |
| Taxpayer ID Number | Name | Certificate on Hand for Audit Period | Contract or Order on Hand for Audit Period |
| --- | --- | --- | --- |
| 23-2982974 | ALPHA FIRE DEPT. | X | |
| 25-1642127 | BALD EAGLE FIRE CO | X | |
| 24-6000566 | BELLEFONTE BORO | X | |
| 24-6000793 | BELLEFONTE SCHOOL DISTRICT | | X |
| 24-6001359 | BENNER TWP. | X | |
| 24-6002196 | BOGGS TWP. | X | |
| 25-6006651 | BOGGS TWP. | X | |
| 25-1158058 | CENTRAL PA INSTITUTE OF SCIENCE & TECH | X | |
| 25-1313123 | CENTRE AREA TRANSIT AUTH | X | |
| 24-0799348 | CENTRE CO. LIBRARY | X | |
| 24-6000724 | CENTRE CO. OFFICE OF TRANSPORTATION | | X |
| 24-6002490 | CENTRE HALL BORO | X | |
| 25-1516152 | CENTRE HALL FIRE CO. | X | |
| 25-1721937 | CENTRE HALL-POTTER SEWER AUTH. | X | |
| 25-1198685 | CHESTER HILL BORO | X | |
| 25-0902930 | CHESTER HILL FIRE CO. | X | |
| 25-1697605 | CITIZENS HOOK AND LADDER | X | |
| 25-6000899 | CLARION COUNTY OFFICE OF EMERG MGMT | X | |
| 25-6000311 | CLEARFIELD BORO | X | X |
| 25-1154028 | CLEARFIELD CO CAREER & TECH CENTER | X | |
| 25-1560607 | CLEARFIELD RECREATION & TOURISM | X | |
| 25-1249700 | CLINTON CO SOLID WASTE AUTHORITY | X | |
| 25-1431216 | COLUMBIA FIRE CO | X | |
| 25-6000993 | COOPER TWP ROAD DIST | X | |
| 23-2281363 | COVINGTON/KARTHAUS AREA AUTHORITY | X | |
| 25-1149849 | COVINGTON TWP | X | |
| 26-4439949 | CURWENSVILLE LAKE AUTHORITY | X | |
| 25-6001105 | DECATUR TWP | X | |
| 25-1197270 | FERGUSON TWP | X | X |



DEPOSITION
EXHIBIT

| | | | |
|---|---|---|---|
| 25-6058035 | GREGG TWP. FIRE CO. | X | |
| 25-1391012 | HALFMOON TWP. | X | |
| 25-1598648 | HAWTHORN FIRE CO | X | |
| 25-6050420 | HOPE FIRE CO. | X | |
| 23-7354806 | HOWARD FIRE CO | X | |
| 25-1259685 | HOWARD TWP | X | |
| 25-6001903 | KARTHAUS TWP. | X | |
| 25-6001970 | LAWRENCE TWP. | X | X |
| 24-0773963 | LOGAN FIRE CO. | X | |
| 24-6001489 | MARION TWP. | X | |
| 24-0863347 | MILESBURG BORO | X | |
| 25-1392752 | MORRIS COOPER POLICE DEPT | X | |
| 25-6002197 | MORRIS TWP. | X | |
| 25-1435130 | MT. TOP FIRE CO. | X | |
| 25-6000433 | OSCEOLA MILLS BORO | X | |
| 25-1154733 | PATTON TWP. | X | X |
| 25-1644382 | PA STATE CORRECTIONAL INST | X | |
| 24-740001 | PENN DOT MAINTENANCE DIST 2 | X | |
| 24-6002163 | PENNS VALLEY AREA SCHOOL DISTRICT | | |
| 24-6000648 | PHILIPSBURG BORO | X | |
| 24-6002258 | PHILIPSBURG OSCEOLA SCHOOL DISTRICT | X | |
| 25-1429525 | PLEASANT GAP FIRE CO | X | |
| 25-6000651 | PORT MATILDA BOROUGH | X | |
| 25-1875311 | PORT MATILDA FIRE CO | X | |
| 25-1329451 | REDBANK TWP | X | |
| 25-6003777 | REDBANK VALLEY SCHOOL DISTRICT | X | |
| 24-6025696 | RELIANCE FIRE CO | X | |
| 24-6001543 | RUSH TWP. | X | |
| 25-1290414 | SEVEN MOUNTAINS EMS | X | |
| 25-1201136 | SNOW SHOE BORO | X | |
| 23-1608550 | SNYDER TWP. | X | X |
| 24-6001562 | SPRING TWP. | X | |
| 25-1392495 | SPRING-BENNER-WALKER AUTHORITY | X | |
| 24-6001247 | STATE COLLEGE AREA SCHOOL DIST | X | X |

| | | | |
|---|---|---|---|
| 24-6000660 | STATE COLLEGE BORO | X | |
| 23-7082133 | STONE CREEK VALLEY VOLUNTEER FIRE | X | |
| 25-1227567 | TAYLOR TOWNSHIP | | |
| 23-6004282 | TYRONE SCHOOL DISTRICT | X | |
| 24-0746835 | UNDINE FIRE CO. | X | |
| 25-1256721 | UNION TWP. | X | |
| 23-7431786 | WALKER TWP FIRE CO | X | |
| 25-1812957 | WALLACETON BOGGS MUNICIPAL AUTH | X | |
| 25-1256440 | WARRIORS MARK WATER AUTH | X | |
| 24-6000743 | WILLIAMSPORT MUNICIPAL AIRPORT | X | |

0005



**U.S. Department of Justice**

**Tax Division**

*Please reply to:*    *Court of Federal Claims Section*
                      *P.O. Box 26*
                      *Washington, D.C. 20044*
                      *Fax No. 202-514-9440*

*Trial Attorney :Jennifer Dover Spriggs*
*Attorney's Direct Line: 202-307-0840*
*Jennifer.D.Spriggs@usdoj.gov*

TWA:DAP:GRS:JDSpriggs
154-3043
CMN 2013104878

AUG  1  2014

**Via E-mail (cloyd@gctaxlaw.com)**
**and First Class Mail**

Cloyd F. Van Hook
Guarisco & Cordes, LLC
601 Poydras Street, Suite 2355
New Orleans, Louisiana  70130

     Re:       J.J. Powell, Inc. v. United States,
                   Fed. Cl. No. 13-353 T

Dear Mr. Van Hook:

     As we discussed, I reviewed the documents plaintiff provided to the government in response to defendant's first discovery requests.  Based upon my review of the documents plaintiff provided to defendant, I have the following questions and comments:

    1.  Attached as Ex. 1 is a schedule provided by plaintiff and described as "September 2009 Exempt Gas Sales Thru Cardlock."

       (a) Explain the unit of measure used in the attached schedule to report exempt gas sales, *i.e.*, dollars, gallons, etc.
       (b) Explain how plaintiff used the information contained in the attached schedule.
       (c) Explain the information contained in the "exempt federal" column in the attached schedule
       (d) Explain the information contained in "SCH 09" and "SCH 10" referenced in the attached schedule.

    2.  Attached as Exhibit 2 is an untitled document provided by plaintiff.

       (a) Provide the title for the attached document and explain how plaintiff used the information contained in the attached document.
       (b) Explain the "tax flags" column contained in the attached document.



0006

- 2 -

3. Attached as Exhibit 5 is a schedule provided by plaintiff and described as "August 2009 Exempt Diesel Sales Thru Cardlock."

   (a) Explain the unit of measure used in the attached schedule to report exempt diesel sales, *i.e.,* dollars, gallons, etc.
   (b) Explain how plaintiff used the information contained in the attached schedule.
   (c) Explain the information contained in the "exempt federal" column contained in the attached schedule.
   (d) Explain the information contained in "SCH 09" and "SCH 10" referenced in the attached schedule.

4. Attached as Exhibit 6 is a schedule provided by plaintiff and described as "Customer Federal Excise Report."

   (a) Explain the unit of measure used to report the amounts contained in the column labeled "quantity" in the attached document, *i.e.,* dollars, gallons, etc.
   (b) Explain how plaintiff used the information contained in the attached document.
   (c) Explain "Sale Type L" referred to in the attached document.
   (d) Explain "Sale Type P" referred to in the attached document. ·

5. Attached as Exhibit 7 is an untitled document provided by plaintiff.

   (a) Provide the title for the attached document and the period(s) to which it applies.
   (b) Explain the unit of measure used in the attached document *i.e.,* dollars, gallons, etc.
   (c) Explain how plaintiff used the information contained in the attached document.
   (d) Explain the numerical total for the column labeled "federal" in the attached document.
   (e) Explain the information contained in "SCH 09" and "SCH 10" referred to in the attached document.

6. Attached as Exhibit 8 is a document provided by plaintiff and labeled "Product Ranking Report."

   (a) Explain the information contained in the attached document.
   (b) Explain how plaintiff used the information contained in the attached report.

7. Attached as Exhibit 9 is a document provided by plaintiff and labeled "3rd Quarter 2009 Federal Exempt Diesel."

   (a) Explain the information contained in the attached document.
   (b) Explain how plaintiff used the information contained in the attached document.
   (c) Explain the term "Fuel Mgmt" referred to in the attached document.
   (d) Explain the term "DELD" referred to in the attached document.

- 3 -

In Defendant's First Request for Production of Documents Nos. 2-3 ("Requests Nos. 2-3") defendant sought a representative sample of the invoices prepared in connection with plaintiff's sale of gasoline and diesel fuel to customers who purchased fuel for taxable as well as nontaxable purposes during the periods in issue. In reviewing the documents provided by plaintiff, I did not find documents responsive to Defendant's Requests Nos. 2-3. I ask that you provide the documents sought in Requests Nos. 2-3. If plaintiff previously provided those documents, please explain where they may be located.

In Defendant's Request No 7, defendant sought copies of each Form 8849 filed by plaintiff with the Internal Revenue Service with respect to the excise tax at issue in this action, including the documents relied upon by plaintiff in preparing each Form 8849. In reviewing the documents provided by plaintiff, I did not find documents responsive to Request No. 7. I ask that you provide the Forms 8849 filed by plaintiff for the quarters ending September 30, 2009, March 31, 2010, June 30, 2010, September 30, 2010, and December 31, 2010, along with the requested supporting workpapers. If plaintiff previously provided those documents, please explain where they may be located.

If you have any questions or comments, I can be reached at Area Code 202, 307-0840.

Sincerely yours,

Jennifer Dover Spriggs
Jennifer Dover Spriggs
Trial Attorney
Court of Federal Claims Section

Enclosures as stated

0008

SEPTEMBER 2009

EXEMPT GAS SALES THRU CARDLOCK

| | Prepared By | Initials | Date |
|---|---|---|---|
| | Approved By | | |

| CUSTOMER | EXEMPT FEDERAL | | SCH 10 | EXEMPT STATE | |
|---|---|---|---|---|---|
| Chester Hill Boro | 8654 | ✓ | | 8654 | ✓ |
| Chester Hill Fire Co | 6957 | ✓ | ✓ | 6957 | ✓ |
| POA School | 28560 | ✓ | | 28560 | ✓ |
| Pburg Boro | 23782 | ✓ | | 23782 | ✓ |
| Reliance Fire Co | 700 | ✓ | ✓ | 700 | ✓ |
| Mo Valley EMS | O | ✓ | ✓ | 8477 | ✓ |
| Columbia Fire Co | 1548 | ✓ | ✓ | 1548 | ✓ |
| Bald Eagle Fire Co | 1270 | ✓ | | 1270 | ✓ |
| Snyder Twp | 1002 | ✓ | | 1002 | ✓ |
| Tyrone School | 50273 | ✓ | | 50273 | ✓ |
| Logan Fire Co | 1901 | ✓ | ✓ | 1901 | ✓ |
| BHE EMS | O | ✓ | ✓ | 25307 | ✓ |
| Hope Fire Co | 1712 | ✓ | ✓ | 1712 | ✓ ✓ |
| Mt Top Fire Co | 3211 | ✓ | ✓ | 3211 | ✓ |
| Patton Twp | 150188 | ✓ | | 150188 | ✓ |
| Halfmoon Twp | 1170 | ✓ | | 1170 | ✓ |
| BHE Boro | 118150 | ✓ | | 118150 | ✓ |
| Centre Co Library | 3539 | ✓ | | 3539 | ✓ |
| Centre Co Office of Trans | 267031 | ✓ | | 267031 | ✓ ✓ |
| "    "    "    " | 612230 | ✓ | | 612230 | ✓ ✓ |
| Benner Twp | 5525 | | | 5525 | ✓ |
| BHE School | 151133 | ✓ | | 151133 | ✓ |
| Off Co Mun Ser Rec Auth | 11101 | ✓ | | 11101 | ✓ ✓ |
| Spring Twp | 35282 | ✓ | | 35282 | ✓ |
| Wpoort Airport | 7683 | ✓ | | 7683 | ✓ |
| Rush Twp | 15260 | ✓ | | 15260 | ✓ |
| Mburg Boro | 9820 | ✓ | | 9820 | ✓ |
| Boggs Twp | 899 | ✓ | | 899 | ✓ ✓ |
| Marion Co | 2482 | ✓ | | 2482 | ✓ |
| Morris Twp | 2096 | ✓ | | 2096 | ✓ |
| Redbank Valley School | 71081 | ✓ | | 71081 | ✓ |
| Warriors Mark Water Auth | 7824 | ✓ | | 7824 | ✓ |
| | | | | | |
| | 1632064 | ✓ | | 1665848 | ✓ |

EXHIBIT
tabbies
1

| | | SCH 09 | 1614765 | |
|---|---|---|---|---|
| | | SCH 10 | 51083 | |

0009

```
  :0:21:26                          ** Edit/Print Transactions **                        Page:  34
                                    Includes   All    Transactions
```

Selling Host:  616  J. J. Powell, Inc.              AMQ     422 West Linn Street, Bellefonte     PA    Site Region:  CEN

| Buy<br>Hst | Co<br># Customer | Driver Dvr Veh<br>Card # # | Transaction<br>Date | Trans Prod Unit<br>Time # Seq # Cost | Unit Tax<br>Price Flags | Sales<br>Tax | Quantity | A/R<br>Date | Booking<br>Date | Error<br>Codes |
|---|---|---|---|---|---|---|---|---|---|---|

```
              BUYING HOST TOTALS:              QTY          AMOUNT         COST      # TRANS
                506 Christoff-Mitchell Petroleum,    9.500         24.35        23.88        1
                514 Guttman Oil Co.                 74.750        196.45       192.71        3
                594 Edris Oil Service, Inc.         31.020         82.76        81.21        1
                598 Snedeker Oil Co. Inc.           32.560         81.18        79.55        1
                616 J. J. Powell, Inc.           1,616.550      3,964.61     3,660.19       83
                994 Wright Express                  40.780        109.81       107.77        2
                     Totals:                     1,805.160      4,459.16     4,145.31       91

              PRODUCT TOTALS:
                 2 UNLEADED REGULAR GASOLINE       905.830      2,134.81     1,956.31       58
                 4 UNLEADED PREMIUM GASOLINE        36.200         95.27        84.60        4
                25 OFF ROAD NON-TAX DIESEL         111.190        244.30       208.16        2
                45 ULTRA LOW DSL #2                751.940      1,984.78     1,896.24       27
                     Totals:                     1,805.160      4,459.16     4,145.31       91
```

Selling Host:  616  J. J. Powell, Inc.              AMX     105 Wilson Street, Centre Hall     PA    Site Region:  CEN

| Buy Hst | Co # Customer | Card | Date | Time | # | Seq # | Cost | Price Flags | Sales Tax | Quantity | A/R Date | Booking Date | Err |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 616 | 1 10576 SHAWLEY EX 2782758 | 1 | 09/01/09 | 5:04 | 273 | 0 | 25 | 1.93830U 2.19717 | YYYYYN | 50.090 | 09/30/09 | 09/30/09 | |
| 616 | 1 10537 CENTRE COU 3535799 | 1 | 09/01/09 | 6:03 | 274 | 0 | 45 | 1.99390U 2.23500 | NNNYYN | 32.380 | 09/15/09 | 09/30/09 | |
| 616 | 1 10043 ROBINSON'S 2782995 | 1 | 09/01/09 | 6:46 | 275 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 78.550 | 09/30/09 | 09/30/09 | |
| 616 | 1 10970 MELVILLE,  3070079 | 1 | 09/01/09 | 7:50 | 276 | 0 | 25 | 1.93830U 2.19717 | YYYYYN | 10.010 | 09/30/09 | 09/30/09 | |
| 616 | 1     1 POWELL INC 2392202 | 1 | 09/01/09 | 7:56 | 277 | 0 | 28 | 2.19340U | NNNYYY | 400.400 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 11365 KITKO, DAV 3325972 | 1 | 09/01/09 | 9:22 | 278 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 31.990 | 09/15/09 | 09/30/09 | |
| 616 | 1 11224 BEAVERTOWN 8383598 | 1 | 09/01/09 | 9:26 | 279 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 45.000 | 09/15/09 | 09/30/09 | |
| 616 | 1 10759 WOLFE, WAD 3070854 | 1 | 09/01/09 | 9:43 | 284 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 47.080 | 09/30/09 | 09/30/09 | |
| 616 | 1     1 POWELL INC 2392202 | 1 | 09/01/09 | 10:40 | 285 | 0 | 25 | 1.93830U | NNNYYY | 800.100 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 11095 MAXWELL TR 3738454 | 1 | 295 09/01/09 | 12:49 | 286 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 110.010 | 09/15/09 | 09/30/09 | |
| 616 | 1 11179 LUSE, CHRI 3070987 | 1 | 09/01/09 | 13:49 | 287 | 0 | 25 | 1.93830U 2.19717 | NNNYYN | 4.900 | 09/30/09 | 09/30/09 | |
| 616 | 1     1 POWELL INC 2392202 | 1 | 09/01/09 | 14:02 | 289 | 0 | 25 | 1.93830U | NNNYYY | 898.100 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1     1 POWELL INC 0383629 | 1 | 09/01/09 | 14:09 | 290 | 0 | 45 | 2.61790U | YYYYYN | 29.000 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 10657 SWANK EXCA 2484109 | 1 | 09/01/09 | 15:35 | 291 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 47.100 | 09/30/09 | 09/30/09 | |
| 616 | 1 11116 ROWLES, MI 3070785 | 1 | 09/01/09 | 20:20 | 292 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 24.990 | 09/30/09 | 09/30/09 | |
| 616 | 1 11057 GALLIKER D 3738498 | 1 | 09/01/09 | 20:52 | 293 | 0 | 45 | 2.61790U 2.85900 | YYYYYN | 70.000 | 09/30/09 | 09/30/09 | |
| 616 | 1 11625 U. S. FISH 3738125 | 1 | 09/02/09 | 7:55 | 294 | 0 | 45 | 1.86600U 2.19717 | NNNYYN | 105.010 | 09/30/09 | 09/30/09 | |
| 616 | 1 11326 R & R FENC 3325745 | 1 | 09/02/09 | 7:57 | 295 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 25.930 | 09/30/09 | 09/30/09 | |
| 616 | 1 11269 WEBB'S SUP 3325427 | 1 | 09/02/09 | 8:24 | 296 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 12.980 | 09/15/09 | 09/30/09 | |
| 616 | 1 11752 WAM TRANSP 8253113 | 1 | 09/02/09 | 8:34 | 297 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 64.980 | 09/15/09 | 09/30/09 | |
| 616 | 1 10657 SWANK EXCA 2484109 | 1 | 09/02/09 | 8:40 | 299 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 31.980 | 09/30/09 | 09/30/09 | |
| 616 | 1     1 POWELL INC 2392202 | 1 | 09/02/09 | 8:53 | 300 | 0 | 28 | 2.15090U | NNNYYY | 600.000 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1     1 POWELL INC 2392202 | 1 | 09/02/09 | 8:57 | 302 | 0 | 25 | 1.86600U | NNNYYY | 657.900 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 11365 KITKO, DAV 3325972 | 1 | 09/02/09 | 9:04 | 303 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 29.990 | 09/15/09 | 09/30/09 | |
| 616 | 1 11057 GALLIKER D 3535572 | 1 | 09/02/09 | 9:29 | 305 | 0 | 25 | 1.86600U 2.19717 | NNNYYN | 14.220 | 09/30/09 | 09/30/09 | |
| 616 | 1 11057 GALLIKER D 3535571 | 1 | 09/02/09 | 9:30 | 306 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 56.900 | 09/30/09 | 09/30/09 | |
| 616 | 1 10759 WOLFE, WAD 3070854 | 1 | 09/02/09 | 9:47 | 307 | 0 | 45 | 2.54707U 2.85900 | YYYYYN | 47.520 | 09/30/09 | 09/30/09 | |
| 616 | 1     1 POWELL INC 2392202 | 1 | 09/02/09 | 10:15 | 309 | 0 | 25 | 1.86600U | NNNYYY | 478.000 | 09/30/09 | 09/30/09 | 18 |

. J. Powell Fuel Management

EXHIBIT

2

tabbies

```
                                                            HOLDBU01    v8 0.0
```

## AUGUST 2009

### EXEMPT DIESEL SALES THRU CARDLOCK

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| # | CUSTOMER | EXEMPT FEDERAL | SELL TO | EXEMPT STATE | | |
|---|---|---|---|---|---|---|
| 1 | Taylor Twp | 22752 | | 22752 | ✓ | |
| 2 | Chester Hill Boro | 3315 | | 3315 | ✓ | |
| 3 | Pburg Boro | 9148 | | 9148 | ✓ | |
| 4 | Reliance Fire Co | 6913 | ✓ | 6913 | ✗ | ✓ |
| 5 | Mo Valley EMS | 0 | ✓ | 87732 | ✗ | ✓ |
| 6 | Columbia Fire Co | 10494 | | 10494 | ✓ | |
| 7 | Bald Eagle Fire Co | 6002 | ✓ | 6002 | ✓ | |
| 8 | Snyder Twp | 40796 | | 40796 | ✓ | |
| 9 | Tyrone School | 11312 | | 11312 | ✓ | |
| 10 | Logan Fire Co | 6886 | ✓ | 6886 | ✓ | |
| 11 | BAE EMS | 0 | ✓ | 55024 | ✓ | |
| 12 | Hope Fire Co | 13839 | ✓ | 13839 | ✗ | ✓ |
| 13 | Mt Top Fire Co | 11575 | ✓ | 11575 | ✓ | |
| 14 | Patton Twp | 25616 | | 25616 | ✓ | |
| 15 | Halfmoon Twp | 7556 | | 7556 | ✓ | |
| 16 | BHE Boro | 116495 | | 116495 | ✓ | |
| 17 | Penns Valley EMS | 0 | ✓ | 31842 | ✓ | |
| 18 | Centre Hall Fire Co | 5665 | | 5665 | ✓ | |
| 19 | Centre Co Library | 24171 | | 24171 | ✓ | |
| 20 | Centre Co Office of Trans | 19953 | | 19953 | ✓ | |
| 21 | Alpha Fire Co | 11955 | ✓ | 11955 | ✓ | |
| 22 | Undine Fire Co | 11612 | | 11612 | ✓ | |
| 23 | Conner Twp | 17566 | | 17566 | ✓ | |
| 24 | BAE School | 8922 | | 8922 | ✓ | |
| 25 | Centre Hall Boro | 2500 | | 2500 | ✓ | |
| 26 | Gregg Twp Fire Co | 2211 | ✓ | 2211 | ✓ | |
| 27 | Clinton Co Solid Waste | 7278 | | 7278 | ✓ | |
| 28 | Wport Airport | 4160 | | 4160 | ✓ | |
| 29 | Rush Twp | 2512 | | 2512 | ✓ | |
| 30 | Mburg Boro | 10029 | | 10029 | ✓ | |
| 31 | Walker Twp Fire Co | 9664 | ✓ | 9664 | ✓ | |
| 32 | Bellwk Valley School | 31227 | | 31227 | ✓ | |
| 33 | CHAL EMS | 0 | ✓ | 97783 | ✗ | ✓ |
| 34 | | | | | | |
| 35 | | 482124 | ✓ | 748505 | ✓ | |
| 36 | | | ✓ | + 3000 | Aux Test | |
| 37 | | | | 751505 | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | 5024 09 | 385308 | | |
| | | | 10 | 366197 | | |

EXHIBIT 5

tabbies®

```
2009/09/02 10:42:46                    Customer Federal Excise Report                           Page   1
```

```
Booking Date from 08/31/09 thru 08/31/09    Product Class D    Products         Sites
Customers    from    1 thru 99999           Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                       (Date & Time)                          Tax       Tax
                                                                  Quantity        Rate      Amount
```

FEDERAL
DIESEL

| Customer | Address | Phone | Product Totals | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|---|---|
| 11369 2 MARK SERVICES | 338 WINTERS DRIVE WEST DECATUR, PA 16878 | 339-7023 | | | | |
| --- Sale Type L --- | | | 25 OFF ROAD NON-TAX DIE | 11.03 | | .00 |
| --- Sale Type P --- | | | 59 #2 RED ULTRA LOW SUL | 11.99 | | .00 |
| | | | Totals for Customer 11369 | 23.02 | | .00 |
| 11532 ALLEGHENY LOGGING CO. | 93 CROWSFOOT LANE MORRISDALE, PA 16858 | 345-5460 | | | | |
| --- Sale Type L --- | | | 25 OFF ROAD NON-TAX DIE | 196.05 | | .00 |
| | | | Totals for Customer 11532 | 196.05 | | .00 |
| 11760 ALPHA FIRE DEPARTMENT | PATTON TOWNSHIP 400 W. BEAVER AVENUE STATE COLLEGE, PA 16801 | 237-4127 23-2982974 | | | | |
| --- Sale Type L --- | | | 45 ULTRA LOW DSL #2 | 119.55 | 0.24300- | 29.05- |
| | | | Totals for Customer 11760 | 119.55 | | 29.05- |
| 11765 ANDRONICOS ASSOCIATES | 202 THUNDERHILL ROAD CENTRE HALL, PA 16828 | 883-9327 | | | | |
| --- Sale Type L --- | | | 25 OFF ROAD NON-TAX DIE | 4.07 | | .00 |
| | | | Totals for Customer 11765 | 4.07 | | .00 |
| 11078 ARAWAY, JOE | 212 LANCE HILL ROAD PO BOX 258 WINBURNE, PA 16879 | 814 345-6884 | | | | |
| --- Sale Type L --- | | | 25 OFF ROAD NON-TAX DIE | 149.98 | | .00 |
| | | | Totals for Customer 11078 | 149.98 | | .00 |

J. J. Powell, Inc.

**EXHIBIT**

tabbies

6

TRANSR06   v8.0.0

| | CUSTOMER | FEDERAL | SCH 10 | STATE | | |
|---|---|---|---|---|---|---|
| 1 | Chester Hill Boro | 6485 | ✓ | 6485 | ✓ | 1 |
| 2 | Chester Hill Fire Co | 8891 | ✓ | 8891 | ✓ | 2 |
| 3 | POA School | 17740 | ✓ | 17740 | ✓ | 3 |
| 4 | Pburg Boro | 27185 | ✓ | 27185 | ✓ | 4 |
| 5 | Mo Valley EMS | 0 | ✓ | 11919 | ✓ ✓ | 5 |
| 6 | Columbia Fire Co | 1500 | ✓ | 1500 | ✓ ✓ | 6 |
| 7 | Bald Eagle Fire Co | 13381 | ✓ | 13381 | ✓ | 7 |
| 8 | Snyder Twp | 1283 | | 1283 | ✓ | 8 |
| 9 | Tyrone School | 10033 | ✓ | 10033 | ✓ | 9 |
| 10 | Logan Fire Co | 1783 | ✓ | 1783 | ✓ | 10 |
| 11 | BHE EMS | 0 | ✓ | 20244 | ✓ | 11 |
| 12 | Hope Fire Co | 2295 | ✓ | 2295 | ✓ | 12 |
| 13 | Mt Top Fire Co | 7745 | ✓ | 7745 | ✓ | 13 |
| 14 | Patton Twp | 132750 | ✓ | 132750 | ✓ | 14 |
| 15 | Halfmoon Twp | 3479 | ✓ | 3479 | ✓ | 15 |
| 16 | BHE Boro | 122558 | ✓ | 122558 | ✓ | 16 |
| 17 | Centre Co Library | 2992 | | 2992 | ✓ | 17 |
| 18 | Centre Co Office of Trans | 274556 | ✓ | 274556 | ✓ ✓ | 18 |
| 19 | " " " | 705232 | ✓ | 705232 | ✓ ✓ | 19 |
| 20 | Benner Twp | 6400 | ✓ | 6400 | ✓ | 20 |
| 21 | BHE School | 71634 | ✓ | 71634 | ✓ ✓ | 21 |
| 22 | CHd Co Mun Ser Rec Auth | 9401 | ✓ | 9401 | ✓ ✓ | 22 |
| 23 | Spring Twp | 36312 | ✓ | 36312 | ✓ | 23 |
| 24 | Wport Airport | 9200 | ✓ | 9200 | ✓ | 24 |
| 25 | Rush Twp | 15499 | ✓ | 15499 | ✓ | 25 |
| 26 | Mburg Boro | 7303 | ✓ | 7303 | ✓ | 26 |
| 27 | Centre Hall Potter Sewer | 1500 | ✓ | 1500 | ✓ ✓ | 27 |
| 28 | Morris Twp | 5837 | ✓ | 5837 | ✓ | 28 |
| 29 | Redbank Valley School | 23789 | ✓ | 23789 | ✓ | 29 |
| 30 | Union Twp | 2599 | ✓ | 2599 | ✓ | 30 |
| 31 | Warriors Mark Water Auth | 785 | | 785 | ✓ | 31 |
| 32 | | | | | | 32 |
| 33 | | 1518147 | ✓ | 1549910 | ✓ | 33 |
| 34 | | | | 7000 | PUMATEST | 34 |
| 35 | | | | 1559910 | | 35 |
| 36 | | | | | | 36 |
| 37 | | | | | | 37 |
| 38 | | | | | | 38 |
| 39 | | | | | | 39 |
| 40 | | | SCH 09 | 1494552 | | 40 |
| | | | 10 | 57358 | | |

EXHIBIT

7

# Product Ranking Report

J. Powell, Inc.    Effective Date 03/21/2009

**500 PPM LS NRLM**
1.4647
└── PPC Altoona
1.4875
└── Sunoco@PPC

**15 PPM ULSD NRLM**
1.4750
└── F&H-Williamsport
1.4755
└── Conoco-Phillips
1.4810
└── Farm & Home
1.4814
└── Motiva Ent. (Texaco)
1.4850
└── PPC Altoona
1.4909
└── BP-Amoco Altoona
1.5350
└── Sunoco@PPC

**15 PPM ULSD**
1.4700
└── F&H-Williamsport
1705
└── Conoco-Phillips
1.4760
└── Farm & Home
1.4764
└── Motiva Ent. (Texaco)
1.4801
└── PPC Altoona
1.4863
└── Williamsport - Motiva
1.4880
└── BP-Amoco Altoona
1.5300
└── Sunoco@PPC

**15 PPM ULSD DYED**
1.4750      *Ultra low*
└── F&H-Williamsport      *Sulfur*
1.4755
└── Conoco-Phillips
1.4810
└── Farm & Home
1.4814
└── Motiva Ent. (Texaco)
1.4850
└── PPC Altoona
4909
└── BP-Amoco Altoona
1.5350
└── Sunoco@PPC

**500 PPM KERO DYED**

---

1.5245
└── Conoco-Phillips
1.5300
└── Sunoco@PPC
1.5652
└── PPC Altoona
1.6260
└── Farm & Home

**500 PPM L/S**
1.4801
└── Sunoco@PPC

**500 PPM L/S DYED**
1.4647
└── PPC Altoona
1.4875
└── Sunoco@PPC

**500 PPM KERO CLEAR**
1.5195
└── Conoco-Phillips
1.5251
└── Sunoco@PPC
1.5602
└── PPC Altoona
1.6210
└── Farm & Home

**REGULAR GAS** *87 Octane*
1.3790
└── Farm & Home
1.3950
└── F&H-Williamsport
1.3980
└── Conoco-Phillips
1.4108
└── PPC Altoona
1.4454
└── BP-Amoco Altoona

**MID GRADE GAS** *89 Octane*
1.3980
└── F&H-Williamsport
1.4580
└── Conoco-Phillips
1.4660
└── Farm & Home
1.4756
└── PPC Altoona
1.5147
└── BP-Amoco Altoona

**PREMIUM GAS**
1.4450
└── F&H-Williamsport
1.5580
└── Conoco-Phillips
1.6018

---

└── PPC Altoona
1.6180
└── Farm & Home
1.6375
└── BP-Amoco Altoona

**E10 87 OCT**
1.3690
└── Farm & Home
1.3984
└── PPC Altoona
1.4009
└── BP-Amoco Altoona
1.4360
└── Conoco-Phillips

**E10 89 OCT**
1.4459
└── PPC Altoona
1.4560
└── Farm & Home
1.4702
└── BP-Amoco Altoona
1.4960
└── Conoco-Phillips

**E10 93 OCT**
1.5597
└── PPC Altoona
1.5929
└── BP-Amoco Altoona
1.5960
└── Conoco-Phillips
1.6080
└── Farm & Home

**DYED H/O UNMARKE**
1.4100
└── F&H-Williamsport
1.4122
└── Sunoco@PPC
1.4127
└── PPC Altoona
1.4130
└── Farm & Home
1.4240
└── Conoco-Phillips

**Unmrkd H/O for MFG**
1.4100
└── F&H-Williamsport
1.4122
└── Sunoco@PPC
1.4127
└── PPC Altoona
1.4130
└── Farm & Home
1.4240
└── *CONOCO*

EXHIBIT
8

0014

3RD QTR 2009 FEDERAL EXEMPT DIESEL

| FUEL MGMT | TAYLOR TWP | CHILL BORO | CHILL FC | POLICE FOA | RELIANCE BORO | COLUMBIA FC | BC FC | SNYDER TWP | TYRONE SCHOOL | LOGAN FC | HOPE FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 18059 | 4695 | 3596 | 344 | 24640 | 9600 | 7946 | 16807 | 33405 | 15005 | 16776 | 11055 |
| AUG | 22752 | 3315 | - | - | 9148 | 6913 | 10494 | 6002 | 40796 | 11312 | 6886 | 13839 |
| SEPT | 2624 | 1820 | 1650 | - | 10095 | 3722 | 3501 | 4777 | 26828 | 78602 | 6555 | 5310 |
| TOTAL | 43455 | 9830 | 5246 | 344 | 43883 | 20235 | 21941 | 27586 | 101029 | 104919 | 30217 | 30204 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| FUEL MGMT | PIT TWP FC | PATTON TWP | HALF MOON TWP | BLFT BORO | CHILL FC | CENTRE CO LIBRARY | DECREE CO OFFICE | UNDINE FC | BENNER TWP | BLFT SCHOOL | GREGG TWP FC | CLINTON CO WASTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 16378 | 58423 | 9597 | 123792 | 6049 | 21467 | 18006 | 11883 | 38821 | 13744 | 3162 | 18007 |
| AUG | 11575 | 45616 | 7556 | 116495 | 5665 | 24171 | 19953 | 11612 | 17566 | 8922 | 2211 | 7278 |
| SEPT | 9088 | 72150 | 7858 | 110301 | 7049 | 16871 | 21817 | 9306 | 19819 | 510966 | 3187 | 17029 |
| TOTAL | 37041 | 176189 | 25011 | 350588 | 18763 | 62509 | 59776 | 32801 | 76206 | 533632 | 8560 | 42314 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| FUEL MGMT | WMPORT AIR PORT | RUSH TWP | MONFEG BORO | CH POTTER | CITIZEN HZL | WALKER TWP FC | RED BANK SCHOOL | WALL BOGGS | ALLATIA FC | DUALL BORO | SEVEN MILA EMS | SPRING TWP | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 2714 | 4409 | 6305 | 3001 | 3379 | 5433 | 4201 | 1500 | 7523 | - | - | | 539722 |
| AUG | 4160 | 2512 | 10029 | - | - | 9664 | 31227 | - | 11955 | 2500 | - | - | 482124 |
| SEPT | 2282 | 4959 | 5556 | 2951 | - | 3806 | 110408 | - | 2881 | - | 1629 | 2999 | 1088396 |
| TOTAL | 9156 | 11880 | 21890 | 5952 | 3379 | 18903 | 145836 | 1500 | 22359 | 2500 | 1629 | 2999 | 2110242 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

| DELD | Lawrence Twp | Patton Twp | PS FC | S&W | Union Twp | Walker Twp FC | Boggs Twp | Karthaus Twp | Morris Twp | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 1200.0 | 509.5 | 344.5 | 568.1 | 396.4 | 472.0 | | | | 3490.5 |
| AUG | 1200.0 | | 462.6 | 744.9 | | | 438.2 | 284.8 | | 3130.5 |
| SEPT | - | 509.2 | 248.2 | 416.5 | 608.1 | - | 102.3 | | 669.6 | 2854.9 |
| TOTAL | 2400.0 | 1018.7 | 1055.3 | 1729.5 | 1005.5 | 472.0 | 840.5 | 284.8 | 669.6 | 9475.9 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

FUEL MGMT     21102.42

DELD          9475.90

TOTAL    30578.32  X  24.3  =  $7430.45

EXHIBIT
9

0015

U  2.1640    2.9448
R  2.0760    2.6849
M  2.1112    2.7209
P  2.1830    2.7919

1/4/10

## MOTOR FUEL PRICE SURVEY

to
3.04⁹ₑ

Date: 1-1-10

| Competition: | Price: | Our Price:<br>(Pac Pride) | Price Change To: |
|---|---|---|---|

**CENTRE COUNTY: DIESEL**

Nittany (Pburg)    2.95⁹ D

X21-kwik fill 345-6119    2.89⁹ D    2.93⁹ D    2.99⁹ D ✓

X23(Bestway)    3.01⁹
355-7535

TA    2.99⁹ D
flying j    2.95⁹ D

**GASOLINE**    2.65⁹    2.69⁹    2.69 OR ✓
Front Street    2.90⁹    2.94⁹    OK
342-6533

Snappy's State College    2.69⁹    2.72⁹    OK
235-1970    2.79⁹    2.82⁹
    2.94⁹    2.90⁹

**GASOLINE/DIESEL**    2.65⁹    2.62⁹    2.68⁹
**Clearfield**

Truckstop    2.95⁹ D    2.99⁹ D O

**Mayport**    2.62    2.72⁹
    2.72    2.96⁹ D ✓
Truckstop of America    2.97⁹ D    2.93⁹ D    2.99 D ✓
flying j    2.95⁹

**GASOLINE/DIESEL**    2.93⁹ D    2.91⁹ D    2.69⁹ D
Montour    2.69⁹    2.72⁹
570-368-2020    2.79    2.82⁹

**OFF ROAD**
2.59⁹

= 2.75


DEPOSITION
EXHIBIT
PENGAD 800-631-6989

0016

1-800-432-0866
814-342-6483 (fax)
pacificpride@jjpowell.com
www.jjpowell.com

**JJ Powell, Inc.**
**PO Box 30**
**Philipsburg, PA 16866**

Date _____

*UPON COMPLETION, TEAR AT PERFORATION, FOLD, TAPE AND RETURN THIS HALF TO J.J. POWELL, INC.*

**FIRM ADDRESS**

| Company Name | | Telephone Number | Fax Number | |
| Mailing Address | | City | State | Zip |
| Street Address | | City | State | Zip |
| Home Address | | City | State | Zip |

Are you presently a Pacific Pride or Amerinet Cardholder?   ☐ Yes   ☐ No   If yes, when did you last use your card?

**LEGAL STRUCTURE**

CHECK APPROPRIATE BOX AND PROVIDE INFORMATION REQUESTED

☐ Single Entity - Not a subsidiary
☐ Corporation   State_____   | Federal ID # _____ |   How Long in Business? _____
☐ Partnership                                          What Type of Business? _____
☐ Other

List names of partners or corporate officers

If in business less than 1 year please give name, address & length of time of employment for previous employment:

**PERSONAL**

| Owner or Officer | Title | Spouse's Name | |
| Home Address | City | State | Zip  How Long?  Own___ Renting___ Buying___ |
| Previous Address | City | State | Zip  How Long? |

Name of nearest relative not living with you   Relationship   Telephone Number

| Home Phone | Driver License Number | Social Security Number | Date of Birth |

Have you ever filed Bankruptcy?   When?   Where?

**REFERENCES**

| Bank Name & Branch | | City | State | Zip |
| Bank Officer | Account Number | | Telephone Number | |
| Trade Reference | Account Number | | Telephone Number | |
| Estimated Monthly Usage in Gallons | Person to Contact Regarding Cards | Telephone Number | Extension | |

**ADDITIONAL TERMS CARDLOCK USE**

1. Purchases will be for vehicles owned and operated by the Purchaser.
2. Purchaser shall be responsible for all purchases by Purchaser or any other person using cardlock cards issued to Purchaser regardless of whether use by any other person is unauthorized or fraudulent. The Purchaser is required to immediately notify the Supplier if a card is lost, stolen or if the Purchaser suspects fraud or unauthorized use.
3. If there is any change in the ownership of Purchaser or if substantially all of the assets of Purchaser are sold, Purchaser shall promptly notify Supplier of such sale and Supplier shall have a lien on all the assets of Purchaser and a lien on the proceeds of such sale to secure payment of all outstanding sums owing to Supplier.
4. Purchaser represents that it and any person using the cardlock cards delivered to Purchaser are and shall be aware of the proper use of the cardlock system and shall use safe practices in compliance with the regulations of the local Fire Code in handling of the fuels dispensed from the cardlock system. Purchaser agrees to indemnify and hold Supplier, its officers, directors, shareholders, agents and assigns, harmless from all suits, claims, counterclaims, damages (including consequential, punitive and/or exemplary damages), costs, penalties, interest and other liabilities, including those for bodily injury (including death) and property damage which may be caused, directly or indirectly, actively or passively, by the negligence or misuse of the cardlock system, its equipment or facilities by Purchaser or any person using the cardlock system with the cards delivered to Purchaser hereunder.
5. Supplier shall use its best efforts to maintain the cardlock system in good working order and condition at its expense provided however, Supplier shall not be responsible for any damage or loss which may result from its failure to provide fuel or the failure of the cardlock system in any manner whatsoever. Purchaser agrees that it and any person using the cardlock cards delivered to Purchaser shall promptly notify Supplier of any malfunctioning of the cardlock system of which Purchaser or such person is aware.
6. Purchaser's right to purchase fuel through the cardlock system may be terminated immediately upon any breach of any of the terms hereof or of any other agreement with Supplier. Supplier also reserves the right either to terminate or temporarily decline further purchases via the cardlock system if purchases or balances by Purchaser exceed Purchaser's ability to pay or in the event Purchaser's creditworthiness deteriorates, as determined by Supplier in its sole discretion. Upon termination, Purchaser agrees to immediately surrender all cardlock cards issued to Purchaser and to immediately pay all outstanding sums owing to Supplier.
7. In the event of a breach of any of the terms of this agreement, or any other agreement between Purchaser and Supplier, including but expressly not limited to the failure to pay sums owing to Supplier when due, then in addition to any other sums due or payable to Supplier by Purchaser, Purchaser agrees to pay the reasonable attorney fees and costs incurred by Supplier in the enforcement of Supplier's rights even though no suit or action is filed and if suit or action is filed to enforce the rights of Supplier, then such further sum as the court may adjudge reasonable as attorney fees at trial or on appeal of such suit or action in addition to all other sums provided by law.
8. In the event that any legal action is required to collect on this account, venue for such legal matters will be determined by Supplier.
9. All terms and conditions of this agreement and Guaranty are intended to cover Purchaser's account as well as all of Purchaser's branch accounts, whether set up now or in the future.
10. A handling fee will be charged for all checks returned from the bank for any reason.
11. Purchaser agrees that interest shall accrue after entry of any judgment at the contract rate stated on this agreement.
12. Guarantors agree that their liability hereunder shall be joint and several. Guarantors further agree that supplier may proceed to collect all balances due directly against them without first making demand or instituting suit against the purchaser.
13. Purchaser and guarantors authorize the supplier to obtain credit reports concerning them. Supplier shall have this right to exercise from time to time as it sees fit so long as this cardlock agreement remains in effect or so long as any balances are owed to Supplier.
14. Purchaser promises to immediately notify Supplier in order to update any information provided on this application if it has changed or is no longer valid. Failure to do so is a breach of this Agreement.

I have made the above statements for the purpose of obtaining credit. I certify they are true and authorize you to make a credit investigation. Payment will be due in full within 30 days of invoice date. I agree to pay a late charge of 1 1/2 % per month (18% annually) or 50 cents minimum on any delinquent balances.

Not withstanding that this account is established in the name of a company,
I personally guarantee payment of the account.

All purchases made on this account will be for commercial use.

Signed _____

Printed Name _____

Legal Spouse Signature _____

Date _____

DEPOSITION EXHIBIT   PEMGO 000-631-6669

**PACIFIC PRIDE FUEL CARD ORDER FORM** (FOR MORE CARDS, ATTACH LIST)

____CANADA: INTERNATIONAL CARD

PLEASE COMPLETE CARD INFORMATION  AND CHECK THE PRODUCTS THE CARD IS AUTHORIZED TO PURCHASE.

| UNIT DESCRIPTION | PIN | DIESEL | UNLEADED | MID-GRADE | PREMIUM | OFF ROAD |

0017

INTERNAL REVENUE SERVICE

District Director

J. J. POWELL, INC.
D/B/A:SAME
P.O. BOX 30  PRESQUEISLE STREET
PHILIPSBURG        , PA        16866

Department of the Treasury

P.O. Box 2488
Pittsburgh, Pa  15230

Person to Contact:  Daniel Drapcho

Telephone Number:  (412) 644-5150

Refer Reply to:  E:1304:DD

Date:    December 7, 1994

LETTER OF REGISTRATION

Dear Registrant:

Your Form 637, Application for Registration (For Certain Excise Tax Transactions),
has been approved pursuant to Internal Revenue Code section 4101.  Your
registration number is UV-25-95-00045 effective as of the date of this letter.
Your company is registered as an Ultimate Vendor of Diesel Fuel.  This allows your
company to claim a credit or refund of the Federal Excise Tax on your sale of
"undyed" diesel fuel for use on a farm for farming purposes and/or for exclusive
use by a state or local government.

A certificate from a farmer, or state or local government must be obtained and
must be renewed every 12 months.  A sample certificate is included.

To obtain a refund or credit you can file either Form 843, Claim for Refund and
Request for Abatement, Form 4136, Credit for Federal Tax Paid on Fuels, or as an
adjustment on Form 720, Quarterly Federal Excise Tax Return.  See the appropriate
instructions for filing each of these forms.  The specific information to be
submitted with each request for a refund or credit is shown on the enclosed,
Specific Information to be Included in an Ultimate Vendor Claim.  A claim on Form
843 can be filed for any period of seven days or more for which a refund of at
least $200 is due.  A new claim Form 8849, Claim for Refund of Excise Taxes, is to
be published in early 1994 and should be used in place of Form 843 when available.

Your company may be subject to a penalty if you know or have reason to know that
your sale of "dyed" fuel will not be used for a non-taxable purpose.  The amount
of the potential penalty is the greater of $1,000 or $10 for each gallon of "dyed"
fuel involved.

If you have any questions, please contact the person whose name and telephone
number appear above.

Sincerely yours,

Daniel M. Drapcho A.G.M.

Deborah S. Decker,
District Director

Enclosures:
  Certificate of Farmer or State or Local Governmental Unit
  Specific Information to be Included in an Ultimate Vendor Claim



DEPOSITION
EXHIBIT
PENGAD 800-631-6989
Powell 6
12.04.14  SD

Internal Revenue Service

Department of the Treasury

637 Compliance Group
One Lefrak City Plaza
Corona, NY  11368

Person to Contact:  H. Battle

Date:  December 07, 2011

Badge Number:  00-0253705

J.J. Powell, Inc.
109 W. Presqueisle Street
Philipsburg, PA  16866-0030

Contact Telephone Number:  718-760-6100

Registration Number:  2011-004462-UV

## Notification of Change in Registration Number

Dear Taxpayer:

Your previous registration number(s), _UV-25-95-00045_ was issued to conduct tax-free transactions under Chapter 31, 32, or 38 of the Internal Revenue Code, is/are no longer valid and has/have been reissued due to a change in the Internal Revenue Service numbering system.  Your new national registration number is shown above and is effective as of the date of this letter.

The "UV" suffix in your registration number signifies an ultimate vendor that sells (a) undyed diesel fuel or undyed kerosene to a state or local government for its exclusive use, or (b) gasoline (including aviation gasoline) to a state or local government for its exclusive use or to a nonprofit educational organization for its exclusive use.

In order to retain this registration number, there are various requirements that must be met.  Please refer to the enclosed Terms and Conditions of Registration.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

Jacqueline Monbeck

Jacqueline Monbeck for
Holly L. McCann
Chief, Excise Tax Program

Enclosures:
Terms and Conditions of Registration
/hb

0019

## TERMS AND CONDITIONS OF REGISTRATION
### UNDER IRC SECTION 4101

_AFFIRMATIVE DUTIES_:

Each registrant must:

1) Make deposits, file returns, and pay taxes required by the Internal Revenue Code and the regulations;

2) Keep records sufficient to show the registrant's tax liability under sections 4041(a)(1) and 4081 and payments or deposits of such liability;

3) Make all information reports required under section 4101(d);

4) Make available for inspection on demand by the Internal Revenue Service during normal business hours records relevant to a determination of tax liability under sections 4041(a)(1) and 4081; and

5) Notify the IRS office in which you are registered of any change (such as a change in ownership) in the information the registrant submitted in connection with its application for registration, or previously submitted under this paragraph (h)(1)(v), within 10 days after the change occurs.

_PROHIBITED ACTIONS:_

A registrant may not:

1) Sell, lease or otherwise allow another person to use its registration;

2) Make any false statement to the Area Director in connection with a submission under paragraph (h)(1) or (h)(3) of this section;

3) Make any false statement on, or violate the terms of, any certificate given to another person to support an exemption from, or a reduced rate of, the tax imposed by section 4081; or

4) In the case of an ultimate vendor (blocked pump), deliver kerosene (or allow kerosene to be delivered) into the fuel supply tank of a diesel-powered highway vehicle or diesel-powered train from a blocked pump.

### ADDITIONAL TERMS AND CONDITIONS FOR TERMINAL OPERATORS

1) _Notice required with respect to dyed diesel fuel and dyed kerosene._ —A legible and conspicuous notice stating "_DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE_" must be provided by each terminal operator to any person that receives dyed diesel fuel at a terminal rack of that operator. A legible and conspicuous notice stating "_DYED KEROSENE, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE_" must be provided by each terminal operator to any person that receives dyed kerosene at a

J. O. Powell Fuel Management 01- 10496
P.O. BOX 30
PHILIPSBURG, PA 16866

814 342-3190

BELLEFONTE BOROUGH
236 W LAMB STREET
BELLEFONTE, PA 16823

*** INVOICE #010496-0921201 *** 07/31/09 Page 1

Terms: NET 30 DAYS due 08/30/09

Balance 11,064.39

Discount (if paid by  8/13/09)
2,563.45 /gals. @ .05000 128.15

Balance if Discount earned 10,936.24

| Card# | Name | Location of Purchase | Date | Time | ODOM | MPG | Product | | | | Quantity | Discount | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2171446-1 | POL-89 CHEVY DOO TK | | | | | | 19765 Opening Odometer | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/14/09 | 9:58 | 19914 | 8.28 | NO LEAD | GAL | No Tax | 18.00 | D | 2.09400 | 37.69 |
| | | | Misc: | 3498 | | | | | | | | | |
| | Card Totals | 149 miles / | 18.00 gals. = | 8.28 MPG | | | | | | | 18.00 | | 37.65 |
| 2171447-1 | POL-99 FORD CRIME CR | | | | | | 33410 Opening Odometer | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/03/09 | 12:40 | 33656 | 20.07 | NO LEAD | GAL | No Tax | 12.26 | D | 2.17400 | 26.65 |
| | | | Misc: | 3412 | | | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/10/09 | 7:28 | 33869 | 17.22 | NO LEAD | GAL | No Tax | 12.37 | D | 2.13400 | 26.40 |
| | | | Misc: | 3412 | | | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/16/09 | 9:54 | 34073 | 18.76 | NO LEAD | GAL | No Tax | 10.77 | D | 2.09400 | 22.55 |
| | | | Misc: | 3400 | | | | | | | | | |
| | Card Totals | 661 miles / | 35.40 gals. = | 18.67 MPG | | | | | | | 35.40 | | 75.60 |
| 2171448-1 | POL-99 FORD | | | | | | 116772 Opening Odometer | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/21/09 | 13:36 | 116981 | 13.95 | NO LEAD | GAL | No Tax | 14.98 | D | 2.03400 | 30.47 |
| | | | Misc: | 2707 | | | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/30/09 | 10:42 | 117111 | 11.94 | NO LEAD | GAL | No Tax | 10.89 | D | 2.09400 | 22.80 |
| | | | Misc: | 2707 | | | | | | | | | |
| | Card Totals | 339 miles / | 25.87 gals. = | 13.10 MPG | | | | | | | 25.87 | | 53.27 |
| 2171450-1 | POL-99 FORD EXPL 4X4 | | | | | | 84733 Opening Odometer | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/29/09 | 10:32 | 84888 | 7.38 | NO LEAD | GAL | No Tax | 20.99 | D | 2.09400 | 43.95 |
| | | | Misc: | 3412 | | | | | | | | | |
| | Card Totals | 155 miles / | 20.99 gals. = | 7.38 MPG | | | | | | | 20.99 | | 43.95 |
| 2171452-1 | WNTER-89 CHEVY #14 | | | | | | 100944 Opening Odometer | | | | | | | |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/02/09 | 11:01 | 101099 | 9.12 | NO LEAD | GAL | No Tax | 17.00 | D | 2.17400 | 36.96 |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/20/09 | 10:30 | 101269 | 9.04 | NO LEAD | GAL | No Tax | 18.81 | D | 2.09400 | 39.39 |
| | AMQ-422 West Linn Street, Bellefonte, PA | 07/28/09 | 13:15 | 101434 | 8.05 | NO LEAD | GAL | No Tax | 20.49 | D | 2.03400 | 41.68 |
| | Card Totals | 450 miles / | 56.30 gals. = | 8.70 MPG | | | | | | | 56.30 | | 118.03 |



JJPowell
P.O. Box 30  INC.
Philipsburg, PA 16866
814-342-3190 • 800-432-0866

www.jjpowell.com



DEPOSITION
EXHIBIT
[handwritten] Powell 7
12-10-14

An Independent
franchise of
PACIFIC PRIDE

PLT003855

0021

J. J. Powell Fuel Management
P.O. BOX 30
PHILIPSBURG, PA 16866

1-10496    STATEMENT OF ACCOUNT as of 08/31/09

Make Check Payable to:
J. J. Powell Fuel Management

814 342-3190

| | |
|---|---|
| Balance | 5,283.82 |
| Discount (if paid by 9/11/09) | |
| 2,390.53/gals. @ .05000 | 119.54 |
| Balance if discount earned | 5,164.28 |

BELLEFONTE BOROUGH
236 W LAMB STREET
BELLEFONTE, PA 16823

TERMS: NET 30 DAYS    Balance due by 9/30/09

BELLEFONTE BOROUGH

R E M I T T A N C E  Amount enclosed: $ _____

Detach Here

| Date | Reference | Due Date | Charges | Credits | Balance |
|---|---|---|---|---|---|

PROMPT PAY VOLUME DISCOUNT SCHEDULE
    100 TO    299 gallons = .02000 $ per gallon
    300 TO    499 gallons = .02500 $ per gallon
    500 TO    999 gallons = .03000 $ per gallon
  1,000 TO  1,999 gallons = .04000 $ per gallon
  2,000 AND OVER gallons = .05000 $ per gallon

| | |
|---|---|
| Balance | 5,283.82 |
| Discount (if paid by 9/11/09) 2,390.53 /gals. @ .05000 | 119.54 |
| Balance if Discount earned | 5,164.28 |

NOTE: A late charge of 18.000% ANNUAL PERCENTAGE RATE
is charged on balances after 30 days. You may be held
responsible for legal fees and court costs if legal
action is required for collection.

1-10496 BELLEFONTE BOROUGH

| Aging Summary | | | | Beginning Balance | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|
| 0 - 30 | 31 - 60 | 61 - 90 | 91 & Over | | | | |
| 5,283.82 | | | | 11,064.39 | 5,283.82 | 11,064.39CR | 5,283.82 |

**JJPowell**
P.O. Box 30
Philipsburg, PA 16866
814-342-3190 • 800-432-0868

www.jjpowell.com

An Independent
franchise of
**PACIFIC PRIDE**

PLT003866

0022



J. J. Powell Fuel Management
P.O. BOX 30
PHILLIPSBURG, PA  16866

814 342-3190

LEZZER LUMBER
2350 E COLLEGE AVENUE
STATE COLLEGE, PA  16801

| Date | | | Reference | Due Date | Charges | Credits | Balance |
|------|--|--|-----------|----------|---------|---------|---------|
| | | | Balance Forward | | | | 3,180.89 |
| 07/31/09 | Payment | 9071500 | 190488 | | | 3,180.89CR | .00 |
| 07/16/09 | Adjustment | 172400 | JUNE 09 GAS DISC | | | 8.35CR | 8.35CR |
| 07/30/09 | Invoice | 921201 | | 08/30/09 | 3,352.72 | | 3,344.37 |

GT#  06 - 2005
EOA  8/30/09

RECEIVED
AUG 0 4 2009

Charles J Powell
8/4/09

PROMPT PAY VOLUME DISCOUNT SCHEDULE
  99,999 AND OVER  gallons @  .05000 $ per gallon

Balance                                                          3,344.37
Discount (if paid by 8/14/09)  1,177.06  /gals. @
Balance if Discount earned                                       3,344.37

NOTE: A late charge of 18.000% ANNUAL PERCENTAGE RATE
is charged on balances after 30 days. You may be held
responsible for legal fees and court costs if legal
action is required for collection.

| 1-10232 LEZZER LUMBER | | | | Beginning Balance | Charges | Credits | Ending Balance |
|------|------|------|------|------|------|------|------|
| | Aging Summary | | | | | | |
| 0 - 30 | 31 - 60 | 61 - 90 | 91 & Over | | | | |
| 3,344.37 | | | | 3,180.89 | 3,352.72 | 3,189.24CR | 3,344.37 |



P.O. Box 30    or.
Phillipsburg, PA 16866
814-342-3190 · 800-492-0866

www.jjpowell.com



DEPOSITION
EXHIBIT

An Independent
franchisee of

PACIFIC
PRIDE

PLT004256

0023

```
J. J. Powell Fuel Management        01- 10232              *** INVOICE #010232-0921201 ***  07/31/09    Page  1
P.O. BOX 30
PHILIPSBURG, PA  16866                                     Terms: NET 30 DAYS     due 08/30/09


                                                           Balance                                    3,344.37
        814 342-3190                                       Discount (if paid by  8/14/09)
                                                                1,177.06 /gals. @
                                                           Balance if Discount earned                 3,344.37
        LEZZER LUMBER
        2350 E COLLEGE AVENUE
        STATE COLLEGE, PA  16801
```

| Card# | Name | Location of Purchase | Date | Time | ODOM | MPG | Product | | | | Quantity | Discount | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 601 | 6106 2003 FREIGHTLINER | | | | 90733 Opening Odometer | | | | | | | | | |
| 7052303-1 | LARRY HUNTER SR | | | | | | | | | | | | | |
| | AHD-2580 Clyde Avenue, State College; PA | 07/13/09 | 7:49 | 91006 | | LON DSL | GAL | All Tax | 62.14 | D | 2.87900 | 178.90 |
| | AHD-2580 Clyde Avenue, State College; PA | 07/27/09 | 9:12 | 91390 | | LON DSL | GAL | All Tax | 79.98 | D | 2.87900 | 230.26 |
| | AHD-2580 Clyde Avenue, State College; PA | 07/28/09 | 12:49 | 91547 | | LON DSL | GAL | All Tax | 29.18 | D | 2.87900 | 84.01 |
| | Driver Totals | | | | | | | | 171.30 | | | 493.17 |
| 7052305-1 | MIKE ASHCROFT | | | | | | | | | | | | | |
| | AHD-2580 Clyde Avenue, State College, PA | 07/20/09 | 8:37 | 198852 | | LON DSL | GAL | All Tax | 62.00 | D | 2.87900 | 178.50 |
| | ADY-105 Hawbaker Industrial Drive, St PA | 07/22/09 | 10:39 | 199154 | | LON DSL | GAL | All Tax | 62.74 | D | 2.87900 | 180.63 |
| | AHD-2580 Clyde Avenue, State College, PA | 07/24/09 | 12:47 | 199488 | | LON DSL | GAL | All Tax | 20.02 | D | 2.87900 | 57.64 |
| | Driver Totals | | | | | | | | 144.76 | | | 416.77 |
| | Vehicle Totals    814 miles /  316.06 gals. =    2.58 MPG | | | | | | | | 316.06 | | | 909.94 |
| 602 | P6031 2003 CHEVY 2500 | | | | 142749 Opening Odometer | | | | | | | | | |
| 7052305-1 | MIKE ASHCROFT | | | | | | | | | | | | | |
| | AHD-2580 Clyde Avenue, State College; PA | 07/07/09 | 11:18 | 143532 | | NO LEAD | GAL | All Tax | 30.00 | D | 2.62900 | 78.87 |
| | Driver Totals | | | | | | | | 30.00 | | | 78.87 |
| 7052308-1 | ERIC EMIG | | | | | | | | | | | | | |
| | AHD-2580 Clyde Avenue, State College; PA | 07/02/09 | 12:29 | 143330 | | NO LEAD | GAL | All Tax | 26.00 | D | 2.71900 | 70.69 |
| | AHD-2580 Clyde Avenue, State College; PA | 07/16/09 | 8:43 | 143942 | | NO LEAD | GAL | All Tax | 31.01 | D | 2.60900 | 80.91 |
| | AHD-2580 Clyde Avenue, State College; PA | 07/20/09 | 9:37 | 144880 | | NO LEAD | GAL | All Tax | 32.02 | D | 2.68900 | 86.10 |
| | Driver Totals | | | | | | | | 89.03 | | | 237.70 |
| 7052305-1 | JEREMIAH SAGER | | | | | | | | | | | | | |
| | AHD-2580 Clyde Avenue, State College; PA | 07/22/09 | 7:24 | 144383 | | NO LEAD | GAL | All Tax | 32.00 | D | 2.56900 | 82.21 |
| | Driver Totals | | | | | | | | 32.00 | | | 82.21 |
| | Vehicle Totals  2,131 miles /  151.03 gals. =  14.11 MPG | | | | | | | | 151.03 | | | 398.78 |
| 603 | T6071 2007 GMC STAKE | | | | 40467 Opening Odometer | | | | | | | | | |
| 7052305-1 | MIKE ASHCROFT | | | | | | | | | | | | | |



P.O. Box 30
Philipsburg, PA 16866
814 342-2190 • 800 422-0866

www.jjpowell.com

An Independent
franchisee of


PACIFIC
PRIDE

PLT004257

0024

J. J. Powell Fuel Management          01- 10232                    *** INVOICE #010232-0921201 ***  07/31/09    Page  2
P.O. BOX 30
PHILIPSBURG, PA  16866                                            Terms: NET 30 DAYS        due 08/30/09

814 342-3190                                                      Balance                                    3,344.37
                                                                  Discount (if paid by  8/14/09)
                                                                         1,177.06 /gals. @
LEZZER LUMBER                                                      Balance if Discount earned                3,344.37
2350 E COLLEGE AVENUE
STATE COLLEGE, PA  16801

---

| Card# | Name | Location of Purchase | Date | Time | ODOM | MPG | Product | | | | Quantity | Discount | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHD-2580 | | Clyde Avenue, State College; PA | 07/08/09 | 11:17 | 41040 | | LOW DSL | GAL | All Tax | | 14.01 | D | 2.87900 | 40.33 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/10/09 | 12:59 | 41250 | | LOW DSL | GAL | All Tax | | 17.20 | D | 2.87900 | 49.52 |
| | | Driver Totals | | | | | | | | | 31.21 | | | 89.85 |
| | | | | | | | | | | | | | | |
| 7052308-1 | ERIC EMIG | | | | | | | | | | | | | |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/02/09 | 12:21 | 40637 | | LOW DSL | GAL | All Tax | | 14.99 | D | 2.87900 | 43.16 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/06/09 | 7:28 | 40876 | | LOW DSL | GAL | All Tax | | 23.01 | D | 2.87900 | 66.25 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/15/09 | 7:07 | 41462 | | LOW DSL | GAL | All Tax | | 19.02 | D | 2.87900 | 54.76 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/20/09 | 14:33 | 41700 | | LOW DSL | GAL | All Tax | | 21.35 | D | 2.87900 | 61.47 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/27/09 | 8:18 | 42130 | | LOW DSL | GAL | All Tax | | 17.04 | D | 2.87900 | 49.06 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/29/09 | 9:51 | 42326 | | LOW DSL | GAL | All Tax | | 17.01 | D | 2.87900 | 48.97 |
| | | Driver Totals | | | | | | | | | 112.42 | | | 323.67 |
| | | | | | | | | | | | | | | |
| 7052309-1 | JEREMIAH SAGER | | | | | | | | | | | | | |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/23/09 | 7:49 | 41928 | | LOW DSL | GAL | All Tax | | 20.01 | D | 2.87900 | 57.61 |
| | | Driver Totals | | | | | | | | | 20.01 | | | 57.61 |
| | | | | | | | | | | | | | | |
| | | Vehicle Totals | 1,859 miles / 163.64 gals. = 11.36 MPG | | | | | | | | 163.64 | | | 471.13 |
| | | | | | | | | | | | | | | |
| 604 | | T60512006 GMC 16' FLAT | | | 73119 | Opening Odometer | | | | | | | | |
| | | | | | | | | | | | | | | |
| 7052303-1 | LARRY HUNTER SR | | | | | | | | | | | | | |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/17/09 | 13:21 | 74057 | | LOW DSL | GAL | All Tax | | 54.28 | D | 2.87900 | 156.27 |
| ADY-105 | | Hawbaker Industrial Drive, St | PA | 07/30/09 | 14:08 | 74467 | LOW DSL | GAL | All Tax | | 56.00 | D | 2.87900 | 161.22 |
| | | Driver Totals | | | | | | | | | 110.28 | | | 317.49 |
| | | | | | | | | | | | | | | |
| 7052305-1 | MIKE ASHCROFT | | | | | | | | | | | | | |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/02/09 | 10:16 | 73595 | | LOW DSL | GAL | All Tax | | 56.98 | D | 2.87900 | 164.05 |
| | | Driver Totals | | | | | | | | | 56.98 | | | 164.05 |
| | | | | | | | | | | | | | | |
| | | Vehicle Totals | 1,348 miles / 167.26 gals. = 8.06 MPG | | | | | | | | 167.26 | | | 481.54 |
| | | | | | | | | | | | | | | |
| 605 | | T6052 2006 GMC 20'VAN | | | 74977 | Opening Odometer | | | | | | | | |
| | | | | | | | | | | | | | | |
| 7052309-1 | JEREMIAH SAGER | | | | | | | | | | | | | |
| MM -709 | | E. Walnut Street, Lewistown; | PA | 07/02/09 | 10:51 | 75459 | LOW DSL | GAL | All Tax | | 57.02 | D | 2.87900 | 164.16 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/13/09 | 15:10 | 75913 | | LOW DSL | GAL | All Tax | | 50.01 | D | 2.87900 | 143.98 |

---



P.O. Box 30
Philipsburg, PA 16866
814-342-3190 • 800-492-0066                   www.jjpowell.com

An Independent
franchisee of

**PACIFIC** PRIDE

PLT004258

0025

```
.J. J. Powell Fuel Management      01- 10232           *** INVOICE #010232-0921201 ***  07/31/09    Page  3
P.O. BOX 30
PHILIPSBURG, PA  16866                                 Terms: NET 30 DAYS      due 08/30/09


                                                       Balance                              3,344.37
        814 342-3190                                   Discount (if paid by 8/14/09)
                                                             1,177.06 /gals. @
                                                       Balance if Discount earned            3,344.37

     LEZZER LUMBER
     2350 E COLLEGE AVENUE
     STATE COLLEGE, PA  16801
```

| Card# | Name | Location of Purchase | Date | Time | ODOM | MPG | Product | Quantity | Discount | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AHD-2580 | | Clyde Avenue, State College; PA | 07/20/09 | 7:17 | 76366 | | LOW DSL  GAL  All Tax | 54.01 | D | 2.87900 | 155.49 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/27/09 | 7:19 | 76690 | | LOW DSL  GAL  All Tax | 36.01 | D | 2.87900 | 103.67 |
| | Vehicle Totals | 1,713 miles / 197.05 gals. = | | 8.69 MPG | | | | 197.05 | | | 567.30 |
| 606 | | TT1053 TT1053 BOOM | | | | | 40516 Opening Odometer | | | | |
| 7052305-1 | MIKE ASHCROFT | | | | | | | | | | |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/07/09 | 7:46 | 48788 | | LOW DSL  GAL  All Tax | 65.02 | D | 2.87900 | 187.19 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/14/09 | 8:35 | 49000 | | LOW DSL  GAL  All Tax | 59.01 | D | 2.87900 | 169.89 |
| AHD-2580 | | Clyde Avenue, State College; PA | 07/30/09 | 10:14 | 49499 | | LOW DSL  GAL  All Tax | 57.99 | D | 2.87900 | 166.95 |
| | Vehicle Totals | 983 miles / 182.02 gals. = | | 5.40 MPG | | | | 182.02 | | | 524.03 |

```
                          Total Fuel Purchases                    1,177.06          3,352.72
                          Total Non-Fuel Purchases
                          Total ALL Purchases                     1,177.06          3,352.72
        Type 'D' transactions:   Fuel Purchases included in Volume Discount    1,177.06

     Unless labeled as OFF ROAD, Diesel purchases on this invoice do not contain visible evidence of dye.
     Any transaction labeled as OFF ROAD is DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE.


               Balance                               $3,344.37
               Discount (if paid by  8/14/09)  1,177.06 /gals. @
               Balance if Discount earned            $3,344.37
```





An independent
franchisee of

```
,0:21:26                      ** Edit/Print Transactions **                    Page:  )4
                            Includes   All   Transactions
```

Selling Host:  616  J. J. Powell, Inc.              AXX    422 West Linn Street, Bellefonte   PA    Site Region:  CEN

| Buy Co Hut | # Customer | Driver Dvr Veh Card # # | Transaction Date | Trans Time | Prod H Seq | Unit X | Unit Cost | Tax Flags | Sales Tax | Quantity | A/R Date | Booking Data | Error Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BUYING HOST TOTALS:                      QTY            AMOUNT          COST       # TRANS

           506 Christoff-Mitchell Petroleum,     9.500        24.35         23.88          1
           514 Guttman Oil Co.                   74.750       196.45        192.71          3
           594 Edris Oil Service, Inc.           31.020        82.76         81.21          1
           598 Snedeker Oil Co. Inc.             32.560        81.18         79.55          1
           616 J. J. Powell, Inc.             1,616.650     3,964.61      3,660.19         83
           994 Wright Express                    40.780       109.81        107.77          2
               Totals:                        1,805.160     4,459.16      4,145.31         91

PRODUCT TOTALS:

            2 UNLEADED REGULAR GASOLINE         905.830     2,134.81      1,956.31         58
            4 UNLEADED PREMIUM GASOLINE          36.200        91.57         84.60          4
           25 OFF ROAD NON-TAX DIESEL           111.190       244.30        208.16          2
           45 ULTRA LOW DSL #2                  751.940     1,984.78      1,896.24         27
               Totals:                        1,805.160     4,459.16      4,145.31         91

Selling Host:  616  J. J. Powell, Inc.              AXX    105 Wilson Street, Centre Hall   PA    Site Region:  CEN
```
616  1 10576 SHANLEY EX 2782758 1         09/01/09   5:04  273 0  25 1.93830U 2.19737  YYYYYN    50.030 09/30/09 09/30/09
616  1 10517 CENTRE COO 3535739 1         09/01/09   6:03  274 0  45 1.93930U 2.23500  NNNYYN    32.380 09/30/09 09/30/09
616  1 10043 ROBINSON'S 2782995 1         09/01/09   6:46  275 0  45 2.61790U 2.85900  YYYYYN    70.650 09/30/09 09/30/09
616  1 10970 MELVILLE,  3070077 1         09/01/09   7:50  276 0  25 1.93830U 2.19737  YYYYYN    10.010 09/30/09 09/30/09
616  1     1 POWELL INC 2392202 1         09/01/09   7:56  277 0 *20 2.39340U          NNNYYY   400.400 09/30/09 09/30/09 18
616  1 11365 KITKO, DAV 3325972 1         09/01/09   9:22  278 0  45 2.61790U 2.85900  YYYYYN    31.990 09/15/09 09/30/09
616  1 11224 BEAVERTOWN 0383598 1         09/01/09   9:26  279 0  45 2.61790U 2.85900  YYYYYN    45.000 09/15/09 09/30/09
616  1 10759 WOLFE, WAD 3070054 1         09/01/09   9:43  284 0  45 2.61790U 2.85900  YYYYYN    47.080 09/30/09 09/30/09
616  1     1 POWELL INC 2392202 1         09/01/09  10:40  286 0  25 1.93830U          NNNYYY   800.100 09/30/09 09/30/09 18
616  1 11095 MAXWELL TR 3738454 1   296   09/01/09  12:49  286 0  45 2.61790U 2.85900  NNNYYN   110.010 09/15/09 09/30/09
616  1 11179 LUSE, CHRI 3070007 1         09/01/09  13:49  287 0  25 1.93830U 2.19737  NNNYYN     4.900 09/30/09 09/30/09
616  1     1 POWELL INC 2392202 1         09/01/09  14:02  289 0  25 1.93830U          NNNYYY   898.100 09/30/09 09/30/09 18
616  1     1 POWELL INC 0383629 1         09/01/09  14:09  290 0  45 2.61790U          YYYYYN    29.000 09/30/09 09/30/09 18
616  1 10667 SWANK EXCA 2484109 1         09/01/09  15:35  291 0  45 2.61790U 2.85900  YYYYYN    47.330 09/30/09 09/30/09
616  1 11116 ROWLEY, HI 3070705 1         09/01/09  20:20  292 0  45 2.61790U 2.85900  YYYYYN    24.990 09/30/09 09/30/09
616  1 11057 GALLIKER D 3730498 1         09/01/09  20:52  293 0  45 2.61790U 2.85900  YYYYYN    70.000 09/30/09 09/30/09
616  1 11625 U. S. FISH 3738125 1         09/02/09   7:55  294 0  25 1.86600U 2.19717  NNNYYN   105.010 09/30/09 09/30/09
616  1 11326 R & R PENC 3325745 1         09/02/09   7:57  295 0  45 2.54707U 2.85900  YYYYYN    25.930 09/30/09 09/30/09
616  1 11269 WEBB'S SUP 3325527 1         09/02/09   8:24  296 0  45 2.54707U 2.85900  YYYYYN    12.980 09/05/09 09/30/09
616  1 11752 WAM TRANSP 0253113 1         09/02/09   8:34  297 0  45 2.54707U 2.85900  YYYYYN    64.070 09/16/09 09/30/09
616  1 10667 SWANK EXCA 2484109 1         09/02/09   8:40  299 0  45 2.54707U 2.85900  YYYYYN    31.980 09/30/09 09/30/09
616  1     1 POWELL INC 2392202 1         09/02/09   8:53  300 0  20 2.16500U          NNNYYY   600.000 09/30/09 09/30/09
616  1     1 POWELL INC 2392202 1         09/02/09   8:57  302 0  25 1.86600U          NNNYYY   657.900 09/30/09 09/30/09 18
616  1 11365 KITKO, DAV 3325972 1         09/02/09   9:04  303 0  45 2.54707U 2.85900  YYYYYN    29.990 09/15/09 09/30/09
616  1 11057 GALLIKER D 3535572 1         09/02/09   9:29  305 0  25 1.86600U 2.19737  NNNYYN    14.220 09/30/09 09/30/09
616  1 11057 GALLIKER D 3535591 1         09/02/09   9:30  306 0  45 2.54707U 2.85900  YYYYYN    56.300 09/30/09 09/30/09
616  1 10759 WOLFE, WAD 3070054 1         09/02/09   9:47  307 0  45 2.54707U 2.85900  YYYYYN    47.520 09/30/09 09/30/09
616  1     1 POWELL INC 2392202 1         09/02/09  10:15  309 0  25 1.86600U          NNNYYY   478.000 09/30/09 09/30/09 18
```

J. Powell Fuel Management                                              NOLD3U01    v8 0.0

EXHIBIT
2.

DEPOSITION EXHIBIT
Powell 9
12-10-14
PENGAD 800-631-6989

(b) Tax flags   " DIESEL "



244

120

261

TOTAL
. 625

1

0028

(b) Tax flags

0029

(b) Tax flags          GAS



184 — Federal Excise
120 — State Excise
192 — State 2
4% — County

1

0030

(b) Tax flags



Tax Files  Show User  Help

**Tax Definitions**

...ersion

| | | | |
|---|---|---|---|
| State/Province | * | PA | Pennsylvania |
| Site Code | * | ******************* | ALL SITES IN THIS REGION |
| Product Line | * | ** | |
| Product Class | | Gas | |
| Product Number | | | |
| Descriptions | | No Tax | (K)  * No Tax |
| External Tax Code | | | |

| | Apply Tax | Apply Before Sales Tax | Tax Variance | Volume Less Than |
|---|---|---|---|---|
| Federal Excise | No | No | | |
| Fed 2 | | | | |
| State Excise | No | No | | |
| State 2 | No | No | | |
| State 3 | | | | |
| County | Yes | No | | |
| City | Yes | No | | |
| Misc Tax | | | | |
| State Sales Tax | No | | | |
| County | | | | |
| City | | | | |
| Effective Date | * 01/01/91 | | | |

| Exit | Help | LookUp | Update | Delete | Previous | Next |
|---|---|---|---|---|---|---|

1

0031