JUL/27/2010/TUE 05:55 PM   COG FIRE PROTECTION      FAX No. 814 257 6538        P. 002

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information)

Name of governmental unit: *Alpha Fire Department*

Address of governmental unit: *400 W. Beaver Ave. State College, PA 16801*

Employer Identification Number: *24-0829105*

Signature: _____
(Must be authorized to sign this form.)

Date Signed: *7/27/2010*

Title: *Fire Director*     Phone Number: *814-237-4127*

DEPOSITION EXHIBIT

0032

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-08 and ending (date) 4-1-11 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Bald Eagle Fire Co

Address of governmental unit: 13389 S Eagle Valley Rd
    Tyrone Pa

Employer Identification Number: 25-1642127

Signature: Vicki K Bell     Date Signed: 8-16-10
  (Must be authorized to sign this form.)

Title: Treasurer     Phone Number: 814-684-1934

0033

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-10_
and ending (date) _4-1-14_         (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Bald Eagle Fire Co_

Address of governmental unit: _1 3389 S. Eagle Vly Rd Tyrone_

Federal ID#
Employer Identification Number: _25-1642127/000_

Signature: _Tony Chronister_       Date Signed: _3/14/11_
(Must be authorized to sign this form.)

Title: _Treasurer_          Phone Number: _814-684-1577_

Aug. 22. 2011  2:14PM   Admin 1st Floor                    No. 3088   P. 1

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
and ending (date) _4-1-11_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _Bellefonte Area School Dest_

Address of governmental unit: _318 N. Allegheny St Bellefonte PA_

Employer Identification Number: _24-6000793_

Signature: _Kenith Bann R_            Date Signed: _8/22/11_
(Must be authorized to sign this form.)

Title: _____        Phone Number: _____

0035

Aug. 6. 2010 10:04AM    Boro of Bellefonte                    No. 2565    P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
        of Purchaser.
The Purchaser also certifies: (Please check one)

       The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit:_____    BELLEFONTE BORO
                      236 WEST LAMB ST
Address of governmental unit:_____    BELLEFONTE PA 16823-0000
                      24-6000566

Employer Identification Number:_____

Signature: Dawn O Holm        Date Signed: 8/6/10
     (Must be authorized to sign this form.)

Title: ASSISTANT BOROUGH MGR  Phone Number: 814 355 1501

0036

Oct. 26. 2010  1:13PM                                             No. 5541   P. 2

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
   and ending (date) _4-1-11_     (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: Benner Township

Address of governmental unit: 1224 Biffalo Run Rd. Bellefonte PA 1682:

Employer Identification Number: 24-6001359

Signature: Sharon Roy
      (Must be authorized to sign this form.)     Date Signed: 7/26/10

Title: Sec/Treas.     Phone Number: (814) 355-1419

0037

JUL-26-2010 MON 12:23 PM Boggs Township PA       FAX NO. 8143553064              P. 03

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) 05-29-07 and ending (date) 5-29-10     (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Boggs Township

Address of governmental unit: 1270 Runville Rd Bellefonte PA

Employer Identification Number: 24 - 6002196

Signature: James L. Strunk     Date Signed: 07-26-2010
(must be authorized to sign this form.)

Title: SECRETARY/TREASURER  Phone Number: 814-355-3301

0038

JUL-26-2010 MON 12:23 PM Boggs Township PA          FAX NO. 8143553064                    P. 02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ✓ All orders placed by the Purchaser for a period beginning (date) 05-29-10
    and ending (date)   5-29-13   (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or*
*imprisonment*.

(Please type or print the following information.)

BOGGS TOWNSHIP
1270 RUNVILLE ROAD
BELLEFONTE PA 16823-0000
24-6002196

Name of governmental unit: _____

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *James L. Strunk*                    Date Signed: 07-26-2010
(Must be authorized to sign this form.)

Title: SECRETARY / TREASURER  Phone Number: 814-355-3301

0039

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) __4-1-08__ and ending (date) __4-1-11__ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: __Boggs Township (Clfd Cnty)__

Address of governmental unit: __PO Box 169  West Decatur, PA 16878__

Employer Identification Number: __25-6006651__

Signature: __Minie A. Lott__     Date Signed: __7-27-10__
(Must be authorized to sign this form.)

Title: __Sec-Treas__     Phone Number: __814-312-5243__

0040

JUL-26-2010 15:00 From:Bradford Township     8148575480          To:3426483               Page:1/1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ BRADFORD TOWNSHIP
                       2299 BARRETT RD, SUITE B
                       WOODLAND PA 16881-0000
Address of governmental unit: _____ 25-6000958

Employer Identification Number: _____

Signature Linda M Wooster          Date Signed: 7/26/10
(Must be authorized to sign this form.)

Title: Sec/Treas.          Phone Number: 814-857-7283

0041

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit:_____ CENTRAL PA INSTITUTE OF SCIENC
    540 N HARRISON ROAD
    PLEASANT GAP PA 16823-
Address of governmental unit: ___ 25-1158058

Employer Identification Number:_____

Signature: _Patty Weaver / mkw_    Date Signed: _7/26/10_
    (Must be authorized to sign this form.)

Title: _Business Manager_    Phone Number: _814-359-2793_

0042

08-06-2010  02:54PM  FROM-CATA                    +6142387643        T-826  P.002    F-803

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

___ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
   and ending (date) 5-29-13  (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ CENTRE AREA TRANSPORT AUTHORIT
                                  2081 W. WHITEHALL ROAD
                                  STATE COLLEGE PA 16801-0000
Address of governmental unit: _____ 25-1313123

Employer Identification Number: _____

Signature: *Rebecca J. Kellogg*          Date Signed: 8/6/10
          (Must be authorized official (Signature)

Title: *Bookkeeper*          Phone Number: (814) 238-2882

0043

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____      CENTRE COUNTY LIBRARY
                                        203 N. ALLEGHANY ST
Address of governmental unit: _____    BELLEFONTE PA 16823-0000
                                        24-0799348

Employer Identification Number: _____

Signature: *Lisa K E L*         Date Signed: 8/2/10
           (Must be authorized to sign this form.)

Title: Executive Director    Phone Number: 814 355 1516

0044

08/10/2010  14:48    18143642821                    CENTRE HALL BOROUGH                        PAGE  01/02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

    ☐ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ☑ All orders placed by the Purchaser for a period beginning (date) _5 - 29 - 10_ and ending (date) _5 - 29 - 13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please t)        CENTRE HALL BORO
                  P O BOX 54
                  CENTRE HALL PA 16828-0000
                  24-6002490

Name of governmental unit: _____

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *Beth Ann Ananis*        Date Signed: _8/10/10_
    (Must be authorized to sign this form)

Title: *Borough Secretary / Treasurer*  Phone Number: _814-364-1772_

0045

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

_____ All orders placed by the Purchaser for a period beginning (date) *9/27/10*
       and ending (date) *9/26/13*    (period not to exceed 12 calender quarters),
       will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: *Centre Hill Fire*

Address of governmental unit: *PO Box 470 Centre Hill Pa*

Employer Identification Number: *25-1616152*

Signature: *Jackie Matherly*    Date Signed: *9/27/10*
(Must be authorized to sign this form.)

Title: _____    Phone Number: _____

0046

FROM : CHPWWTP                    PHONE NO. : 814 364 2712              May. 29 2007 10:33PM P2

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
     of Purchaser.
The Purchaser also certifies: (Please check one)

     The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓   All orders placed by the Purchaser for a period beginning (date) 9/30/06
   and ending (date) 9/30/09    (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ CENTRE HALL POTTER SEWER AUTH
                     2940 PENNS VALLEY RD
                     CENTRE HALL PA 16828-
Address of governmental unit: _____ 25-1721937

Employer Identification Number: _____
Signature: _____    Date Signed: 5/3/07
  (Must be authorized to sign this form.)
Title: PLANT MANAGER    Phone Number: 814 355 - 2109

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
  of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Plea)   CENTRE HALL POTTER SEWER AUTH
         2940 PENNS VALLEY RD
         CENTRE HALL PA 16828-
Name of governmental unit:   25-1721937

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *Nancy M Tohl tra*   Date Signed: 7/27/10
          (Must be authorized to sign this form.)

Title: _____   Phone Number: _____

0048

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

_____ All orders placed by the Purchaser for a period beginning (date) 7/10/07
and ending (date) 7/09/10 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Chester Hill Boro

Address of governmental unit: 920 Walton St, Philipsburg, PA 16866

Employer Identification Number: 25-1198685

Signature: _Shена Scab_          Date Signed: 7/10/07
(he/she be authorized to sign this form.)

Title: TREASURER          Phone Number: 814-342-0420

0049

7/26/2010  18:46  8143434030                CHESTER HILL BOROUGH                #0755 P.001 /001

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓    All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit:     CHESTER HILL BORO
                                   920 WALTON STREET

Address of governmental unit:     PHILIPSBURG PA 16866-0000
                                   25-1198685

Employer Identification Number: ____

Signature: _Bertta M. Reed_      Date Signed: 7/26/10
(Must be authorized to sign this form.)

Title: Secritary / Treasurer     Phone Number: 814-342-0420

0050

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____    CHESTER HILL FIRE CO.
                                   302 WALTON STREET

Address of governmental unit: _____    PHILIPSBURG PA 16866-0000
                                   25-0902930

Employer Identification Number: _____

Signature: _~~~~~~~~~~_     Date Signed: _7-13-11_
       (Must be authorized to sign this form.)

Title: _President_       Phone Number: _814-342-2222_

0051

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) _4-1-11_ and ending (date) _4-1-13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____    CHESTER HILL FIRE CO.
     302 WALTON STREET
     PHILIPSBURG PA 16866-0000
Address of governmental unit: _____    25-0902930

Employer Identification Number: _____

Signature: _____    Date Signed: _7/13/11_
    (Must be authorized to sign this form.)

Title: _President_      Phone Number: _814-342-2222_

0052

Jul. 27. 2010 12:40PM   CITIZEN'S HOOK & LADDER FIRE CO.          No. 2958   P. 2/3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
        of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__/__ All orders placed by the Purchaser for a period beginning (date) _4 - 1 -05_
    and ending (date) _4-1-08_ (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: CITIZENS HOOK & LADDER
PO BOX 568
MILESBURG PA 15853-

Address of governmental unit: _____

Employer Identification Number: 75477 280 Void after 4/30/2013

Signature: Karin Kriss   (Must be authorized to sign this form.)   Date Signed: 7/27/10

Title: Financial Trustee   Phone Number: 814-574-6302

0053

Jul. 27. 2010 12:41PM    CITIZEN'S HOOK & LADDER FIRE CO.        No. 2958   P. 3/3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) __4-1-08__
and ending (date) __4-1-11__ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: *Citizens Hook & Ladder*

Address of governmental unit: *PO Box 568, Milesburg PA*

Employer Identification Number: 75477280   *Void after 4/30/2013*

Signature: *Karin Knipe*   Date Signed: 7/27/10
(Must be authorized to sign this form.)

Title: *Financial Trustee*   Phone Number: 814-574-6302

0054

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *4-1-10*
    and ending (date) *4-1-14* (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: *Citizens Hook & Ladder*

Address of governmental unit: *PoBox 568, Milesburg Pa.*

*Federal ID #*
Employer Identification Number: *25-169 7685*

Signature: *Karia Kurd*
    (Must be authorized to sign this form.)
Date Signed: *3/9/11*

Title: *Financial Trustee*    Phone Number: *814-355-1130*

0055

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 05-29-10 and ending (date) 5-21-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____  CLARION COUNTY OFFICE OF EMERG
    421 MADISON ROAD
    CLARION PA 16214-
    25-6000899

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____   Date Signed: _____
(Must be authorized to sign this form.)

Title: _____   Phone Number: _____

0056

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
    and ending (date) _4-1-11_ (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Clearfield Boro_

Address of governmental unit: _64 S. Front St Clearfield Pa_

Employer Identification Number: _25-6000311_

Signature: _Marianne Hines_ Date Signed: _7/30/10_
(Must be authorized to sign this form.)

Title: _Secretary_     Phone Number: _814-765-7817_

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
    of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) ___4 - 1 - 11___
and ending (date) ___4 - 1 - 14___ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____     CLEARFIELD BORO
                         14 SOUTH FRONT ST.
                         CLEARFIELD PA 16830

Address of governmental unit: _____     25-6000311

Employer Identification Number: _____

Signature: *Marianne Hess*     Date Signed: 7/12/11
           (Must be authorized to sign this form)

Title: *Borough Secretary*     Phone Number: 765 - 7817

0058

Jul. 20. 2010 11:39AM                                    No. 0717   P. 2
          JJ POWELL

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

  X   All orders placed by the Purchaser for a period beginning (date) 7/20/10
      and ending (date) 7/20/13      (period not to exceed 12 calender quarters),
      will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: Clearfield Co Coreee Center

Address of governmental unit: 1620 River Road, Clearfield Pa 16830

Employer Identification Number: 25 - 1154028

Signature: Kathie Pearcy      Date Signed: 7/20/10
          (Must be authorized to sign this form.)

Title: Business Manager  Phone Number: 814-765-5308

0059

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates in purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-11 and ending (date) 4-1-14 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: CLEARFIELD CO CAREER & TECH CN
1620 RIVER ROAD

Address of governmental unit: CLEARFIELD PA 16830 -
25-1154028

Employer Identification Number:

Signature: *Kathie A. Peacey*  Date Signed: 07-11-11A08:15  0485
(Must be authorized to sign this form.)

Title: Business Manager   Phone Number: 8147655308

08-13-10;02:04PM;

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: *Clfld Recreation & Tourism*

Address of governmental unit: *12 N. Front St Clearfield*

Employer Identification Number: *25 - 1560607*

Signature: _____ (Must be authorized to sign this form.)     Date Signed: *8/13/10*

Title: _____     Phone Number: _____

0061

AUG/10/2010/TUE 11:29 AM   WAYNE TWP LANDFILL      FAX No. 570 769 7366              P. 002

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
(a) Purchaser is a state or local government, and that,
(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please _____)

CLINTON CO SOLID WASTE AUTH
P O BOX 209
MCELHATTAN PA 17748-0000
25-1249700

Name of governmental unit: _____

Address of governmental unit. _____

Employer Identification Number: _____

Signature: _Mary Culbertson_          Date Signed: 8/10/10
(Must be authorized to sign this form.)

Title: _Accountant_          Phone Number (570-769-6977

0062

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
        of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _01-01-09_
and ending (date) _12-31-09_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Columbia Fire Co #1_

Address of governmental unit: _140 Curtin St. Osceola Mills PA 16666_

Employer Identification Number: _PA Tax # 75-427-394_

Signature: _Russell E. Bush_          Date Signed: _2-7-09_
(Must be authorized to sign this form.)

Title: _President_          Phone Number: _339-6601_

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-10
    and ending (date) 4-1-14 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Columbia Fire Co

Address of governmental unit: 140 Curtain St Osceola Mills Pa

Federal ID #
Employer Identification Number: 51 - 0533562

Signature: Richard S Muckey          Date Signed: 03-10-11
(Must be authorized to sign this form.)

Title: President          Phone Number: 814-339-6601

0064

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
(a) Purchaser is a state or local government , and that,
(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: ____  COOPER TOWNSHIP ROAD DST.
                                  PO BOX 208
                                  KYLERTOWN PA 16847-0000
Address of governmental unit: _   25-6000993

Employer Identification Number: _____

Signature: *Kathy Roberts*                    Date Signed: 7/26/10
           (Must be authorized to sign this form.)

Title: Sec/Treas.                    Phone Number: 814-345-6571

0065

Jul 27 10 09:50a    CKG Area Authority         814 263 4665              P.2

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
   of Purchaser.
The Purchaser also certifies: (Please check one)

   The fuel specified in the accompanying order, or on the reverse side hereof, (or),

   ✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
   and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: ____ COVINGTONKARTHAUS AREA AUTHO
   P O BOX 104
Address of governmental unit: ____ FRENCHVILLE PA 16836-
   23-2281363

Employer Identification Number: ____

Signature: *Missy Meeker*                    Date Signed: 7-27-10
   (Must be authorized to sign this form.)

Title: *Office Secretary*        Phone Number: 814-263-4150

0066

08/02/2010  21:23    8142634970                COVINGTON TOWNSHIP                    PAGE  01

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

___  The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) 5-29-10
  and ending (date)  5-29-13  (period not to exceed 12 calender quarters),
  will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____     COVINGTON TOWNSHIP
                                        88 DEER HAVEN ROAD
                                        FRENCHVILLE PA 16836-0000
Address of governmental unit: _____     25-1149849

Employer Identification Number: _____

Signature: _Ann M. Butler_____     Date Signed: 08-02-2010
         (Must be authorized to sign this form.)

Title: _Secretary Treasurer_     Phone Number: (814) 263-4970

0067

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
        of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
    and ending (date) _4-1-11_    (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Curwensville Lake Auth.

Address of governmental unit: PO Box 87 Curwensville, PA 16833

Employer Identification Number: 26-4439949

Signature: _Kathy Lansley_    Date Signed: 7/27/10
    (Must be authorized to sign this form.)

Title: _____    Phone Number: _____

0068

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓    All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ DECATUR TOWNSHIP
575 FAIRVIEW ROAD
OSCEOLA MILLS PA 16666-0000

Address of governmental unit: __ 25-6001105

Employer Identification Number: _____

Signature: *Pamela K. Freeman* _____ Date Signed: 8/10/2010
(Must be authorized to sign this form.)

Title: Secretary/Treasurer    Phone Number: (814) 339-6772

0069

JUL. 27. 2010  3:40PM    814-238-3454                         NO. 2738   P. 3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government, and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
       and ending (date) _4-1-11_  (period not to exceed 12 calender quarters),
       will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Ferguson Township_

Address of governmental unit: _3147 Research Dr St College PA_

Employer Identification Number: _25-1197270_

Signature: _Mark A. Kunkle_        Date Signed: _7/28/10_
          (Must be authorized to sign this form.)

Title: _Manager_        Phone Number: _(814) 238-4651_

0070

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
        of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓    All orders placed by the Purchaser for a period beginning (date) 4|10|06
     and ending (date) 4|10|09 (period not to exceed 12 calender quarters),
     will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____     GREGG TWP FIRE CO
                                   BOX 82

Address of governmental unit: _____     SPRING MILLS PA 16875-0000
                                   25-6058035

Employer Identification Number: _____

Signature: _____         Date Signed: 5-29-07
(Must be authorized to sign this form.)

Title: TREASURER         Phone Number: 814-422-8131

Jul 28 2010 11:02AM   JOHNSON(BROS)AX          8144228570              P.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13    (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information:)

Name of governmental unit: _____   GREGG TWP FIRE CO
                                    BOX 82
Address of governmental unit: _____  SPRING MILLS PA 16875-0000
                                     25-6058035

Employer identification Number: _____ 25-6058035

Signature: _____              Date Signed: 7-27-10
                (Must be authorized to sign this form.)

Title: TREASURER         Phone Number: 814-422-8131

0072

*Please forward to the correct department*

## Federal Excise Tax
### Exemption Certification
(For use by States and Local Governments (Section 4221(a) (4) of the Internal Revenue Service)

Date: 12-11-2009

I hereby certify that I am a  Twp Acting Manager  of  Halfmoon Twp.
                            *(Title of Officer)*              *(State or Local Government)*

that I am authorized to execute this certificate; and that

*(Check applicable type of certificate)*

☐ The article or articles specified in the accompanying order, or on the reverse side hereof, (or)

☑ All orders placed by the purchaser for the period commencing  1-1-2010  a
   ending  12-31-2013  (period not to exceed 12 calendar quarters),

are, or will be, purchased from  J.J. Powell Fuel Management  for the exclusive use of the
                               *(Name of Manufacturer)*

Halfmoon Township  of the  Local Govt. (political subdivision of
*(Governmental Unit)*              *(State or Local Government)*  the Commonwealth of PA)

I understand that the exemption from tax in the case of sales of articles under this exemption certificate to a State, etc.,
is limited to the sale of articles purchased for its exclusive use. I understand that fraudulent use of this certificate for
the purpose of securing this exemption will subject me and all parties making such fraudulent use of this certificate to
all applicable criminal penalties under the Internal Revenue Code.

Karen J. Brown
Signature **
Karen J. Brown for Halfmoon Twp
Printed Name
100 Municipal Lane, Port Matilda PA 16870
Address                                              City, State, Zip

ATF 5600.35 (2-94)

A sale of an article to a State or Local Government for resale is not considered to be a sale for the "exclusive use" of
the State or Local Government, within the meaning of Section 4221 (a)(4) of the Code, and, therefore, such sales may
not be made tax-free. Such sales may not be made tax-free even if the resales are made to government employees, or
the article is an item of equipment the employee is required to possess in carrying out his duties.

** Must be executed and signed by an officer or employee authorized by the State or Local Government to execute and
sign the certificate.

Aug. 2. 2010  8:21AM   JJ POWELL PHILIPSBURG                    No.9135   P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____    HALFMOON TOWNSHIP
                                        100 MUNICIPAL LANE
                                        PORT MATILDA PA 16870-0000
Address of governmental unit: _____   25-1391012

Employer Identification Number: _____

Signature: _____    Date Signed: 7/28/10
          (Must be authorized to sign this form.)

Title: Manager    Phone Number: 814-692-9800

0074

FROM : A                              FAX NO. :                        Dec. 05 1999 09:45AM  P1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:    HAWTHORN FIRE CO
                           BOX 125
Address of governmental unit:   HAWTHORN PA 16230-0000
                           2S-1598648

Employer Identification Number:

Signature: _Steen L Smith_     Date Signed: _Aug 19, 10_
         (Must be authorized to sign this form.)   Fire Co. 814-365-5770

Title: _Treasurer_          Phone Number: _014-365-5873_   Treas

01/15/2002  10:40    8143655179                CLARION COUNTY FAIR                    PAGE  01

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 01-01-09
and ending (date) 12-31-09 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Hawthorn Fire Co.

Address of governmental unit: P.O. Box 125 Hawthorn, PA 16230

Employer Identification Number: 25-1869452

Signature: _____    Date Signed: 6-19-09
(Must be authorized to sign this form.)

Title: Treasurer            Phone Number: 814-365-5458

0076

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

_____ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Hope Fire Company No. 2_

Address of governmental unit: _400 N. Front St. / P.O. Box 400_

Employer Identification Number: _250030420_

Signature: _____ Date Signed: _08-16-10_
(Must be authorized to sign this form.)

Title: _Chief_          Phone Number: _814-342-4900_

0077

AUG-25-2010 WED 10:37 AM INSURANCE OFFICE INC.     FAX NO. 814 625 2053     P. 02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
### STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
(a) Purchaser is a state or local government , and that,
(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____   HOWARD FIRE COMPANY
                                          P O BOX 276
                                          HOWARD PA 16841-0000
Address of governmental unit: _____   23-7354806

Employer Identification Number: _____

Signature: *Tammy S. Coakley*     Date Signed: 8-24-10
(must be authorized to sign this form.)

Title: *Financial Sec*     Phone Number: 814-625-2488

0078

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
   and ending (date) 5-29-13   (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ HOWARD TOWNSHIP
                                    151 TOWNSHIIP BLDG RD
                                    HOWARD PA 16841-0000
Address of governmental unit: _____ 25-1259685

Employer Identification Number: _____

Signature: *Sheila Yoder*                Date Signed: _____
          (Must be authorized to sign this form.)

Title: *Sec-Treas.*        Phone Number: 814-625-2811

0079

G 09 10 09:42a    Karthaus Township              814-263-7122              p.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information)

Name of governmental unit: _____    KARTHAUS TOWNSHIP
                                       367 MARKET ST
                                       KARTHAUS PA 16845-0000
Address of governmental unit: _____    25-6001903

Employer Identification Number: _____

Signature: *Rachel M Mc____*         Date Signed: 8/9/2010
          (must be authorized to sign this form)

Title: Secretary/Treasurer    Phone Number: 814-263-4419

0080

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

___ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

√ All orders placed by the Purchaser for a period beginning (date) 11\11\06
   and ending (date) 11\11\09     (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit:_____ LAWRENCE TOWNSHIP
                                 P.O. BOX 508
                                 CLEARFIELD PA 16830
Address of governmental unit: ___ 25-6001970

Employer Identification Number:_____

Signature: Barbara Schaffer        Date Signed: 5/29/2007
         (Must be authorized to sign this form.)

Title: Adm. Secretary      Phone Number: 814-765-9551

0081

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or,)

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____    LAWRENCE TOWNSHIP
     P.O. BOX 508
     CLEARFIELD PA 16830
Address of governmental unit: _____    25-6001970

Employer Identification Number: _____

Signature: *Barbara Sheffer*     Date Signed: 7/26/2010
(Must be authorized to sign this form.)

Title: Secretary      Phone Number: 814-765-4551

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

(a) Purchaser is a state or local government , and that,

(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

___ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Logan Fire Co.

Address of governmental unit: PO Box 26 Bellefonte, PA 16823

Employer Identification Number: 24-0773963

Signature: _____   Date Signed: 7/27/2010
(Must be authorized to sign this form.)

Title: Treasurer   Phone Number: 814-355-3100

0083

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____    MARION TOWNSHIP
                                        4337 JACKSONVILLE ROAD
                                        HOWARD PA 16841-
Address of governmental unit: _____    24-6001489

Employer Identification Number: _____

Signature: _Echo Labik_    Date Signed: 7/27/2010
(Must be authorized to sign this form.)

Title: _Secretary/Treasurer_    Phone Number: 814-625-2061

0084

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or,)

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ MILESBURG BOROUGH
                                    P O BOX 518               _____
                                    MILESBURG PA 16853-
Address of governmental unit: _____ 24-0863347               _____

Employer Identification Number: _____

Signature: Paula A. Hall    Date Signed: 7-2-10
           (Must be authorized to sign this form.)

Title: Sec-Treas    Phone Number: (814) 355-3583

0085

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____    MORRIS COOPER POLICE DEPT
                                       P.O. BOX 186
                                       ALLPORT PA 16821-
Address of governmental unit: _____  25-1392752

Employer Identification Number: _____

Signature: Bonnie K Williams    Date Signed: 7-27-10
           (debtor be authorized to sign this form.)

Title: Sec - Treas    Phone Number: 342-5621

0086

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
(a) Purchaser is a state or local government , and that,
(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____   MORRIS TWP ROAD DIST
1189 OAKGROVE ROAD

Address of governmental unit: _____   MORRISDALE PA 16858-
25-6002197

Employer Identification Number: _____

Signature: *Gladys V. Strunk*   Date Signed: 8 - 5 - 10
(Must be authorized to sign this form.)

Title: _____   Phone Number: _____

0087

1 28 10 11:23a    Mountaim Top Fire Co    8143425014    p.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
### STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
    of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) 05.29-10
    and ending (date) 5-29-13    (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____  MOUNTAIN TOP FIRE CO
                                     P O BOX 50
                                     SANDY RIDGE PA 16677-0000
Address of governmental unit: __     25-1435130

Employer Identification Number: _____

Signature: *Robbie Corrigan*    Date Signed: 7/26/10
          (Must be authorized to sign this form.)

Title: *President*    Phone Number: 814-342-5014

0088

08/05/2010  19:00    8143397930                    OSCEOLABORO                              PAGE  02/02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

FAXED  Time: 6:28
Date: 8/5

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ OSCEOLA MILLS BOROUGH
PO BOX 85
OSCEOLA MILLS PA 16666-0000
Address of governmental unit: _____ 25-6000433

Employer Identification Number: _____

Signature: _____  Date Signed: Aug 5, 2010
(must be authorized to sign this form.)

Title: _____  Phone Number: 814-339-7412

0089

1 30 10 09:02a    Patton Township          8142387790              P.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

_____  The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___  All orders placed by the Purchaser for a period beginning (date) *4-1-08*
         and ending (date) *4-1-11*     (period not to exceed 12 calender quarters),
         will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: *Patton Township*

Address of governmental unit: *100 Patton Plaza  State College, PA 16803*

Employer Identification Number: *25-1154733*

Signature: *Susan E Brown*          Date Signed: *7/30/10*
          (must be authorized to sign this form.)

Title: *Accountant*       Phone Number: *814-234-0271*

FAX - 814-342-4473

0090

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Pa State Correctionils Inst_

Address of governmental unit: _BOX A Bellyfonte PA_

Employer Identification Number: _Tax Exempt # 25-1644382_

Signature: _Diane Berry, PA2_    Date Signed: _7-28-10_
    (Must be authorized to sign this form.)

Title: _Pur Agt. 2_    Phone Number _814-355-4874_

0091

Jul. 30. 2010 10:22AM

No. 3146    P. 3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) _4-1-08_
     and ending (date) _4-1-11_          (period not to exceed 12 calender quarters),
     will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Penndot Maintenance District 2_

Address of governmental unit: _1000 East Bishop St. Bellefonte, PA 16823_

Employer Identification Number: _24-740001_

Signature: _____          Date Signed: _7/30/10_
(Must be authorized to sign this form.)

Title: _____          Phone Number: _____

0092

May.31. 2007 10:19AM  Philipsburg                    No.8335   P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

[✓]   All orders placed by the Purchaser for a period beginning (date) 4/1/05
and ending (date) 4/1/08    (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:_____ PHILIPSBURG BORO
                     4 N CENTRE ST - P O BOX 631
Address of governmental unit:_____ PHILIPSBURG PA 16866-0000
                     24-6000648

Employer Identification Number:_____

Signature:_____ Date Signed: 5/31/07
    (Must be authorized to sign this form.)

Title: Borough Manager     Phone Number: 814-342-3440

0093

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
      and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
      will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____    PHILIPSBURG BORO
                             4 N CENTRE ST - P O BOX 631
Address of governmental unit: ___    PHILIPSBURG PA 16866-0000
                             24-6000648

Employer Identification Number: _____

Signature: Theresa A Sinker    Date Signed: 7/26/10
        (Must be authorized to sign this form.)

Title: Secretary    Phone Number: 342-3440

0094

Jun-01-2007  08:06pm  From-MAINT                    814 342 5994           T-755  P 007/007  F-522

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government, and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

   The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) 4|11|06
   and ending (date) 4|11|09      (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*

(Please type or print the following information.)

Name of governmental unit: ____ P.O. AREA SCHOOL DIST
                                 200 SHORT STREET
                                 PHILIPSBURG PA 16865-0000
Address of governmental unit: ____ 24-6002258

Employer Identification Number: ____

Signature: _Donald W. Alen_____  Date Signed: 6/1/07
           (Must be authorized to sign this form.)

Title: _Facilities Director_    Phone Number: 814 342 5659

0095

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:      P.O. AREA SCHOOL DIST
    200 SHORT STREET
Address of governmental unit:      PHILIPSBURG PA 16866-0000
    24-6002258

Employer Identification Number:

Signature: _Michael Cont_      Date Signed: 7/28/2010
    (Must be authorized to sign this form.)

Title:      Phone Number:

0096

06/01/2007  07:37    8143594110                    PLEASANT GAP FIRE CO                    PAGE  02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

___ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 08/01/06 and ending (date) 08/01/09 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Pleasant Gap Fire Company

Address of governmental unit: 475 Robison Lane, Pleasant Gap, PA 16823

Employer Identification Number: 25-1429525

Signature: _____    Date Signed: 5/30/07
(Must be authorized to sign this form.)

Title: PRESIDENT    Phone Number: 814-359-2102

0097

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

  The fuel specified in the accompanying order, or on the reverse side hereof, (or),

  ✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: PLEASANT GAP FIRE CO.
                           475 ROBISON LANE
Address of governmental unit: PLEASANT GAP PA 16823-
                              25-1429525

Employer Identification Number:

Signature: _Richard A. Mey_ (Must be authorized to sign this form)   Date Signed: 07|27|2010

Title: PRESIDENT        Phone Number: 814-359-2102

0098

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ✓ All orders placed by the Purchaser for a period beginning (date) 2/1/07 and ending (date) 2/1/10 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Port Matilda Borough

Address of governmental unit: P.O. Box 156, Port Matilda, PA 16870

Employer Identification Number: 25-6001051

Signature: Rhonda Walters    Date Signed: 6/6/07
(Must be authorized to sign this form.)

Title: Secretary    Phone Number: 814 692-0092

0099

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

~~The fuel specified in the accompanying order, or on the reverse side hereof, (or),~~

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: ____ PORT MATILDA BOROUGH
                                 P.O. BOX 156
Address of governmental unit: ____ PORT MATILDA PA 16870-
                                 25-600861

Employer Identification Number: 24-10000651

Signature: *Laura Wagner*          Date Signed: 7-27-2010
           (Must be authorized to sign this form.)

Title: *Secretary*          Phone Number: 814-1092-0092

0100

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) 05-29-07
and ending (date) 5-29-10 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Port Matilda Fire Co

Address of governmental unit: PO Box 472, Port Matilda Pa

Employer Identification Number: 25-1875311|000

Signature: Andrea Leonard    Date Signed: Treas
(Must be authorized to sign this form.)

Title:             Phone Number:

0101

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

\_✓\_\_ All orders placed by the Purchaser for a period beginning (date) 05-29-10
    and ending (date) 5-29-13     (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____
                PORT MATILDA FIRE COMPANY
                P O BOX 472
                PORT MATILDA PA 16870-

Address of governmental unit: \_\_\_\_\_

Employer Identification Number: 25-1875311/000

Signature: *Andrea Leonard*     Date Signed: *Treas*
    (Must be authorized to sign this form.)

Title: _____     Phone Number: \_\_\_\_\_

0102

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
        of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

√ All orders placed by the Purchaser for a period beginning (date) \1\9\06
   and ending (date) \1\9\19_____ (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit:_____  RED BANK TOWNSHIP CLARION CNTY
                                  P O BOX 47
                                  FAIRMOUNT CITY PA 16224-
Address of governmental unit: __  25-1329451

Employer Identification Number:_____

Signature: _____    Date Signed: 6-1-07
          (Must be authorized to sign this form.)

Title: Sec Treas          Phone Number: 814 275-4045

0103

08/02/2010 11:41 FAX 8142754045          REDBANK TWP                          ☑001

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
- (a) Purchaser is a state or local government , and that,
- (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that taxable fuel may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ RED BANK TOWNSHIP CLARION CNTY
P O BOX 47

Address of governmental unit: _____ FAIRMOUNT CITY PA 15224·
25-1328451

Employer Identification Number: _____

Signature: _____     Date Signed: 8-2-10
(Must be authorized to sign this form.)

Title: Sec Treas          Phone Number: 814 275 4015

0104

MAR.21.2006 10:47AM    REDBANK SCHOOL DIST                NO.014  P.3
                       REDBANK SCHOOL DIST

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that;

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__X__ All orders placed by the Purchaser for a period beginning (date)  3/21/06 _____
and ending (date)  3/21/09  (period not to exceed 12 calendar quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:  Redbank Valley School District

Address of governmental unit:  920 Broad Street, New Bethlehem, PA  16242

Employer Identification Number:  25-6003777

Signature: _____ (Must be authorized to sign this form.)    Date Signed:  3/21/06

Title:  Business Manager            Phone Number:  814-275-2426

0105

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    __✓__ All orders placed by the Purchaser for a period beginning (date) 05-29-07 and ending (date) 05-29-10 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: Red Bank Valley School Dist

Address of governmental unit: 920 Broad St, New Bethlehem PA

Employer Identification Number: 25-6003777

Signature: _____  Date Signed: 7/29/2010

(Must be authorized to sign this form.)

Title: _____  Phone Number: _____

0106

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

(a) Purchaser is a state or local government , and that,

(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 05-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____    REDBANK VALLEY SCHOOL DIST
920 BROAD STREET
Address of governmental unit: _____    NEW BETHLEHEM PA 16242-
25-6003777

Employer Identification Number: _____

Signature: _____    Date Signed: 7/29/10
(Must be authorized to sign this form.)

Title: _____    Phone Number: _____

0107

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
### STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: *Reliance Fire Co*

Address of governmental unit: *317 N 3rd ST Philipsburg PA*

Employer Identification Number: *24-6025696*

Signature: _____ Date Signed: *7-22-11*
(Must be authorized to sign this form.)

Title: *Treasure / Deputy Chief* Phone Number: *814-342-2710*

0108

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____  RUSH TOWNSHIP
BOX 152
Address of governmental unit: _____  PHILIPSBURG PA 16866-0000
24-6001543

Employer Identification Number: _____

Signature: *Joan T. Conklin*   Date Signed: July 26, 2010
(Must be authorized to sign this form.)

Title: Secretary-Treasurer   Phone Number: (814) 342-0514

0109

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that;
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____  SEVEN MOUNTAINS EMS
    523 DELL ST
Address of governmental unit: _____  BELLEFONTE PA 16823-
    25-1290414

Employer Identification Number: _____

Signature: _____  Date Signed: 7/26/10
    (Must be authorized to sign this form.)

Title: Executive Director  Phone Number: (814) 355-1414

0110



**Website:** www.jjpowell.com
**Customer Service:** cs@jjpowell.com
**Information:** info@jjpowell.com
800-432-0866

## INTERNAL REVENUE SERVICE
### EXEMPTION CERTIFICATE
### STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

  (a) Purchaser is a state or local government, and that,

  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

*(Please type or print the following information.)*

Name of governmental unit: _SnowShoe Borough_

Address of governmental unit: _PO Box 277 Snow Shoe PA 16874_

Employer Identification Number: _25-1201136_

Signature: _Mlain Horchul_    Date Signed: _8-10-10_
*(Must be authorized to sign this form.)*

Title: _Sec/Treas_    Phone Number: _814-387-6833_



0111

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
 (a) Purchaser is a state or local government , and that,
 (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
 of Purchaser.
The Purchaser also certifies: (Please check one)

 The fuel specified in the accompanying order, or on the reverse side hereof, (or),

 ✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
 and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
 will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: SNYDER TOWNSHIP
RD #3 BOX 419  108 Baughman Hollow Rd
TYRONE PA 16686-0000

Address of governmental unit: 23-1608550

Employer Identification Number: 23-1608550

Signature: _____ (Must be authorized to sign this form.)    Date Signed: 7-26-10

Title: Chairman        Phone Number: 814-684-1048

0112

JUL 29. 2010  2:49PM   JJ POWELL PhILIPSBURG                No.9116   P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:     SPRING-BENNER WALKER JOINT AUT
                            170 IRISH HOLLOW ROAD
                            BELLEFONTE PA 16823-
Address of governmental unit: \_\_\_\_\_ 25-1392495

Employer Identification Number: \_\_\_\_\_

Signature: _N.W. Miller_     Date Signed: 7-27-10
    (Must be authorized to sign this form.)

Title: Executive Director    Phone Number: 814-355-4778

0113

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____   SPRING-BENNER WALKER JOINT AUT
                                       170 IRISH HOLLOW ROAD
                                       BELLEFONTE PA 16823-
Address of governmental unit: _____  25-1392495

Employer Identification Number: _____

Signature: *N. W. Melet* _____   Date Signed: 7-27-10
           (Must be authorized to sign this form.)

Title: Executive Director   Phone Number: 814-355-4778

0114

RECEIVED JUL 2 6 2010

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____   SPRING TOWNSHIP
                                    1309 BLANCHARD ST
Address of governmental unit: _____  BELLEFONTE PA 16823-0000
                                    24-6001562

Employer Identification Number: _____

Signature: _____   Date Signed: 7/26/10
        (Must be authorized to sign this form.)

Title: _____   Phone Number: _____

0115

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *4-1-08*
and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: *State College Area School dist*

Address of governmental unit: *131 West Nittany Ave St College*

Employer Identification Number: *24-600 1247*

Signature: _____  Date Signed: *8/5/10*
(Must be authorized to sign this form.)

Title: _____  Phone Number: _____

0116

JUL-27-2010 04:21 PM  SC BORO FINANCE          814 234 7148              P.01

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

___ The fuel specified in the accompanying order, or on the reverse side hereof, (or,)

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ STATE COLLEGE BORO
                                    243 SOUTH ALLEN ST
Address of governmental unit: _____ STATE COLLEGE PA 16804-0000
                                    24-6000660

Employer Identification Number: _____

Signature: *Ernest C. Galbrero*        Date Signed: 7/27/10
           (Must be authorized to sign this form.)

Title: Purchasing Director    Phone Number: (814) 234-7114

0117

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _01-01-09_ and ending (date) _12-31-09_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _Stone Creek Valley Vol. Fire Co_

Address of governmental unit: _5470 mcalevys Fort Road_
_Petersburg PA 16669_

Employer Identification Number: _23-7082133_

Signature: _Patricia R. Wilson_     Date Signed: _6/18/09_
(Must be authorized to sign this form.)

Title: _Treasurer_     Phone Number: _814-667-3706_

0118

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that;

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    ☐ The fuel specified in the accompanying order, or on the reverse side hereof, (or)

    ☑ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit:     TYRONE AREA SCHOOL DIST
                         701 CLAY AVENUE

Address of governmental unit:   TYRONE PA 16686-0000
                         76-078003

Employer Identification Number:

Signature: _____     Date Signed: 7/26/10
       (Must be authorized to sign this form.)

Title: Business Administrator   Phone Number: 814-684-0710

[2]

All orders placed by the Purchaser for a period beginning (date) 4-1-08
and ending (date) 4-1-11 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____    UNDINE FIRE COMPANY #2
133 E BISHOP STREET
BELLEFONTE PA 16823-0000

Address of governmental unit: _____    24-0746836

Employer Identification Number: _____    Date Signed: 7/14/11

Signature: _____    (Must be authorized to sign this form)

Title: Chief    Phone Number: 814-574-6802

0120

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-08 and ending (date) 4-1-11 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Union Township
Address of governmental unit: 125 Sycamore Ln. Julian, PA 16844-9516

Employer Identification Number: 25-1256721
Signature: A. R. Dubbs    Date Signed: 2/25/11
(Must be authorized to sign this form.)
Title: Secretary/Treas    Phone Number: 814-355-1540

Fax Back to 349-1-483

0121

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ✓ All orders placed by the Purchaser for a period beginning (date) 4-1-08 and ending (date) 4-1-11 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Walker Township Vol Fire Dept.

Address of governmental unit: PO Box 110 Mingoville, PA 16856

Employer Identification Number: 23-7431756

Signature: Ethel Mull (Must be authorized to sign this form.)      Date Signed: 9/2/10

Title: Treasurer      Phone Number: 814-883-7281

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: *Walleceton Boggs Mun Auth*

Address of governmental unit: *Po Box 97, West Decatur PA*

Employer Identification Number: *25-1812957*

Signature: _____   Date Signed: *7/26/10*
(Must be authorized to sign this form.)

Title: *Chairman*   Phone Number: *814-342-0725*

0123

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *4-1-08*
    and ending (date) *4-1-11* (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: *Warriors Mark Water Auth*

Address of governmental unit: *Po Box 122 Warriors Mark Pa*

Employer Identification Number: *25-1256440*

Signature: *William Markel*    Date Signed: *8-1-10*
(Must be authorized to sign this form.)   *Sec.*

Title:       Phone Number:

0124

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ WILLIAMSPORT MUNICIPAL AIRPORT
    700 AIRPORT ROAD   SUITE 204
Address of governmental unit: _____ MONTOURSVILLE PA 17754-0000
    24-6000743

Employer Identification Number: _____

Signature: _____ Date Signed: 7/26/10
    (Must be authorized to sign this form.)
    THOMAS J. HART
Title: EXECUTIVE DIRECTOR    Phone Number: 570-368-2444  EXT 203

0125

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____

CENTRAL PA HIST LIBRARY
203 N ALLEGHANY ST
BELLEFONTE PA 16823-0000
24-0799348

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____    Date Signed: _____
(Must be authorized to sign this form.)

Title: _____    Phone Number: _____

All Accounts should be in Centre County Libraries Name.

0126