

DEPOSITION
EXHIBIT

# Form 843
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:

(a)  a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,

(b)  an abatement of FUTA tax or certain excise taxes, or

(c)  a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:

(a)  an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),

(b)  a refund of excise taxes based on the nontaxable use or sale of fuels, or

(c)  an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s)<br>J. J. Powell, Inc. | Your social security number |
| Address (number, street, and room or suite no.)<br>109 W. Presqueisle Street | Spouse's social security number |
| City or town, state, and ZIP code<br>Philipsburg, PA 16866 | Employer identification number (EIN)<br>25-1099474 |
| Name and address shown on return if different from above | Daytime telephone number<br>814-342-3190 |

**1  Period.** Prepare a separate Form 843 for each tax period or fee year.
From    July 1, 2009    to    September 30, 2009

**2  Amount to be refunded or abated:**
$    40,756.89

**3  Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.

☐ Employment    ☐ Estate    ☐ Gift    ☑ Excise    ☐ Income    ☐ Fee

**4  Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:    6675

**5a  Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)

☐ Interest was assessed as a result of IRS errors or delays.

☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.

☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b  Date(s) of payment(s)** ►    November 7, 2012

**6  Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.

☐ 706    ☐ 709    ☐ 940    ☐ 941    ☐ 943    ☐ 945
☐ 990-PF    ☐ 1040    ☐ 1120    ☐ 4720    ☐ Other (specify) ►    720 and 8849

**7  Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

Exemption certificates were maintained for a period not to exceed 12 calendar quarters in accordance with Treasury Regulation 48.4041-15 (b) as opposed to 12 calendar months in accordance with Publication 510.

See attached appeal for additional information

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)    VP    Date    11/8/12

Signature (spouse, if joint return)    Date

| Paid<br>Preparer<br>Use Only | Print/Type preparer's name<br>Cloyd F. Van Hook | Preparer's signature | Date<br>11/13/12 | Check ☐ if<br>self-employed | PTIN<br>P01359726 |
|---|---|---|---|---|---|
| | Firm's name ► Guarisco & Cordes, LLC | | | Firm's EIN ► | 300067322 |
| | Firm's address ► 301 St. Charles Ave., Ste. 250, New Orleans, LA 70130 | | | Phone no. | 504-587-7007 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form 843 (Rev. 8-2011)

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
- (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- (b) an abatement of FUTA tax or certain excise taxes, or
- (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
- (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
- (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s)<br>J. J. Powell, Inc. | Your social security number |
| Address (number, street, and room or suite no.)<br>109 W. Presqueisle Street | Spouse's social security number |
| City or town, state, and ZIP code<br>Philipsburg, PA 16866 | Employer identification number (EIN)<br>25-1099474 |
| Name and address shown on return if different from above | Daytime telephone number<br>814-342-3190 |

**1** Period. Prepare a separate Form 843 for each tax period or fee year.
From    Oct 1, 2009    to    December 31, 2009

**2** Amount to be refunded or abated:
$    17.59

**3** Type of tax or fee. Indicate the type of tax to be refunded or abated or to which the interest, penalty, or addition to tax is related.

☐ Employment    ☐ Estate    ☐ Gift    ☑ Excise    ☐ Income    ☐ Fee

**4** Type of penalty. If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:    6675

**5a** Interest, penalties, and additions to tax. Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)

☐ Interest was assessed as a result of IRS errors or delays.

☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.

☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ►    January 29, 2013

**6** Original return. Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.

☐ 706    ☐ 709    ☐ 940    ☐ 941    ☐ 943    ☐ 945
☐ 990-PF    ☐ 1040    ☐ 1120    ☐ 4720    ☑ Other (specify) ►    720 and 8849

**7** Explanation. Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

Exemption certificates were maintained for a period not to exceed 12 calendar quarters in accordance with Treasury Regulation 48.4041-15 (b) as opposed to 12 calendar months in accordance with Publication 510.

See Form 843 filed on November 13, 2012 for additional information. The same information applies to this claim for refund.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)    VP
Date    1/28/13

Signature (spouse, if joint return)    Date

| Paid Preparer Use Only | Print/Type preparer's name<br>Cloyd F. Van Hook | Preparer's signature | Date<br>1/29/13 | Check ☐ if self-employed | PTIN<br>P01359726 |
|---|---|---|---|---|---|
| | Firm's name ► Guarisco & Cordes, LLC | | | Firm's EIN ► | 800067322 |
| | Firm's address ► 301 St. Charles Ave., Ste. 250, New Orleans, LA 70130 | | | Phone no. | 504-587-7007 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 8-2011)

0128

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
  (a)  a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
  (b)  an abatement of FUTA tax or certain excise taxes, or
  (c)  a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
  (a)  an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
  (b)  a refund of excise taxes based on the nontaxable use or sale of fuels, or
  (c)  an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s)<br>J. J. Powell, Inc. | Your social security number |
| Address (number, street, and room or suite no.)<br>109 W. Presquisle Street | Spouse's social security number |
| City or town, state, and ZIP code<br>Philipsburg, PA 16866 | Employer identification number (EIN)<br>25-1099474 |
| Name and address shown on return if different from above | Daytime telephone number<br>814-342-3190 |

**1**  **Period.** Prepare a separate Form 843 for each tax period or fee year.
    From     January 1, 2010      to      March 31, 2010

**2**  Amount to be refunded or abated:
    $          27.16

**3**  **Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.
    ☐ Employment    ☐ Estate    ☐ Gift    ☒ Excise    ☐ Income    ☐ Fee

**4**  **Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:    6675

**5a**  **Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
    ☐ Interest was assessed as a result of IRS errors or delays.
    ☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
    ☒ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b**  Date(s) of payment(s) ►          January 29, 2013

**6**  **Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
    ☐ 706    ☐ 709    ☐ 940    ☐ 941    ☐ 943    ☐ 945
    ☐ 990-PF    ☐ 1040    ☐ 1120    ☐ 4720    ☒ Other (specify) ►  720 and 8849

**7**  **Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

Exemption certificates were maintained for a period not to exceed 12 calendar quarters in accordance with Treasury Regulation 48.4041-15 (b) as opposed to 12 calendar months in accordance with Publication 510.

See Form 843 filed on November 13, 2012 for additional information. The same information applies to this claim for refund.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature (Title, if applicable. Claims by corporations must be signed by an officer.)  V.P. | Date  1/28/13 |
|---|---|
| (Spouse signature) Signature (spouse, if joint return) | Date |

| Paid<br>Preparer<br>Use Only | Print/Type preparer's name<br>Cloyd F. Van Hook | Preparer's signature | Date<br>1/29/13 | Check ☐ if<br>self-employed | PTIN<br>P01359726 |
|---|---|---|---|---|---|
| | Firm's name  ► Guarisco & Cordes, LLC | | | Firm's EIN  ► | 800067322 |
| | Firm's address  ► 301 St. Charles Ave., Ste. 250, New Orleans, LA 70130 | | | Phone no. | 504-587-7007 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 8-2011)

0129

| Form **843** | Claim for Refund and Request for Abatement | OMB No. 1545-0024 |
|---|---|---|

(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

► See separate instructions.

Use Form 843 if your claim or request involves:
- (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- (b) an abatement of FUTA tax or certain excise taxes, or
- (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
- (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
- (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s)<br>J. J. Powell, Inc. | Your social security number |
| Address (number, street, and room or suite no.)<br>109 W. Presquelsle Street | Spouse's social security number |
| City or town, state, and ZIP code<br>Phillipsburg, PA 16866 | Employer identification number (EIN)<br>25-1099474 |
| Name and address shown on return if different from above | Daytime telephone number<br>814-342-3190 |

**1  Period.** Prepare a separate Form 843 for each tax period or fee year.
From         April 1, 2010         to         June 30, 2010

**2  Amount to be refunded or abated:**
$                    17.47

**3  Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment    ☐ Estate    ☐ Gift    ☑ Excise    ☐ Income    ☐ Fee

**4  Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:     6675

**5a  Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
☐ Interest was assessed as a result of IRS errors or delays.
☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b  Date(s) of payment(s)** ►          January 29, 2013

**6  Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706    ☐ 709    ☐ 940    ☐ 941    ☐ 943    ☐ 945
☐ 990-PF    ☐ 1040    ☐ 1120    ☐ 4720    ☑ Other (specify) ►  720 and 8849

**7  Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

Exemption certificates were maintained for a period not to exceed 12 calendar quarters in accordance with Treasury Regulation 48.4041-15 (b) as opposed to 12 calendar months in accordance with Publication 510.

See Form 843 filed on November 13, 2012 for additional information. The same information applies to this claim for refund.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | |
|---|---|
| Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | Date  1/28/13 |
| Signature (spouse, if joint return) | Date |

| Paid Preparer Use Only | Print/Type preparer's name<br>Cloyd F. Van Hook | Preparer's signature | Date  1/29/13 | Check ☐ if self-employed | PTIN  P01359726 |
|---|---|---|---|---|---|
| | Firm's name ►  Guarisco & Cordes, LLC | | | Firm's EIN ►  80-0067322 | |
| | Firm's address ►  301 St. Charles Ave., Ste. 250, New Orleans, LA 70130 | | | Phone no.  504-587-7007 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.     Cat. No. 10180R     Form **843** (Rev. 8-2011)

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
  (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
  (b) an abatement of FUTA tax or certain excise taxes, or
  (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
  (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
  (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
  (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name(s) | Your social security number |
|---|---|
| J. J. Powell, Inc. | |
| Address (number, street, and room or suite no.) | Spouse's social security number |
| 109 W. Presqueisle Street | |
| City or town, state, and ZIP code | Employer identification number (EIN) |
| Philipsburg, PA 16866 | 25-1099474 |
| Name and address shown on return if different from above | Daytime telephone number |
| | 814-342-3190 |

**1** Period. Prepare a separate Form 843 for each tax period or fee year.
From    July 1, 2010    to    September 30, 2010

**2** Amount to be refunded or abated:
$    16.32

**3** Type of tax or fee. Indicate the type of tax to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment  ☐ Estate  ☐ Gift  ☑ Excise  ☐ Income  ☐ Fee

**4** Type of penalty. If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:    6675

**5a** Interest, penalties, and additions to tax. Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
  ☐ Interest was assessed as a result of IRS errors or delays.
  ☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
  ☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶    January 29, 2013

**6** Original return. Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945
☐ 990-PF  ☐ 1040  ☐ 1120  ☐ 4720  ☑ Other (specify) ▶  720 and 8849

**7** Explanation. Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

Exemption certificates were maintained for a period not to exceed 12 calendar quarters in accordance with Treasury Regulation 48.4041-15 (b) as opposed to 12 calendar months in accordance with Publication 510.

See Form 843 filed on November 13, 2012 for additional information. The same information applies to this claim for refund.

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature (title, if applicable. Claims by corporations must be signed by an officer.)    VP    Date  1/28/13

Signature (spouse, if joint return)    Date

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Cloyd F. Van Hook | | 1/29/13 | | P01359726 |
| | Firm's name ▶ Guarisco & Cordes, LLC | | | Firm's EIN ▶ | 800067322 |
| | Firm's address ▶ 301 St. Charles Ave., Ste. 250, New Orleans, LA 70130 | | | Phone no. | 504-587-7007 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 8-2011)

0131

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
- (a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
- (b) an abatement of FUTA tax or certain excise taxes, or
- (c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

Do not use Form 843 if your claim or request involves:
- (a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
- (b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
- (c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name(s) <br> J. J. Powell, Inc. | Your social security number |
| Address (number, street, and room or suite no.) <br> 109 W. Presquisle Street | Spouse's social security number |
| City or town, state, and ZIP code <br> Philipsburg, PA 16866 | Employer identification number (EIN) <br> 25-1099474 |
| Name and address shown on return if different from above | Daytime telephone number <br> 814-342-3190 |

**1  Period.** Prepare a separate Form 843 for each tax period or fee year.
From    October 1, 2010    to    December 31, 2010

**2  Amount to be refunded or abated:**
$    48.04

**3  Type of tax or fee.** Indicate the type of tax to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment    ☐ Estate    ☐ Gift    ☑ Excise    ☐ Income    ☐ Fee

**4  Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:    6675

**5a  Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
☐ Interest was assessed as a result of IRS errors or delays.
☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b  Date(s) of payment(s)** ►    January 29, 2013

**6  Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706    ☐ 709    ☐ 940    ☐ 941    ☐ 943    ☐ 945
☐ 990-PF    ☐ 1040    ☐ 1120    ☐ 4720    ☐ Other (specify) ►    720 and 8849

**7  Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

Exemption certificates were maintained for a period not to exceed 12 calendar quarters in accordance with Treasury Regulation 48.4041-15 (b) as opposed to 12 calendar months in accordance with Publication 510.

See Form 843 filed on November 13, 2012 for additional information. The same information applies to this claim for refund.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | |
|---|---|---|
| _[signature]_  VP | | 1/28/13 |
| Signature (Title, if applicable. Claims by corporations must be signed by an officer.) | | Date |
| Signature (spouse, if joint return) | | Date |

| Paid Preparer Use Only | Print/Type preparer's name <br> Cloyd F. Van Hook | Preparer's signature <br> _[signature]_ | Date <br> 1/29/13 | Check ☐ if self-employed | PTIN <br> P01359726 |
|---|---|---|---|---|---|
| | Firm's name ► Guarisco & Cordes, LLC | | | Firm's EIN ► | 800067322 |
| | Firm's address ► 301 St. Charles Ave., Ste. 250, New Orleans, LA 70130 | | | Phone no. | 504-587-7007 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 8-2011)

GASOLINE

4TH QTR
2009

**Form 8849**
(Rev. January 2009)
Department of the Treasury
Internal Revenue Service

**Claim for Refund of Excise Taxes**

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

| J | J | | P | O | W | E | L | L | | I | N | C | | | | | | | | | | | |

Employer identification number (EIN)

| 2 | 5 | 1 | 0 | 9 | 9 | 4 | 7 | 4 |

Address (number, street, room or suite no.)

| P | O | | B | O | X | | 3 | 0 | | | | | | | | | | | | | | |

Social security number (SSN)

City and state or province. If you have a foreign address, see page 2.

| P | H | I | L | I | P | S | B | U | R | G | | P | A | | | | | | | | | |

ZIP code

| 1 | 6 | 8 | 6 | 6 |

Foreign country, if applicable. Do not abbreviate.

Month claimant's income tax year ends

| 1 | 2 |

Daytime telephone number (optional)

| 8 | 1 | 4 | 3 | 4 | 2 | 3 | 1 | 9 | 0 |

**Caution.** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* **Schedule C (Form 720),** *Claims,* **Form 4136,** *Credit for Federal Tax Paid on Fuels,* **Form 2290,** *Heavy Highway Vehicle Use Tax Return, or* **Form 730,** *Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and 8 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . . . . . . . | ☑ |
| Schedule 3 | Certain Fuel Mixtures and the Alternative Fuel Credit . . . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 8 | Registered Credit Card Issuers . . . . . . . . . . . . . . . . | ☐ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature and title (if applicable)          Date  02-19-10

Type or print your name below signature.   JEFFREY S POWELL

**Paid Preparer's Use Only**

| Preparer's signature | | Date | | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | | | | EIN | |
| | | | | Phone no. ( ) | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.        Cat. No. 20027J        Form **8849** (Rev. 1-2009)



DEPOSITION EXHIBIT

0133

**Schedule 2**
**(Form 8849)**
(Rev. January 2009)
Department of the Treasury
Internal Revenue Service

# Sales by Registered Ultimate Vendors

▶ Attach to Form 8849. **Do not** file with any other schedule.

OMB No. 1545-1420

Name as shown on Form 8849: *N J POWELL INC*

EIN: *25-1099474*

Total refund (see instructions) $ *8814.56*

Period of claim: *Enter month, day, and year in MMDDYYYY format.*   From ▶ *10-01-09*   To ▶ *12-31-09*

Claimant's registration no. ▶ U V *25-95-00045*   Complete for lines 1a, 2a, 4a, 4b, 5a, and 5b. Also complete for lines 3d and 3e, type of use 14. **Note:** *UV claimant must complete line 6 or 7 on page 3.*

▶ U B _____   Complete for lines 1b and 2c.

▶ U P _____   Complete for line 2b.

▶ U A _____   Complete for line 3. See UV for lines 3d and 3e, type of use 14.

---

**1   Sales by Registered Ultimate Vendors of Undyed Diesel Fuel**

Claimant sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 1a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 1b,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach an explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution.** *Claims cannot be made on line 1a for diesel fuel purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by a credit card issuer.*

|   |   | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | | (d) CRN |
|---|---|---|---|---|---|---|
| a | Use by a state or local government | $ .243 | | $ | | 360 |
| b | Use in certain intercity and local buses | .17 | | | | 350 |

---

**2   Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**

Claimant sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. **For line 2a,** claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. **For line 2b,** claimant has a statement, if required, that contains the date of sale, name and address of the buyer, and the number of gallons of kerosene sold to the buyer. **For line 2c,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach an explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Caution.** *Claims cannot be made on line 2a for kerosene purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by a credit card issuer.*

|   |   | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | | (d) CRN |
|---|---|---|---|---|---|---|
| a | Use by a state or local government | $ .243 | | $ | | 346 |
| b | Sales from a blocked pump | .243 | | | | |
| c | Use in certain intercity and local buses | .17 | | | | 347 |

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.   Cat. No. 27450U   Schedule 2 (Form 8849) (Rev. 1-2009)

0134

Schedule 2 (Form 8849) (Rev. 1-2009)                                                                    Page **2**

| Name as shown on Form 8849 | EIN |
|---|---|
| *JJ POWELL INC* | *25- 1099474* |

**3    Sales by Registered Ultimate Vendors of Kerosene for Use in Aviation**

Claimant sold the kerosene for use in aviation at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. **For lines 3a, 3b, 3d, 3e, and 3f,** the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. **For line 3c,** claimant has obtained the required certificate from the buyer and has no reason to believe any of the information in the certificate is false. See the instructions for additional information to be submitted.

| | | Type of use | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|---|
| a | Use in commercial aviation (other than foreign trade) taxed at $.219 | | $ .175 | | $ | 355 |
| b | Use in commercial aviation (other than foreign trade) taxed at $.244 | | .200 | | | 417 |
| c | Nonexempt use in noncommercial aviation | | .025 | | | 418 |
| d | Other nontaxable uses taxed at $.244 | | .243 | | | 346 |
| e | Other nontaxable uses taxed at $.219 | | .218 | | | 369 |
| f | LUST tax on aviation fuels used in foreign trade | | .001 | | | 433 |

**4    Sales by Registered Ultimate Vendors of Gasoline**

Claimant sold the gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution.** *Claims cannot be made on line 4a or 4b for gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.*

| | | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $ .183 | *9240* | $ *1690 92* | 362 |
| b | Use by a state or local government | .183 | *38927* | *7123 64* | |

**5    Sales by Registered Ultimate Vendors of Aviation Gasoline**

Claimant sold the aviation gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

**Caution.** *Claims cannot be made on line 5a or 5b for aviation gasoline purchased by a state or local government or a nonprofit educational organization for its exclusive use with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer.*

| | | (a) Rate | (b) Gallons | (c) Amount of refund Multiply col. (a) by col. (b) | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $ .193 | | $ | 324 |
| b | Use by a state or local government | .193 | | | |

Schedule 2 (Form 8849) (Rev. 1-2009)

0135

"*GASOLINE CLAIM*"

Schedule 2 (Form 8849) (Rev. 1-2003)                                        Page 2

| Name as shown on Form 8849 | EIN |
|---|---|
| J.J. POWELL INC | 25-1099474 |

**3    Farmer and Government Unit Information**

Enter the information below for each farmer, custom harvester, or governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | | | Gallons |
|---|---|---|---|---|
| 25-1198685 | CHESTER HILL BORO | | | 339 |
| 25-0902930 | CHESTER HILL FIRE CO | | | 226 |
| 24-6002258 | PHILIPSBURG OSCEOLA SCHOOL | | | 1118 |
| 24-6000648 | PHILIPSBURG BORO | | | 1245 |
| 25-1300743 | SOUTH PHILIPSBURG BORO | | | 0 |
| 24-6025696 | RELIANCE FIRE CO | | | 20 |
| 25-1642127 | BALD EAGLE FIRE CO | | | 50 |
| 23-1608550 | SNYDER TWP | | | 66 |
| 23-6004282 | TYRONE SCHOOL DIST | | | 1306 |
| 24-0773963 | LOGAN FIRE CO | | | 43 |
| 25-6050420 | HOPE FIRE CO | | | 1 |
| 23-6003105 | PA DEPT OF TRANSPORTATION | | | 0 |
| 25-1435130 | MT TOP FIRE CO | | | 171 |
| 25-1154733 | PATTON TWP | | | 3732 |
| 25-1391012 | HALFMOON TWP | | | 17 |
| 24-6000566 | BELLEFONTE BORO | | | 3428 |
| 24-0799348 | CENTRE CO LIBRARY | | | 113 |
| 24-6000724 | CENTRE CO OFFICE OF TRANSPORTATION | | | 25721 |
| 24-0746835 | UNDINE FIRE CO | | | 38 |
| 24-6001359 | BENNER TWP | | | 147 |
| 25-1290414 | SEVEN MTHS EMS COUNCIL | | | 0 |
| 24-6000793 | BELLEFONTE SCHOOL DIST | | | 4272 |
| 25-1560607 | CLEARFIELD CO MUN SER REC AUTH | | | 102 |
| 24-6001562 | SPRING TWP | | | 985 |

Schedule 2 (Form 8849) (Rev. 1-2003)

"GASOLINE CLAIM"

Schedule 2 (Form 8849) (Rev. 1-2003)                                                    Page **2**

| Name as shown on Form 8849 | | EIN |
|---|---|---|
| J POWELL INC | | 25-1099474 |

3    Farmer and Government Unit Information

Enter the information below for each farmer, custom harvester or governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets.

| Taxpayer Identification No. | Name | | | Gallons |
|---|---|---|---|---|
| 24-6000743 | WILLIAMSPORT MUN AIRPORT AUTH | | | 220 |
| 24-6001543 | RUSH TWP | | | 740 |
| 24-6001247 | STATE COLLEGE SCHOOL DIST | | | 0 |
| 24-0863347 | MILESBURG BORO | | | 334 |
| 25-1721937 | CENTRE HALL-POTTER SEWER AUTH | | | 60 |
| 25-1429525 | PLEASANT GAP FIRE CO | | | 0 |
| 25-1697605 | CITIZEN HOOK & LADDER | | | 0 |
| 24-6002490 | CENTRE HALL BORO | | | 0 |
| 24-6002196 | BOGGS TWP | | | 737 |
| 25-1598648 | HAWTHORN FIRE CO | | | 0 |
| 23-7431786 | WALKER TWP FIRE CO | | | 0 |
| 25-6001970 | LAWRENCE TWP | | | 0 |
| 25-1259685 | HOWARD TWP | | | 0 |
| 25-1227567 | TAYLOR TWP | | | 5 |
| 25-6000899 | CLARION CO | | | 27 |
| 25-6002197 | MORRIS TWP | | | 73 |
| 25-6003777 | REDBANK VALLEY SCHOOL | | | 2544 |
| 25-1256721 | UNION TWP | | | 16 |
| 25-1256440 | WARRIORS MARK WATER AUTH | | | 253 |
| 25-1431216 | COLUMBIA FIRE CO | | | 18 |
| | | | | |
| | | | | |
| | | | | |

Schedule 2 (Form 8849) (Rev. 1-2003)

0137

## 4TH QTR 2009 FEDERAL EXEMPT GAS SALES

| FUEL MGMT | Taylor Twp | Ch.II Boro | Ch.II FC | POL | Pburg Boro | BE FC | Snyder Twp | Tyrone School | MC Top FC | Patton Twp | Huff Moon Twp | BHE Boro |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | 502 | 9004 | 6208 | 34913 | 35106 | 1644 | 6554 | 54952 | 2228 | 137767 | 1743 | 120018 |
| NOV | - | 6996 | 5715 | 34554 | 28719 | 796 | - | 39966 | 5368 | 115697 | - | 103702 |
| DEC | - | 17919 | 10564 | 42320 | 60717 | 2594 | - | 35670 | 9525 | 119760 | - | 119054 |
| TOTAL | 502 | 33919 | 22587 | 111787 | 124542 | 5034 | 6554 | 130588 | 17121 | 373224 | 1743 | 342774 |

| FUEL MGMT | Centre Co Library | Centre Co Office | Undine FC | Benner Twp | BHA School | Olds Co | Spring Twp | Wport Air Port | Rush Twp | Mburg Boro | Cth-Potter Twp |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | 2750 | 9195.00 | 1799 | 11551 | 159727 | 8201 | 35784 | 7427 | 13778 | 14520 | 2699 |
| NOV | 5066 | 7766.79 | 349 | - | 126244 | 2000 | 28646 | 6868 | 17774 | 9208 | - |
| DEC | 3508 | 8759.46 | 1625 | 3107 | 141217 | - | 34065 | 7719 | 42483 | 9681 | 3300 |
| TOTAL | 11324 | 25721.25 | 3783 | 14658 | 427188 | 10201 | 98495 | 22014 | 74035 | 33409 | 5999 |

| FUEL MGMT | Clarion Co | Morris Twp | Red Bank School | Union Twp | Warriors Mark Water | Reliance FC | Logan FC | Hope FC | Columbus FC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| OCT | 2649 | 1499 | 85716 | 800 | 51.27 | - | - | - | - | 168426 |
| NOV | - | 2750 | 78525 | - | 90.61 | 296 | 2000 | 105 | - | 140708 |
| DEC | - | 2999 | 90201 | 800 | 11109 | 1674 | 2301 | - | 1800 | 165166 |
| TOTAL | 2649 | 7248 | 254442 | 1600 | 25297 | 1970 | 4301 | 105 | 1800 | 474201 |

| DELN | Boggs Twp |
|---|---|
| OCT | 250.0 |
| NOV | - |
| DEC | 486.7 |
| TOTAL | 736.7 |

FUEL MGMT . 47430.18

DELN + 736.70

TOTAL . 48166.88 x .183 = $8814.53



*UNDYED DIESEL FUEL*

*4TH QTR 2009*

Form **8849**
(Rev. January 2009)
Department of the Treasury
Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

| W | | P | O | W | E | L | L | | I | N | C | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Employer identification number (EIN)

| 2 | 5 | 1 | 0 | 9 | 9 | 4 | 7 | 4 |
|---|---|---|---|---|---|---|---|---|

Address (number, street, room or suite no.)

| P | O | | B | O | X | | 3 | 0 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Social security number (SSN)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

City and state or province. If you have a foreign address, see page 2.

| P | H | I | L | I | P | S | B | U | R | G | | P | A | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ZIP code

| 1 | 6 | 8 | 6 | 6 |
|---|---|---|---|---|

Foreign country, if applicable. Do not abbreviate.

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month claimant's income tax year ends

| 1 | 2 |
|---|---|

Daytime telephone number (optional)

| 8 | 1 | 4 | 3 | 4 | 2 | 5 | 1 | 9 | 0 |
|---|---|---|---|---|---|---|---|---|---|

**Caution.** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* **Schedule C (Form 720),** *Claims,* **Form 4136,** *Credit for Federal Tax Paid on Fuels,* **Form 2290,** *Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and 8 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| Schedule 1 | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 2 | Sales by Registered Ultimate Vendors . . . . . . . . . . . . . . . | ☑ |
| Schedule 3 | Certain Fuel Mixtures and the Alternative Fuel Credit . . . . . . . . . | ☐ |
| Schedule 5 | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 6 | Other Claims . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| Schedule 8 | Registered Credit Card Issuers . . . . . . . . . . . . . . . . . . | ☐ |

**Sign Here**

Under penalties of perjury, I declare that (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature and title (if applicable)

JEFFREY S POWELL

Date: 02-19-10

Type or print your name below signature.

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. ( ) | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Cat. No. 20027J    Form **8849** (Rev. 1-2009)



DEPOSITION EXHIBIT

BADGE # E92A802

**Schedule 2**
**(Form 8849)**
(Rev. January 2009)
Department of the Treasury
Internal Revenue Service

# Sales by Registered Ultimate Vendors

► Attach to Form 8849. Do not file with any other schedule.

OMB No. 1545-1420

Name as shown on Form 8849: J.J. POWELL INC

EIN: 25-1099474

Total refund (see instructions): $ 1110267

**Period of claim:** *Enter month, day, and year in MMDDYYYY format.*  From ► 10-01-09  To ► 12-31-09

Claimant's registration no. ► UV 25-25-00045  Complete for lines 1a, 2a, 4a, 4b, 5a, and 5b. Also complete for lines 3d and 3e, type of use 14. Note: UV claimant must complete line 6 or 7 on page 3.

► UB _____  Complete for lines 1b and 2c.

► UP _____  Complete for line 2b.

► UA _____  Complete for line 3. See UV for lines 3d and 3e, type of use 14.

**1  Sales by Registered Ultimate Vendors of Undyed Diesel Fuel**

Claimant sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. For line 1a, claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. For line 1b, the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim did contain visible evidence of dye, attach an explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**Caution.** *Claims cannot be made on line 1a for diesel fuel purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by a credit card issuer.*

|   |   | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | | (d) CRN |
|---|---|---|---|---|---|---|
| a | Use by a state or local government | $ .243 | 45690 | $ 11102 | 67 | 360 |
| b | Use in certain intercity and local buses | .17 | | | | 350 |

**2  Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**

Claimant sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or obtained written consent of the buyer to make the claim. For line 2a, claimant has obtained the required certificate from the buyer and has no reason to believe any information in the certificate is false. For line 2b, claimant has a statement, if required, that contains the date of sale, name and address of the buyer, and the number of gallons of kerosene sold to the buyer. For line 2c, the registered ultimate vendor is eligible to make this claim only if the buyer waives their right to make the claim by providing the registered ultimate vendor with an unexpired waiver and has no reason to believe any of the information in the waiver is false. See the instructions for additional information to be submitted.

Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim did contain visible evidence of dye, attach an explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**Caution.** *Claims cannot be made on line 2a for kerosene purchased by a state or local government for its exclusive use with a credit card issued to the state or local government by a credit card issuer.*

|   |   | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $ .243 | | $ | 346 |
| b | Sales from a blocked pump | .243 | | | |
| c | Use in certain intercity and local buses | .17 | | | 347 |

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.  Cat. No. 27450U  Schedule 2 (Form 8849) (Rev. 1-2009)

Name as shown on Form 8849

*L I Powell Inc*

Page 2

EIN or SSN: 25-1099474

**3  Farmer and Government Unit Information**          10-01-09 TO 12-31-09

Enter the information below for each farmer, custom harvester, or governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets. Check (K)erosene and/or (D)iesel, whichever applies, for each name listed.

| Taxpayer Identification No. | Name | K | D | Gallons (Enter whole gal. only.) |
|---|---|---|---|---|
| 25 1 2 2 7 5 6 7 | Taylor Twp | | ✓ | 530 |
| 25 1 1 9 8 6 3 5 | Chester Hill Boro | | ✓ | 99 |
| 24 6 0 0 0 6 4 8 | Philipsburg Boro | | ✓ | 431 |
| 24 6 0 2 5 6 9 6 | Reliance Fire Co | | ✓ | 276 |
| 25 1 9 0 0 7 4 3 | S. Philipsburg Boro | | ✓ | 0 |
| 20 1 4 3 1 2 1 6 | Columbia Fire Co | | ✓ | 99 |
| 25 1 6 4 2 1 2 7 | Bald Eagle Fire Co | | ✓ | 400 |
| 23 1 6 0 8 5 5 0 | Snyder Twp | | ✓ | 1274 |
| 25 6 0 0 4 2 8 2 | Tyrone School Dist | | ✓ | 2101 |
| 24 0 7 7 3 9 6 2 | Logan Fire Co | | ✓ | 217 |
| 25 6 0 5 0 4 2 0 | Hope Fire Co | | ✓ | 248 |
| 25 1 4 5 5 1 3 0 | Mt Top Fire Co | | ✓ | 340 |
| 25 1 1 5 4 7 3 3 | Patton Twp | | ✓ | 6083 |
| 25 1 3 9 1 0 1 2 | Halfmoon Twp | | ✓ | 586 |
| 23 7 0 8 2 1 3 8 | Stonecreek Fire Co | | ✓ | 0 |
| 25 1 5 9 8 6 4 3 | Hawthorn Fire Co | | ✓ | 0 |
| 24 6 0 0 0 5 6 6 | Bellefonte Boro | | ✓ | 4706 |
| 25 1 6 1 6 1 5 2 | Centre Hall Fire Co | | ✓ | 209 |
| 24 0 7 9 9 3 4 8 | Centre Co. Library | | ✓ | 668 |
| 24 0 7 4 6 8 3 5 | Undine Fire Co | | ✓ | 449 |
| 24 6 0 0 1 3 5 9 | Benner Twp | | ✓ | 1209 |
| 24 6 0 0 0 7 9 2 | Bellefonte School Dist | | ✓ | 14468 |
| 24 6 0 0 2 4 9 0 | Centre Hall Boro | | ✓ | 0 |
| 24 6 0 0 1 6 6 2 | Spring Twp | | ✓ | 37 |
| 25 6 0 5 8 0 3 5 | Gregg Twp Fire Co | | ✓ | 91 |
| 24 6 0 0 0 7 4 3 | Williamsport Municipal Airport Auth | | ✓ | 131 |
| 25 0 9 0 2 9 3 0 | Chester Hill Fire Co | | ✓ | 50 |
| 24 6 0 0 1 5 4 3 | Rush Twp | | D | 885 |
| 24 6 0 0 2 1 9 6 | Boggs Twp | | ✓ | 328 |
| 25 7 5 5 4 5 0 6 | Howard Fire Co | | ✓ | 0 |

Schedule 2 (Form 8849) (7-99)

PLT000916
0142

Page 2

Name as shown on Form 8849: J.J. POWELL, INC

EIN or SSN: 25-1089474

**3  Farmer and Government Unit Information**    10-01-09 TO 12-31-09

Enter the information below for each farmer, custom harvester, or governmental unit to whom the fuel was sold. If more space is needed, attach additional sheets. Check (K)erosene and/or (D)iesel, whichever applies, for each name listed.

| Taxpayer Identification No. | Name | K | D | Gallons (Enter whole gal. only.) |
|---|---|---|---|---|
| 25 1 25 9685 | HOWARD TWP | | ✓ | 0 |
| 25 600 1903 | KARTHAUS TWP | | ✓ | 391 |
| 24 600 1489 | MARION TWP | | ✓ | 0 |
| 25 600 1105 | DECATUR TWP | | ✓ | 0 |
| 25 1 25 6721 | UNION TWP | | ✓ | 828 |
| 25 600 2197 | MORRIS TWP | | ✓ | 585 |
| 25 600 0993 | COOPER TWP | | ✓ | 0 |
| 25 600 0558 | BRADFORD TWP | | ✓ | 0 |
| 25 1 25 7192 | GIRARD TWP | | ✓ | 0 |
| 25 1 773 197 | PA DCNR - BUREAU OF FORESTRY | | ✓ | 0 |
| 23 743 1786 | WALKER TWP FIRE CO | | ✓ | 102 |
| 25 600 3777 | REDBANK VALLEY SCHOOL | | ✓ | 3404 |
| 23 298 2974 | ALPHA FIRE DEPT | | ✓ | 242 |
| 25 1 429 5225 | PLEASANT GAP FIRE CO | | ✓ | 1545 |
| 23 600 3105 | PA DEPT OF TRANSPORTATION | ✓ | | 0 |
| 25 1 313 123 | CENTRE AREA TRANSIT AUTHORITY | | ✓ | 0 |
| 25 1 313 123 | CENTRE AREA TRANSIT AUTHORITY | ✓ | | 0 |
| 24 600 2258 | PHILIPSBURG OSCEOLA SCHOOL DIST | | ✓ | 0 |
| 25 1 249 700 | CLINTON CO SOLID WASTE AUTH | | ✓ | 442 |
| 24 600 1247 | STATE COLLEGE SCHOOL DIST | | ✓ | 0 |
| 24 086 4347 | MILESBURG BORO | | ✓ | 359 |
| 25 1 329 451 | RED BANK TWP | | ✓ | 0 |
| 25 1 875 311 | PORT MATILDA FIRE CO | | ✓ | 0 |
| 25 600 1970 | LAWRENCE TWP | | ✓ | 0 |
| 25 1 326 197 | GRAHAM TWP | | ✓ | 0 |
| 25 1 392 4495 | SPRING BENNER WALKER AUTH | | ✓ | 1223 |
| 24 600 0724 | CENTRE CO OFFICE OF TRANS | | ✓ | 555 |
| 25 1 290 4144 | SEVEN MTN EMS COUNCIL | | ✓ | 22 |
| 25 1 721 937 | CENTRE HALL-POTTER SEWER AUTH | | ✓ | 28 |
| 25 1 697 605 | CITIZENS HOOK & LADDER | | ✓ | 39 |

Schedule 2 (Form 8849) (7-99)

PLT000917
0143

J.J. POWELL, INC.

25-1099474

FOLLOWING IS A LIST OF COMPANIES THAT SOLD DIESEL FUEL TO

J.J. POWELL, INC. DURING THE PERIOD   10-01-09 TO 12-31-09

36-2440373
BP PRODUCTS, NA
PO BOX 9090
DES MOINES, IA 50368
(515) 226-5000

23-2599483                    / EXCLUSIVE
FARM & HOME OIL CO. ENERGY
BOX 389
TELFORD, PA 18969
(215) 257-0131

23-1585768
PETROLEUM PRODUCTS CORP
PO BOX 2621
HARRISBURG, PA 17105
(717) 939-0466

95-1865716      .
TOSCO CORP/CONOCO PHILLIPS
1400 PARK AVENUE
LINDEN, NJ 07036
(800) 775-4399

76-0262490
STAR ENTERPRISE (MOTIVA)
303 FELLOWSHIP RD, C5-18
MOORESTOWN, NJ 08057
(609) 778-1400

23-1743283
SUN COMPANY, INC.
10 PENN CTR, 1801 MARKET ST
PHILADELPHIA, PA 19103
(800) 888-8995

OCTOBER 2009

EXEMPT DIESEL SALES THRU CARDLOCK

| | | Initials | Date |
|---|---|---|---|
| Prepared By | | | |
| Approved By | | | |

| | CUSTOMER | EXEMPT FEDERAL | | IFTA 10 | EXEMPT STATE | |
|---|---|---|---|---|---|---|
| 1 | Taylor Twp | 15478 | ✓ | | 15478 | ✓ |
| 2 | Chester Hill Boro | 1821 | ✓ | | 1821 | ✓ |
| 3 | Pburg Boro | 12339 | ✓ | | 12339 | ✓ |
| 4 | Reliance Fire Co | 10086 | ✓ | ✓ | 10086 | ✗ |
| 5 | Mo Valley EMS | 0 | | ✓ | 73913 | ✗ ✓ |
| 6 | Columbia Fire Co | 6019 | ✓ | ✓ | 6019 | ✗ |
| 7 | Bald Eagle Fire Co | 12454 | ✓ | ✓ | 12454 | ✓ |
| 8 | Snyder Twp | 31600 | ✓ | | 31600 | ✓ |
| 9 | Tyrone School | 84837 | ✓ | | 84837 | ✓ |
| 10 | Logan Fire Co | 6279 | ✓ | ✓ | 6279 | ✓ |
| 11 | BHL EMS | 0 | | ✓ | 60863 | ✗ ✓ |
| 12 | Hope Fire Co | 11006 | ✓ | ✓ | 11006 | ✗ ✓ |
| 13 | Mt Top Fire Co | 15431 | ✓ | | 15431 | ✓ |
| 14 | Patton Twp | 154449 | ✓ | | 154449 | ✓ |
| 15 | Halfmoon Twp | 11662 | ✓ | | 11662 | ✓ |
| 16 | BHL Boro | 182691 | ✓ | | 182691 | ✓ |
| 17 | Penns Valley EMS | 0 | | ✓ | 21748 | ✓ |
| 18 | Centre Hall Fire Co | 9377 | ✓ | | 9377 | ✓ |
| 19 | Centre Co Library | 25451 | ✓ | | 25451 | ✓ |
| 20 | Centre Co Office of Trans | 18555 | ✓ | | 18555 | ✓ |
| 21 | Uncline Fire Co | 14780 | ✓ | ✓ | 14780 | ✓ |
| 22 | Benner Twp | 39266 | ✓ | | 39266 | ✓ |
| 23 | Seven Mtn EMS | 2226 | ✓ | ✓ | 2226 | ✓ |
| 24 | BHE School | 564224 | ✓ | | 564224 | ✓ |
| 25 | Gregg Twp Fire Co | 1005 | ✓ | ✓ | 1005 | ✓ |
| 26 | Clinton Co Solid Waste | 16635 | ✓ | | 16635 | ✓ |
| 27 | Wport Airport | 5248 | ✓ | | 5248 | ✓ |
| 28 | Rush Twp | 10408 | ✓ | | 10408 | ✓ |
| 29 | Mburg Boro | 9859 | ✓ | | 9859 | ✓ |
| 30 | Centre Hall-Potter Sewer | 2799 | ✓ | | 2799 | ✓ |
| 31 | Citizens Hook & Ladder | 2395 | ✗ | ✓ | 2395 | ✓ |
| 32 | Walker Twp Fire Co | 3145 | ✓ | ✓ | 3145 | ✓ |
| 33 | Redbank Valley School | 121020 | ✓ | | 121020 | ✓ |
| 34 | CHL EMS | 0 | | ✓ | 95181 | ✗ ✓ |
| 35 | Karthaus Ambulance | 0 | | ✓ | 2400 | ✓ |
| 36 | Alpha Fire Dept | 8042 | ✓ | | 8042 | ✓ |
| 37 | | | | | | |
| 38 | | 1410582 | ✓ | | 1664687 | ✓ |
| 39 | | | | | | |
| 40 | | | | SCH 9 | 1308337 | |
| | | | | SCH 10 | 356350 | |

PLT000919
0145

```
2009/11/02 15:24:44                    Customer Federal Excise Report                              Page  1
```

Booking Date from 10/31/09 thru 10/31/09      Product Class D      Products          Sites
Customers  from      1 thru 99999      Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)

|  | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|

11532 ALLEGHENY LOGGING CO.          93 CROWSFOOT LANE                345-5460
                                     MORRISDALE, PA 16858
-------------- Sale Type L --------------

| | Product Totals... 25 OFF ROAD NON-TAX DIE | 173.68 | | .00 |
| | Totals for Customer 11532............................ | 173.68 | .......... | .00 |

11760 ALPHA FIRE DEPARTMENT          PATTON TOWNSHIP 400 W. BEAVER AVENUE   237-4127
                                     STATE COLLEGE, PA 16801              23-2982974
-------------- Sale Type L --------------

| | Product Totals... 45 ULTRA LOW DSL #2 | 80.42 | 0.24300- | 19.54- |
| | Totals for Customer 11760............................ | 80.42 | .......... | 19.54- |

11078 ARAWAY, JOE                    212 LANCE HILL ROAD PO BOX 258      814 345-6884
                                     WINBURNE, PA 16879
-------------- Sale Type L --------------

| | Product Totals... 25 OFF ROAD NON-TAX DIE | 185.01 | | .00 |
| | Totals for Customer 11078............................ | 185.01 | .......... | .00 |

11343 AYERS CONTRACING ENTERPRISES   639 PROUTY ROAD                     647-8467
                                     AUSTIN, PA 16720
-------------- Sale Type P --------------

| | Product Totals... 25 OFF ROAD NON-TAX DIE | 90.99 | | .00 |
| | Totals for Customer 11343............................ | 90.99 | .......... | .00 |

4753 BAILEY CONSTRUCTION, R.H.       111 WALTON STREET
                                     PHILIPSBURG, PA 16866
-------------- Sale Type L --------------

| | Product Totals... 25 OFF ROAD NON-TAX DIE | 627.32 | | .00 |
| | Totals for Customer  4753............................ | 627.32 | .......... | .00 |

J. J. Powell, Inc.                                                    TRANSRO6   v8.0.0

PLT000920
0146

```
2009/11/02 15:24:44                    Customer Federal Excise Report                         Page   2

Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products        Sites
Customers    from     1 thru 99999           Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)                                Tax       Tax
                                                                          Quantity      Rate     Amount


6349 BAILEY CONSTRUCTION, SCOTT      515 HILL STREET                814 342-0417
                                     PHILIPSBURG, PA 16866
--------------- Sale Type L ---------------

                                     Product Totals... 25 OFF ROAD NON-TAX DIE    55.10              .00
                                     Totals for Customer  6349............................    55.10 ..........    .00


9274 BALD EAGLE FIRE CO              RD 3 BOX 182                   684-1240
                                     TYRONE, PA 16686               25-1642127
--------------- Sale Type L ---------------

                                     Product Totals... 45 ULTRA LOW DSL #2   124.54  0.24300-    30.26-
                                     Totals for Customer  9274............................   124.54 .........   30.26-


11401 BEATTIE, RAYMOND A.            196 RUM RIDGE DRIVE
                                     SPRING MILLS, PA 16875
--------------- Sale Type L ---------------

                                     Product Totals... 25 OFF ROAD NON-TAX DIE    21.02              .00
                                     Totals for Customer 11401............................    21.02 ..........    .00


11436 BECHTOLD, JAMES                4652 ALLORT CUTOFF             342-3651
                                     MORRISDALE, PA 16858
--------------- Sale Type L ---------------

                                     Product Totals... 25 OFF ROAD NON-TAX DIE    15.01              .00
                                     Totals for Customer 11436............................    15.01 ..........    .00


10595 BELLEFONTE AREA SCHOOL DIST    318 N ALLEGHENY STREET         814 355-4814
                                     BELLEFONTE, PA 16823           24-6000793
--------------- Sale Type L ---------------

                                     Product Totals... 45 ULTRA LOW DSL #2  5,642.24  0.24300-  1,371.08-
                                     Totals for Customer 10595............................  5,642.24 .........  1,371.08-


J. J. Powell, Inc.                                                   TRANSR06    v8.0.0
```

PLT000921

0147

```
2009/11/02 15:24:44                          Customer Federal Excise Report                          Page   3

Booking Date from 10/31/09 thru 10/31/09      Product Class D     Products          Sites
Customers    from      1 thru 99999           Product Line
Customer Misc. Code
Tax Flag                 E (E=Exempt, P=Payable)
Sales Type(s)            L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)                                 Tax        Tax
                                                                            Quantity      Rate       Amount

========================================================================================================
10496 BELLEFONTE BOROUGH           236 W LAMB STREET                  814 355-1501
                                   BELLEFONTE, PA 16823               24-6000566
-------------- Sale Type L --------------

                              Product Totals... 45 ULTRA LOW DSL #2    1,826.91  0.24300-      443.96-
                              Totals for Customer 10496...................   1,826.91  ........     443.96-
========================================================================================================
10555 BENNER TOWNSHIP              1224 BUFFALO RUN ROAD              814 355-1419
                                   BELLEFONTE, PA 16823               24-6001359
-------------- Sale Type L --------------

                              Product Totals... 45 ULTRA LOW DSL #2      392.66  0.24300-       95.40-
                              Totals for Customer 10555...................     392.66  ........      95.40-
========================================================================================================
10778 BOGGS MATERIALS & SERVICE    C/O JEFF COVAL PO BOX 57          814 342-4752
                                   HAWK RUN, PA 16840
-------------- Sale Type L --------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE    88.68              .00
                              Totals for Customer 10778...................      88.68  .........       .00
========================================================================================================
11114 BORDAS, JIM J.               284 HORTON STREET
                                   PHILIPSBURG, PA 16866
-------------- Sale Type L --------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE    59.99              .00
                              Totals for Customer 11114...................      59.99  .........       .00
========================================================================================================
11515 BORDAS, JOHN P.              301 LOGAN STREET
                                   PHILIPSBURG, PA 16866
-------------- Sale Type L --------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE   164.00              .00
                              Totals for Customer 11515...................     164.00  .........       .00
```

J. J. Powell, Inc.                                                    TRANSR06   v6.0.0

PLT000922
0148

```
2009/11/02 15:24:44                  Customer Federal Excise Report                      Page  4
```

Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products        Sites
Customers     from    1 thru 99999          Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P

(Transaction Detail if present)

| (Selling Host & Site) | (Date & Time) | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|---|

```
==========================================================================================
11241 BOWER FARMS AND EXCAVATING      2260 WARRENSVILLE ROAD           570-433-4518
                                      MONTOURSVILLE, PA 17754
-------------- Sale Type L ---------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE   518.62           .00
                            Totals for Customer 11241............................ 518.62 ..........  .00

==========================================================================================
11628 BOWSER PERFORMANCE              2833 RT 536                      365-5328
                                      MAYPORT, PA 16240
-------------- Sale Type L ---------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE   123.05           .00

-------------- Sale Type P ---------------------------------------------------------------

                            Product Totals... 59 #2 RED ULTRA LOW SUL    30.00           .00
                            Totals for Customer 11628............................ 153.05 ..........  .00

==========================================================================================
11485 BRYAN TRUCKING, J E             1489 TYRONE PIKE
                                      PHILIPSBURG, PA 16866
-------------- Sale Type L ---------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE    12.47           .00
                            Totals for Customer 11485............................  12.47 ..........  .00

==========================================================================================
10427 BYRD YEANY GAS                  291 MAYPORT ROAD                 814 365-5651
                                      MAYPORT, PA 16240
-------------- Sale Type L ---------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE    58.25           .00
                            Totals for Customer 10427............................  58.25 ..........  .00

==========================================================================================
10428 BYRD YEANY SEEDING              291 MAYPORT ROAD                 814 365-5651
                                      MAYPORT, PA 16240
-------------- Sale Type L ---------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE   300.53           .00
                            Totals for Customer 10428............................ 300.53 ..........  .00
```

```
J. J. Powell, Inc.                                               TRANSR06   v8.0.0
```

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page   5

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products      Sites
Customers    from     1 thru 99999         Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)                          Tax        Tax
                                                                        Quantity        Rate       Amount
===============================================================================================

11672 C & E ENTERPRISES              101 MAPLE STREET                    342-3488
                                     SANDY RIDGE, PA 16677
-------------- Sale Type L ------------------------------------------------------------

                                     Product Totals... 25 OFF ROAD NON-TAX DIE    99.47              .00
                                     Totals for Customer 11672............................  99.47 ..........  .00
===============================================================================================

10525 CENTRE COUNTY LIBRARY-BOOKMOBILE  203 N ALLEGHANY ST              814 355-1516
                                        BELLEFONTE, PA 16823            24-0799348
-------------- Sale Type L ------------------------------------------------------------

                                     Product Totals... 45 ULTRA LOW DSL #2    254.51  0.24300-   61.85-
                                     Totals for Customer 10525.......................... 254.51 ........   61.85-
===============================================================================================

10537 CENTRE COUNTY OFFICE OF TRANSPORT  WILLOWBANK BUILDING 420 HOLMES STREET  814 355-6941
                                         BELLEFONTE, PA 16823                    24-6000724
-------------- Sale Type L ------------------------------------------------------------

                                     Product Totals... 45 ULTRA LOW DSL #2    185.55  0.24300-   45.09-
                                     Totals for Customer 10537.......................... 185.55 ........   45.09-
===============================================================================================

10598 CENTRE HALL BOROUGH            HOFFER AVE P O BOX 54              814 364-1772
                                     CENTRE HALL, PA 16828              24-6002490
-------------- Sale Type L ------------------------------------------------------------

                                     Product Totals... 25 OFF ROAD NON-TAX DIE    42.04              .00
                                     Totals for Customer 10598............................  42.04 ..........  .00
===============================================================================================

10504 CENTRE HALL FIRE COMPANY       P O BOX 470                        814 364-2578
                                     CENTRE HALL, PA 16828              25-1516152
-------------- Sale Type L ------------------------------------------------------------

                                     Product Totals... 45 ULTRA LOW DSL #2     93.77  0.24300-   22.80-
                                     Totals for Customer 10504..........................  93.77 ........   22.80-
```

J. J. Powell, Inc.                                                    TRANSR06   v8.0.0

PLT000924
0150

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page  6

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products        Sites
Customers    from        1 thru 99999       Product Line
Customer Misc. Code
Tax Flag                 E (E=Exempt, P=Payable)
Sales Type(s)            L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                            (Date & Time)                            Tax         Tax
                                                                       Quantity   Rate       Amount

**************************************************************************************************************
11083 CENTRE HALL-POTTER SEWER AUTHORITY  PO BOX 497                 814 364-2710
                                          CENTRE HALL, PA 16828       251721937
------------ Sale Type L --------------------------------------------------------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE      6.01                .00
                              Product Totals... 45 ULTRA LOW DSL #2         27.99   0.24300-     6.80-
                              Totals for Class D.........................    34.00 ..........    6.80-
                              Totals for Customer 11083.................     34.00 ..........    6.80-

**************************************************************************************************************
  49 CHESTER HILL BORO                    C/O SHERRIE BEALS 920 WALTON STREET
                                          PHILIPSBURG, PA 16866       25-1198685
------------ Sale Type L --------------------------------------------------------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     37.64                .00
                              Product Totals... 45 ULTRA LOW DSL #2         18.21   0.24300-     4.43-
                              Totals for Class D.........................    55.85 ..........    4.43-
                              Totals for Customer    49..................    55.85 ..........    4.43-

**************************************************************************************************************
  61 CHESTER HILL FIRE CO                 302 WALTON STREET
                                          PHILIPSBURG, PA 16866       25-0902930
------------ Sale Type L --------------------------------------------------------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE      9.58                .00
                              Totals for Customer    61..................     9.58 ..........    .00

**************************************************************************************************************
11279 CITIZEN HOOK & LADDER CO. #1        PO BOX 568                  355-3583
                                          MILESBURG, PA 16853
------------ Sale Type L --------------------------------------------------------------

                              Product Totals... 45 ULTRA LOW DSL #2         23.95   0.24300-     5.82-
                              Totals for Customer 11279.................     23.95 .........     5.82-

**************************************************************************************************************
11776 CLARK FARM                          250 TROY HILL ROAD          342-3154
                                          PHILIPSBURG, PA 16866
------------ Sale Type L --------------------------------------------------------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     39.99                .00
                              Totals for Customer 11776.................     39.99 ..........    .00



J. J. Powell, Inc.                                              TRANSR06   v8.0.0
```

PLT000925

0151

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page   7

Booking Date from 10/31/09 thru 10/31/09      Product Class D      Products        Sites
Customers    from      1 thru 99999           Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)                               Tax      Tax
                                                                          Quantity    Rate   Amount
```

```
=================================================================================================
10490 CLEARWATER POOLS              202 N PENNA. AVE                814 364-1686
                                    CENTRE HALL, PA 16828
-------------- Sale Type L --------------------------------------------------------------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE      9.03            .00
                                    Totals for Customer 10490....................   9.03 ..........  .00

=================================================================================================
10812 CLINTON CO. SOLID WASTE AUTHORITY   WAYNE TOWNSHIP LANDFILL PO BOX 209   570 769-7366
                                          MCELHATTAN, PA 17748                  25-1249700
-------------- Sale Type L --------------------------------------------------------------------

                                    Product Totals... 45 ULTRA LOW DSL #2      166.35   0.24300-   40.43-
                                    Totals for Customer 10812................   166.35 ..........  40.43-

=================================================================================================
 9010 COLUMBIA FIRE CO.             140 CURTAIN STREET               339-6601
                                    OSCEOLA MILLS, PA 16666          25-1431216
-------------- Sale Type L --------------------------------------------------------------------

                                    Product Totals... 45 ULTRA LOW DSL #2       30.19   0.24300-    7.34-

-------------- Sale Type P --------------------------------------------------------------------

                                    Product Totals... 45 ULTRA LOW DSL #2       30.00   0.24300-    7.29-
                                    Totals for Customer  9010...............    60.19 ..........  14.63-

=================================================================================================
11437 CONKLIN, STEPHEN G.           P. O. BOX 1                      342-3806
                                    HAWK RUN, PA 16840
-------------- Sale Type L --------------------------------------------------------------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE     10.00            .00
                                    Totals for Customer 11437....................  10.00 ..........  .00

=================================================================================================
11218 DEARDORFF, THOMAS P           664 LOWER GEORGES VALLEY ROAD    442-8281
                                    SPRING MILLS, PA 16875
-------------- Sale Type L --------------------------------------------------------------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE      4.75            .00
                                    Totals for Customer 11218....................   4.75 ..........  .00
```

```
J. J. Powell, Inc.                                                    TRANSR06   v8.0.0
```

PLT000926
0152

```
2009/11/02 15:24:44                    Customer Federal Excise Report                        Page   8
```

| | | | | |
|---|---|---|---|---|
| Booking Date from 10/31/09 thru 10/31/09 | Product Class D    Products    Sites | | | |
| Customers    from    1 thru 99999 | Product Line | | | |
| Customer Misc. Code | | | | |
| Tax Flag    E (E=Exempt, P=Payable) | | | | |
| Sales Type(s)    L/S & F/P | | | | |

```
(Transaction Detail if present)
(Selling Host & Site)                            (Date & Time)
                                                                            Tax        Tax
                                                               Quantity    Rate      Amount
```

---

```
11304 DORAN, BELL                     1107 TYRONE PIKE
                                      PHILIPSBURG, PA 16866
-------------- Sale Type L -----------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE    20.03            .00
                      Totals for Customer 11304...........................    20.03 ..........    .00
```

---

```
10948 DOUGLAS EXPLOSIVE INC.          PO BOX 77              814 342-0782
                                      PHILIPSBURG, PA 16866
-------------- Sale Type P -----------------------------------------------------------------

                            Product Totals... 59 #2 RED ULTRA LOW SUL  3,012.83            .00
                      Totals for Customer 10948...........................  3,012.83 ..........    .00
```

---

```
11293 DUTROW BUILDING & REMODELING    127 STRAWBERRY HILL ROAD      364-1955
                                      CENTRE HALL, PA 16828
-------------- Sale Type L -----------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE   158.98            .00
                      Totals for Customer 11293...........................   158.98 ..........    .00
```

---

```
11089 E FORESTRY                      115 LAUREL HILL ROAD           814 342-3343
                                      PHILIPSBURG, PA 16866
-------------- Sale Type L -----------------------------------------------------------------

                            Product Totals... 25 OFF ROAD NON-TAX DIE    41.72            .00

-------------- Sale Type P -----------------------------------------------------------------

                            Product Totals... 28 MARKED RED DIESEL/HT   156.22            .00
                            Product Totals... 59 #2 RED ULTRA LOW SUL    69.90            .00
                      Totals for Class D...........................   226.12 ..........    .00
                      Totals for Customer 11089...........................   267.84 ..........    .00
```

---

```
11583 ECM EXPLORATION INC.            P. O. BOX 42                   365-2105
                                      MAYPORT, PA 16240
```

```
J. J. Powell, Inc.                                           TRANSR06    v8.0.0
```

```
2009/11/02 15:24:44                    Customer Federal Excise Report                    Page   9

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products       Sites
Customers    from    1 thru 99999           Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                          (Date & Time)
                                                                                Tax      Tax
                                                               Quantity        Rate    Amount

===========================================================================================

11583 ECM EXPLORATION INC.          P. O. BOX 42                   365-2105
                                    MAYPORT, PA 16240
-------------- Sale Type L ---------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE    26.44          .00
                                    Totals for Customer 11583............................    26.44 ..........    .00

===========================================================================================

11565 ED'S MOBILE SERVICE           226 RIDER LANE                 422-0680
                                    SPRING MILLS, PA 16875
-------------- Sale Type L ---------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE    17.05          .00
                                    Totals for Customer 11565............................    17.05 ..........    .00

===========================================================================================

11710 EMINHIZER, LARRY              200 EMINHIZER LANE             355-4915
                                    BELLEFONTE, PA 16823
-------------- Sale Type L ---------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE    38.86          .00
                                    Totals for Customer 11710............................    38.86 ..........    .00

===========================================================================================

10395 EMPIRE ENERGY E & P LLC       17 ARENTZEN BOULEVARD , SUITE #203 VISTA  724-483-2070
                                    CHARLEROI, PA 15022-1085             20-4919352
-------------- Sale Type L ---------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE   277.97          .00
                                    Totals for Customer 10395............................   277.97 ..........    .00

===========================================================================================

11438 ENGLISH, DWIGHT               172 AVIL LANE                  345-5820
                                    MORRISDALE, PA 16858
-------------- Sale Type L ---------------

                                    Product Totals... 25 OFF ROAD NON-TAX DIE    15.03          .00
                                    Totals for Customer 11438............................    15.03 ..........    .00




J. J. Powell, Inc.                                              TRANSR06   v8.0.0
```

```
2009/11/02 15:24:44                    Customer Federal Excise Report                    Page  10

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products        Sites
Customers    from    1 thru 99999          Product Line
Customer Misc. Code
Tax Flag          E (E=Exempt, P=Payable)
Sales Type(s)     L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                          (Date & Time)                            Tax       Tax
                                                               Quantity      Rate      Amount
```

```
11136 ENVIRONMENTALLY INNOVATIVE SOLUTION 4955 STEUBENVILLE PIKE SUITE 245     412-446-0650
                                          PITTSBURGH, PA 15205
--------------- Sale Type L ---------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     15.00             .00
                              Totals for Customer 11136............................    15.00 ..........    .00
```

```
11643 EVANS CONTRACTING                   P O BOX 416                       378-5409
                                          MADERA, PA 16661
--------------- Sale Type L ---------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     45.03             .00
                              Totals for Customer 11643............................    45.03 ..........    .00
```

```
8119 FOSTER TRUCKING, GERALD              278 DUPREE ROAD                   814 342-0735
                                          WEST DECATUR, PA 16878
--------------- Sale Type L ---------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE    105.17             .00
                              Totals for Customer  8119............................   105.17 ..........    .00
```

```
10774 FROST CONSTRUCTION INC., JACK       1307 HALE STREET                  342-4292
                                          PHILIPSBURG, PA 16866
--------------- Sale Type L ---------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     98.97             .00
                              Totals for Customer 10774............................    98.97 ..........    .00
```

```
10550 FULLINGTON AUTO BUS COMPANY         P O BOX 211 316 EAST CHERRY STREET     814 7657871
                                          CLEARFIELD, PA 16830
--------------- Sale Type L ---------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE    256.04             .00

--------------- Sale Type P ---------------

                              Product Totals... 59 #2 RED ULTRA LOW SUL    220.14             .00
                              Totals for Customer 10550............................   476.18 ..........    .00
```

```
     J. J. Powell, Inc.                                                TRANSR06    v8.0.0
```

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page  11
```

Booking Date from 10/31/09 thru 10/31/09       Product Class D    Products         Sites
Customers    from    1 thru 99999             Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)        L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                          (Date & Time)

| | | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|---|

```
===============================================================================================
11057 GALLIKER DAIRY COMPANY        PO BOX 159                    814 266-8702
                                    JOHNSTOWN, PA 15907-0159
-------------- Sale Type L --------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE    175.34              .00

-------------- Sale Type P --------------

                              Product Totals... 59 #2 RED ULTRA LOW SUL    112.09              .00
                              Totals for Customer 11057...........................    287.43 ..........    .00

===============================================================================================
11755 GEO ENERGY INC.               191 GROVE CIRCLE P O BOX 1027    238-0363
                                    LEMONT, PA 16851
-------------- Sale Type P --------------

                              Product Totals... 59 #2 RED ULTRA LOW SUL    232.71              .00
                              Totals for Customer 11755...........................    232.71 ..........    .00

===============================================================================================
11499 GRAHAM, THOMAS J.             6246 DEER CREEEK ROAD
                                    MORRISDALE, PA 16858
-------------- Sale Type L --------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     15.00              .00
                              Totals for Customer 11499...........................     15.00 ..........    .00

===============================================================================================
11160 GRASSHOPPER LANDSCAPING       135 BLUEBALL ROAD               364-1001
                                    CENTRE HALL, PA 16828
-------------- Sale Type L --------------

                              Product Totals... 25 OFF ROAD NON-TAX DIE     33.35              .00
                              Totals for Customer 11160...........................     33.35 ..........    .00

===============================================================================================
10652 GREGG TOWNSHIP VOL FIRE CO    P O BOX 82                      814
                                    SPRING MILLS, PA 16875          25-6058035
-------------- Sale Type L --------------

                              Product Totals... 45 ULTRA LOW DSL #2        10.05  0.24300-    2.44-
                              Totals for Customer 10652...........................     10.05 ........    2.44-
```

J. J. Powell, Inc.                                             TRANSR06   v8.0.0

2009/11/02 15:24:44                          Customer Federal Excise Report                          Page  12

Booking Date from 10/31/09 thru 10/31/09        Product Class D    Products        Sites
Customers    from    1 thru 99999               Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                           (Date & Time)

| | | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|---|

11119 GRIEB, STEPHEN R            410 ROGERS ROAD                570-726-4021
                                  HOWARD, PA 16841
-------------- Sale Type L --------------

                                  Product Totals... 25 OFF ROAD NON-TAX DIE    37.34                  .00
                                  Totals for Customer 11119...........................    37.34 ..........    .00

10415 H & L CONCRETE CONTRACTING  C/O JOSEPH HENM 2002 ROUTE 536    814 365-5903
                                  MAYPORT, PA 16240
-------------- Sale Type L --------------

                                  Product Totals... 25 OFF ROAD NON-TAX DIE    52.02                  .00
                                  Totals for Customer 10415...........................    52.02 ..........    .00

10410 HALFMOON TOWNSHIP           100 MUNICIPAL LANE             814 692-7585
                                  PORT MATILDA, PA 16870         25-1391012
-------------- Sale Type L --------------

                                  Product Totals... 45 ULTRA LOW DSL #2    116.62-  0.24300-    28.34-
                                  Totals for Customer 10410...........................    116.62-   ........    28.34-

11600 HARRIS FAMILY FARM          1603 BUCKET LINE ROAD          339-7752
                                  OSCEOLA MILLS, PA 16666
-------------- Sale Type L --------------

                                  Product Totals... 25 OFF ROAD NON-TAX DIE    176.17                  .00
                                  Totals for Customer 11600...........................    176.17 ..........    .00

 124 HAWBAKER INC., GLENN O       1952 WADDLE ROAD SUITE 203     2371444
                                  STATE COLLEGE, PA 16803
-------------- Sale Type L --------------

                                  Product Totals... 25 OFF ROAD NON-TAX DIE    1,140.15                  .00

-------------- Sale Type P --------------

                                  Product Totals... 25 OFF ROAD NON-TAX DIE    181.01                  .00
                                  Product Totals... 59 #2 RED ULTRA LOW SUL    118.28                  .00
                                  Totals for Class D...........................    299.29 ..........    .00
                                  Totals for Customer  124...........................    1,439.44 ..........    .00

J. J. Powell, Inc.                                              TRANSR06    v8.0.0

PLT000931

0157

```
2009/11/02 15:24:44                    Customer Federal Excise Report                        Page  13
```

Booking Date from 10/31/09 thru 10/31/09      Product Class D      Products        Sites
Customers    from       1 thru 99999          Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                          (Date & Time)

| | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|

11364 HERR, DUANE          190 TUCKER ROAD            441-3652
                           SPRING MILLS, PA 16875
-------------- Sale Type P --------------

| | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|
| Product Totals... 59 #2 RED ULTRA LOW SUL | | 5.10 | | .00 |
| Totals for Customer 11364............................ | | 5.10 | ......... | .00 |

11774 HOCKENBERRY, TODD    254 SINKING CR. ROAD       864-2640
                           SPRING MILLS, PA 16875
-------------- Sale Type L --------------

| Product Totals... 25 OFF ROAD NON-TAX DIE | | 4.99 | | .00 |
| Totals for Customer 11774............................ | | 4.99 | ......... | .00 |

10102 HOPE FIRE CO.        PO BOX 400                 553-1097
                           PHILIPSBURG, PA 16866      25-6060420
-------------- Sale Type P --------------

| Product Totals... 45 ULTRA LOW DSL #2 | | 110.06 | 0.24300- | 26.74- |
| Totals for Customer 10102............................ | | 110.06 | ......... | 26.74- |

11105 HORNER, CHARLES      150 SUMMIT DRIVE           364-1232
                           CENTRE HALL, PA 16828
-------------- Sale Type L --------------

| Product Totals... 25 OFF ROAD NON-TAX DIE | | 15.19 | | .00 |
| Totals for Customer 11105............................ | | 15.19 | ......... | .00 |

11429 HOOSER II, JOHN P.   1051 FOREST AVENUE
                           BELLEFONTE, PA 16823
-------------- Sale Type L --------------

| Product Totals... 25 OFF ROAD NON-TAX DIE | | 50.00 | | .00 |
| Totals for Customer 11429............................ | | 50.00 | ......... | .00 |

J. J. Powell, Inc.                                      TRANSR06   v8.0.0

PLT000932
0158

```
2009/11/02 15:24:44                    Customer Federal Excise Report                           Page  14

Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products          Sites
Customers    from      1 thru 99999         Product Line
Customer Misc. Code
Tax Flag              E (E-Exempt, P-Payable)
Sales Type(s)         L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)                                Tax        Tax
                                                                            Quantity      Rate      Amount
=====================================================================================================================

11047 HRI INC TRUCKING WESTERN DIVISION   488 AIRPORT ROAD                   814
                                          JOHNSTOWN, PA 15904
--------------- Sale Type L -----------------------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE    14.20            .00
                                          Totals for Customer 11047...........................    14.20 ..........   .00


=====================================================================================================================

11082 HRI INC WESTERN DIVISION EQUIPMENT  488 AIRPORT ROAD                   814
                                          JOHNSTOWN, PA 15904
--------------- Sale Type L -----------------------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE   333.00            .00

--------------- Sale Type P -----------------------------------------------------------------------------------------

                                          Product Totals... 59 #2 RED ULTRA LOW SUL 1,169.49            .00
                                          Totals for Customer 11082...........................  1,502.49 ..........   .00

=====================================================================================================================

11540 HUTTON, RICKY L.                    624 COLORADA ROAD                  345-6189
                                          MUNSON, PA 16860
--------------- Sale Type L -----------------------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE    15.00            .00
                                          Totals for Customer 11540...........................    15.00 ..........   .00

=====================================================================================================================

10841 HYDE EXCAVATING                     367 SMOKEY CORNERS ROAD            570 435-0533
                                          COGAN STATION, PA 17728            232425116
--------------- Sale Type L -----------------------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE   388.53            .00
                                          Totals for Customer 10841...........................   388.53 ..........   .00

=====================================================================================================================

11703 ISHLER'S PLUMBING/HEATING           P O BOX 180                        355-5696
                                          BELLEFONTE, PA 16823               251590107
--------------- Sale Type L -----------------------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE     6.04            .00
                                          Totals for Customer 11703...........................     6.04 ..........   .00


J. J. Powell, Inc.                                                          TRANSR06   v8.0.0
```

PLT000933

0159

```
2009/11/02 15:24:44                    Customer Federal Excise Report                       Page  15

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products        Sites
Customers   from      1 thru 99999          Product Line
Customer Misc. Code
Tax Flag                E (E=Exempt, P=Payable)
Sales Type(s)           L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                            (Date & Time)
                                                                                   Tax      Tax
                                                                      Quantity     Rate    Amount

====================================================================================================

11610 JACOBS AND KOLL INC.         134 VONADA GAP ROAD              422-8002
                                   SPRING MILLS, PA 16875
-------------- Sale Type L ----------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE     9.92          .00
                                   Totals for Customer 11610...........................  9.92 .........  .00

====================================================================================================

11633 JCC EXCAVATING               10745 SOUTH EAGLE VALLEY ROAD    692-2199
                                   PORT MATILDA, PA 16870
-------------- Sale Type P ----------------------------------------------------------------------

                                         Product Totals... 59 #2 RED ULTRA LOW SUL    94.01          .00
                                   Totals for Customer 11633........................... 94.01 .........  .00

====================================================================================================

10124 JOHNSTON INC., GLENN         1055 CENTER STREET               412-751-4642
                                   MCKEESPORT, PA 15132
-------------- Sale Type L ----------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE    85.22          .00

-------------- Sale Type P ----------------------------------------------------------------------

                                         Product Totals... 59 #2 RED ULTRA LOW SUL   101.24          .00
                                   Totals for Customer 10124...........................186.46 .........  .00

====================================================================================================

11302 KEMMER'S PLANTS              2464 PINE RUN ROAD               365-5162
                                   MAYPORT, PA 16240
-------------- Sale Type L ----------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE    23.41          .00
                                   Totals for Customer 11302........................... 23.41 .........  .00

====================================================================================================

11467 KIZINA, BRAD                 1771 TYRONE PIKE                 577-1006
                                   PHILIPSBURG, PA 16866
-------------- Sale Type L ----------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE     3.99          .00
                                   Totals for Customer 11467...........................  3.99 .........  .00



J. J. Powell, Inc.                                                   TRANSR06   v8.0.0
```

PLT000934

0160

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page 16
```

```
Booking Date from 10/31/09 thru 10/31/09      Product Class D    Products          Sites
Customers     from      1 thru 99999          Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P
```

(Transaction Detail if present)

| (Selling Host & Site) | (Date & Time) | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|

```
============================================================================================================
11367 KLINE JR. KENNETH L.         106 BILMAR LANE                 422-0576
                                   SPRING MILLS, PA 16875
--------------- Sale Type L -----------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE      5.49             .00
                                   Totals for Customer 11367.........................      5.49 ..........    .00

============================================================================================================
11667 KNITTLE ENTERPRISES          24 PINECREST DRIVE              570-236-2524
                                   WILLIAMSPORT, PA 17701
--------------- Sale Type L -----------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE     90.03             .00
                                   Totals for Customer 11667.........................     90.03 ..........    .00

============================================================================================================
11348 KUNSELMAN, THOMAS R.         3740 DAYTON ROAD
                                   NEW BETHLEHEM, PA 16242
--------------- Sale Type L -----------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE     28.02             .00
                                   Totals for Customer 11348.........................     28.02 ..........    .00

============================================================================================================
1366 LEGO, METRO JOE              123 PENN FIVE ROAD               814 339-7696
                                   OSCEOLA MILLS,, PA 16666
--------------- Sale Type L -----------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE    116.99             .00
                                   Totals for Customer  1366.........................    116.99 ..........    .00

============================================================================================================
10662 LEZZER TRUSS SYSTEMS INC      P O BOX 217                    814
                                   CURWENSVILLE, PA 16833
--------------- Sale Type L -----------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE     69.47             .00
                                   Totals for Customer 10662.........................     69.47 ..........    .00
```

```
J. J. Powell, Inc.                                                  TRANSR36    v8.0.0
```

PLT000935

0161

```
2009/11/02 15:24:44                    Customer Federal Excise Report                      Page  17

Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products        Sites
Customers    from      1 thru 99999          Product Line
Customer Misc. Code
Tax Flag                 E (E=Exempt, P=Payable)
Sales Type(s)            L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                           (Date & Time)                                 Tax        Tax
                                                                           Quantity        Rate      Amount

===========================================================================================================
10090 LOGAN FIRE COMPANY              PO BOX 26
                                      BELLEFONTE, PA 16823              24-0773963
-------------- Sale Type L -------------------------------------------------------------------------------

                                      Product Totals...  45 ULTRA LOW DSL #2     62.79  0.24300-      15.26-
                                      Totals for Customer 10090.................. 62.79 ..........    15.26-
===========================================================================================================
3286 LONG COAL, A. W.                 1203 PRESQUEISLE
                                      PHILIPSBURG, PA 16866            814 342-1501
-------------- Sale Type L -------------------------------------------------------------------------------

                                      Product Totals...  2S OFF ROAD NON-TAX DIE   32.00               .00
                                      Totals for Customer  3286.......................... 32.00 ..........   .00
===========================================================================================================
 188 LONG MOTOR BUSES                 721 TROY-HAWKRUN HIGHWAY
                                      PHILIPSBURG, PA 16866
-------------- Sale Type P -------------------------------------------------------------------------------

                                      Product Totals...  59 #2 RED ULTRA LOW SUL   16.83               .00
                                      Totals for Customer   188.......................... 16.83 ..........   .00
===========================================================================================================
11179 LUSE, CHRISTOPHER P.            PO BOX 244
                                      CENTRE HALL, PA 16828            422-8477
-------------- Sale Type L -------------------------------------------------------------------------------

                                      Product Totals...  2S OFF ROAD NON-TAX DIE    9.25               .00
                                      Totals for Customer 11179.......................... 9.25 ..........   .00
===========================================================================================================
10264 MATIA, THOMAS E                 215 PRUNER STREET
                                      OSCEOLA MILLS, PA 16666          814 339-7461
-------------- Sale Type L -------------------------------------------------------------------------------

                                      Product Totals...  2S OFF ROAD NON-TAX DIE   10.00               .00
                                      Totals for Customer 10264.......................... 10.00 ..........   .00



J. J. Powell, Inc.                                                        TRANSR06   v8.0.0
```

PLT000936

0162

```
2009/11/02 15:24:44                    Customer Federal Excise Report                           Page  18
```

```
Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products        Sites
Customers     from    1 thru 99999           Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P
```

```
(Transaction Detail if present)
(Selling Host & Site)                           (Date & Time)                          Tax        Tax
                                                                        Quantity      Rate      Amount
```

```
=====================================================================================================
10095 MAXWELL TRUCKING & EXCAVATING      689 EAST COLLEGE AVENUE          814 234-2672
                                         BELLEFONTE, PA 16823
-------------- Sale Type L -------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE     18.48           .00

-------------- Sale Type P -------------------------------------------------------------------------

                                         Product Totals... 59 #2 RED ULTRA LOW SUL    492.17           .00
                                         Totals for Customer 10095...........................    510.65 ..........    .00


=====================================================================================================
10965 MCCORD, PUTT                       566 CASANOVA ROAD                814-342-2553
                                         PHILIPSBURG, PA 16866
-------------- Sale Type L -------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE    195.66           .00
                                         Totals for Customer 10965...........................    195.66 ..........    .00


=====================================================================================================
11780 MCDOWELL TRUCKING INC., JOHN       270 HEMLOCK ROAD                 814-786-7886
                                         GROVE CITY, PA 16127             23-2872242
-------------- Sale Type L -------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE    369.03           .00
                                         Totals for Customer 11780...........................    369.03 ..........    .00


=====================================================================================================
11093 MCGONIGAL, ROBERT L                171 SAWMILL ROAD                 814 263-4034
                                         KARTHAUS, PA 16845
-------------- Sale Type L -------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE     55.03           .00
                                         Totals for Customer 11093...........................     55.03 ..........    .00


=====================================================================================================
7324 MCQUOWN BUSINESS SERVICES INC.      PO BOX 50 57 RAILROAD STREET     814 378-5484
                                         RAMEY, PA 16671
-------------- Sale Type L -------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE     95.02           .00
                                         Totals for Customer  7324...........................     95.02 ..........    .00
```

```
J. J. Powell, Inc.                                                    TRANSR06    v8.0.0
```

2009/11/02 15:24:44                    Customer Federal Excise Report                         Page 19

Booking Date from 10/31/09 thru 10/31/09      Product Class D    Products        Sites
Customers    from      1 thru 99999           Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                         (Date & Time)

| | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|
| 11452 MIGNOT, DAVID E. | 682 EMIGH RUN ROAD<br>MORRISDALE, PA 16858 | 343-4577 | | |
| ------------- Sale Type L ------------- | | | | |
| | Product Totals... 25 OFF ROAD NON-TAX DIE | 3.52 | | .00 |
| | Totals for Customer 11452............................ | 3.52 .......... | | .00 |
| 10982 MILESBURG BOROUGH | PO BOX 518<br>MILESBURG, PA 16853 | 814 355-3583<br>24-0863347 | | |
| ------------- Sale Type L ------------- | | | | |
| | Product Totals... 45 ULTRA LOW DSL #2 | 98.59 | 0.24300- | 23.96- |
| | Totals for Customer 10982............................ | 98.59 .......... | | 23.96- |
| 11550 MILLER LAWN SERVICE, CHAD | P. O. BOX 684<br>STATE COLLEGE, PA 16801 | 357-0432 | | |
| ------------- Sale Type L ------------- | | | | |
| | Product Totals... 25 OFF ROAD NON-TAX DIE | 100.01 | | .00 |
| | Totals for Customer 11550............................ | 100.01 .......... | | .00 |
| 11720 MILLIRON, GARY B. | 99 PANSY RINGGOLD ROAD<br>RINGGOLD, PA 15770 | 365-5526 | | |
| ------------- Sale Type L ------------- | | | | |
| | Product Totals... 25 OFF ROAD NON-TAX DIE | 18.96 | | .00 |
| | Totals for Customer 11720............................ | 18.96 .......... | | .00 |
| 10210 MOUNTAINTOP FIRE COMPANY | P.O. BOX 50<br>SANDY RIDGE, PA 16677 | 814 342-5014<br>25-1435130 | | |
| ------------- Sale Type L ------------- | | | | |
| | Product Totals... 45 ULTRA LOW DSL #2 | 154.31 | 0.24300- | 37.50- |
| | Totals for Customer 10210............................ | 154.31 .......... | | 37.50- |

J. J. Powell, Inc.                                              TRANSR06    v8.0.0

PLT000938
0164

```
2009/11/02 15:24:44                   Customer Federal Excise Report                    Page  20
```

```
Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products       Sites
Customers     from    1 thru 99999          Product Line
Customer Misc. Code
Tax Flag            E (E=Exempt, P=Payable)
Sales Type(s)       L/S & F/P
```

(Transaction Detail if present)

(Selling Host & Site)                                (Date & Time)

|  |  | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|

```
===================================================================================================
8484 NEFF LUMBER                    2281 EAST MOUNTAIN ROAD          814-692-7377
                                    JULIAN, PA 16844
-------------- Sale Type L ------------------------------------------------------------------------

                          Product Totals... 25 OFF ROAD NON-TAX DIE     110.06              .00
                    Totals for Customer  8484...........................  110.06 ..........  .00
===================================================================================================
11406 NEWMAN MAINTENANCE/REMODELING, TOM  573 OLD FORD ROAD          364-1156
                                    CENTRE HALL, PA 16828
-------------- Sale Type L ------------------------------------------------------------------------

                          Product Totals... 25 OFF ROAD NON-TAX DIE      12.27              .00
                    Totals for Customer 11406...........................   12.27 ..........  .00
===================================================================================================
10394 NOLF CHRYSLER DODGE INC       2373 BROOKVILLE STREET           814 365-5251
                                    FAIRMOUNT CITY, PA 16224
-------------- Sale Type L ------------------------------------------------------------------------

                          Product Totals... 25 OFF ROAD NON-TAX DIE       5.01              .00
                    Totals for Customer 10394...........................    5.01 ..........  .00
===================================================================================================
11384 NOLF, WILLIAM J.              1146 HICKORY ROAD                365-5107
                                    MAYPORT, PA 16240
-------------- Sale Type L ------------------------------------------------------------------------

                          Product Totals... 25 OFF ROAD NON-TAX DIE       5.25              .00
                    Totals for Customer 11384...........................    5.25 ..........  .00
===================================================================================================
11551 NORTHEAST GEOTHERMAL SERVICES INC.  2790 W. COLLEGE AVENUE SUITE 6   280-0365
                                    STATE COLLEGE, PA 16801
-------------- Sale Type L ------------------------------------------------------------------------

                          Product Totals... 25 OFF ROAD NON-TAX DIE   1,325.22              .00
-------------- Sale Type P ------------------------------------------------------------------------

                          Product Totals... 59 #2 RED ULTRA LOW SUL    477.15              .00
                    Totals for Customer 11551........................... 1,802.37 ..........  .00
```

J. J. Powell, Inc.

TRANSR06    v8.0.0

PLT000939

0165

```
2009/11/02 15:24:44                    Customer Federal Excise Report                        Page 21

Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products         Sites
Customers     from    1 thru 99999           Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                        (Date & Time)
                                                                                    Tax        Tax
                                                                       Quantity     Rate      Amount
```

```
==========================================================================================
11671 NYMAN, JARED                    794 SCENIC STREET              355-4391
                                      BELLEFONTE, PA 16823
-------------- Sale Type L ---------------------------------------------------------------

                                      Product Totals... 25 OFF ROAD NON-TAX DIE    77.03        .00
                                      Totals for Customer 11671......................    77.03 .........    .00
```

```
==========================================================================================
11533 PALLET RECYCLERS                P. O. BOX 217                  571-3655
                                      SPRING MILLS, PA 16875
-------------- Sale Type L ---------------------------------------------------------------

                                      Product Totals... 25 OFF ROAD NON-TAX DIE    69.57        .00
                                      Totals for Customer 11533......................    69.57 .........    .00
```

```
==========================================================================================
11742 PARK, PLAY & STAY INC.          P Q BOX 722                    275-1823
                                      RIMERSBURG, PA 16248           223-805-226
-------------- Sale Type L ---------------------------------------------------------------

                                      Product Totals... 25 OFF ROAD NON-TAX DIE    37.01        .00
-------------- Sale Type P ---------------------------------------------------------------

                                      Product Totals... 28 MARKED RED DIESEL/HT   198.15        .00
                                      Totals for Customer 11742......................   235.16 .........    .00
```

```
==========================================================================================
10310 PATTON TOWNSHIP                 100 PATTON PLAZA               814 2340271
                                      STATE COLLEGE, PA 16803        25-1154733
-------------- Sale Type L ---------------------------------------------------------------

                                      Product Totals... 45 ULTRA LOW DSL #2   1,544.49  0.24300-   375.33-
                                      Totals for Customer 10310.................... 1,544.49 .........   375.33-
```

```
==========================================================================================
11458 PERRYMAN EXCAVATING, T. M.      173 S. HARRISON ROAAD          359-2039
                                      PLEASANT GAP, PA 16823
-------------- Sale Type L ---------------------------------------------------------------

                                      Product Totals... 25 OFF ROAD NON-TAX DIE    50.03        .00
```

```
J. J. Powell, Inc.                                             TRANSR06   v8.0.0
```

PLT000940

0166

```
2009/11/02 15:24:44                    Customer Federal Excise Report                         Page  22

Booking Date from 10/31/09 thru 10/31/09      Product Class D     Products         Sites
Customers      from     1 thru 99999          Product Line
Customer Misc. Code
Tax Flag                 E (E=Exempt, P=Payable)
Sales Type(s)            L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                              (Date & Time)
                                                                          Quantity    Tax      Tax
                                                                                      Rate     Amount

-------------------------------------------------------------------------------------------------------
11458 PERRYMAN EXCAVATING, T. M.      173 S. HARRISON ROAAD              359-2039
                                      PLEASANT GAP, PA 16823
-------------- Sale Type P --------------

                                       Product Totals... 59 #2 RED ULTRA LOW SUL      85.60          .00
                                      Totals for Customer 11458.......................  135.63 ..........  .00

======================================================================================================
  284 PHILIPSBURG BOROUGH             PO BOX 631                        342-3440
                                      PHILIPSBURG, PA 16866             24-6000648
-------------- Sale Type L --------------

                                       Product Totals... 25 OFF ROAD NON-TAX DIE      78.15          .00
                                       Product Totals... 45 ULTRA LOW DSL #2         123.39  0.24300-   29.99-
                                      Totals for Class D..........................  201.54 .........,  29.99-
                                      Totals for Customer  284.......................  201.54 ..........  29.99-

======================================================================================================
  280 PHILIPSBURG-OSCEOLA AREA SCHOOLS  200 SHORT STREET               814 342-1521
                                        PHILIPSBURG, PA 16866          24-6002258
-------------- Sale Type L --------------

                                       Product Totals... 25 OFF ROAD NON-TAX DIE      40.24          .00
                                      Totals for Customer  280.......................  40.24 ..........  .00

======================================================================================================
11182 POLAR BLAST                     PO BOX 372                        280-3281
                                      BELLEFONTE, PA 16823
-------------- Sale Type L --------------

                                       Product Totals... 25 OFF ROAD NON-TAX DIE     158.42          .00
                                      Totals for Customer 11182.......................  158.42 ..........  .00

======================================================================================================
  1 POWELL INC., J. J.                PRESQUEISLE ST P.O. BOX 30        814 342-3190
                                      PHILIPSBURG, PA 16866
-------------- Sale Type L --------------

                                       Product Totals... 25 OFF ROAD NON-TAX DIE  27,249.93          .00
                                       Product Totals... 28 MARKED RED DIESEL/HT  28,468.50          .00
                                      Totals for Class D..........................  55,718.43 .........  .00
                                      Totals for Customer    1.......................  55,718.43 .........  .00


J. J. Powell, Inc.                                                     TRANSR06    v8.0.0
```

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page  23

Booking Date from 10/31/09 thru 10/31/09        Product Class D     Products          Sites
Customers      from     1 thru 99999            Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                               (Date & Time)
                                                                                    Tax      Tax
                                                                        Quantity    Rate     Amount
---------------------------------------------------------------------------------------------------

10816 QUIGEL & SONS EXCAVATING, J. C.    2900 LICK RUN ROAD            570 435-0917
                                         WILLIAMSPORT, PA 17701        62-1153527
---------- Sale Type L -----------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE    85.17            .00
                                         Totals for Customer 10816.....................   85.17 ........   .00

11177 RANKIN TRUCKING                    4871 OLEAN TRAIL              275-2884
                                         NEW BETHLEHEM, PA 16242
---------- Sale Type L -----------------------------------------------------------------------------

                                         Product Totals... 25 OFF ROAD NON-TAX DIE    15.01            .00
                                         Totals for Customer 11177.....................   15.01 ........   .00

11418 REDBANK VALLEY SCHOOL DISTRICT     920 BROAD STREET             275-2426
                                         NEW BETHLEHEM, PA 16242       25-6003777
---------- Sale Type L -----------------------------------------------------------------------------

                                         Product Totals... 45 ULTRA LOW DSL #2    1,210.20  0.24300-  294.07-
                                         Totals for Customer 11418...................  1,210.20 ........  294.07-

300 RELIANCE FIRE CO                     317 N. THIRD STREET
                                         PHILIPSBURG, PA 16866         24-6025696
---------- Sale Type L -----------------------------------------------------------------------------

                                         Product Totals... 45 ULTRA LOW DSL #2       77.59  0.24300-   18.86-

---------- Sale Type P -----------------------------------------------------------------------------

                                         Product Totals... 45 ULTRA LOW DSL #2       23.27  0.24300-    5.65-
                                         Totals for Customer   300..................  100.86 ........   24.51-

11769 RIDGE & VALLEY WOODLOT SERVICES    P O BOX 101                  380-1404
                                         HAWK RUN, PA 16840
---------- Sale Type P -----------------------------------------------------------------------------

                                         Product Totals... 59 #2 RED ULTRA LOW SUL   373.65            .00
                                         Totals for Customer 11769...................  373.65 ........   .00

   J. J. Powell, Inc.                                                     TRANSR06   v8.0.0
```

```
2009/11/02 15:24:44                    Customer Federal Excise Report                      Page  24

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products       Sites
Customers   from       1 thru 99999         Product Line
Customer Misc. Code
Tax Flag                E (E=Exempt, P=Payable)
Sales Type(s)           L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                         (Date & Time)
                                                                    Tax      Tax
                                                        Quantity    Rate     Amount

=============================================================================================
11192 ROBB BACKHOE SERVICE, GEORGE      603 FOREST AVENUE            383-2606
                                        BELLEFONTE, PA 16823
-------------- Sale Type L ------------------------------------------------------------------

                                Product Totals... 25 OFF ROAD NON-TAX DIE    128.99          .00
                                Totals for Customer 11192.........................  128.99 .........   .00

=============================================================================================
11694 ROUNDABOUT ENTP. INC.             P O BOX 762                 692-2131
                                        STATE COLLEGE, PA 16804
-------------- Sale Type L ------------------------------------------------------------------

                                Product Totals... 25 OFF ROAD NON-TAX DIE    100.01          .00
                                Totals for Customer 11694.........................  100.01 .........   .00

=============================================================================================
10901 RUSH TOWNSHIP                     PO BOX 152                  814 342-0514
                                        PHILIPSBURG, PA 16866       24-6001543
-------------- Sale Type L ------------------------------------------------------------------

                                Product Totals... 25 OFF ROAD NON-TAX DIE     70.01          .00
                                Product Totals... 45 ULTRA LOW DSL #2        104.08  0.24300-  25.29-
                                Totals for Class D.........................  174.09          25.29-
                                Totals for Customer 10901.........................  174.09 .........  25.29-

=============================================================================================
11431 S & S LOGGING                     2030 EAGLE EYE ROAD         339-7375
                                        WEST DECATUR, PA 16878
-------------- Sale Type L ------------------------------------------------------------------

                                Product Totals... 25 OFF ROAD NON-TAX DIE    182.00          .00
                                Totals for Customer 11431.........................  182.00 .........   .00

=============================================================================================
11683 SABOL CONTRACTING                 201 ALLPORT CUTOFF          345-5726
                                        MORRISDALE, PA 16858
-------------- Sale Type P ------------------------------------------------------------------

                                Product Totals... 59 #2 RED ULTRA LOW SUL    122.00          .00
                                Totals for Customer 11683.........................  122.00 .........   .00


J. J. Powell, Inc.                                              TRANSR06    v8.0.0
```

PLT000943
0169

```
2009/11/02 15:24:44                    Customer Federal Excise Report                          Page  25
```

Booking Date from 10/31/09 thru 10/31/09    Product Class D    Products        Sites
Customers    from    1 thru 99999           Product Line
Customer Misc. Code
Tax Flag                £ (E-Exempt, P-Payable)
Sales Type(s)           L/S & F/P

(Transaction Detail if present)

| (Selling Host & Site) | | (Date & Time) | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|---|

11718 SERENA, CARL S.              5745 MORRISDALE/ALLPRT HIGHWAY P O BOX 1  345-1171
                                   ALLPORT, PA 16821
---------------- Sale Type L --------------------------------------------------------------

| | Product Totals... 25 OFF ROAD NON-TAX DIE | 55.01 | | .00 |
|---|---|---|---|---|
| | Totals for Customer 11718............................ | 55.01 .......... | | .00 |

10584 SEVEN MOUNTAINS EMS COUNCIL   523 DELL STREET                      814 355-1474
                                    BELLEFONTE, PA 16823                 25-1290414
---------------- Sale Type L --------------------------------------------------------------

| | Product Totals... 45 ULTRA LOW DSL #2 | 22.26 | 0.24300- | 5.41- |
|---|---|---|---|---|
| | Totals for Customer 10584............................ | 22.26 | .......... | 5.41- |

11713 SHARER, WILLIAM              2068 EARLYSTOWN ROAD
                                   CENTRE HALL, PA 16828
---------------- Sale Type P --------------------------------------------------------------

| | Product Totals... 59 #2 RED ULTRA LOW SUL | 9.01 | | .00 |
|---|---|---|---|---|
| | Totals for Customer 11713............................ | 9.01 .......... | | .00 |

11109 SMITH, FRED                  3604 PENNS VALLEY ROAD               422-7667
                                   SPRING MILLS, PA 16825
---------------- Sale Type L --------------------------------------------------------------

| | Product Totals... 25 OFF ROAD NON-TAX DIE | 11.92 | | .00 |
|---|---|---|---|---|
| | Totals for Customer 11109............................ | 11.92 .......... | | .00 |

10001 SNYDER TOWNSHIP              108 BADGHMAN HOLLOW ROAD             814 684-1048
                                   TYRONE, PA 16686                    23-1608550
---------------- Sale Type L --------------------------------------------------------------

| | Product Totals... 45 ULTRA LOW DSL #2 | 316.00 | 0.24300- | 76.79- |
|---|---|---|---|---|
| | Totals for Customer 10001............................ | 316.00 | .......... | 76.79- |

J. J. Powell, Inc.                                          TRANSR06    v8.0.0

```
2009/11/02 15:24:44                      Customer Federal Excise Report                        Page  26

Booking Date from 10/31/09 thru 10/31/09      Product Class D      Products         Sites
Customers    from    1 thru 99999             Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                                  (Date & Time)
                                                                                        Tax        Tax
                                                                          Quantity      Rate      Amount

======================================================================================================
11002 STONE VALLEY CONSTRUCTION INC       132 COAL DALE ROAD              814-342-7151
                                          PHILIPSBURG, PA 16866           251391872
--------------- Sale Type L --------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE    674.78        .00
                                Totals for Customer 11002...........................  674.78 .........  .00

======================================================================================================
11200 STROUSE, KENNETH M                  118 REED-LYN LANE
                                          CENTRE HALL, PA 16828           364-2931
--------------- Sale Type L --------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE     78.40        .00
                                Totals for Customer 11200...........................   78.40 .........  .00

======================================================================================================
11003 SUPKO LOGGING, MIKE                 P O BOX 44                      814 339-6468
                                          OSCEOLA MILLS, PA 16666
--------------- Sale Type L --------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE     46.04        .00
                                Totals for Customer 11003...........................   46.04 .........  .00

======================================================================================================
10434 T.R. EXCAVATING                     609 PINOAK RD                   814 856-2097
                                          MAYPORT, PA 16240
--------------- Sale Type L --------------------------------------------------------------------------

                                          Product Totals... 25 OFF ROAD NON-TAX DIE    224.43        .00
                                Totals for Customer 10434...........................  224.43 .........  .00

======================================================================================================
13 TAYLOR TOWNSHIP                        MICHELE REESE 11090 SO EAGLE VALLEY RD
                                          PORT MATILDA, PA 16870          25-1227567
--------------- Sale Type L --------------------------------------------------------------------------

                                          Product Totals... 45 ULTRA LOW DSL #2    154.73  0.24300   37.60-
                                Totals for Customer     13...........................  154.73 .........  37.60-



  J. J. Powell, Inc.                                                     TRANSR06    v8.0.0
```

PLT000945

0171

```
2009/11/02 15:24:44                    Customer Federal Excise Report                        Page  27

Booking Date from 10/31/09 thru 10/31/09      Product Class D    Products        Sites
Customers    from      1 thru 99999           Product Line
Customer Misc. Code
Tax Flag               E (E=Exempt, P=Payable)
Sales Type(s)          L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                         (Date & Time)
                                                                        Tax       Tax
                                                           Quantity     Rate      Amount
*****************************************************************************************************
10032 TYRONE AREA SCHOOL DISTRICT      BUSINESS OFFICE 701 CLAY AVENUE
                                       TYRONE, PA 16686
-------------- Sale Type L --------------
                                       Product Totals... 45 ULTRA LOW DSL #2   848.37   0.24300-   206.15-
                                       Totals for Customer 10032.....................   848.37 ........   206.15-
*****************************************************************************************************
11625 U. S. FISH AND WILDLIFE SERVICE  315 SOUTH ALLEN STREET
                                       STATE COLLEGE, PA 16801         880-1832
-------------- Sale Type L --------------
                                       Product Totals... 25 OFF ROAD NON-TAX DIE   324.36          .00
                                       Totals for Customer 11625.....................   324.36 ........      .00
*****************************************************************************************************
10554 UNDINE FIRE COMPANY              P O BOX 326                     814
                                       BELLEFONTE, PA 16823            24-0746835
-------------- Sale Type L --------------
                                       Product Totals... 45 ULTRA LOW DSL #2   147.80   0.24300-    35.90-
                                       Totals for Customer 10554.....................   147.80 ........    35.90-
*****************************************************************************************************
11207 UNITED VALLEY SOCCER             PO BOX 250                      365-5502
                                       HAWTHORN, PA 16230
-------------- Sale Type L --------------
                                       Product Totals... 25 OFF ROAD NON-TAX DIE    11.12          .00
                                       Totals for Customer 11207.....................    11.12 ........      .00
*****************************************************************************************************
11608 UTILITIES FORESTRY SERVICES      P. O. BOX 1027                  765-7115
                                       CLEARFIELD, PA 16830
-------------- Sale Type P --------------
                                       Product Totals... 59 #2 RED ULTRA LOW SUL    65.00          .00
                                       Totals for Customer 11608.....................    65.00 ........      .00


J. J. Powell, Inc.

                                                                TRANSR06    v8.0.0
```

PLT000946

0172

```
Booking Date from 10/31/09 thru 10/31/09     Product Class D     Products          Sites
Customers     from     1 thru 99999          Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P


(Transaction Detail if present)
(Selling Host & Site)                        (Date & Time)
                                                                               Tax      Tax
                                                              Quantity        Rate    Amount
```

```
*****************************************************************************************************
10941 VAUGHN'S EXCAVATING          3411 TYRONE PIKE PO BOX 201       814 342-7487
                                   SANDY RIDGE, PA 16677
--------------- Sale Type L -------------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE       10.03          .00
                                   Totals for Customer 10941............................  10.03 ..........  .00

*****************************************************************************************************
9982 WALK JR, A.B.                 P O BOX 154
                                   PORT MATILDA, PA 16870
--------------- Sale Type L -------------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE       30.01          .00
                                   Totals for Customer  9982............................  30.01 ..........  .00

*****************************************************************************************************
11282 WALKER TOWNSHIP VOLUNTEER FIRE CO.  PO BOX 110          383-4538
                                   MINGOVILLE, PA 16856
--------------- Sale Type L -------------------------------------------------------------------------

                                   Product Totals...  45 ULTRA LOW DSL #2       31.45  0.24300-     7.64-
                                   Totals for Customer 11282............................  31.45 ..........  7.64-

*****************************************************************************************************
11615 WHIPPLE, H. DENNIS & MARGARET       P O BOX 81          342-3615
                                   MORRISDALE, PA 16858
--------------- Sale Type L -------------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE       50.01          .00
                                   Totals for Customer 11615............................  50.01 ..........  .00

*****************************************************************************************************
11649 WILL DIG INC.                1389 TROY HAWK RUN          280-8690
                                   PHILIPSBURG, PA 16866
--------------- Sale Type L -------------------------------------------------------------------------

                                   Product Totals...  25 OFF ROAD NON-TAX DIE        5.39          .00
                                   Totals for Customer 11649............................   5.39 ..........  .00
```

J. J. Powell, Inc.                                                        TRANSR06   v8.0.0

PLT000947

0173

```
2009/11/02 15:24:44                      Customer Federal Excise Report                          Page  29
```

---

```
Booking Date from 10/31/09 thru 10/31/09     Product Class D    Products        Sites
Customers    from     1 thru 99999           Product Line
Customer Misc. Code
Tax Flag             E (E=Exempt, P=Payable)
Sales Type(s)        L/S & F/P
```

```
(Transaction Detail if present)
(Selling Host & Site)                      (Date & Time)
                                                                                 Tax        Tax
                                                                   Quantity      Rate       Amount
```

---

| | | | Quantity | Tax Rate | Tax Amount |
|---|---|---|---|---|---|
| 10205 WILL FIT WELDING | P.O. BOX 73 | 814 | | | |
| | BRISBIN, PA 16620 | | | | |
| --------------- Sale Type L --------------- | | | | | |
| | Product Totals... 25 OFF ROAD NON-TAX DIE | | 26.24 | | .00 |
| | Totals for Customer 10205............................. | | 26.24 .......... | | .00 |
| 10820 WILLIAMSPORT MUNICIPAL AIRPORT AUTH 700 AIRPORT ROAD SUITE 204 | | 570 368-2444 | | | |
| | MONTOURSVILLE, PA 17754 | 24-6000743 | | | |
| --------------- Sale Type L --------------- | | | | | |
| | Product Totals... 45 ULTRA LOW DSL #2 | | 52.48 | 0.24300- | 12.75- |
| | Totals for Customer 10820............................. | | 52.48 .......... | | 12.75- |
| 11030 WILLY'S WELDING | 1113 1ST STREET | 814 339-6464 | | | |
| | OSCEOLA MILLS, PA 16666 | | | | |
| --------------- Sale Type L --------------- | | | | | |
| | Product Totals... 25 OFF ROAD NON-TAX DIE | | 57.62 | | .00 |
| | Totals for Customer 11030............................. | | 57.62 .......... | | .00 |
| 10468 YEANEY HOG & BEEF FARM | RD#1 BOX 10A | 814 3655305 | | | |
| | MAYPORT, PA 16240 | | | | |
| --------------- Sale Type L --------------- | | | | | |
| | Product Totals... 25 OFF ROAD NON-TAX DIE | | 19.36 | | .00 |
| | Totals for Customer 10468............................. | | 19.36 .......... | | .00 |
| 1 J. J. Powell Fuel Management | Company Totals | | 89,005.34 .......... | | 3,427.76- |

_14105.82_

```
    J. J. Powell, Inc.
                                                                   TRANSR06   v8.0.0
```

PLT000948

0174