# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Sept. 06, 2013

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for J. J. Powell, Inc., EIN: ▮▮▮▮9474, for Quarterly Federal Excise Tax Return (Form 720), for the tax period ending September 30, 2009, consisting of three pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Debbie Bybee*

Debbie Bybee
Accounting Operation Manager
Ogden W&I Submission Processing
W&I Delegation Order WI-11-5

**Defendant Exhibit**
1

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN:  [redacted] 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: SEPT 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-08-2011 | SUBSTITUTE FOR RETURN 17999-999-99999-1  201137 | | 0.00 | 09-26-2011 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17447-409-10000-2  20120308 | | 0.00 | 01-30-2012 |
| 09-11-2012 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-2013 | | | |
| | MISCELLANEOUS PENALTY 28447-671-79000-2  20124108 | 17,784.00 | | 10-22-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER ASED 20121231 28447-671-79000-2  20124108 | 17,784.00 | | 10-22-2012 |
| 10-22-2012 | RENUMBERED RETURN 28447-671-79000-2 | | | |
| | FAILURE TO PAY TAX PENALTY 20124108 | | 3,201.12 | 10-22-2012 |
| | INTEREST ASSESSED 20124108 | | 1,987.77 | 10-22-2012 |

FORM 4340  (REV. 01-2002)                    PAGE    1

DEF_0002

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN: ▓▓▓▓▓ 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: SEPT 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|-----------------------------|----------------------------------|
| 11-15-2012 | SUBSEQUENT PAYMENT | | 40,756.89 | |
| 04-09-2013 | RECEIVED POA/TIA | | | |
| 05-13-2013 | FAILURE TO PAY TAX PENALTY ABATED | 3,201.12- | | |
| | ADDITIONAL TAX ASSESSED 17454-508-15007-3  20131708 | | 0.00 | 05-13-2013 |
| 11-15-2012 | OVERPAYMENT CREDIT TRANSFERRED 720        200912 | | (3,201.12) | |
| 10-22-2012 | Statutory Notice of Balance Due | | | |
| 11-26-2012 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

A-7

DEF_0003

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

J J POWELL INC                          EIN/SSN:        9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: SEPT 2009
----------------------------------------------------------------------


BALANCE          0.00
----------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME: Debbie Bybee

TITLE: Accounting Operation Manager, Ogden W&I Submission Processing

DELEGATION ORDER: WI-11-5


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 09/06/2013

FORM 4340  (REV. 01-2002)                    PAGE    3

DEF_0004

 

# United States      of America

### Department of the Treasury
### Internal Revenue Service

Date: July 15, 2013

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for J. J. Powell, Inc., EIN: _____ 9474, for Quarterly Federal Excise Tax Return (Form 720), for the tax period ending December 31, 2009, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Debbie Bybee*

Debbie Bybee
Accounting Operation Manager
Ogden W&I Submission Processing
W&I Delegation Order WI-11-5

**Defendant
Exhibit**

2

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN: ███████9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 07-01-2010 | SUBSTITUTE FOR RETURN 17999-999-99999-0  201027 | | 0.00 | 07-19-2010 |
| 12-03-2010 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 01-31-2013 | | | |
| 08-02-2011 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-31-2013 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17447-411-10000-2  20120308 | | 0.00 | 01-30-2012 |
| | MISCELLANEOUS PENALTY 28447-671-79001-2  20124108 | | 19,918.00 | 10-22-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 28447-671-79001-2  20124108 | | 19,918.00 | 10-22-2012 |
| 10-22-2012 | RENUMBERED RETURN 28447-671-79001-2 | | | |
| | FAILURE TO PAY TAX PENALTY 20124108 | | 3,286.47 | 10-22-2012 |

FORM 4340  (REV. 01-2002)                    PAGE    1

DEF_0006

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
       -------------------------------------------------------------------------

J J POWELL INC                      EIN/SSN:  ████  9474



TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720       TAX PERIOD: DEC  2009


                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT     DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
       -------------------------------------------------------------------------

          INTEREST ASSESSED                         2,004.16    10-22-2012
          20124108

01-07-2013 MODULE IN FEDERAL PAYMENT
          LEVY PROGRAM

01-14-2013 FEDERAL PAYMENT MATCHED
          OR LEVIED THROUGH FEDERAL
          PAYMENT LEVY PROGRAM
          GENERATED AND MAILED

01-14-2013 INTENT TO LEVY COLLECTION
          DUE PROCESS NOTICE
          LEVY NOTICE ISSUED

01-18-2013 LEGAL SUIT PENDING

01-18-2013 COLLECTIONS WORKING CASE

02-18-2013 MODULE REVERSED OUT OF
          FEDERAL PAYMENT LEVY
          PROGRAM

02-07-2013 SUBSEQUENT PAYMENT                        17.59

FORM 4340  (REV. 01-2002)              PAGE    2
```

A-11

DEF_0007

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

J J POWELL INC                       EIN/SSN: ▓▓▓▓▓9474



TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720       TAX PERIOD: DEC  2009
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-31-2013 | OVERPAID CREDIT APPLIED<br>940          201212 | | 1,408.01 | |
| 01-18-2013 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 04-15-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-09-2013 | RECEIVED POA/TIA | | | |
| 04-22-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-15-2012 | OVERPAID CREDIT APPLIED<br>720          200909 | | 3,201.12 | |
| 04-26-2013 | OVERPAID CREDIT APPLIED<br>1120         201312<br>▓▓▓▓9474 | | 12,116.47 | |

```
FORM 4340  (REV. 01-2002)              PAGE    3
```

DEF_0008

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

J J POWELL INC                          EIN/SSN: ████████ 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720      TAX PERIOD: DEC  2009


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-26-2013 | OVERPAID CREDIT APPLIED<br>1120      201312<br>████ 9474 | | 9,889.69 | |
| 10-22-2012 | Statutory Notice of Balance Due | | | |
| 11-26-2012 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)               PAGE    4

A-13

DEF_0009

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

J J POWELL INC                        EIN/SSN: █████ 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720       TAX PERIOD: DEC  2009
-----------------------------------------------------------------------------


BALANCE        18,493.75

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Debbie Bybee*

PRINT NAME: ___Debbie Bybee_____

TITLE: ___Accounting Operation Manager, Ogden W&I Submission Processing___

DELEGATION ORDER: ___WI-11-5_____

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/15/2013

FORM 4340  (REV. 01-2002)              PAGE    5

A-14

DEF_0010

 

# United States          of America

### Department of the Treasury
### Internal Revenue Service

Date: July 15, 2013

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for J. J. Powell, Inc., EIN:          9474, for Quarterly Federal Excise Tax Return (Form 720), for the tax period ending March 31, 2010, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Bybee
Accounting Operation Manager
Ogden W&I Submission Processing
W&I Delegation Order WI-11-5

**Defendant
Exhibit**

3

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

A-15

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN:            9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: MAR  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 09-08-2011 | SUBSTITUTE FOR RETURN 17999-999-99999-1  201137 | | 0.00 | 09-26-2011 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17447-412-10002-2  20120408 | | 0.00 | 02-06-2012 |
| 09-11-2012 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 06-30-2013 | | | |
| | MISCELLANEOUS PENALTY 28447-671-79002-2  20124108 | | 22,812.00 | 10-22-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 28447-671-79002-2  20124108 | | 22,812.00 | 10-22-2012 |
| 10-22-2012 | RENUMBERED RETURN 28447-671-79002-2 | | | |
| | FAILURE TO PAY TAX PENALTY 20124108 | | 3,421.80 | 10-22-2012 |
| | INTEREST ASSESSED 20124108 | | 2,051.67 | 10-22-2012 |

FORM 4340  (REV. 01-2002)              PAGE    1

DEF_0012

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

J J POWELL INC                    EIN/SSN:  ▓▓▓▓  9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: MAR  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-07-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-14-2013 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-14-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 02-18-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2013 | SUBSEQUENT PAYMENT | | 27.16 | |
| 01-18-2013 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

DEF_0013

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

J J POWELL INC                    EIN/SSN:            9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720       TAX PERIOD: MAR  2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|--------------------------------------|------------------------------|----------------------------------|
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 04-09-2013 | RECEIVED POA/TIA | | | |
| 10-22-2012 | Statutory Notice of Balance Due | | | |
| 11-26-2012 | Statutory Notice of Intent to Levy | | | |
| 04-01-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

A-18

DEF_0014

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN: [redacted]9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720      TAX PERIOD: MAR 2010
--------------------------------------------------------------------------


BALANCE        51,070.31
--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Debbie Bybee_

PRINT NAME: Debbie Bybee

TITLE: Accounting Operation Manager, Ogden W&I Submission Processing

DELEGATION ORDER: WI-11-5


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 07/15/2013

FORM 4340  (REV. 01-2002)              PAGE    4


A-19

DEF_0015

 **United States**  **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: July 15, 2013

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for J. J. Powell, Inc., EIN:⬛⬛⬛⬛ 9474, for Quarterly Federal Excise Tax Return (Form 720), for the tax period ending June 30, 2010, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Bybee
Accounting Operation Manager
Ogden W&I Submission Processing
W&I Delegation Order WI-11-5

> **Defendant**
> **Exhibit**
> 4

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

A-20

DEF_0016

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

J J POWELL INC                        EIN/SSN: [        ] 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: JUNE 2010

                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
                                      OTHER DEBITS    CREDIT    DATE (23C,
DATE       EXPLANATION OF TRANSACTION (REVERSAL)    (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------
09-08-2011 SUBSTITUTE FOR RETURN                       0.00      09-26-2011
           17999-999-99999-1  201137

           ADDITIONAL TAX ASSESSED                     0.00      02-06-2012
           BY EXAMINATION
           AUDIT, CLOSED TO APPEALS
           PRIOR TO 90 DAY LETTER
           17447-412-10003-2  20120408

09-11-2012 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 09-30-2013

           MISCELLANEOUS PENALTY       20,276.00               10-22-2012
           28447-671-79003-2  20124108

           ADDITIONAL TAX ASSESSED     20,276.00               10-22-2012
           BY EXAMINATION
           AGREED AUDIT DEFICIENCY
           PRIOR TO 30 OR 60 DAY
           LETTER
           28447-671-79003-2  20124108

10-22-2012 RENUMBERED RETURN
           28447-671-79003-2

           FAILURE TO PAY TAX                        2,737.26    10-22-2012
           PENALTY
           20124108

           INTEREST ASSESSED                         1,601.91    10-22-2012
           20124108

FORM 4340  (REV. 01-2002)              PAGE    1
```

DEF_0017

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

J J POWELL INC                    EIN/SSN: ▓▓▓▓9474

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: JUNE 2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 01-07-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-14-2013 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-14-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 02-18-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2013 | SUBSEQUENT PAYMENT | | 17.47 | |
| 01-18-2013 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

DEF_0018

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

J J POWELL INC                          EIN/SSN:        9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: JUNE 2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 04-09-2013 | RECEIVED POA/TIA | | | |
| 10-22-2012 | Statutory Notice of Balance Due | | | |
| 11-26-2012 | Statutory Notice of Intent to Levy | | | |
| 04-01-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN:        9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: JUNE 2010
------------------------------------------------------------------------


BALANCE        44,873.70

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Debbie Bybee_____

PRINT NAME:  Debbie Bybee

TITLE:  Accounting Operation Manager, Ogden W&I Submission Processing

DELEGATION ORDER:  WI-11-5


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/15/2013

FORM 4340  (REV. 01-2002)                PAGE    4


A-24

DEF_0020

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: July 15, 2013

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for J. J. Powell, Inc., EIN:          9474, for Quarterly Federal Excise Tax Return (Form 720), for the tax period ending September 30, 2010, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Bybee
Accounting Operation Manager
Ogden W&I Submission Processing
W&I Delegation Order WI-11-5

**Defendant Exhibit**

5

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

DEF_0021

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

J J POWELL INC                    EIN/SSN:         9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720       TAX PERIOD: SEPT 2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----|-----|-----|
| 09-08-2011 | SUBSTITUTE FOR RETURN 17999-999-99999-1  201137 | | 0.00 | 09-26-2011 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17447-412-10004-2  20120408 | | 0.00 | 02-06-2012 |
| 09-11-2012 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 12-31-2013 | | | |
| | MISCELLANEOUS PENALTY 28447-671-79004-2  20124108 | 18,649.00 | | 10-22-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 28447-671-79004-2  20124108 | 18,649.00 | | 10-22-2012 |
| 10-22-2012 | RENUMBERED RETURN 28447-671-79004-2 | | | |
| | FAILURE TO PAY TAX PENALTY 20124108 | | 2,237.88 | 10-22-2012 |
| | INTEREST ASSESSED 20124108 | | 1,271.52 | 10-22-2012 |

FORM 4340  (REV. 01-2002)                PAGE    1

DEF_0022

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

J J POWELL INC                      EIN/SSN: ▮▮▮▮9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: SEPT 2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 01-07-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-14-2013 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-14-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 02-18-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2013 | SUBSEQUENT PAYMENT | | 16.32 | |
| 01-18-2013 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

DEF_0023

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

J J POWELL INC                    EIN/SSN:        9474



TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: SEPT 2010


                                  ASSESSMENT,      PAYMENT,     ASSESSMENT
                                  OTHER DEBITS     CREDIT       DATE (23C,
DATE       EXPLANATION OF TRANSACTION  (REVERSAL)  (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

01-18-2013 COLLECTIONS WORKING CASE

01-18-2013 LEGAL SUIT PENDING

04-09-2013 RECEIVED POA/TIA

10-22-2012 Statutory Notice of Balance Due

11-26-2012 Statutory Notice of Intent to Levy

04-01-2013 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    3
```

A-28

DEF_0024

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN: ▓▓▓▓▓▓9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: SEPT 2010
-------------------------------------------------------------------------------


BALANCE       40,791.08
-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Debbie Bybee*

PRINT NAME: Debbie Bybee

TITLE: Accounting Operation Manager, Ogden W&I Submission Processing

DELEGATION ORDER: WI-11-5


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/15/2013

FORM 4340  (REV. 01-2002)              PAGE    4

DEF_0025

 

# United States    of America

## Department of the Treasury
## Internal Revenue Service

Date: July 15, 2013

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for J. J. Powell, Inc., EIN        9474, for Quarterly Federal Excise Tax Return (Form 720), for the tax period ending December 31, 2010, consisting of four pages ——

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Debbie Bybee
Accounting Operation Manager
Ogden W&I Submission Processing
W&I Delegation Order WI-11-5

**Defendant
Exhibit**
6

Catalog Number 19002E

Form 2866 (Rev. 09-1997)

A-30

DEF_0026

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

J J POWELL INC                    EIN/SSN: ▮▮▮▮▮9474

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 09-08-2011 | SUBSTITUTE FOR RETURN 17999-999-99999-1  201137 | | 0.00 | 09-26-2011 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17447-412-10005-2  20120408 | | 0.00 | 02-06-2012 |
| 09-11-2012 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-31-2014 | | | |
| | MISCELLANEOUS PENALTY 28447-671-79005-2  20124108 | 22,017.00 | | 10-22-2012 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 28447-671-79005-2  20124108 | 22,017.00 | | 10-22-2012 |
| 10-22-2012 | RENUMBERED RETURN 28447-671-79005-2 | | | |
| | FAILURE TO PAY TAX PENALTY 20124108 | | 2,311.78 | 10-22-2012 |
| | INTEREST ASSESSED 20124108 | | 1,285.03 | 10-22-2012 |

FORM 4340  (REV. 01-2002)              PAGE    1

DEF_0027

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

J J POWELL INC                          EIN/SSN: ▒▒▒▒ 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720          TAX PERIOD: DEC  2010

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 01-07-2013 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-14-2013 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 01-14-2013 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 02-18-2013 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2013 | SUBSEQUENT PAYMENT | | 48.04 | |
| 01-18-2013 | CORRECTION OF LEGAL SUIT PENDING | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

DEF_0028

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

J J POWELL INC                         EIN/SSN: ███████ 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720      TAX PERIOD: DEC  2010


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|------------------------------|----------------------------------|
| 01-18-2013 | COLLECTIONS WORKING CASE | | | |
| 01-18-2013 | LEGAL SUIT PENDING | | | |
| 04-09-2013 | RECEIVED POA/TIA | | | |
| 10-22-2012 | Statutory Notice of Balance Due | | | |
| 11-26-2012 | Statutory Notice of Intent to Levy | | | |
| 04-01-2013 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

A-33

DEF_0029

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

J J POWELL INC                    EIN/SSN: ████ 9474


TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720        TAX PERIOD: DEC  2010
------------------------------------------------------------------------

BALANCE        47,582.77

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Debbie Bybee_

PRINT NAME: __Debbie Bybee__

TITLE: __Accounting Operation Manager, Ogden W&I Submission Processing__

DELEGATION ORDER: __WI-11-5__

LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/15/2013

FORM 4340  (REV. 01-2002)              PAGE    4

A-34

DEF_0030