**JJ Powell, Inc.**
PO Box 30
Philipsburg, PA 16866

1-800-432-0000
814-342-6483 (fax)
pacificpride@jjpowell.com
www.jjpowell.com

Date _____

| FIRM ADDRESS | | | | | |
|---|---|---|---|---|---|
| Company Name | | Telephone Number | Fax Number | | |
| Mailing Address | | City | State | | Zip |
| Street Address | | City | State | | Zip |
| Home Address | | City | State | | Zip |
| Are you presently a Pacific Pride or Amerinet Cardholder? | ☐ Yes ☐ No | If yes, when did you last use your card? | | | |

CHECK APPROPRIATE BOX AND PROVIDE INFORMATION REQUESTED

**LEGAL STRUCTURE**
- ☐ Single Entity - Not a subsidiary
- ☐ Corporation State_____
- ☐ Partnership
- ☐ Other

Federal ID # _____

How Long in Business? _____
What Type of Business? _____

List names of partners or corporate officers

If in business less than 1 year please give name, address & length of time of employment for previous employment:

**PERSONAL**

| Owner or Officer | | Title | Spouse's Name | | |
|---|---|---|---|---|---|
| Home Address | | City | State | Zip | How Long? Own___ Renting___ Buying___ |
| Previous Address | | City | State | Zip | How Long? |
| Name of nearest relative not living with you | | Relationship | Telephone Number | | |
| Home Phone | Driver License Number | | Social Security Number | Date of Birth | |
| Have you ever filed Bankruptcy? | When? | | Where? | | |

**REFERENCES**

| Bank Name & Branch | | City | State | Zip | |
|---|---|---|---|---|---|
| Bank Officer | Account Number | | Telephone Number | | |
| Trade Reference | | Account Number | | Telephone Number | |
| Estimated Monthly Usage in Gallons | Person to Contact Regarding Cards | Telephone Number | Extension | | |

UPON COMPLETION, TEAR AT PERFORATION, FOLD, TAPE AND RETURN THIS HALF TO J.J. POWELL, INC.

**ADDITIONAL TERMS CARDLOCK USE**

1. Purchases will be for vehicles owned and operated by the Purchaser.
2. Purchaser shall be responsible for all purchases by Purchaser or any other person using cardlock cards issued to Purchaser regardless of whether use by any other person is unauthorized or fraudulent. The Purchaser is required to immediately notify the Supplier if a card is lost, stolen or if the Purchaser suspects fraud or unauthorized use.
3. If there is any change in the ownership of Purchaser or if substantially all of the assets of Purchaser are sold, Purchaser shall promptly notify Supplier of such sale and Supplier shall have a lien on all the assets of Purchaser and a lien on the proceeds of such sale to secure payment of all outstanding sums owing to Supplier.
4. Purchaser represents that it and any person using the cardlock cards delivered to Purchaser are and shall be aware of the proper use of the cardlock system and shall use safe practices in compliance with the regulations of the local Fire Code in handling of the fuels dispensed from the cardlock system. Purchaser agrees to indemnify and hold Supplier, its officers, directors, shareholders, agents and assigns, harmless from all suits, claims, counterclaims, damages (including consequential, punitive and/or exemplary damages), costs, penalties, interest and other liabilities, including those for bodily injury (including death) and property damage which may be caused, directly or indirectly, actively or passively, by the negligence or misuse of the cardlock system, its equipment or facilities by Purchaser or any person using the cardlock system with the cards delivered to Purchaser hereunder.
5. Supplier shall use its best efforts to maintain the cardlock system in good working order and condition at its expense provided however, Supplier shall not be responsible for any damage or loss which may result from its failure to provide fuel or the failure of the cardlock system in any manner whatsoever. Purchaser agrees that it and any person using the cardlock cards delivered to Purchaser shall promptly notify Supplier of any malfunctioning of the cardlock system of which Purchaser or such person is aware.
6. Purchaser's right to purchase fuel through the cardlock system may be terminated immediately upon any breach of any of the terms hereof or of any other agreement with Supplier. Supplier also reserves the right either to terminate or temporarily decline further purchases via the cardlock system if purchases or balances by Purchaser exceed Purchaser's ability to pay or in the event Purchaser's creditworthiness deteriorates, as determined by Supplier in its sole discretion. Upon termination, Purchaser agrees to immediately surrender all cardlock cards issued to Purchaser and to immediately pay all outstanding sums owing to Supplier.
7. In the event of a breach of any of the terms of this agreement, or any other agreement between Purchaser and Supplier, including but expressly not limited to the failure to pay sums owing to Supplier when due, then in addition to any other sums due or payable to Supplier by Purchaser, Purchaser agrees to pay the reasonable attorney fees and costs incurred by Supplier in the enforcement of Supplier's rights even though no suit or action is filed and if suit or action is filed to enforce the rights of Supplier, then such further sum as the court may adjudge reasonable as attorney fees at trial or on appeal of such suit or action in addition to all other sums provided by law.
8. In the event that any legal action is required to collect on this account, venue for such legal matters will be determined by Supplier.
9. All terms and conditions of this agreement and Guaranty are intended to cover Purchaser's account as well as all of Purchaser's branch accounts, whether set up now or in the future.
10. A handling fee will be charged for all checks returned from the bank for any reason.
11. Purchaser agrees that interest shall accrue after entry of any judgment at the contract rate stated on this agreement.
12. Guarantors agree that their liability hereunder shall be joint and several. Guarantors further agree that supplier may proceed to collect all balances due directly against them without first making demand or instituting suit against the purchaser.
13. Purchaser and guarantors authorize the supplier to obtain credit reports concerning them. Supplier shall have this right to exercise from time to time as it sees fit so long as this cardlock agreement remains in effect or so long as any balances are owed to Supplier.
14. Purchaser promises to immediately notify Supplier in order to update any information provided on this application if it has changed or is no longer valid. Failure to do so is a breach of this Agreement.

I have made the above statements for the purpose of obtaining credit. I certify they are true and authorize you to make a credit investigation. Payment will be due in full within 30 days of invoice date. I agree to pay a late charge of 1 1/2 % per month (18% annually) or 50 cents minimum on any delinquent balances.

Not withstanding that this account is established in the name of a company, I personally guarantee payment of the account.

All purchases made on this account will be for commercial use.

Signed _____
Printed Name _____
Date _____

Legal Spouse Signature _____

**PACIFIC PRIDE FUEL CARD ORDER FORM (FOR MORE CARDS, ATTACH LIST)**
___CANADA: INTERNATIONAL CARD
PLEASE COMPLETE CARD INFORMATION AND CHECK THE PRODUCTS THE CARD IS AUTHORIZED TO PURCHASE.

UNIT DESCRIPTION    PIN    DIESEL    UNLEADED    MID-GRADE    PREMIUM    OFF ROAD

A-102

**Defendant Exhibit 19**

DEPOSITION EXHIBIT

```
INTERNAL REVENUE SERVICE              Department of the Treasury

District Director                     P.O. Box 2488
                                      Pittsburgh, Pa  15230


                                      Person to Contact:  Daniel Drapcho
J. J. POWELL, INC.
D/B/A: SAME                           Telephone Number:  (412) 644-5130
P.O. BOX 30  PRESQUEISLE STREET
PHILIPSBURG    , PA       16866       Refer Reply to:  E:1304:DD

                                      Date:    December 7, 1994
```

### LETTER OF REGISTRATION

Dear Registrant:

Your Form 637, Application for Registration (For Certain Excise Tax Transactions), has been approved pursuant to Internal Revenue Code section 4101. Your registration number is UV-25-95-00045 effective as of the date of this letter. Your company is registered as an Ultimate Vendor of Diesel Fuel. This allows your company to claim a credit or refund of the Federal Excise Tax on your sale of "undyed" diesel fuel for use on a farm for farming purposes and/or for exclusive use by a state or local government.

A certificate from a farmer, or state or local government must be obtained and must be renewed every 12 months. A sample certificate is included.

To obtain a refund or credit you can file either Form 843, Claim for Refund and Request for Abatement, Form 4136, Credit for Federal Tax Paid on Fuels, or as an adjustment on Form 720, Quarterly Federal Excise Tax Return. See the appropriate instructions for filing each of these forms. The specific information to be submitted with each request for a refund or credit is shown on the enclosed, Specific Information to be Included in an Ultimate Vendor Claim. A claim on Form 843 can be filed for any period of seven days or more for which a refund of at least $200 is due. A new claim Form 8349, Claim for Refund of Excise Taxes, is to be published in early 1994 and should be used in place of Form 843 when available.

Your company may be subject to a penalty if you know or have reason to know that your sale of "dyed" fuel will not be used for a non-taxable purpose. The amount of the potential penalty is the greater of $1,000 or $10 for each gallon of "dyed" fuel involved.

If you have any questions, please contact the person whose name and telephone number appear above.

                                      Sincerely yours,

                                      *Daniel M. Drapcho* A.G.M.

                                      for Deborah S. Decker,
                                          District Director

**Defendant Exhibit 20**



Enclosures:
  Certificate of Farmer or State or Local Governmental Unit
  Specific Information to be Included in an Ultimate Vendor Claim

A-103

Internal Revenue Service
637 Compliance Group
One Lefrak City Plaza
Corona, NY  11368

Department of the Treasury

Person to Contact: H. Battle

Date: December 07, 2011

Badge Number: 00-0253705

J.J. Powell, Inc.
109 W. Presqueisle Street
Philipsburg, PA  16866-0030

Contact Telephone Number: 718-760-6100

Registration Number: 2011-004462-UV

## Notification of Change in Registration Number

Dear Taxpayer:

Your previous registration number(s), **_UV-25-95-00045_** was issued to conduct tax-free transactions under Chapter 31, 32, or 38 of the Internal Revenue Code, is/are no longer valid and has/have been reissued due to a change in the Internal Revenue Service numbering system. Your new national registration number is shown above and is effective as of the date of this letter.

The "UV" suffix in your registration number signifies an ultimate vendor that sells (a) undyed diesel fuel or undyed kerosene to a state or local government for its exclusive use, or (b) gasoline (including aviation gasoline) to a state or local government for its exclusive use or to a nonprofit educational organization for its exclusive use.

In order to retain this registration number, there are various requirements that must be met. Please refer to the enclosed Terms and Conditions of Registration.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

*Jacqueline Monbeck*

Jacqueline Monbeck for
Holly L. McCann
Chief, Excise Tax Program

Enclosures:
Terms and Conditions of Registration
/hb

A-104

## TERMS AND CONDITIONS OF REGISTRATION
## UNDER IRC SECTION 4101

### AFFIRMATIVE DUTIES:

Each registrant must:

1) Make deposits, file returns, and pay taxes required by the Internal Revenue Code and the regulations;

2) Keep records sufficient to show the registrant's tax liability under sections 4041(a)(1) and 4081 and payments or deposits of such liability;

3) Make all information reports required under section 4101(d);

4) Make available for inspection on demand by the Internal Revenue Service during normal business hours records relevant to a determination of tax liability under sections 4041(a)(1) and 4081; and

5) Notify the IRS office in which you are registered of any change (such as a change in ownership) in the information the registrant submitted in connection with its application for registration, or previously submitted under this paragraph (h)(1)(v), within 10 days after the change occurs.

### PROHIBITED ACTIONS:

A registrant may not:

1) Sell, lease or otherwise allow another person to use its registration;

2) Make any false statement to the Area Director in connection with a submission under paragraph (h)(1) or (h)(3) of this section;

3) Make any false statement on, or violate the terms of, any certificate given to another person to support an exemption from, or a reduced rate of, the tax imposed by section 4081; or

4) In the case of an ultimate vendor (blocked pump), deliver kerosene (or allow kerosene to be delivered) into the fuel supply tank of a diesel-powered highway vehicle or diesel-powered train from a blocked pump.

### ADDITIONAL TERMS AND CONDITIONS FOR TERMINAL OPERATORS

1) *Notice required with respect to dyed diesel fuel and dyed kerosene.* —A legible and conspicuous notice stating *"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"* must be provided by each terminal operator to any person that receives dyed diesel fuel at a terminal rack of that operator. A legible and conspicuous notice stating *"DYED KEROSENE, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"* must be provided by each terminal operator to any person that receives dyed kerosene at a

```
J. C. Powell Fuel Management          01- 10496              *** INVOICE #010496-0921201 ***  07/31/09   Page  1
P.O. BOX 30
PHILIPSBURG, PA  16866                                       Terms: NET 30 DAYS              due 08/30/09


                                                             Balance                                  11,064.39
814 342-3190                                                 Discount (if paid by  8/13/09)
                                                                      2,563.45 /gals. @ .05000          128.15
                                                             Balance if Discount earned                10,936.24
BELLEFONTE BOROUGH
236 W LAMB STREET
BELLEFONTE, PA  16823
```

| Card# | Name | Location of Purchase | Date | Time | ODOM | MPG | Product | | | Quantity | Discount | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2171446-1 | POL-89 CHEVY DOG TK | | | | 19765 Opening Odometer | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/14/09 | 9:58 | 19914 | 8.28 | NO LEAD | GAL | No Tax | 18.00 | D | 2.09400 | 37.69 |
| | | | Misc: | 3498 | | | | | | | | | |
| | Card Totals | 149 miles /  18.00 gals. = 8.28 MPG | | | | | | | | 18.00 | | | 37.69 |
| 2171447-1 | POL-99 FORD CRIME CR | | | | 33410 Opening Odometer | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/03/09 | 12:40 | 33656 | 20.07 | NO LEAD | GAL | No Tax | 12.26 | D | 2.17400 | 26.65 |
| | | | Misc: | 3412 | | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/10/09 | 7:28 | 33869 | 17.22 | NO LEAD | GAL | No Tax | 12.37 | D | 2.13400 | 26.40 |
| | | | Misc: | 3412 | | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/16/09 | 9:54 | 34071 | 18.76 | NO LEAD | GAL | No Tax | 10.77 | D | 2.09400 | 22.55 |
| | | | Misc: | 3400 | | | | | | | | | |
| | Card Totals | 661 miles /  35.40 gals. = 18.67 MPG | | | | | | | | 35.40 | | | 75.60 |
| 2171448-1 | POL-99 FORD | | | | 116772 Opening Odometer | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/21/09 | 13:36 | 116981 | 13.95 | NO LEAD | GAL | No Tax | 14.98 | D | 2.03400 | 30.47 |
| | | | Misc: | 2787 | | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/30/09 | 10:42 | 117111 | 11.94 | NO LEAD | GAL | No Tax | 10.89 | D | 2.09400 | 22.80 |
| | | | Misc: | 2787 | | | | | | | | | |
| | Card Totals | 339 miles /  25.87 gals. = 13.10 MPG | | | | | | | | 25.87 | | | 53.27 |
| 2171450-1 | POL-99 FORD EXPL 4X4 | | | | 84733 Opening Odometer | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/29/09 | 10:32 | 84888 | 7.38 | NO LEAD | GAL | No Tax | 20.99 | D | 2.09400 | 43.95 |
| | | | Misc: | 3412 | | | | | | | | | |
| | Card Totals | 155 miles /  20.99 gals. = 7.38 MPG | | | | | | | | 20.99 | | | 43.95 |
| 2171452-1 | WATER-89 CHEVY #14 | | | | 100944 Opening Odometer | | | | | | | | |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/02/09 | 11:01 | 101099 | 9.12 | NO LEAD | GAL | No Tax | 17.00 | D | 2.17400 | 36.96 |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/20/09 | 10:30 | 101269 | 9.04 | NO LEAD | GAL | No Tax | 18.81 | D | 2.09400 | 39.39 |
| | | AMQ-422 West Linn Street, Bellefonte, PA | 07/28/09 | 13:15 | 101434 | 8.05 | NO LEAD | GAL | No Tax | 20.49 | D | 2.03400 | 41.68 |
| | Card Totals | 490 miles /  56.30 gals. = 8.70 MPG | | | | | | | | 56.30 | | | 118.03 |

JJPowell
P.O. Box 30
Philipsburg, PA 16866
814-342-3190 • 800-432-0866

Defendant Exhibit 21

www.jjpowell.com


DEPOSITION EXHIBIT
Powell 7
12-10-14

An Independent franchisee of
PACIFIC PRIDE

A-106

PLT003855

```
J. J. Powell Fuel Management                    1-10496    STATEMENT OF ACCOUNT as of 08/31/09
P.O. BOX 30
PHILIPSBURG, PA  16866                                 Make Check Payable to:
                                                           J. J. Powell Fuel Management

                                                       Balance                         5,283.82
814 342-3190                                           Discount (if paid by  9/11/09)
                                                          2,390.53/gals. @ .05000        119.54
                                                       Balance if discount earned      5,164.28

BELLEFONTE BOROUGH
236 W LAMB STREET                                      TERMS: NET 30 DAYS    Balance due by 9/30/09
BELLEFONTE, PA  16823                         BELLEFONTE BOROUGH

                                              R E M I T T A N C E Amount enclosed: $
                                                   Detach Here
```

| Date | Reference | Due Date | Charges | Credits | Balance |
|------|-----------|----------|---------|---------|---------|

```
PROMPT PAY VOLUME DISCOUNT SCHEDULE
    100 TO      299 gallons =  .02000 $ per gallon
    300 TO      499 gallons =  .02500 $ per gallon
    500 TO      999 gallons =  .03000 $ per gallon
  1,000 TO    1,999 gallons =  .04000 $ per gallon
  2,000 AND OVER   gallons =   .05000 $ per gallon

  Balance                                                                          5,283.82
  Discount (if paid by 9/11/09)   2,390.53 /gals. @ .05000                            119.54
  Balance if Discount earned                                                       5,164.28

NOTE: A late charge of 18.000% ANNUAL PERCENTAGE RATE
is charged on balances after 30 days. You may be held
responsible for legal fees and court costs if legal
action is required for collection.
```

| 1-10496 BELLEFONTE BOROUGH | | | | Beginning Balance | Charges | Credits | Ending Balance |
|---|---|---|---|---|---|---|---|
| Aging Summary | | | | | | | |
| 0 - 30 | 31 - 60 | 61 - 90 | 91 & Over | 11,064.39 | 5,283.82 | 11,064.39CR | 5,283.82 |
| 5,283.82 | | | | | | | |

JJPowell
P.O. Box 30
Phillipsburg, PA 16866
814-342-3190 • 800-432-0866

www.jjpowell.com

An Independent franchisee of
PACIFIC PRIDE

A-107

PLT003866