# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Alpha Fire Department

Address of governmental unit: 400 W. Beaver Ave. State College, PA 16801

Employer Identification Number: _____

Signature: _____    Date Signed: 7/27/2010
(Must be authorized to sign this form.)

Title: Fire Director    Phone Number: 814-237-4127

Defendant Exhibit 22

A-108

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: *Bald Eagle Fire Co*

Address of governmental unit: *13389 S Eagle Valley Rd* *Tyrone Pa*

Employer Identification Number: ▓▓▓▓▓▓▓▓▓

Signature: *Vicki K Bell*    Date Signed: 8-16-10
   (Must be authorized to sign this form.)

Title: *Treasurer*    Phone Number: 814-684-4934

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-10_
and ending (date) _4-1-14_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Bald Eagle Fire Co_

Address of governmental unit: _1 3389 S. Eagle Vly Rd Tyrone PA_

_Federal ID #_
Employer Identification Number: _____

Signature: _Terry Chronister_      Date Signed: _3/14/11_
(Must be authorized to sign this form.)

Title: _Treasurer_      Phone Number: _814-684-1577_



Aug. 22. 2011  2:14PM   Aomin 1st Floor                No. 3088   P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
### STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or,)

    ✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: *Bellefonte Area School Dist*

Address of governmental unit: *318 N. Allegheny St Bellefonte PA*

Employer Identification Number: [redacted]

Signature: *Kenith Bower*       Date Signed: *8/22/11*
(Must be authorized to sign this form.)

Title: _____       Phone Number: _____

A-111



Aug. 6. 2010 10:04AM    Boro of Bellefonte                                    No. 2565    P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____    **BELLEFONTE BORO**
                                 **236 WEST LAMB ST**

Address of governmental unit: _____    **BELLEFONTE PA 16823-0000**

Employer Identification Number: _____

Signature: _____    Date Signed: 8/6/15
   (Must be authorized to sign this form.)

Title: ASSISTANT BOROUGH MGR    Phone Number: 814 355 1501

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: **Benner Township**

Address of governmental unit: **1224 Buffalo Run Rd. Bellefonte PA 1682**

Employer Identification Number: ▓▓▓▓▓▓

Signature: *Sharon Roy*
    (Must be authorized to sign this form.)

Date Signed: **7|26|10**

Title: **Sec/Treas.**    Phone Number: **(814) 355-1419**

JUL-26-2010 MON 12:23 PM Boggs Township PA          FAX NO. 8143553064          P. 03

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    All orders placed by the Purchaser for a period beginning (date) 05-29-07 and ending (date) 5-29-10 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: Boggs Township

Address of governmental unit: 1270 Runville Rd Bellefonte Pa

Employer Identification Number: ▓▓▓▓▓▓▓▓▓

Signature: *James L. Strunk*      Date Signed: 07-26-2010
(Must be authorized to sign this form.)

Title: SECRETARY/TREASURER    Phone Number: 814-355-3301

A-114

JUL-26-2010 MON 12:23 PM Boggs Township PA          FAX NO. 8143553064          P. 02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

√ All orders placed by the Purchaser for a period beginning (date) *05-29-10* and ending (date) *5-29-13* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:      BOGGS TOWNSHIP
    1270 RUNVILLE ROAD
    BELLEFONTE PA 16823-0000

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *James L. Strunk*
(must be authorized to sign this form.)          Date Signed: *07-26-2010*

Title: *SECRETARY/TREASURER*  Phone Number: *814-355-3301*

A-115

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

  ✓   All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: *Boggs Township (Clfd Cnty)*

Address of governmental unit: *PO Box 109 West Decatur, PA 16878*

Employer Identification Number: _____

Signature: *Denise Lot*        Date Signed: *7-27-10*
(Must be authorized to sign this form.)

Title: *Sec-Treas*        Phone Number: *814-342-5243*

JUL-26-2010 15:00 From:Bradford Township    8148575480    To:3426483    Page:1/1

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____ BRADFORD TOWNSHIP
2299 BARRETT RD, SUITE B
Address of governmental unit: _____ WOODLAND PA 16881-0000

Employer Identification Number: _____

Signature *Linda M Wooster*
(below be authorized to sign this form.)
Date Signed: 7/26/10

Title: *Sec/Treas.*    Phone Number: 814-857-7283

A-117

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____  CENTRAL PA INSTITUTE OF SCIENC
540 N HARRISON ROAD
PLEASANT GAP PA 16823-

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____   Date Signed: 7/26/10
(Must be authorized to sign this form.)

Title: Business Manager   Phone Number: 814-359-2793

08-06-2010  02:54PM  FROM-CATA          +8142387643          T-826  P.002    F-903

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _5-29-10_ and ending (date) _5-29-13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:     CENTRE AREA TRANSPORT AUTHORIT
                             2081 W. WHITEHALL ROAD
                             STATE COLLEGE PA 16801-0000

Address of governmental unit: \_\_\_\_\_

Employer Identification Number: \_\_\_\_\_

Signature: *Rebecca J. Kellogg*      Date Signed: 8/6/10
         (Must be authorized to sign this form.)

Title: Bookkeeper      Phone Number: (814) 238-2282

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

  ✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: CENTRE COUNTY LIBRARY
203 N. ALLEGHANY ST
Address of governmental unit: BELLEFONTE PA 16823-0000

Employer Identification Number: _____

Signature: *Lisa R Erl*     Date Signed: 8/2/10
(Must be authorized to sign this form.)

Title: Executive Director     Phone Number: 814 355 1516

08/10/2010  14:48    18143642821                    CENTRE HALL BOROUGH                    PAGE  01/02

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or)

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please t    **CENTRE HALL BORO**
            **P O BOX 54**
            **CENTRE HALL PA 16828-0000**

Name of governmental unit:

Address of governmental unit:

Employer Identification Number:

Signature: *Beth Ann Chianis*    Date Signed: 8/10/10
(Must be authorized to sign this form)

Title: *Borough Secretary/Treasurer* Phone Number: 814-364-1772

A-121

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

_____ All orders placed by the Purchaser for a period beginning (date) 9/27/10 and ending (date) 9/26/13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Centre Hall Fire

Address of governmental unit: P.O. Box 470 Centre Hall Pa

Employer Identification Number:

Signature: Jackie Matthews
(Must be authorized to sign this form.)
    Date Signed: 9/27/10

Title:     Phone Number:

A-122

FROM : CHPWWTP          PHONE NO. : 814 354 2712          May. 29 2007 10:38PM P2

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) 9/30/06 and ending (date) 9/30/19 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit:      CENTRE HALL POTTER SEWER AUTH
    2940 PENNS VALLEY RD

Address of governmental unit:      CENTRE HALL PA 16828-

Employer Identification Number:

Signature: _Harl R Hale_      Date Signed: 5/23/07
(Must be authorized to sign this form.)

Title: PLANT MANAGER      Phone Number: 814 355-2109

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please    CENTRE HALL POTTER SEWER AUTH
           2940 PENNS VALLEY RD
           CENTRE HALL PA 16828-

Name of governmental unit: _____    _____

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _Nona M Tohlka_ Date Signed: 7/27/10
       (Must be authorized to sign this form.)

Title: _____    Phone Number: _____

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

_____ All orders placed by the Purchaser for a period beginning (date) _7/10/07_
and ending (date) _7/05/10_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Chester Hill Boro

Address of governmental unit: 920 Walton St., Philipsburg, PA 16866

Employer Identification Number:

Signature: Shaun L. Beale      Date Signed: 7/10/07
(Must be authorized to sign this form.)

Title: TREASURER      Phone Number: 814-342-0420

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that;
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or);

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13    (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:          CHESTER HILL BORO
                                     920 WALTON STREET
Address of governmental unit:        PHILIPSBURG PA 16866-0000

Employer Identification Number: _____

Signature: _Loretta M. Reed_                    Date Signed: 7/26/10
(Must be authorized to sign this form.)

Title: Secretary/Treasurer    Phone Number: 814-342-0420

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
and ending (date) _4-1-11_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____    CHESTER HILL FIRE CO.
                                      302 WALTON STREET
Address of governmental unit: _____  PHILIPSBURG PA 16866-0000

Employer Identification Number: _____

Signature: _____   Date Signed: _7-13-11_
(Must be authorized to sign this form.)

Title: _President_    Phone Number: _814-342-2222_

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
(a) Purchaser is a state or local government , and that,
(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) ___4-1-11___ and ending (date) ___4-1-13___ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: ___   CHESTER HILL FIRE CO.
302 WALTON STREET
PHILIPSBURG PA 16866-0000

Address of governmental unit: ___

Employer Identification Number: ___

Signature: _____    Date Signed: 7/13/11
(Must be authorized to sign this form.)

Title: President    Phone Number: 814-342-2222

A-128

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___/___ All orders placed by the Purchaser for a period beginning (date) _4 – 1 -05_ and ending (date) _4-1-08_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____  CITIZENS HOOK & LADDER
                                    PO BOX 588
                                    MILESBURG PA 16853-

Address of governmental unit: _____

Employer Identification Number: ████████      Void after 4/30/2013

Signature: _Karin K___  (Must be authorized to sign this form.)     Date Signed: _7/27/10_

Title: _Financial Trustee_  Phone Number: _814-574-6302_

Jul. 27. 2010 12:41PM    CITIZEN'S HOOK & LADDER FIRE CO.    No. 2958    P. 3/3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: *Citizens Hook & Ladder*

Address of governmental unit: *PO Box 568, Milesburg Pa*

Employer Identification Number: ▓▓▓▓▓▓▓   Void after 4/30/2013

Signature: *Karin Kay*
(Must be authorized to sign this form.)

Date Signed: 7/27/10

Title: *Financial Trustee*    Phone Number: 814-574-6302

A-130

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-10 and ending (date) 4-1-14 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: Citizens Hook & Ladder

Address of governmental unit: PoBox 568, Milesburg Pa

Federal ID #
Employer Identification Number: ▓▓▓▓▓▓▓▓

Signature: Karen Knob
(Must be authorized to sign this form.)

Date Signed: 3/9/11

Title: Financial Secretary    Phone Number: 814-355-1130

A-131

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _05-29-10_ and ending (date) _5-29-13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____
CLARION COUNTY OFFICE OF EMERG
421 MADISON ROAD
CLARION PA 16214-

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _Betty Allen_
(Must be authorized to sign this form.)

Date Signed: _5/25/10_

Title: _Confidential Secretary_    Phone Number: _814-226-1631_

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Clearfield Boro_

Address of governmental unit: _3 A S. Front St Clearfield P_

Employer Identification Number: _____

Signature: _Marianne Heves_    Date Signed: _7/30/10_
(Must be authorized to sign this form.)

Title: _Secretary_      Phone Number: _814 - 765 - 7817_

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4 - 1 - 11_ and ending (date) _4 - 1 - 14_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:_____    CLEARFIELD BORO
                                14 SOUTH FRONT ST.
Address of governmental unit: __    CLEARFIELD PA 16830

Employer Identification Number: _____

Signature: *Marianne Hess*    Date Signed: _7/12/11_
       (Must be authorized to sign this form)

Title: _Borough Secretary_    Phone Number: _765 - 7817_

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__X__ All orders placed by the Purchaser for a period beginning (date) 7/20/10 and ending (date) 7/20/13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Clearfield Co Career Center

Address of governmental unit: 1620 River Road, Clearfield Pa 16830

Employer Identification Number: ███████████

Signature: Kathie Pearce (Must be authorized to sign this form.)    Date Signed: 7/20/10

Title: Business Manager    Phone Number: 814-765-5308

A-135

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) __4-1-11__ and ending (date) __4-1-14__ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ CLEARFIELD CO CAREER & TECH CN

1620 RIVER ROAD

Address of governmental unit: _____ CLEARFIELD PA 16830 -

Employer Identification Number: _____

Signature: *Kathie A. Reacey* _____ Date Signed: 07-11-11A08:15 0485
(Must be authorized to sign this form.)

Title: **Business Manager**    Phone Number: 8147655308

A-136

06-13-10,02:04PM;

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11*   (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: *Clfd Recreation + Tourism*

Address of governmental unit: *12 N. Front St Clearfield*

Employer Identification Number: ▬▬▬▬▬

Signature: _____ Date Signed: *8/13/10*
(Must be authorized to sign this form.)

Title: _____ Phone Number: _____

A-137

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) __5-29-10__ and ending (date) __5-29-13__ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please _____)

CLINTON CO SOLID WASTE AUTH
P O BOX 209
MCELHATTAN PA 17748-0000

Name of governmental unit: _____

Address of governmental unit. _____

Employer Identification Number: _____

Signature: *Main Guldwovi*                    Date Signed: __8/10/10__
    (Must be authorized to sign this form.)

Title: *Accountant*                    Phone Number: __570-769-6977__

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _01·01·09_
   and ending (date) _12-31-09_ (period not to exceed 12 calender quarters),
   will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _Columbia Fire Co # 1_

Address of governmental unit: _140 Curtin St. Osceola Mills PA 6666_

Employer Identification Number: _PA Tax #_ ▓▓▓▓▓▓

Signature: _Russell E Bird_     Date Signed: _2-2-09_
(Must be authorized to sign this form.)

Title: _President_     Phone Number: _339-6601_

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-10 and ending (date) 4-1-14 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Columbia Fire Co

Address of governmental unit: 140 Curtum St Osceola Mills Pa

Federal ID #
Employer Identification Number: ▮▮▮▮▮▮▮▮▮▮

Signature: Richard S Muckey          Date Signed: 03-10-11
(Must be authorized to sign this form.)

Title: President          Phone Number: 814-339-6601

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

  ✓  All orders placed by the Purchaser for a period beginning (date) *5 - 29 - 10*
     and ending (date) *5 - 29 - 13* (period not to exceed 12 calender quarters),
     will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____ COOPER TOWNSHIP ROAD DST.
          PO BOX 208
Address of governmental unit: _____ KYLERTOWN PA 16847-0000

Employer Identification Number: _____

Signature: *Kathy Roberts*       Date Signed: *7/26/10*
     (Must be authorized to sign this form.)

Title: *Sec/Treas.*       Phone Number: *814-345-6571*

Jul 27 10 09:50a    CKG Area Authority    814 263 4665    p.2

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government, and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _5-29-10_ and ending (date) _5-29-13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: ____ COVINGTONKARTHAUS AREA AUTHO
                                P O BOX 104
Address of governmental unit: ____ FRENCHVILLE PA 16836-

Employer Identification Number: ____

Signature: _Missy Meeker_                    Date Signed: _7-27-10_
           (Must be authorized to sign this form.)

Title: _Office Secretary_    Phone Number: _814-263-4150_

08/02/2010  21:23     8142634970                    COVINGTON TOWNSHIP                          PAGE  01

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _5-29-10_
and ending (date) _5-29-13_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____   COVINGTON TOWNSHIP
                                      88 DEER HAVEN ROAD
Address of governmental unit: ____   FRENCHVILLE PA 16836-0000   _____

Employer Identification Number: _____

Signature: _Ann M. Butler_   Date Signed: _08-02-2010_
           (Must be authorized to sign this form.)

Title _Secretary Treasurer_  Phone Number: _(814) 263-4970_

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: Curwensville Lake Auth.

Address of governmental unit: PO Box 87 Curwensville, PA 16833

Employer Identification Number: _____

Signature: _Kathy Lansberg_    Date Signed: 7/27/10
(Must be authorized to sign this form.)

Title: _____ Phone Number: _____

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ DECATUR TOWNSHIP
575 FAIRVIEW ROAD
OSCEOLA MILLS PA 1666 0000

Address of governmental unit: __

Employer Identification Number: _____

Signature: _____  Date Signed: 8/10/2010
(Must be authorized to sign this form.)

Title: Secretary/Treasurer   Phone Number: (814) 339-6772

A-145

JUL. 27. 2010  3:40PM    614-238-3454                    NO. 2738  P. 3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government, and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _Ferguson  Township_

Address of governmental unit: _3147  Research  dr  St College Pa_

Employer Identification Number: ▓▓▓▓▓▓

Signature: _Mark A Kunkle_    Date Signed: _7/28/10_
(Must be authorized to sign this form.)

Title: _Manager_    Phone Number: (_814_) _238-4651_

A-146

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4|10|06 and ending (date) 4|10|09 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ GREGG TWP FIRE CO
BOX 82
Address of governmental unit: _____ SPRING MILLS PA 16875-0000

Employer Identification Number: _____

Signature: _____  Date Signed: 5-29-07
(Must be authorized to sign this form.)

Title: TREASURER    Phone Number: 814-422-8131

A-147

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:      GREGG TWP FIRE CO
                                  BOX 82
Address of governmental unit:    SPRING MILLS PA 16875-0000

Employer Identification Number:

Signature (Must be authorized to sign this form.)          Date Signed: 7-27-10

Title: TREASURER          Phone Number: 814-422-8131

*Please forward to the correct department*

**Federal Excise Tax**
**Exemption Certification**
(For use by States and Local Governments (Section 4221(a) (4) of the Internal Revenue Service)

Date: 12-11-2009

I hereby certify that I am a Twp. Acting Manager of Halfmin. Twp. ;
                         (Title of Officer)        (State or Local Government)

that I am authorized to execute this certificate; and that

*(Check applicable type of certificate)*
☐ The article or articles specified in the accompanying order, or on the reverse side hereof, (or)

☑ All orders placed by the purchaser for the period commencing  1-1-2010                a
   ending  12-31-2013          (period not to exceed 12 calendar quarters),

are, or will be, purchased from J.J. Powell Fuel Management for the exclusive use of the
                              (Name of Manufacturer)

Halfmoon Township          of the  Local Govt. (political Subdivision of
(Governmental Unit)              (State or Local Government)  the Commonwealth of PA)

I understand that the exemption from tax in the case of sales of articles under this exemption certificate to a State, etc.,
is limited to the sale of articles purchased for its exclusive use. I understand that fraudulent use of this certificate for
the purpose of securing this exemption will subject me and all parties making such fraudulent use of this certificate to
all applicable criminal penalties under the Internal Revenue Code.

Karen J. Brown
Signature **
Karen J. Brown for Halfmoon Twp.
Printed Name
100 Municipal Lane, Port Matilda PA 16870
Address                                      City, State, Zip

ATFI 5600.35 (2-94)

A sale of an article to a State or Local Government for resale is not considered to be a sale for the "exclusive use" of
the State or Local Government, within the meaning of Section 4221 (a)(4) of the Code, and, therefore, such sales may
not be made tax-free. Such sales may not be made tax-free even if the resales are made to government employees, or
the article is an item of equipment the employee is required to possess in carrying out his duties.

** Must be executed and signed by an officer or employee authorized by the Sate or Local Government to execute and
sign the certificate.



AUG. 2. 2010  8:21AM    JJ POWELL PHILIPSBURG                    No.9135    P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____ **HALFMOON TOWNSHIP**
**100 MUNICIPAL LANE**
Address of governmental unit: _____ **PORT MATILDA PA 16870-0000**

Employer Identification Number: _____

Signature: _____ (Must be authorized to sign this form.)    Date Signed: 7/28/10

Title: Manager    Phone Number: 814-692-9800

A-150

FROM : A                          FAX NO. :                    Dec. 05 1999 09:45AM  P1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
     of Purchaser.
The Purchaser also certifies: (Please check one)

___ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

⟋ All orders placed by the Purchaser for a period beginning (date) *4-1-08*
and ending (date) *4-1-11* (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ HAWTHORN FIRE CO
                      BOX 125
                      HAWTHORN PA 16230-0000

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *Steve L Shirk*          Date Signed: *Aug 19, 10*
(Must be authorized to sign this form.)          Fire Co. 814-365-5770

Title: *Treasurer*          Phone Number: *814-365-5873*   Treas

A-151

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _01-01-09_ and ending (date) _12-31-09_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Hawthorn Fire Co._

Address of governmental unit: _P.O. Box 125 Hawthorn, PA. 16230_

Employer Identification Number: _____

Signature: _____    Date Signed: _6-19-09_
    (Must be authorized to sign this form.)

Title: _Treasurer_    Phone Number: _814-365-5458_

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that;
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

_____ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Hope Fire Company No 2_

Address of governmental unit: _400 N. Front St. / P.G. Box 400_

Employer Identification Number: �system blacked out

Signature: _(signature)_  Date Signed: _08-16-10_
(Must be authorized to sign this form.)

Title: _Chief_                    Phone Number: _814-342-4900_

A-153

AUG-25-2010 WED 10:37 AM INSURANCE OFFICE INC.    FAX NO. 814 625 2053    P. 02

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

(a) Purchaser is a state or local government , and that,

(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: HOWARD FIRE COMPANY
P O BOX 276
Address of governmental unit: HOWARD PA 16841-0000

Employer Identification Number:

Signature: Tammy S. Coakley    Date Signed: 8-24-10
(Must be authorized to sign this form.)

Title: Financial Sec.    Phone Number: 814-625-2488

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit:      HOWARD TOWNSHIP
                                151 TOWNSHIIP BLDG RD

Address of governmental unit: _____ HOWARD PA 16841-0000

Employer Identification Number: _____

Signature: *Sheila Yoder*
    (Must be authorized to sign this form.)      Date Signed: _____

Title: *Sec-Treas.*      Phone Number: 814-625-2811

A-155

g 09 10 09:42a    Karthaus Township    814-263-7122    p.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) _5 - 29 - 10_ and ending (date) _5 - 29 - 13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: **KARTHAUS TOWNSHIP**
**357 MARKET ST**
Address of governmental unit: ___ **KARTHAUS PA 16845-0000**

Employer Identification Number: _____

Signature: _Rachel M Mh_    Date Signed: _8/9/2010_
(Must be authorized to sign this form.)

Title: _Secretary/Treasurer_    Phone Number: _814-263-4419_

A-156

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

\_✓\_ All orders placed by the Purchaser for a period beginning (date) \_11\_1\_1\_06\_ and ending (date) \_11\_1\_09\_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____    LAWRENCE TOWNSHIP
P.O. BOX 508
CLEARFIELD PA 16830

Address of governmental unit: \_\_\_\_ ▓▓▓▓▓

Employer Identification Number: _____

Signature: *Barbara Schaffner*    Date Signed: 5/29/2007
(Must be authorized to sign this form.)

Title: Adm. Secretary    Phone Number: 814-765-7551

A-157

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____    LAWRENCE TOWNSHIP
P.O. BOX 508
CLEARFIELD PA 16830

Address of governmental unit: _____ [redacted]

Employer Identification Number: _____

Signature: *Barbara Schaffer*    Date Signed: 7/26/2010
(must be authorized to sign this form)

Title: Secretary    Phone Number: 814-765-4551

A-158

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: **Logan Fire Co.**

Address of governmental unit: **PO Box 216 Bellefonte, PA 16823**

Employer Identification Number: ▓▓▓▓▓▓▓

Signature: _Carl K Lap_      Date Signed: _7/27/2010_
(Must be authorized to sign this form.)

Title: _Treasurer_      Phone Number: _814-355-3100_

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____ MARION TOWNSHIP
4337 JACKSONVILLE ROAD
HOWARD PA 16841-

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *Ethe Talih*     Date Signed: 7/27/2010
(Must be authorized to sign this form.)

Title: Secretary/Treasurer     Phone Number: 814-625-2061

A-160

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or,)

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____ MILESBURG BOROUGH
    P O BOX 518
    MILESBURG PA 16853-

Address of governmental unit: _____ ▓▓▓▓▓▓

Employer Identification Number: _____

Signature: *Paula A. Hall*    Date Signed: 7-24-10
(Must be authorized to sign this form.)

Title: Sec-Treas    Phone Number: (814) 355-3583

A-161

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *5 - 29 - 10*
and ending (date) *5 - 29 - 13* (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____    MORRIS COOPER POLICE DEPT
                                       P.O. BOX 186
Address of governmental unit: _____    ALLPORT PA 16821-

Employer Identification Number: _____

Signature: *Bonnie K Williams*    Date Signed: *7-27-10*
          (Must be authorized to sign this form.)

Title: *Sec - Treas*    Phone Number: *342-5621*

A-162