# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ MORRIS TWP ROAD DIST
1189 OAKGROVE ROAD

Address of governmental unit: _____ MORRISDALE PA 16858- ▮▮▮▮ _____

Employer Identification Number: _____

Signature: Gladys A Strum   Date Signed: 8-5-10
(Must be authorized to sign this form.)

Title: _____   Phone Number: _____

**Defendant Exhibit**
22 (Part 2)

 1 28 10 11:23a    Mountaim Top Fire Co        8143425014                p.1

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

   (a) Purchaser is a state or local government, and that,

   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) _05-29-10_ and ending (date) _5-29-13_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____   MOUNTAIN TOP FIRE CO
                                       P O BOX 50
                                       SANDY RIDGE PA 16677-0000

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _Robbie Corrigan_        Date Signed: _7/26/10_
          (Must be authorized to sign this form.)

Title: _President_        Phone Number: _814-342-5014_

08/05/2010  19:00    8143397930              OSCEOLABORO                    PAGE  02/02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

**FAXED**   Time: 6:22  Date: 8/5

The undersigned purchaser ("Purchaser") hereby certifies that:

(a) Purchaser is a state or local government, and that,

(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

☐ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: OSCEOLA MILLS BOROUGH
PO BOX 85

Address of governmental unit: OSCEOLA MILLS PA 16666-0000

Employer Identification Number: 

Signature: _Janul L Miles_    Date Signed: Aug. 5, 2010
(Must be authorized to sign this form.)

Title: _Sec'y Kreas_    Phone Number: 814-339-7412

A-165

 1 30 10 09:02a    Patton Township          8142387790          P.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

 ✓  All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead *to fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: *Patton Township*

Address of governmental unit: *100 Patton Plaza State College, PA 16803*

Employer Identification Number: ▓▓▓▓▓▓▓

Signature: *Susan E. Urbania* Date Signed: *7/30/10*
(Must be authorized to sign the form.)

Title: *accountant* Phone Number: *814-234-0271*

*FAX-814-342-6473*

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    _____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    __✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Pa State Correctionils Inst_

Address of governmental unit: _BOX A Bellefonte Pa_

Employer Identification Number: _Tax Exempt_ # ▮▮▮▮▮▮

Signature: _Duane Beney, PA2_    Date Signed: _7-28-10_
   (Must be authorized to sign this form.)

Title: _Pur Agt 2_      Phone Number: _814-355-4874_

Jui. 30. 2010 10:22AM                                      No. 3146   P. 3

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

√ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
and ending (date) _4-1-11_     (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Penndot Maintenance District 2_

Address of governmental unit: _1000 East Bishop St. Bellefonte, PA 16823_

Employer Identification Number: ▓▓▓▓▓▓

Signature: _____     Date Signed: _7/30/10_
(Must be authorized to sign this form.)

Title: _____     Phone Number: _____

A-168

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or)

✓    All orders placed by the Purchaser for a period beginning (date) 4|1|05
    and ending (date) 4|1|08 _____ (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ PHILIPSBURG BORO
    4 N CENTRE ST - P O BOX 631
Address of governmental unit: ___ PHILIPSBURG PA 16866-0000

Employer Identification Number: _____

Signature: *John Kunde*    Date Signed: 5/31/07
(Must be authorized to sign this form.)

Title: Borough Manager    Phone Number: 814-342-3440

A-169

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: ____ PHILIPSBURG BORO
4 N CENTRE ST - P O BOX 631
Address of governmental unit: ____ PHILIPSBURG PA 16866-0000

Employer Identification Number: ____

Signature: Theresa A Sinker Date Signed: 7/26/10
(Must be authorized to sign this form.)

Title: Secretary    Phone Number: 342-3440

A-170



JUN-01-2007  08:06pm  FROM-MAINT                                    +814 342 5994    T-750  P.001/001  F-322

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
(a) Purchaser is a state or local government , and that,
(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4|1|06 and ending (date) 4|1|09 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____    P.O. AREA SCHOOL DIST
                                        200 SHORT STREET
                                        PHILIPSBURG PA 16866-0000

Address of governmental unit: ___

Employer Identification Number: _____

Signature: _____    Date Signed: 6/1/07
            (Must be authorized to sign this form.)

Title: *Facilities Director*    Phone Number: 814 342 5659

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) *5-29-10* and ending (date) *5-29-13* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____    P.O. AREA SCHOOL DIST
                              200 SHORT STREET

Address of governmental unit: _____    PHILIPSBURG PA 16866-0000

Employer Identification Number: _____

Signature: *Micheal Cat*      Date Signed: _7/28/2010_
         (Must be authorized to sign this form.)

Title: _____      Phone Number: _____

A-172

06/01/2007  07:37    8143594110                    PLEASANT GAP FIRE CO                PAGE  02

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 08/01/06 and ending (date) 08/01/09 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Pleasant Gap Fire Company

Address of governmental unit: 475 Robison Lane, Pleasant Gap, PA 1682

Employer Identification Number:

Signature: _____    (Must be authorized to sign this form.)    Date Signed: 5/30/07

Title: PRESIDENT    Phone Number: 814 - 359 - 2102

07/27/2010 13:57 FAX  5143594110        PLEASANT GAP FIRE CO                    ☎002/002

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓    All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit:      PLEASANT GAP FIRE CO.
                           475 ROBISON LANE

Address of governmental unit:      PLEASANT GAP PA 16823-

Employer Identification Number:

Signature: *Richard A. Meyer*    Date Signed: 07|27|2010
    (Must be authorized to sign for firm)

Title: PRESIDENT        Phone Number: 814-359-2102

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 2/1/07 and ending (date) 2/1/10 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: Port Matilda Borough

Address of governmental unit: P.O. Box 156, Port Matilda, PA 16870

Employer Identification Number: ▓▓▓▓▓▓▓

Signature: Rhonda Walters    Date Signed: 6/6/07
(Must be authorized to sign this form.)

Title: Secretary    Phone Number: 814 692-0092

A-175

07/27/2010  16:19    8146928235              PORT MATILDA BOROUGH            PAGE  02/02

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
- (a) Purchaser is a state or local government , and that,
- (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: PORT MATILDA BOROUGH
P.O. BOX 156

Address of governmental unit: PORT MATILDA PA 16870-

Employer Identification Number:

Signature: Laura Wagner    Date Signed: 7-27-2010
(Must be authorized to sign this form.)

Title: Secretary    Phone Number: 814-1092-0092

A-176

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

\_✓\_ All orders placed by the Purchaser for a period beginning (date) _05-29-07_ and ending (date) _5-29-10_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _Port Matilde Fire Co_

Address of governmental unit: _PO Box 472, Port Matilda Pa_

Employer Identification Number: _████████_

Signature: _Andrea Leonard_    Date Signed: _Treas_
(Must be authorized to sign this form.)

Title:          Phone Number:

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) 05-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: _____  PORT MATILDA FIRE COMPANY
P O BOX 472
PORT MATILDA PA 16870-

Address of governmental unit: _____

Employer Identification Number: _____

Signature: *Andrea Leonard*    Date Signed: *Tres*
(Must be authorized to sign this form.)

Title: _____    Phone Number: _____

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

\_\_\_\_\_ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 10 | 19 | 06 and ending (date) 1 | 19 | 09 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: \_\_\_\_ RED BANK TOWNSHIP CLARION CNTY
    P O BOX 47

Address of governmental unit: \_\_ FAIRMOUNT CITY PA 16224-

Employer Identification Number: _____

Signature: _____ Date Signed: 6-1-07
    (Must be authorized to sign this form.)

Title: Sec Treas      Phone Number: 814 275-4045

A-179

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
   (a) Purchaser is a state or local government , and that,
   (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information)

Name of governmental unit:  RED BANK TOWNSHIP CLARION CNTY
                            P O BOX 47
                            FAIRMOUNT CITY PA 16224-

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____    Date Signed: 8-2-10
(Must be authorized to sign this form.)

Title: Sec Treas        Phone Number: 814 275 4045

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
    of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__X__ All orders placed by the Purchaser for a period beginning (date) ___3/21/06___
and ending (date) ___3/21/09___ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment.*

---

(Please type or print the following information)

Name of governmental unit: ___Redbank Valley School District___

Address of governmental unit: ___920 Broad Street, New Bethlehem, PA  16242___

Employer Identification Number: ___[redacted]___

Signature: _____    Date Signed: ___3/21/06___
(Must be authorized to sign this form.)

Title: ___Business Manager___          Phone Number: ___814-275-2426___

A-181

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) _0 5 - 2 9 - 0 7_ and ending (date) _0 5 - 2 9 - 1 0_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _Red Bank Valley School Dist_

Address of governmental unit: _920 Broad St, New Bethlehem Pa_

Employer Identification Number: _____

Signature: _____   Date Signed: _7/29/20.0_
(Must be authorized to sign this form.)

Title: _____   Phone Number: _____

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _05-29-10_
    and ending (date) _5-29-13_ (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

---

(Please type or print the following information.)

| | |
|---|---|
| Name of governmental unit: | REDBANK VALLEY SCHOOL DIST<br>920 BROAD STREET<br>NEW BETHLEHEM PA 16242- |
| Address of governmental unit: | |
| Employer Identification Number: | |
| Signature: | Date Signed: 7/29/10 |
| (Must be authorized to sign this form.) | |
| Title: | Phone Number: |

A-183

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 4-1-08
and ending (date) 4-1-11    (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: Reliance Fire Co

Address of governmental unit: 317 N 3rd St Philipsburg PA

Employer Identification Number: ▓▓▓▓▓▓

Signature: _____    Date Signed: 7-22-11
(Must be authorized to sign this form.)

Title: Treasure / Deputy Chief Phone Number: 814-342-2710

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

  (a) Purchaser is a state or local government , and that,

  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties.  Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ RUSH TOWNSHIP
BOX 152
PHILIPSBURG PA 16866-0000

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____ (Must be authorized to sign this form.)    Date Signed: July 26, 2010

Title: Secretary-Treasurer    Phone Number: (814) 342-0514

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

___✓___ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10 and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _____ SEVEN MOUNTAINS EMS
523 DELL ST
Address of governmental unit: _____ BELLEFONTE PA 16823-

Employer Identification Number:

Signature: _____ (Must be authorized to sign this form.)    Date Signed: 7/2(/10

Title: Executive Director    Phone Number (814) 38-1474



Website:                www.jjpowell.com
Customer Service: cs@jjpowell.com
Information:           info@jjpowell.com
                       800-432-0866

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

__✓__ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*

(Please type or print the following information.)

Name of governmental unit: _Snow Shoe Borough_

Address of governmental unit: _P.O. Box 277 Snow Shoe PA 16874_

Employer Identification Number: _____

Signature: _____  Date Signed: _8-10-10_
(Must be authorized to sign this form.)

Title: _Sec/Treas_    Phone Number: _814-387-6833_

PO Box 30, Philipsburg, PA 16866    206 S. Potter St., Bellefonte, PA 16823    371 Hammermill Rd., Clearfield, PA 16830    PO Box 1, Lewistown, PA 17044
814-342-3190  814-342-6483 (fax)    814-355-4749    814-765-8730    717-248-3717

A-187



JUL-29-2010 09:42 From:SNYDER TWP    8146841048    To:8143426483    P.1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: SNYDER TOWNSHIP ~~RD #3 BOX 449~~ 108 Baughman Hollow Rd

Address of governmental unit: TYRONE PA 16686-0000

Employer Identification Number: 23-1608550

Signature: _____ (Must be authorized to sign this form.)    Date Signed: 7-26-10

Title: Chairman    Phone Number: 814-684-1048



JUL 29. 2010  2:49PM    JJ POWELL PHILIPSBURG                    No.9116   P. 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government, and that
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.
The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10
and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____   SPRING-BENNER WALKER JOINT AUT
                           170 IRISH HOLLOW ROAD
Address of governmental unit: _____  BELLEFONTE PA 16823-

Employer Identification Number: _____

Signature: _____   Date Signed: 7 - 27 - 10
    (Must be authorized to sign this form.)

Title: Executive Director  Phone Number: 814 - 355 - 4778

355 1599                5BWJA                              10:08:09 a.m.      07-27-2010           1 / 1

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____  SPRING-BENNER WALKER JOINT AUT
                     170 IRISH HOLLOW ROAD
Address of governmental unit: _____  BELLEFONTE PA 16823-

Employer Identification Number: _____

Signature: *N.W. Miller*  Date Signed: 7-27-10
    (Must be authorized to sign this form.)

Title: Executive Director  Phone Number: 814-355-4778

RECEIVED JUL 2 6 2010

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
       of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓    All orders placed by the Purchaser for a period beginning (date) 5-29-10
    and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
    will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit:      SPRING TOWNSHIP
                         1309 BLANCHARD ST
Address of governmental unit:     BELLEFONTE PA 16823-0000

Employer Identification Number: _____

Signature: _____      Date Signed: 7/26/10
      (Must be authorized to sign this form.)

Title: _____      Phone Number: _____

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or)

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_
      and ending (date) _4-1-11_ (period not to exceed 12 calender quarters),
      will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: *State College Area School dist*

Address of governmental unit: *131 West Nittany Ave St Colleg*

Employer Identification Number: ▮▮▮▮▮▮▮▮

Signature: _____  Date Signed: _8/5/10_
    (Must be authorized to sign this form.)

Title: _____    Phone Number: _____

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

(a) Purchaser is a state or local government , and that,

(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10 and ending (date) 5-29-13 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____ STATE COLLEGE BORO
243 SOUTH ALLEN ST
Address of governmental unit: _____ STATE COLLEGE PA 16804-0000

Employer Identification Number: _____

Signature: *Ernest C. Dalbrero*          Date Signed: 7/27/10
(Must be authorized to sign this form.)

Title: Purchasing Director      Phone Number: (814) 234-7114

A-193

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 01-01-09
and ending (date) 12-31-09 (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: Stone Creek Valley Vol. Fire Co

Address of governmental unit: 5470 mealway's fort Road
Petersburg PA 16669

Employer Identification Number: ▓▓▓▓▓▓▓

Signature: Patricia R Wilson     Date Signed: 6/18/09
(Must be authorized to sign this form.)

Title: Treasurer     Phone Number: 814-667-3706

A-194

07/28/10  WED 07:55 FAX 814 684 8408          TYRONE AREA SCHOOL DIST.          ☒001

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or)

✓ All orders placed by the Purchaser for a period beginning (date) _5 - 29 - 10_
and ending (date) _5 - 29 - 13_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____   TYRONE AREA SCHOOL DIST
                                      701 CLAY AVENUE
Address of governmental unit: ___     TYRONE PA 16686-0000  �_____

Employer Identification Number: _____

Signature: _C_____    Date Signed: 7/26/10
            (Must be authorized to sign this form.)

Title: __Business Administrator__ Phone Number: 814-684-0710

[2]

All orders placed by the Purchaser for a period beginning (date) _____ 4-1-08
and ending (date) 4 - 1 - 11 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

(Please type or print the following information.)

Name of governmental unit: _____   UNDINE FIRE COMPANY #2
                                      133 E BISHOP STREET
                                      BELLEFONTE PA 16823-0000

Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____        Date Signed: 7 /14 /11
           (Must be authorized to sign this form.)

Title: Chief          Phone Number: 814-574-6802

A-196

Jul. 25. 2011  3:01PM                                    No. 5987   P. 1

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government, and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

    ___ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

    ✓ All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment*.

(Please type or print the following information.)

Name of governmental unit: **Union Township**

Address of governmental unit: 125 Sycamore Ln.
Julian, PA 16844-9516

Employer Identification Number: ▓▓▓▓▓▓▓▓

Signature: *C. R. Dukes*
(must be authorized to sign this form.)

Date Signed: *7/25/11*

Title: *Secretary/Treas.*    Phone Number: *814-355-1540*

*Fax Back To  342-1483*

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

(a) Purchaser is a state or local government , and that,

(b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) _4-1-08_ and ending (date) _4-1-11_ (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: Walker Township Vol Fire Dept.

Address of governmental unit: PO Box 110 Mingoville, PA 16856

Employer Identification Number: ███████

Signature: _C Phil M ule_       Date Signed: 9/2/10
(Must be authorized to sign this form.)

Title: Treasurer       Phone Number: 814-383-7281

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government , and that
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____  The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓  All orders placed by the Purchaser for a period beginning (date) _4-1-08_
and ending (date) _4-1-11_ (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

(Please type or print the following information.)

Name of governmental unit: _Wallaceton Bogg Mun Auth_

Address of governmental unit: _P.o Box 97, West Decatur PA_

Employer Identification Number: ▓▓▓▓▓▓▓▓

Signature: _____  Date Signed: _7/24/10_
(Must be authorized to sign this form.)

Title: _Chairman_  Phone Number: _814-342-0725_

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:

    (a) Purchaser is a state or local government , and that,

    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) *4-1-08* and ending (date) *4-1-11* (period not to exceed 12 calender quarters), will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit: *Warriors Mash Water Auth*

Address of governmental unit: *Po Box 122 Warriors Mark Pa*

Employer Identification Number: ▓▓▓▓▓▓

Signature: *William Maskel*     Date Signed: *8-1-10*
   (Must be authorized to sign this form.) *Sec.*

Title:        Phone Number:

# INTERNAL REVENUE SERVICE
## EXEMPTION CERTIFICATE
## STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
    (a) Purchaser is a state or local government , and that,
    (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use* of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5-29-10
and ending (date) 5-29-13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will be prepared to establish by satisfactory evidence the purpose for which Purchaser used this product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or imprisonment.*

---

(Please type or print the following information.)

Name of governmental unit:     WILLIAMSPORT MUNICIPAL AIRPORT
                          700 AIRPORT ROAD   SUITE 204

Address of governmental unit: _____ MONTOURSVILLE PA 17754-0000

Employer Identification Number: ____/____

Signature: _____     Date Signed: 7/26/10
     (Must be authorized to sign this form.)
     THOMAS J. HART                  EXT
Title: EXECUTIVE DIRECTOR    Phone Number: 570-368-2444   203

# INTERNAL REVENUE SERVICE
# EXEMPTION CERTIFICATE
# STATE AND LOCAL GOVERNMMENTS

The undersigned purchaser ("Purchaser") hereby certifies that:
  (a) Purchaser is a state or local government, and that,
  (b) The taxable fuel to which this certificate relates is purchased for the *exclusive use*
      of Purchaser.

The Purchaser also certifies: (Please check one)

_____ The fuel specified in the accompanying order, or on the reverse side hereof, (or),

✓ All orders placed by the Purchaser for a period beginning (date) 5 - 29 - 10
and ending (date) 5 - 29 - 13 (period not to exceed 12 calender quarters),
will be for the *exclusive use* of the state or local government.

---

If this taxable fuel is used by Purchaser for a purpose other than as stated above, the
Purchaser understands that Purchaser may be subject to tax and penalties. Purchaser will
be prepared to establish by satisfactory evidence the purpose for which Purchaser used this
product purchased under this certification.

---

Purchaser understands that any fraudulent use of this certification to purchase any taxable
fuel free of tax will subject Purchaser to *penalties of perjury*, which may lead to *fine or
imprisonment*.

---

(Please type or print the following information.)

Name of governmental unit: _____ CENTRAL PA DIST LIBRARY
                                   203 N ALLEGHANY ST
                                   BELLEFONTE PA 16823-0000
Address of governmental unit: _____

Employer Identification Number: _____

Signature: _____                           Date Signed: _____
          (Must be authorized to sign this form.)

Title: _____                          Phone Number: _____

All Accounts should be
in Centre County Libraries
Name.