IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * *
J. J. Powell, Inc.                  *
                                    *
Plaintiff                           *
                                    *
           v.                       *        NO.   1:13-cv-00353-LJB
                                    *              Judge Lynn J. Bush
                                    *
UNITED STATES OF AMERICA            *
                                    *
Defendant                           *
                                    *
* * * * * * * * * * * * * * * * * * *
```

PLAINTIFF'S RESPONSE TO
DEFENDANT'S INTERROGATORIES – SET NO. 1

1.      J. J. Powell, Inc. is a petroleum distributor based in central Pennsylvania. Powell delivers gasoline and diesel fuel to customers in a variety of ways including large truck delivery, small truck delivery, and retail fueling islands. Most of the tax exempt transactions occur at fueling islands where there customer possesses a card issued by Powell. The customer turns on the fuel pump with the card and dispenses fuel into the vehicle. Most of the exempt customers are small municipalities, townships, and boroughs who have been long time customers of Powell. A list of exempt customers is included in the production of documents. People with knowledge of these facts include Keith Powell, Jeff Powell, Bob Hummel, Doug Goss, and Kathy Herman. They may be reached at the offices of J.J. Powell, Inc., 109 W. Presqueisle St., Philipsburg, PA 16866, phone 814-342-3190.

2.      Prices are determined by the market. A tax exempt customer's price for gasoline would be similar to a non exempt customer purchasing in a similar manner. The difference in the total amount of the invoice is the tax exempt customer doesn't pay the taxes from which they are exempt.

1

Defendant
Exhibit
23

3.    Prices are determined by the market. A tax exempt customer's price for diesel would similar to a non exempt customer purchasing in a similar manner. The difference in the total amount of the invoice is the tax exempt customer doesn't pay the taxes from which they are exempt.

4.    Powell is invoiced by suppliers for all taxes at the time of purchase. These facts are evidenced by invoices from suppliers in the production of documents. People with knowledge of these facts include Keith Powell, Bob Hummel, and Doug Goss.

5.    Powell is invoiced by suppliers for all taxes at the time of purchase. Powell then does not charge exempt customers the tax from which they are exempt.    These facts are evidenced by invoices from suppliers and the exempt sales customer invoices from Powell in the production of documents. People with knowledge of these facts include Keith Powell, Bob Hummel, and Doug Goss.

6.    The facts are set forth in Powell's claim for refund.  Powell paid taxes when none were due and the IRS is withholding refunds that are due to Powell.

7.    For any credit or refund claimed by Powell the exempt customer provided an exemption certificate to Powell. All exemption certificates are provided in the production of documents. People with knowledge of these facts include Keith Powell, Bob Hummel, and Doug Goss.

8.    Powell has refunded no excise tax in connection with the sale of gasoline or diesel fuel to exempt customers during the periods in question.

9.  Powell does not have audit authority and therefore has no knowledge of claims filed with the IRS by exempt customers. However, since none of the exempt customers were charged and/or paid any excise tax they would have no basis to file a refund claim.

10.  The exemption certificates were produced and the applicable Treasury Regulations were cited in Powell's Complaint. The exemption certificates speak for themselves.

11.  The Plaintiff has not determined which exhibits it will introduce at the trial but it may introduce any or all of the documents produced in response to Defendant's request. They will be introduced for the purpose of showing that Powell is due a refund of excise taxes.

12.  Kathy Herman manages the daily operations of Powell's retail fueling facilities. She knows who exempt customers are and pricing. Bob Hummel prepares the Forms 8849 and keeps all records related to tax exempt sales. Bob also maintains all fuel purchasing records. Doug Goss is Powell's accountant and is familiar with all aspects of the facts as they relate to this case. Keith Powell is the VP of Powell and is familiar with all aspects of the facts as they relate to this case.

Respectfully submitted,

Cloyd F. Van Hook
Guarisco & Cordes, LLC
601 Poydras Street, Ste 2355
New Orleans, LA 70130
Phone: (504) 587-7007
Fax: (504) 587-9067
Email: cloyd@gctaxlaw.com
Attorney for J. J. Powell, Inc.

Dated: May 15, 2014

3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * * *
J. J. Powell, Inc.                    *
                                      *
Plaintiff                             *
                                      *
          v.                          *      NO.   1:13-cv-00353-LJB
                                      *            Judge Lynn J. Bush
                                      *
UNITED STATES OF AMERICA              *
                                      *
Defendant                             *
                                      *
* * * * * * * * * * * * * * * * * * * *
```

PLAINTIFF'S RESPONSE TO
DEFENDANT'S INTERROGATORIES – SET NO. 2

13.     With respect to plaintiff's sale of gasoline and diesel fuel at cardlock fueling islands

during the periods in issue:

      a.       Non-taxable customers were not charged tax. These customers are flagged so that

we can sum total non-taxable gallons purchased by customer during the month.

      b.       Taxable customers are charged the tax and no further accounting is needed

because tax is prepaid.

      c.       Bob Hummel, Keith Powell, and Kathy Herman.

      d.        Documents already given. Invoices for fuel purchased and detailed transactions

show tax flags.

14.     Cardlock is a generic name for a commercial fueling island whereby commercial

customers energize fuel pumps by inserting a card and a PIN. Thousands of these sites exist

across the country. Some of the national names include Pacific Pride, CFN, and Fuelman.

Cardlock and fuel management are synonymous.

Defendant
Exhibit
24

1

    a.      Many persons at J.J. Powell, Inc., including but not limited to Bob Hummel, Keith Powell, and Kathy Herman.

    b.      Documents already provide, invoices being provided and card application being provided.

15.    With respect to cards issued:

    a.      Pacific Pride Cards were issued. JJ Powell Inc was the issuing entity. Commercial and governmental agencies received the cards. Terms are on the card application being provided.

    b.      1991-Present.

    c.      Many persons at J.J. Powell, Inc., including but not limited to Bob Hummel, Keith Powell, and Kathy Herman.

    d.      Card application, sales reports.

16.    Plaintiff does not contend that the price it charges for gasoline and diesel sold to customers for nontaxable purposes was determined by the market independently of the price charged for taxable purposes. The price charged for nontaxable purposes is the price charged for taxable purposes less any taxes the particular customer is exempt from. The market price for taxable purposes is addressed in Interrogatory Number 17.

17.    With respect to the market price for taxable fuel.

    a.      Plaintiff takes a market survey every Friday. Plaintiff objects to explaining how it uses the market survey to set its prices because that information is a trade secret. Plaintiff also objects because how it sets its prices is irrelevant since the price it pays when it purchases fuel includes federal excise taxes.

    b.      Kathy Kerman, Jeff Powell and Keith Powell.

    c.      Copies of market price surveys are being provided.

18.    As stated in the letter the base cost was $2.0635 on May 6, 2010. That price includes no

tax. Add the 14 cents yields a price of $2.2035. Attached is the State College Area School

District Bid form that states "The prices quoted herein are exclusive of federal excise tax…"

    a.    Plaintiff's bid form is provided.

    b.    Keith Powell.

19.    The federal excise tax is included in the price Plaintiff pays for fuel.  There is no need to

account for it.

    a.    Plaintiff owns some of the retail fueling items that its customers use.  Plaintiff

objects to identifying which ones it owns because it is not relevant.  Taxable customers were

charged tax, which was included in Plaintiff's cost of the fuel, at both Plaintiff owned and non-

owned retail fueling islands

    b.    Many persons at J.J. Powell, Inc., including but not limited to Bob Hummel,

Keith Powell, and Kathy Herman.

    c.    Invoices for fuel purchased by J. J. Powell, Inc. and invoices to customers.

20.    This has been addressed in other Interrogatories and Requests for Production of

Documents.

    a.    The overwhelming majority of nontaxable sales occur at J. J. Powell, Inc. owned

locations. Where sales occur at location not owned by Plaintiff, Plaintiff pays site owner for fuel

and taxes then sells fuel to exempt entity without tax.

    b.    Bob Hummel, Kathy Herman, Keith Powell

    c.    Customer Federal Excise Report

21.    With respect to why Plaintiff is not liable for the IRC section 6675 penalty:

     a.    Plaintiff had exemption certificates for tax exempt customers, paid federal excise taxes when fuel was purchased, did not charge federal excise taxes to tax exempt customers and requested legal refunds of federal excise taxes for fuels sold for nontaxable purposes on Forms 8849.

     b.    Bob Hummel, Keith Powell, and Kathy Herman.

     c.    All of the documents provided by Plaintiff.

22.    This was addressed in Interrogatory Number 13.


                           Respectfully submitted,


                           Cloyd F. Van Hook
                           Guarisco, Cordes & Lala, LLC
                           601 Poydras Street, Ste 2355
                           New Orleans, LA 70130
                           Phone: (504) 587-7007
                           Fax: (504) 587-9067
                           Email: cloyd@gctaxlaw.com
                           Attorney for J. J. Powell, Inc.


Dated:  August 29, 2014



**U.S. Department of Justice**

**Tax Division**

*Please reply to:*    *Court of Federal Claims Section*
*P.O. Box 26*
*Washington, D.C. 20044*
*Fax No. 202-514-9440*

*Trial Attorney :Jennifer Dover Spriggs*
*Attorney's Direct Line: 202-307-0840*
*Jennifer.D.Spriggs@usdoj.gov*

TWA:DAP:GRS:JDSpriggs
154-3043
CMN 201310878

AUG 1 2014

**Via E-mail (cloyd@gctaxlaw.com)**
**and First Class Mail**

Cloyd F. Van Hook
Guarisco & Cordes, LLC
601 Poydras Street, Suite 2355
New Orleans, Louisiana 70130

Re:    J.J. Powell, Inc. v. United States,
       Fed. Cl. No. 13-353 T

Dear Mr. Van Hook:

    As we discussed, I reviewed the documents plaintiff provided to the government in response to defendant's first discovery requests. Based upon my review of the documents plaintiff provided to defendant, I have the following questions and comments:

1. Attached as Ex. 1 is a schedule provided by plaintiff and described as "September 2009 Exempt Gas Sales Thru Cardlock."

   (a) Explain the unit of measure used in the attached schedule to report exempt gas sales, *i.e.*, dollars, gallons, etc.
   (b) Explain how plaintiff used the information contained in the attached schedule.
   (c) Explain the information contained in the "exempt federal" column in the attached schedule
   (d) Explain the information contained in "SCH 09" and "SCH 10" referenced in the attached schedule.

2. Attached as Exhibit 2 is an untitled document provided by plaintiff.

   (a) Provide the title for the attached document and explain how plaintiff used the information contained in the attached document.
   (b) Explain the "tax flags" column contained in the attached document.

**Defendant Exhibit**
**25**



DEPOSITION
EXHIBIT
Powell 3
12·10·14

A-210

3.  Attached as Exhibit 5 is a schedule provided by plaintiff and described as "August 2009 Exempt Diesel Sales Thru Cardlock."

    (a) Explain the unit of measure used in the attached schedule to report exempt diesel sales, *i.e.,* dollars, gallons, etc.
    (b) Explain how plaintiff used the information contained in the attached schedule.
    (c) Explain the information contained in the "exempt federal" column contained in the attached schedule.
    (d) Explain the information contained in "SCH 09" and "SCH 10" referenced in the attached schedule.

4.  Attached as Exhibit 6 is a schedule provided by plaintiff and described as "Customer Federal Excise Report."

    (a) Explain the unit of measure used to report the amounts contained in the column labeled "quantity" in the attached document, *i.e.,* dollars, gallons, etc.
    (b) Explain how plaintiff used the information contained in the attached document.
    (c) Explain "Sale Type L" referred to in the attached document.
    (d) Explain "Sale Type P" referred to in the attached document. ·

5.  Attached as Exhibit 7 is an untitled document provided by plaintiff.

    (a) Provide the title for the attached document and the period(s) to which it applies.
    (b) Explain the unit of measure used in the attached document *i.e.,* dollars, gallons, etc.
    (c) Explain how plaintiff used the information contained in the attached document.
    (d) Explain the numerical total for the column labeled "federal" in the attached document.
    (e) Explain the information contained in "SCH 09" and "SCH 10" referred to in the attached document.

6.  Attached as Exhibit 8 is a document provided by plaintiff and labeled "Product Ranking Report."

    (a) Explain the information contained in the attached document.
    (b) Explain how plaintiff used the information contained in the attached report.

7.  Attached as Exhibit 9 is a document provided by plaintiff and labeled "3rd Quarter 2009 Federal Exempt Diesel."

    (a) Explain the information contained in the attached document.
    (b) Explain how plaintiff used the information contained in the attached document.
    (c) Explain the term "Fuel Mgmt" referred to in the attached document.
    (d) Explain the term "DELD" referred to in the attached document.

- 3 -

In Defendant's First Request for Production of Documents Nos. 2-3 ("Requests Nos. 2-3") defendant sought a representative sample of the invoices prepared in connection with plaintiff's sale of gasoline and diesel fuel to customers who purchased fuel for taxable as well as nontaxable purposes during the periods in issue.  In reviewing the documents provided by plaintiff, I did not find documents responsive to Defendant's Requests Nos. 2-3.  I ask that you provide the documents sought in Requests Nos. 2-3.  If plaintiff previously provided those documents, please explain where they may be located.

In Defendant's Request No 7, defendant sought copies of each Form 8849 filed by plaintiff with the Internal Revenue Service with respect to the excise tax at issue in this action, including the documents relied upon by plaintiff in preparing each Form 8849.  In reviewing the documents provided by plaintiff, I did not find documents responsive to Request No. 7.  I ask that you provide the Forms 8849 filed by plaintiff for the quarters ending September 30, 2009, March 31, 2010, June 30, 2010, September 30, 2010, and December 31, 2010, along with the requested supporting workpapers.   If plaintiff previously provided those documents, please explain where they may be located.

If you have any questions or comments, I can be reached at Area Code 202, 307-0840.

Sincerely yours,

Jennifer Dover Spriggs
Jennifer Dover Spriggs
Trial Attorney
Court of Federal Claims Section

Enclosures as stated

SEPTEMBER 2009

EXEMPT GAS SALES THRU CARDLOCK

| | Prepared By | |
| | Approved By | |

| CUSTOMER | EXEMPT FEDERAL | SCH 10 | EXEMPT STATE | |
|---|---|---|---|---|
| Chester Hill Boro | 8652 | ✓ | 8654 | ✓ |
| Chester Hill Fire Co | 6957 | ✓ ✓ | 6957 | ✓ |
| POA School | 28560 | ✓ | 28560 | ✓ |
| Pburg Boro | 23782 | ✓ | 23782 | ✓ |
| Reliance Fire Co | 700 | ✓ ✓ | 700 | ✓ |
| Mo Valley EMS | 0 | ✓ | 8477 | ✓ |
| Columbia Fire Co | 1568 | ✓ ✓ | 1568 | ✓ |
| Bald Eagle Fire Co | 1270 | ✓ ✓ | 1270 | ✓ |
| Snyder Twp | 1002 | ✓ | 1002 | ✓ |
| Tyrone School | 50273 | ✓ | 50273 | ✓ |
| Logan Fire Co | 1901 | ✓ ✓ | 1901 | ✓ |
| BHFE EMS | 0 | ✓ | 25207 | ✓ |
| Hope Fire Co | 1712 | ✓ ✓ | 1712 | ✓ ✓ |
| Mt Top Fire Co | 3211 | ✓ | 3211 | ✓ |
| Patton Twp | 150188 | ✓ | 150188 | ✓ |
| Halfmoon Twp | 1170 | ✓ | 1170 | ✓ |
| BHFE Boro | 118150 | ✓ | 118150 | ✓ |
| Centre Co Library | 3539 | | 3539 | ✓ |
| Centre Co Office of Trans | 267031 | ✓ | 267031 | ✓ ✓ |
| " " " " | 812230 | ✓ | 812230 | ✓ ✓ |
| Benner Twp | 5525 | ✓ | 5525 | ✓ |
| BHFE School | 151133 | ✓ | 151133 | ✓ |
| CMel Co Mun Ser Rec Auth | 11101 | ✓ | 11101 | ✓ ✓ |
| Spring Twp | 35282 | ✓ | 35282 | ✓ |
| Wopst Airport | 7683 | ✓ | 7683 | ✓ |
| Rush Twp | 15260 | ✓ | 15260 | ✓ |
| Mburg Boro | 9820 | ✓ | 9820 | ✓ |
| Boggs Twp | 899 | ✓ | 899 | ✓ ✓ |
| Marion Co | 2482 | ✓ | 2482 | ✓ |
| Morris Twp | 2096 | ✓ | 2096 | ✓ |
| Bubbank Valley School | 71081 | ✓ | 71081 | ✓ |
| Warriors Mark Water Auth | 7824 | ✓ | 7824 | ✓ |
| | | | | |
| | 1632064 | ✓ | 1665848 | ✓ |

EXHIBIT 1

SCH 09  1614765
SCH 10  51083

A-213

```
  ·    ,0:21:26                          ** Edit/Print Transactions **                              Page: 34
                                         Includes    All    Transactions
```

Selling Host:  616  J. J. Powell, Inc.            AMQ    422 West Linn Street, Bellefonte    PA    Site Region:  CEN

| Buy Co | | Driver Dvr Veh | Transaction | | Trans Prod | Unit | Unit | Tax | Sales | | A/R | Booking | Error |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hut | # Customer | Card  #  # | Date | Time # Seq | # | Cost | Price | Flags | Tax | Quantity | Date | Date | Codes |

```
      BUYING HOST TOTALS:             QTY            AMOUNT           COST        # TRANS
         506 Christoff-Mitchell Petroleum,    9.500          24.35           23.88           1
         514 Guttman Oil Co.                 74.750         196.45          192.71           3
         594 Edris Oil Service, Inc.         31.020          82.76           81.21           1
         598 Snedeker Oil Co. Inc.           32.560          81.18           79.55           1
         616 J. J. Powell, Inc.           1,616.550       3,964.61        3,660.19          83
         994 Wright Express                  40.780         109.81          107.77           2
            Totals:                       1,805.160       4,459.16        4,145.31          91


      PRODUCT TOTALS:
          2 UNLEADED REGULAR GASOLINE       905.830       2,134.81        1,956.31          58
          4 UNLEADED PREMIUM GASOLINE        36.200          95.27           84.60           4
         25 OFF ROAD NON-TAX DIESEL         111.190         244.30          208.16           2
         45 ULTRA LOW DSL #2                751.940       1,984.78        1,896.24          27
            Totals:                       1,805.160       4,459.16        4,145.31          91
```

Selling Host:  616  J. J. Powell, Inc.            AMX    105 Wilson Street, Centre Hall    PA    Site Region:  CEN

| Hut | # | Customer | Card # # | Date | Time | Seq | Prod# | Cost | Price | Flags | Tax | Quantity | A/R Date | Booking Date | Err |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 616 | 1 | 10576 SHAWLEY EX 2782758 1 | 09/01/09 | 5:04 | 273 0 | 25 | 1.93830U | 2.19717 | YYYYN | | 50.090 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 10537 CENTRE COU 3535799 1 | 09/01/09 | 6:03 | 274 0 | 45 | 1.99390U | 2.23500 | NNNYN | | 32.380 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 10043 ROBINSON'S 2782995 1 | 09/01/09 | 6:46 | 275 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 78.550 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 10970 MELVILLE, 3070079 1 | 09/01/09 | 7:50 | 276 0 | 25 | 1.93830U | 2.19717 | YYYYN | | 10.010 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 1 POWELL INC 2392202 1 | 09/01/09 | 7:56 | 277 0 | -29 | 2.39340U | | NNNYY | | 400.400 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 | 11365 KITKO, DAV 3325972 1 | 09/01/09 | 9:22 | 278 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 31.990 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 11224 BEAVERTOWN 8383598 1 | 09/01/09 | 9:26 | 279 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 45.000 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 10759 WOLFE, WAD 3070854 1 | 09/01/09 | 9:43 | 284 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 47.080 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 1 POWELL INC 2392202 1 | 09/01/09 | 10:40 | 285 0 | 25 | 1.93830U | | NNNYY | | 800.100 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 | 11095 MAXWELL TR 3738454 1 | 295 09/01/09 | 12:49 | 286 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 110.010 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 11179 LUSE, CHRI 3070987 1 | 09/01/09 | 13:49 | 287 0 | 25 | 1.93830U | 2.19717 | NNNYN | | 4.900 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 1 POWELL INC 2392202 1 | 09/01/09 | 14:02 | 289 0 | 25 | 1.93830U | | NNNYY | | 898.100 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 | 1 POWELL INC 8383629 1 | 09/01/09 | 14:09 | 290 0 | 45 | 2.61790U | | YYYYN | | 29.000 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 | 10657 SWANK EXCA 2484109 1 | 09/01/09 | 15:35 | 291 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 47.100 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 11116 ROWLES, MI 3070785 1 | 09/01/09 | 20:20 | 292 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 24.990 | 09/30/09 | 09/30/09. | |
| 616 | 1 | 11057 GALLIKER D 3738498 1 | 09/01/09 | 20:52 | 293 0 | 45 | 2.61790U | 2.85900 | YYYYN | | 70.000 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 11625 U. S. FISH 3738125 1 | 09/02/09 | 7:55 | 294 0 | 25 | 1.86600U | 2.19717 | NNNYN | | 105.010 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 11326 R & R FENC 3325745 1 | 09/02/09 | 7:57 | 295 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 25.930 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 11269 WEBB'S SUP 3325427 1 | 09/02/09 | 8:24 | 296 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 12.980 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 11752 WAM TRANSP 8253113 1 | 09/02/09 | 8:34 | 297 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 64.980 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 10657 SWANK EXCA 2484109 1 | 09/02/09 | 8:44 | 299 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 31.990 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 1 POWELL INC 2392202 1 | 09/02/09 | 8:53 | 300 0 | 28 | 2.15090U | | NNNYY | | 600.000 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 | 1 POWELL INC 2392202 1 | 09/02/09 | 8:57 | 302 0 | 25 | 1.86600U | | NNNYY | | 657.900 | 09/30/09 | 09/30/09 | 18 |
| 616 | 1 | 11365 KITKO, DAV 3325972 1 | 09/02/09 | 9:04 | 303 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 29.990 | 09/15/09 | 09/30/09 | |
| 616 | 1 | 11057 GALLIKER D 3535572 1 | 09/02/09 | 9:29 | 305 0 | 25 | 1.86600U | 2.19717 | NNNYN | | 14.220 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 11057 GALLIKER D 3535573 1 | 09/02/09 | 9:30 | 304 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 56.900 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 10759 WOLFE, WAD 3070854 1 | 09/02/09 | 9:47 | 307 0 | 45 | 2.54707U | 2.85900 | YYYYN | | 47.520 | 09/30/09 | 09/30/09 | |
| 616 | 1 | 1 POWELL INC 2392202 1 | 09/02/09 | 10:15 | 309 0 | 25 | 1.86600U | | NNNYY | | 478.000 | 09/30/09 | 09/30/09 | 18 |

```
  ·  J. Powell Management
```

EXHIBIT  2

A-214

HOLDBU01     v8 D.0

## AUGUST 2009

EXEMPT DIESEL SALES THRU OSADLOCK

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| | CUSTOMER | EXEMPT FEDERAL | | 3511 lo | EXEMPT STATE | |
|---|---|---|---|---|---|---|
| 1 | Taylor Twp | 22752 | | | 22752 | ✓ |
| 2 | Chester Hill Boro | 3315 | | | 3315 | ✓ |
| 3 | Pburg Boro | 9148 | | | 9148 | ✓ |
| 4 | Reliance Fire Co | 6913 | | ✓ | 6913 | ✗ ✓ |
| 5 | Mo Valley EMS | 0 | | ✓ | 87232 | ✗ ✓ |
| 6 | Columbia Fire Co | 10494 | | | 10494 | ✓ |
| 7 | Bald Eagle Fire Co | 6002 | | ✓ | 6002 | ✓ |
| 8 | Snyder Twp | 40796 | | | 40796 | ✓ |
| 9 | Tyrone School | 11312 | | | 11312 | ✓ |
| 10 | Logan Fire Co | 6886 | | ✓ | 6886 | ✓ |
| 11 | BHE EMS | 0 | | | 55024 | ✓ |
| 12 | Hope Fire Co | 13839 | | ✓ | 13839 | ✗ ✓ |
| 13 | Mt Top Fire Co | 11575 | | ✓ | 11575 | ✓ |
| 14 | Patton Twp | 25616 | | | 25616 | ✓ |
| 15 | Halfmoon Twp | 7556 | | | 7556 | ✓ |
| 16 | BHE Boro | 116895 | | | 116895 | ✓ |
| 17 | Penns Valley EMS | 0 | | ✓ | 31842 | ✓ |
| 18 | Centre Hall Fire Co | 5665 | | ✓ | 5665 | ✓ |
| 19 | Centre Co Library | 22171 | | | 22171 | ✓ |
| 20 | Centre Co Office of Trans | 19953 | | | 19953 | ✓ |
| 21 | Alpha Fire Co | 11955 | | ✓ | 11955 | ✓ |
| 22 | Undine Fire Co | 11612 | | | 11612 | ✓ |
| 23 | Benner Twp | 17566 | | | 17566 | ✓ |
| 24 | BHE School | 8922 | | | 8922 | ✓ |
| 25 | CenGo Hall Boro | 2500 | | | 2500 | ✓ |
| 26 | Gregg Twp Fire Co | 2211 | | ✓ | 2211 | ✓ |
| 27 | Clinton Co Solid Waste | 7278 | | | 7278 | ✓ |
| 28 | Wport Airport | 4160 | | | 4160 | ✓ |
| 29 | Rush Twp | 2512 | | | 2512 | ✓ |
| 30 | Mburg Boro | 10029 | | | 10029 | ✓ |
| 31 | Walker Twp Fire Co | 9664 | | ✓ | 9664 | ✓ |
| 32 | Redbank Valley School | 31227 | | | 31227 | ✓ |
| 33 | OHI EMS | 0 | | ✓ | 91783 | ✗ ✓ |
| 34 | | | | | | |
| 35 | | 182124 | ✓ | | 748505 | |
| 36 | | | | ✓ | + 3000 AWB TEST | |
| 37 | | | | | 751505 | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | 3214 09 | 385308 | |
| | | | | 10 | 366197 | |

EXHIBIT

tabbies®

5

A-215

```
2009/09/02 10:42:46                    Customer Federal Excise Report                              Page   1
```

```
Booking Date from 08/31/09 thru 08/31/09      Product Class D    Products        Sites
Customers     from     1 thru 99999           Product Line
Customer Misc. Code
Tax Flag              E (E=Exempt, P=Payable)
Sales Type(s)         L/S & F/P

(Transaction Detail if present)
(Selling Host & Site)                                (Date & Time)                          Tax         Tax
                                                                          Quantity      Rate       Amount
```

FEDERAL
DIESEL

```
============================================================================================================
11369 2 MARK SERVICES              338 WINTERS DRIVE                  339-7023
                                   WEST DECATUR, PA 16878
-------------- Sale Type L -------------------------------------------------------------------------------

                                   Product Totals... 25 OFF ROAD NON-TAX DIE       11.03                .00

-------------- Sale Type P -------------------------------------------------------------------------------

                                   Product Totals... 59 #2 RED ULTRA LOW SUL       11.99                .00
                                   Totals for Customer 11369..........................   23.02 ..........   .00

============================================================================================================
11532 ALLEGHENY LOGGING CO.        93 CROWSFOOT LANE                  345-5460
                                   MORRISDALE, PA 16858
-------------- Sale Type L -------------------------------------------------------------------------------

                                   Product Totals... 25 OFF ROAD NON-TAX DIE      196.05                .00
                                   Totals for Customer 11532..........................  196.05 ..........   .00

============================================================================================================
11760 ALPHA FIRE DEPARTMENT        PATTON TOWNSHIP 400 W. BEAVER AVENUE   237-4127
                                   STATE COLLEGE, PA 16801               23-2982974
-------------- Sale Type L -------------------------------------------------------------------------------

                                   Product Totals... 45 ULTRA LOW DSL #2       119.55   0.24300-    29.05-
                                   Totals for Customer 11760..........................  119.55 ..........  29.05-

============================================================================================================
11765 ANDRONICUS ASSOCIATES        202 THUNDERHILL ROAD                883-9327
                                   CENTRE HALL, PA 16828
-------------- Sale Type L -------------------------------------------------------------------------------

                                   Product Totals... 25 OFF ROAD NON-TAX DIE        4.07                .00
                                   Totals for Customer 11765..........................    4.07 ..........   .00

============================================================================================================
11078 ARAWAY, JOE                  212 LANCE HILL ROAD PO BOX 258      814 345-6884
                                   WINBURNE, PA 16879
-------------- Sale Type L -------------------------------------------------------------------------------

                                   Product Totals... 25 OFF ROAD NON-TAX DIE      149.98                .00
                                   Totals for Customer 11078..........................  149.98 ..........   .00
```

J. J. Powell, Inc.

EXHIBIT

6

A-216

TRANSR06   v8.0.0

| | CUSTOMER | FEDERAL | | SCH 10 | STATE | |
|---|---|---|---|---|---|---|
| 1 | Chester Hill Boro | 6485 | ✓ | | 6485 | ✓ |
| 2 | Chester Hill Fire Co | 8891 | ✓ | ✓ | 8891 | ✓ |
| 3 | POA School | 17740 | ✓ | | 17740 | ✓ |
| 4 | Pburg Boro | 27185 | ✓ | | 27185 | ✓ |
| 5 | Mo Valley EMS | 0 | | ✓ | 11419 | ✗ ✓ |
| 6 | Columbia Fire Co | 1500 | ✓ | ✓ | 1500 | ✗ ✓ |
| 7 | Bald Eagle Fire Co | 1381 | ✓ | ✓ | 1381 | ✓ |
| 8 | Snyder Twp | 1283 | ✓ | | 1283 | ✓ |
| 9 | Tyrone School | 10033 | ✓ | | 10033 | ✓ |
| 10 | Logan Fire Co | 1783 | ✓ | | 1783 | ✓ |
| 11 | BHE EMS | 0 | | | 20344 | ✓ |
| 12 | Hope Fire Co | 2295 | ✓ | ✓ | 2295 | ✓ |
| 13 | Mt Top Fire Co | 7745 | ✓ | ✓ | 7745 | ✓ |
| 14 | Patton Twp | 132750 | ✓ | | 132750 | ✓ |
| 15 | Halfmoon Twp | 3479 | ✓ | | 3479 | ✓ |
| 16 | BHE Boro | 122558 | ✓ | | 122558 | ✓ |
| 17 | Centre Co Library | 2992 | ✓ | | 2992 | ✓ |
| 18 | Centre Co Office of Trans | 274556 | ✓ | | 274556 | ✗ ✓ |
| 19 | " " | 705232 | ✓ | | 705232 | ✗ ✓ |
| 20 | Benner Twp | 6400 | ✓ | | 6400 | ✗ |
| 21 | BHE School | 71634 | ✓ | | 71634 | ✗ ✓ |
| 22 | CHad Co Mun Ser Rec Auth | 9401 | ✓ | | 9401 | ✗ ✓ |
| 23 | Spring Twp | 36312 | ✓ | | 36312 | ✓ |
| 24 | Wport Airport | 9200 | ✓ | | 9200 | ✓ |
| 25 | Rush Twp | 15499 | ✓ | | 15499 | ✓ |
| 26 | Mburg Boro | 7303 | ✓ | | 7303 | ✓ |
| 27 | Centre Hall Potter Sewer | 1500 | ✓ | | 1500 | ✗ ✓ |
| 28 | Morris Twp | 5837 | ✓ | | 5837 | ✓ |
| 29 | Redbank Valley School | 23789 | ✓ | | 23789 | ✓ |
| 30 | Union Twp | 2599 | ✓ | | 2599 | ✓ |
| 31 | Warriors Mark Water Auth | 785 | | | 785 | ✓ |
| 32 | | | | | | |
| 33 | | 1518147 | ✓ | | 1549910 | ✓ |
| 34 | | | | | 7000 | PUMP TEST |
| 35 | | | | | 1556910 | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | SCH 09 / 10 | 1492552 / 57358 | |

EXHIBIT
7

A-217

# Product Ranking Report

J. Powell, Inc.    Effective Date 03/21/2009

### 500 PPM LS NRLM
1.4647
└── PPC Altoona
1.4875
└── Sunoco@PPC

### 15 PPM ULSD NRLM
1.4750
└── F&H-Williamsport
1.4755
└── Conoco-Phillips
1.4810
└── Farm & Home
1.4814
└── Motiva Ent. (Texaco)
1.4850
└── PPC Altoona
1.4909
└── BP-Amoco Altoona
1.5350
└── Sunoco@PPC

### 15 PPM ULSD
1.4700
└── F&H-Williamsport
1705
└── Conoco-Phillips
1.4760
└── Farm & Home
1.4764
└── Motiva Ent. (Texaco)
1.4801
└── PPC Altoona
1.4863
└── Williamsport - Motiva
1.4880
└── BP-Amoco Altoona
1.5300
└── Sunoco@PPC

### 15 PPM ULSD DYED
1.4750                Ultra low
└── F&H-Williamsport   Sulfur
1.4755
└── Conoco-Phillips
1.4810
└── Farm & Home
1.4814
└── Motiva Ent. (Texaco)
1.4850
└── PPC Altoona
4909
└── BP-Amoco Altoona
1.5350
└── Sunoco@PPC

### 500 PPM KERO DYED

---

1.5245
└── Conoco-Phillips
1.5300
└── Sunoco@PPC
1.5652
└── PPC Altoona
1.6260
└── Farm & Home

### 500 PPM L/S
1.4801
└── Sunoco@PPC

### 500 PPM L/S DYED
1.4647
└── PPC Altoona
1.4875
└── Sunoco@PPC

### 500 PPM KERO CLEAR
1.5195
└── Conoco-Phillips
1.5251
└── Sunoco@PPC
1.5602
└── PPC Altoona
1.6210
└── Farm & Home

### REGULAR GAS        87
1.3790              Octane
└── Farm & Home
1.3950
└── F&H-Williamsport
1.3980
└── Conoco-Phillips
1.4108
└── PPC Altoona
1.4454
└── BP-Amoco Altoona

### MID GRADE GAS      89
1.3980              Octane
└── F&H-Williamsport
1.4580
└── Conoco-Phillips
1.4660
└── Farm & Home
1.4756
└── PPC Altoona
1.5147
└── BP-Amoco Altoona

### PREMIUM GAS
1.4450
└── F&H-Williamsport
1.5580
└── Conoco-Phillips
1.6018

---

└── PPC Altoona
1.6180
└── Farm & Home
1.6375
└── BP-Amoco Altoona

### E10 87 OCT
1.3690
└── Farm & Home
1.3984
└── PPC Altoona
1.4009
└── BP-Amoco Altoona
1.4360
└── Conoco-Phillips

### E10 89 OCT
1.4459
└── PPC Altoona
1.4560
└── Farm & Home
1.4702
└── BP-Amoco Altoona
1.4960
└── Conoco-Phillips

### E10 93 OCT
1.5597
└── PPC Altoona
1.5929
└── BP-Amoco Altoona
1.5960
└── Conoco-Phillips
1.6080
└── Farm & Home

### DYED H/O UNMARKE
1.4100
└── F&H-Williamsport
1.4122
└── Sunoco@PPC
1.4127
└── PPC Altoona
1.4130
└── Farm & Home
1.4240
└── Conoco-Phillips

### Unmrkd H/O for MFG
1.4100
└── F&H-Williamsport
1.4122
└── Sunoco@PPC
1.4127
└── PPC Altoona
1.4130
└── Farm & Home
1.4240
└── CONOCO

EXHIBIT

A-18    8

3RD QTR 2009 FEDERAL EXEMPT DIESEL

| FUEL MGMT | TAYLOR TWP | CAILL BORO | CAILL FC | POA | PACIFA CORP | RELIANCE FC | COLUMBIA FC | BE FC | SNYDR TWP | TYRONE STORK | LOGAN FC | HGR FC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 18059 | 4695 | 3596 | 344 | 24640 | 9600 | 7946 | 16807 | 33105 | 15005 | 16776 | 11055 |
| AUG | 22752 | 3315 | — | — | 9148 | 6913 | 10494 | 6002 | 40796 | 11312 | 6886 | 13839 |
| SEPT | 2624 | 1820 | 1650 | — | 10095 | 3722 | 2501 | 4777 | 26828 | 78602 | 6555 | 5310 |
| TOTAL | 43455 | 9830 | 5246 | 344 | 43883 | 20235 | 21941 | 27586 | 101029 | 104919 | 30217 | 30204 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| FUEL MGMT | INT TOP FC | PATTON TWP | HALF MOON TWP | BLFT BORO | CHROLL FC | CENTER CO LIBRARY | DENTER CO OFFICE | LINDINE FC | BENNER TWP | BLFT SCHOOL | GREGG TWP FC | ALINTON CO WASTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 16378 | 58123 | 9597 | 123792 | 6049 | 21467 | 18006 | 11883 | 38821 | 13744 | 3162 | 18007 |
| AUG | 11575 | 45616 | 7556 | 116495 | 5665 | 24171 | 19953 | 11612 | 17566 | 8922 | 2211 | 7278 |
| SEPT | 9088 | 72150 | 7858 | 110301 | 7049 | 16871 | 21817 | 9306 | 19819 | 510966 | 3187 | 17029 |
| TOTAL | 37041 | 176189 | 25011 | 350588 | 18763 | 62509 | 59776 | 32801 | 76206 | 533632 | 8560 | 42314 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| FUEL MGMT | WPORT AIR PORT | RUSH TWP | MONEY BORO | CH POTTER | OMNEEN HTL | VALKER TWN FC | RED BANK SHOW | WALL BOGGS FC | ALPHA BORO | ORRL MEN COALS | SAVON SPRING TWP | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 2714 | 4409 | 6305 | 3001 | 3379 | 5433 | 4201 | 1500 | 7523 | — | — | 539722 |
| AUG | 4160 | 2512 | 10029 | — | — | 9664 | 31227 | — | 11955 | 2500 | — | 482124 |
| SEPT | 2282 | 4957 | 5556 | 2951 | — | 3806 | 110408 | — | 2881 | — | 1629 | 2999 | 1088896 |
| TOTAL | 9156 | 11880 | 21890 | 5952 | 3379 | 18903 | 145836 | 1500 | 22359 | 2500 | 1629 | 2999 | 2110842 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| DELL | Lawrance Twp | Potton Twp | PG FC | S.B.W | Union Twp | Walker Twp FC | Boggs Twp | Korthaus Twp | Morces Twp | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| JULY | 1200.0 | 509.5 | 344.5 | 568.1 | 396.4 | 472.0 | — | — | — | 3490.5 |
| AUG | 1200.0 | — | 462.6 | 744.9 | — | — | 438.2 | 284.8 | — | 3130.5 |
| SEPT | — | 509.2 | 248.2 | 416.5 | 609.1 | — | 402.3 | — | 669.6 | 2854.9 |
| TOTAL | 2400.0 | 1018.7 | 1055.3 | 1729.5 | 1005.5 | 472.0 | 840.5 | 284.8 | 669.6 | 9475.9 |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

| | |
|---|---|
| FUEL MGMT | 21102.42 |
| DELD | 9475.90 |
| TOTAL | 30578.32 × .243 = $7430.45 |

EXHIBIT
tabbies
9

A-219

# GUARISCO & CORDES, LLC

**601 Poydras Street, Suite 2355**
New Orleans, Louisiana 70130-6008
504/587-7007   •   Fax 504/587-9067

**Michael E. Guarisco\*†**
mike@gctaxlaw.com
**Jean K. Niederberger†°**
jean@gctaxlaw.com
**Beth-Anne Perez Bracey**
beth@gctaxlaw.com

**North Shore Office:**
**Brett S. Lala†°**
brett@gctaxlaw.com
204 S. Tyler Street
Covington, LA 70433
504/237-9532   •   Fax 866/513-9906

**Paul D. Cordes, Jr.\*†**
paul@gctaxlaw.com
**Cloyd F. Van Hook\*†**
cloyd@gctaxlaw.com
**Elizabeth M. Ford\***
liz@gctaxlaw.com

\*LL.M. IN TAXATION
†Board Certified Tax Law Specialist
 Certified by the Louisiana Board of Legal Specialization
\*CPA Inactive

August 29, 2014

Ms. Jennifer Dover Spriggs
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044

      RE:     J. J. Powell, Inc. v United States of America
               No. 1:13-cv-00353-LJB

Dear Ms. Spriggs:

       The following answers are provided by Plaintiff in response to the questions you posed in your letter of August 1, 2014.

1.      A. Unit of measure is gallons (ex. Chester Hill Boro 86.54 gallons)
          B. Information is used to obtain the total gallons purchased by exempt entities.
          C. Listed are the gallons purchased in September 2009 by each exempt entity.
          D. The worksheet serves a dual purpose in preparation of both Federal and State tax returns. SCH 09 and SCH 10 pertain only to state tax preparation signifying separate entities.

2.      A. Transaction Report details every transaction.
          B. See pdf. entitled Tax Flags which will be sent by email.  The "Y" and "N" indicate whether or not a particular customer is subject to a particular tax, e.g. Federal excise, State Excise, etc.

3.      Please refer to information provided for question 1.

4.      A. Unit of measure is gallons.
          B. Sales to exempt entities are gathered from this report.
          C. L are local sales which means the sales were made at a J. J. Powell owned site.
          D. P are foreign purchases which means that the customer got the fuel at a site not owned by J. J. Powell Inc.

**Defendant Exhibit 26**

5.   A. August 2009 exempt gas sales through Cardlock
     B. Gallons
     C. Sales to exempt entities are gathered from this report.
     D. Total gallons sold to exempt entities for this period.
     E. Please refer to question 1(d)

6.   A. Prices of various fuel products excluding tax.
     B. Used to make purchasing decisions.

7.   A. This worksheet is used to obtain the total sales for the quarter for each exempt entity.
     The sum of the monthly sales is reported on SCH 2 of the Form 8849.
     B. Sales to each exempt entity are entered monthly and totaled for quarterly sales.
     C. "Fuel Management" represents sales to the exempt entity through cardlock purchases.
     D. "DELD" represents sales of product delivered to the exempt entity's tank via our company
     truck.

     Requests made in paragraphs on page 3.
     Invoices are being provided but we have previously provided monthly reports on purchases by all
     customers including product, sales, and gallons. We have also provided transaction reports which
     detail every individual transaction.

     8849's were supplied in .pdf files. 3rd quarter 2009 8849's were in the July 2009 Fed Diesel and
     July 2009 Fed Gas pdf files. 4th quarter 2009 8849's were provided in the October 2009 Fed
     Diesel and October 2009 Fed Gas pdf files and so on for 2010.

                                                        Very truly yours,

                                                        Cloyd F. Van Hook

Powell, Robert Keith                           December 10, 2014

1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS


------------------------------:

J.J. POWELL, INC.,              :

          Plaintiff,            :

                                : Civil Action No.

          vs.                   : 1:13-cv-00353-LJB

                                :

                                :        ☐ORIGINAL

THE UNITED STATES,              :

          Defendant.            :

------------------------------:


DEPOSITION OF J.J. POWELL, INC. THROUGH ITS

DESIGNEE ROBERT KEITH POWELL

State College, Pennsylvania

Wednesday, December 10, 2014

9:33 a.m.



Reported by:  Stacey L. Daywalt

**Defendant
Exhibit**

27

Powell, Robert Keith                          December 10, 2014

2

1         Deposition of J.J. Powell, Inc. through its

2              designee ROBERT KEITH POWELL taken

3    at:

4              Magisterial District Court, 49-1-01

5              131 South Fraser Street, Suite 5

6              State College, Pennsylvania  16801

7

8              Pursuant to notice, before Stacey L.

9    Daywalt, Notary Public in and for the Commonwealth

10   of Pennsylvania.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Henderson Legal Services, Inc.

Powell, Robert Keith                                    December 10, 2014

3

```
1              A P P E A R A N C E S
2    ON BEHALF OF PLAINTIFF:
3          CLOYD F. VAN HOOK, ESQUIRE
4          GUARISCO & GORDES, LLC
5          601 Poydras Street, Suite 2355
6          New Orleans, Louisiana 70130-6008
7          (504) 587-7007
8
9    ON BEHALF OF DEFENDANT:
10         JENNIFER DOVER SPRIGGS, ESQUIRE
11         U.S. DEPARTMENT OF JUSTICE
12         555 4th Street NW, Room 8116
13         Washington, DC  20044
14         (202) 307-0840
15
16
17
18
19
20
21
22
23
24
25
```

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

A-224

Powell, Robert Keith                                    December 10, 2014

4

1                    C O N T E N T S

2

3    WITNESS:  Robert Keith Powell                    PAGE

4              By Ms. Spriggs                            5

5

6                    E X H I B I T S

7    NUMBER          DESCRIPTION                       PAGE

8    1         Deponent Designation                      9

9    2         List of tax exempt customers             24

10   3         Letter dated 8/1/14                       50

11   4         Motor Fuel Price Survey                   62

12   5         Pacific Pride Fuel Card Order Form        66

13   6         Letter of Registration                    67

14   7         Bellefonte Borough invoice                72

15   8         Lezzer Lumber invoice                     75

16   9         Setup screen                              76

17   10        Exemption Certificates                    77

18   11        Claim for Refund and Request for

19             Abatement                                 81

20

21

22

23

24

25

Powell, Robert Keith                                December 10, 2014

5

1                    P R O C E E D I N G S
2    Thereupon,
3                    ROBERT KEITH POWELL,
4    was called as a witness by Counsel for the
5    Defendant, and having been duly sworn by the Notary
6    Public, was examined and testified as follows:
7              EXAMINATION BY COUNSEL FOR DEFENDANT
8    BY MS. SPRIGGS:
9         Q.    And could you state your name for the
10   record?
11        A.    **Robert Keith Powell.**
12        Q.    And could you spell your last name?
13        A.    **P-O-W-E-L-L.**
14        Q.    My name is Jennifer Spriggs, and I'm here
15   today on behalf of the United States with respect
16   to a lawsuit that's been filed by J.J. Powell, Inc.
17   versus the United States.  You've been called here
18   today to testify with respect to that lawsuit.
19              Have you been designated to testify on
20   behalf of J.J. Powell, Inc.?
21        A.    **Yes.**
22        Q.    Do you have a written designation?
23        A.    **Yes.**
24        Q.    So it says, "Keith Powell will testify
25   for the plaintiffs on all matters relevant to this

action except the preparation of Forms 8849, the Claim For Refund of Excise Tax."

A. **That's correct.**

Q. So are you prepared to testify on the matters set forth in the designation?

A. **Yeah.**

Q. Have you had your deposition taken before?

A. **I think so.**

Q. How many times?

A. **Maybe once or twice.**

Q. Okay. Well, today we have a court reporter here. She's transcribing what we say.

So if you will wait until I finish my question so that we don't overlap, because she's trying to take town what we say. And she will need for you to answer verbally because she needs to be able to transcribe what you say. So if you nod, she can't transcribe that.

If you don't understand any question I ask, let me know and I'll try to rephrase it.

Is there any reason today that you're not able to testify?

A. **No.**

Q. And if you need a break or anything like

Powell, Robert Keith                            December 10, 2014

7

1    that, just let me know.

2            This deposition is taken pursuant to the

3    rules of o the Court of Federal Claims.

4            And where are you currently employed?

5        A.    J.J. Powell, Incorporated.

6        Q.    And could you give your business address?

7        A.    109 West Prescott Street, Philipsburg,

8    Pennsylvania 16866.

9        Q.    And what is your job title?

10       A.    Vice president.

11       Q.    And how long have you been vice

12   president?

13       A.    Eighteen years.

14       Q.    And where were you employed before J.J.

15   Powell?

16       A.    Nowhere.

17       Q.    Okay.  And what are your responsibilities

18   as the vice president?

19       A.    My responsibilities include accounting,

20   operations of convenience stores, petroleum sales

21   and the oversight of Human Resources.

22       Q.    And did you attend college?

23       A.    I did.

24       Q.    And where did you attend college?

25       A.    Clarion University.

Powell, Robert Keith                                December 10, 2014

8

1     Q.   And where is that located?

2     A.   **Clarion, Pennsylvania.**

3     Q.   And when did you graduate?

4     A.   **1990.**

5     Q.   And what was your degree in?

6     A.   **B.S. in finance.**

7     Q.   Do you have any graduate education?

8     A.   **I do.**

9     Q.   And what degree do you have?

10    A.   **I don't have a degree.**

11    Q.   Okay.  What is the graduate education?

12    A.   **Some Master's classes at University of**

13 **Phoenix.**

14    Q.   Okay.  In what field?

15    A.   **Business.**

16    Q.   And do you have any professional

17 licenses?

18    A.   **I do not.**

19    Q.   When you graduated from college, when did

20 you -- where did you start to work?

21    A.   **J.J. Powell.**

22    Q.   And what was your job when you started?

23    A.   **Head floor sweeper.**

24    Q.   Okay.  And how long did you do that?

25    A.   **A few years.  Still do it today when I**

Henderson Legal Services, Inc.

Powell, Robert Keith                                December 10, 2014

9

1    need to.

2        Q.    During the periods in issue in this case,

3    which are the fourth quarter of 2009 through the

4    fourth quarter of 2010, could you describe what

5    J.J. Powell's business -- what business it's in?

6        A.    Sure.  We're in the petroleum

7    distribution business.

8        Q.    So when you say "distribution," what does

9    that mean?  Are you a wholesaler?

10       A.    We sell petroleum to -- primarily, to end

11   users, and we deliver it in a number of ways,

12   anywhere from a full tractor trailer load of fuel

13   down to someone pulling in to a gas station or a

14   cardlock fueling facility where they can get as

15   little as a gallon.

16            MS. SPRIGGS:  Before we go on, could you

17   mark this as Deposition Exhibit 1.

18            (Powell Deposition Exhibit No. 1 was

19   marked for identification.)

20   BY MS. SPRIGGS:

21       Q.    You were explaining how you delivered the

22   fuel to the end users.

23            And you said you deliver by truck?

24       A.    We deliver by truck, tractor trailer.  We

25   deliver by small truck, which can deliver anywhere

Powell, Robert Keith                                    December 10, 2014

10

1    from 3,000 gallons to a percentage of a gallon.

2            We have gas stations.  We have cardlock

3    fueling facilities.  And we also deliver some

4    lubricants.

5            But primarily as far as the fuel

6    distribution goes, those four methods are the

7    primary methods that we employ.

8        Q.    And who are your end users?  In the

9    majority of your end users, who are they?

10        A.    The majority?  As far as a customer

11    account or as far as --

12        Q.    Yes.

13        A.    As far as a customer account, would

14    probably be heating oil customers.

15        Q.    You mentioned different -- you said you

16    have gas stations?

17        A.    We do.

18        Q.    And then you said you have a cardlock

19    system?

20        A.    Yes.

21        Q.    Could you explain just the difference?

22        A.    Sure.  The difference, a gas station is a

23    manned facility where there are cashiers and

24    typically a store combined with gas pumps.

25            The cardlock facility is an unmanned

Powell, Robert Keith                               December 10, 2014

11

1    facility that stands alone without a store that
2    just has fuel pumps.  An end user has a card that
3    will turn the pumps on and accesses those, any one
4    of those gasoline or diesel pumps, to put that fuel
5    into the vehicle they're driving.
6         Q.   So you have gas stations, cardlock system
7    and then you deliver by truck?
8         A.   Mn-hmm.
9         Q.   So those are the three basic ways that
10   you deliver?
11        A.   That's correct.
12        Q.   Now, if you go to a gas station, these
13   gas stations are -- what are they called?
14        A.   Snappy's Convenience Stores.
15             And I guess to maybe try and help you
16   out, there are no nontaxable sales there.
17        Q.   Okay.  Would anything identify J.J.
18   Powell if you go to a Snappy's Convenience Store?
19        A.   No.
20        Q.   So they just -- so the customer goes to
21   Snappy's Convenience.
22             And how are they billed?
23        A.   They are not billed.  They either pay
24   with cash or use their credit card.
25             So it's all -- the transaction is

Powell, Robert Keith                           December 10, 2014

12

1    conducted there, and there's no accounts

2    receivable.

3         Q.    Okay.  If you get an invoice -- if you're

4    at a Snappy's Convenience and you get an invoice or

5    receipt when you purchase the fuel.

6              So are the pumps -- so the fuel in the

7    pumps at Snappy's Convenience are provided by J.J.

8    Powell?

9         A.    They are.

10        Q.    So all of the pumps are only -- so J.J.

11   Powell is the only person providing the fuel at

12   Snappy's Convenience?

13        A.    Yes.

14        Q.    So if I go to Snappy's Convenience, I

15   purchase gas for my car, I typically would get a

16   receipt that says the number of gallons I purchased

17   and the price?

18        A.    Correct.

19        Q.    And that's it?

20        A.    Right.

21        Q.    There's nothing about tax on the receipt?

22        A.    No.

23        Q.    So the person at Snappy's will get a

24   receipt that says gallons purchased and price?

25        A.    Exactly, pretty much like any other gas

Powell, Robert Keith                          December 10, 2014

13

1    station in the country.

2         Q.   So if you go to the cardlock system, who

3    uses the cardlock system?

4         A.   **Those are typically commercial customers,**

5    **businesses, government entities.**

6         Q.   If one of your customers is a part of

7    your cardlock system, can they also go to Snappy's?

8         A.   **No.**

9         Q.   Okay.  So they have to go to a cardlock

10   station?  Is that what you call it?

11        A.   **Correct.**

12        Q.   So if your customer goes to the cardlock,

13   they purchase gas, does the receipt say gallons

14   purchased and show a price?

15        A.   **No.**

16        Q.   It doesn't show a price per gallon?

17        A.   **They don't get a receipt.**

18        Q.   Okay.  So no receipt.

19             So what do they get?

20        A.   **At the end of the billing period, they**

21   **get an invoice.**

22        Q.   And is there -- do you have a standard

23   billing procedure or does --

24        A.   **I do.**

25        Q.   So for your cardlock, when would they

Powell, Robert Keith                                    December 10, 2014

14

1    receive a bill?

2        A.   We've got a number of different billing

3    cycles, but typically it would be twice a month.

4        Q.   And then what would they -- so when they

5    receive their invoice for the cardlock system, what

6    does it say?

7        A.   It would -- it shows each individual

8    transaction with the gallons purchased, the price

9    per gallon, the total of the transaction and

10   whether or not there are taxes included or no tax.

11       Q.   Now, what do you mean when you say it

12   shows whether tax is included or no tax?

13       A.   On the taxes that are -- on the

14   transactions that are taxable, the note says "all

15   tax," and on the transactions that are nontaxable,

16   it says "no tax."

17       Q.   Well, what does that mean in terms of --

18   you say there's a price?

19       A.   Mm-hmm.

20       Q.   You say there are gallons and there's a

21   price per gallon?

22       A.   Mm-hmm.

23       Q.   Which is the same thing that the customer

24   at Snappy's, he will have a price and number of

25   gallons?

Powell, Robert Keith                              December 10, 2014

15

1    A.    Yep.

2    Q.    There's no -- there's no tax when you go
3    to Snappy's?

4    A.    No, there's no tax that shows up, but the
5    tax is included in the price.

6    Q.    Okay.  The tax is included in the price
7    at Snappy's?

8    A.    Yes.

9    Q.    And so for your cardlock people or
10   customers, so is --

11   A.    I'd be happy to show you, if that helps.

12   Q.    Well, I'm trying to understand just the
13   procedure of what the --

14   A.    It's just the billing is different.
15   There is -- it's two different systems.

16   Q.    But you are giving -- the cardlock
17   customer does get a price per gallon?

18   A.    Yes.

19   Q.    And then you say something about whether
20   taxes included or taxes not included.

21         So some of your cardlock customers are
22   taxed?

23   A.    Correct.

24   Q.    And then some are not?

25   A.    Correct.

Powell, Robert Keith                                    December 10, 2014

16

1        Q.    So if a cardlock customer is taxed, then
2    the receipt will show -- what will it show?
3        A.    All tax.
4        Q.    And then will there be a number?
5        A.    No.
6        Q.    No number?
7        A.    No.
8        Q.    So what does that mean in terms of the --
9    so does the price --
10        A.    That means there are taxes included in
11    the price.
12        Q.    So that means that the price they're
13    charged per gallon includes tax?
14        A.    Tax.
15        Q.    Now, for your tax exempt customers who
16    use cardlock, then what does their -- what would
17    their receipt show?
18        A.    No tax.
19        Q.    So it will show a price per gallon?
20        A.    Correct.
21        Q.    Number of gallons.  And then it will say
22    no tax.
23              And what does that mean?
24        A.    That means there are no taxes included in
25    the per gallon price.

Powell, Robert Keith                          December 10, 2014

17

1    Q.    So if you -- in your cardlock system, you
2  have prices -- you have different prices for
3  different customers?
4    A.    **Rarely.    The price of the fuel is rarely**
5  **different.    The total price between the taxable and**
6  **the nontaxable customer is different by the amount**
7  **of the tax.**
8    Q.    Well, as I'm understanding this system as
9  you describe it, the tax -- whether or not the tax
10 is included has to do with the price that's being
11 charged per gallon, because you said there are only
12 two things really on the receipt, gallons and
13 price; so the price either includes tax or doesn't
14 include tax.
15   A.    **Correct.**
16   Q.    So if you have nontaxable customers
17 purchasing gas or diesel fuel in your cardlock
18 system, then is their price in your cardlock system
19 different from the price for your commercial --
20 your commercial taxable customers?
21   A.    **The price is different by the amount of**
22 **the taxes, by an amount equal to the taxes that are**
23 **not being charged to that tax exempt customer.**
24   Q.    So the price per gallon will be
25 different?

Powell, Robert Keith                                December 10, 2014

18

1      A.    Correct.

2      Q.    So later on we'll try to go through and

3   look at some of the invoices, and so we should be

4   able to see for your commercial not taxable

5   customers a different price for gas per gallon than

6   the exempt entities?

7      A.    Exactly.

8      Q.    In this cardlock -- could you explain

9   what this cardlock system is?

10     A.    It is a standalone fueling facility that

11  includes tanks underground, pumping system, gas

12  pumps on top of the ground, a card reader there

13  that accepts only specific commercial professional

14  fueling cards.

15     Q.    What is that?

16           You said specific professional fueling

17  cards.

18     A.    In Pennsylvania it is illegal to sell

19  retail -- a retail customer gasoline/diesel fuel at

20  an unattended site.

21     Q.    You said in Pennsylvania it's illegal to

22  sell --

23     A.    Gasoline or diesel fuel to a retail

24  customer at an unattended site.

25     Q.    Okay.  But these are unattended sites.

Powell, Robert Keith                          December 10, 2014

19

1    A.    Correct.  That's why we can't sell to --
2  that's why you can't pull up there with your Visa
3  card and buy gas.
4           So it's only commercial customers that
5  can go to the cardlock facilities and get fuel.
6    Q.    So when the commercial customer goes to
7  the cardlock system, you said they have a card?
8    A.    Mm-hmm.
9    Q.    Could you tell me about the -- explain
10  the card?
11    A.    It's a card that is issued by J.J.
12  Powell.
13    Q.    Now, when you say -- well, what kind of
14  card is it?
15    A.    It's a Pacific Pride card.
16    Q.    Okay.  So you have a Pacific Pride card.
17           What is Pacific Pride?
18    A.    Pacific Pride is a cardlock fueling
19  network franchisor.
20    Q.    You said it's a --
21    A.    Cardlock fueling network franchisor.
22           You're getting an education today.
23    Q.    You said cardlock fueling?
24    A.    Cardlock fueling network franchisor.
25    Q.    Network franchisor.

Powell, Robert Keith                                    December 10, 2014

20

1          So what does that mean?

2          A.    That means that Pacific Pride is

3    the franchise -- I'm not going to say that, am I?

4    They're a franchisor of cardlock fueling networks.

5          Q.    So they own the network?

6          A.    Right.

7          Q.    It's a network of fueling cards?

8          A.    Of fueling cards and fueling sites.

9          Q.    What is the -- is there a difference

10   between a fueling card and a credit card?

11         A.    No.  It's a mag stripe card.  It looks

12   like a credit card, has a mag stripe on the back.

13   It's pretty typical.

14         Q.    So the J.J. -- what is the card that J.J.

15   Powell issues?

16         A.    Is a Pacific Pride card.

17         Q.    It will say on it --

18         A.    It will say Pacific Pride J.J. Powell.

19         Q.    So whose card is it actually?  Is it

20   Pacific Pride's card or is it J.J. Powell's?

21         A.    It is actually J.J. Powell's card.

22         Q.    It's J.J. Powell's card?

23         A.    It is.

24         Q.    And is this a credit card?

25         A.    It is.

Powell, Robert Keith                                    December 10, 2014

21

1      Q.    It's a credit card?

2      A.    We carry the -- J.J. Powell carries the
3    credit.

4            So if we issue the card to a commercial
5    customer, that customer goes and uses that card at
6    a site, we are holding the credit, carrying the
7    credit, until we bill them biweekly.

8      Q.    They can only use the card -- well, where
9    can they use the card?

10     A.    They can use the card at any Pacific
11   Pride site.

12     Q.    So what does -- how does that work if
13   they go to -- so these are sites that J.J. Powell
14   doesn't own?

15     A.    J.J. Powell owns all the sites that we're
16   looking at today as far as taxable/nontaxable
17   sales, but these customers can go to a different
18   state, to a different site that is not owned by
19   J.J. Powell and use that card.

20     Q.    But for the nontaxable entities involved
21   in this lawsuit, you're saying that they all
22   involve sites owned by J.J. Powell?

23     A.    Correct.

24     Q.    So the -- if a customer comes to you,
25   they want the fuel card, they fill out an

Powell, Robert Keith                           December 10, 2014

22

1    application, then what happens to it?  Does Pacific
2    Pride have a role in --
3         A.    No.  We process the application, issue
4    the cards, carry the credit.
5              Pacific Pride only participates when they
6    are one of the transactions that we talked about
7    where a fueling customer from -- that we've issued
8    a card to --
9              (Phone rings.)
10             MS. SPRIGGS:  Can we go off the record
11   for a moment, please?
12             (Discussion was held off the record.)
13   BY MS. SPRIGGS:
14        Q.    And just we were off the record and we
15   mentioned -- we were talking about the Pacific
16   Pride card.
17             And you -- could a customer use that card
18   at, say, a Walmart?
19        A.    No.
20        Q.    So it's not a credit card in that sense?
21        A.    Correct.
22        Q.    Okay.  When J.J. Powell is selling the
23   fuel to customers, where does J.J. Powell get its
24   fuel?
25        A.    We procure fuel from pipeline terminals.

Powell, Robert Keith                                    December 10, 2014

23

1      Q.    Okay.  And how do you -- and you pay for

2   that?

3      A.    **Correct.**

4      Q.    And are you charged tax, excise tax, on

5   that, those purchases?

6      A.    **We are.**

7      Q.    And you pay that?

8      A.    **We do.**

9      Q.    Okay.  And then how do you account for --

10   see -- or if you know, how does J.J. Powell account

11   for that tax when you pay for it on your books and

12   records?

13      A.    **So there's a general ledger account which**

14   **shows prepaid federal excise tax.**

15      Q.    So you have a general ledger and it's

16   prepaid excise?

17      A.    **Mm-hmm.**

18      Q.    And does that show up on your income

19   statement as an expense?

20      A.    **No.**

21      Q.    So it's not an operating expense?

22      A.    **No.**

23      Q.    What about your cost of goods sold?  Is

24   it a cost of goods sold?

25      A.    **Yes, it would have to be.**

Powell, Robert Keith                                    December 10, 2014

24

1           But I'm not the accountant, so maybe I

2    should say I don't know how we would account for

3    that.

4       Q.    So you're not sure if it was an operating

5    expense?

6       A.    I'm not positive.

7       Q.    So are you sure about the general ledger

8    that it was treated as a prepaid excise tax?

9       A.    Yeah.

10          (Powell Deposition Exhibit No. 2 was

11   marked for identification.)

12   BY MS. SPRIGGS:

13      Q.    Are you familiar with this document?

14      A.    I am.

15      Q.    And could you explain what it is?

16      A.    That is a list of tax exempt customers.

17      Q.    Is this all of the tax exempt?

18      A.    I can't be sure that it's all of them,

19   but it looks like a pretty thorough list.

20      Q.    And it would include the customers who

21   purchased diesel and gasoline?

22      A.    It would.

23      Q.    And there are two columns.  One says --

24   on this form it says Certificate on Hand For Audit

25   Period.

Powell, Robert Keith                                    December 10, 2014

25

1              Could you explain that column?

2       A.     No.   I probably can, but I don't know

3    where this document came from.

4       Q.     Okay.  You didn't prepare it?

5       A.     I did not prepare that, no.

6       Q.     Okay.  It wasn't prepared at J.J. Powell?

7       A.     Not that I'm aware of.

8       Q.     Okay.  So you wouldn't know some of

9    the -- for example, the Bellefonte School District,

10   there's no check where it says Certificate on Hand

11   For Audit Period.

12             So you wouldn't know anything about that,

13   or would you?

14       A.     I don't.

15       Q.     Okay.  Going back to the fueling stations

16   and the customers who come to use their cardlock

17   card, could you explain for the tax exempt

18   customers how you set their price when they go to

19   the card to use their cardlock system?

20             Do you have something at the actual pump

21   that would determine their price?

22       A.     No.

23       Q.     Okay.  So when they go to the pump, what

24   is happening?  Is it just --

25       A.     They see the number of gallons they pump.

Powell, Robert Keith                                    December 10, 2014

26

1          They're mechanical pumps that do not
2     include pricing.
3          Q.   So nothing happens at the pump except --
4     for the cardlock system except you get the gallons
5     of gas?
6          A.   Correct.
7          Q.   So the pricing for the cardlock system is
8     all done at J.J. Powell?
9          A.   Correct.
10         Q.   Okay.  So explain to me how that happens.
11              You get information from the cardlock
12     stations?
13         A.   We do.  We pull that information every
14     night.
15              The price is determined prior to the sale
16     at J.J. Powell.
17         Q.   When you say "the price is determined
18     prior to the sale," what does that mean?
19         A.   Typically, we take a price survey on
20     Fridays, review the competitive prices.
21         Q.   So what is a price -- when you say "price
22     survey"?
23         A.   It's a list of competitors in the area
24     near the cardlock sites that includes their prices
25     for gas and diesel fuel.

Powell, Robert Keith                              December 10, 2014

27

1       Q.    So how do you get those prices?

2       A.    Competitors are typically truck stops,

3  other gas stations; so it's as simple as driving

4  around and looking.

5       Q.    So you get the competitors' prices.

6             And then what?

7       A.    Then we see what our costs are and we try

8  to be somewhere at or near the competitive prices.

9       Q.    Now, this is for all of your customers or

10  just for taxable customers?

11       A.    All customers.  Well, as we look at the

12  competitive prices, those prices include tax.

13       Q.    Okay.  So you would look at these prices

14  and determine a price for your taxable customers?

15       A.    Correct.

16       Q.    Then for your nontaxable customers, what

17  would you do to determine the price?

18       A.    We don't do anything.  We just -- the

19  computer is set up to not charge those customers

20  taxes.

21             So we charge the same price for the fuel,

22  but the taxable customers also pay the amount of

23  the tax, where the nontaxable customers pay only

24  for the fuel.

25       Q.    Okay.  Walk me through that, because you

Powell, Robert Keith                    December 10, 2014

28

1   just said you have a price for a taxable person, a

2   taxable customer.

3        A.    Yeah.

4        Q.    And that price you determine, use your

5   market survey, for the competitors in the area.

6              You came up with a price, and you said

7   that price was going to include tax?

8        A.    Correct.

9              **You want me to walk you through it from**

10  **there?**

11       Q.    Well, then I want to go to your

12  nontaxable, first, customer.

13       A.    Mm-hmm.

14       Q.    You're going to -- you said you compute

15  their price the, say, end of the month.  You're

16  going to get all of their gallons of gas pumped

17  from a cardlock station.

18             Then you're going to, you said, use the

19  same price because you said you use the same price

20  that you've determined.

21       A.    Correct.

22             **We start out with -- let's assume that**

23  **the competitive price is $3.  So we know that we're**

24  **going to set our price at $3 for taxable customers.**

25             **So for nontaxable customers let's assume**

Powell, Robert Keith                          December 10, 2014

29

1    that the taxes, the federal and state taxes, come

2    to 50 cents.  So to get the price for the

3    nontaxable customers, it's $3 minus 50 cents; so it

4    should be $2.50.

5        Q.    So that's the computation that J.J.

6    Powell would do at the end of the month?

7        A.    No.  We do it every day.

8            There's tax flags set up, and each

9    transaction knows if the customer is federal

10   taxable, state taxable or a combination of either

11   one; and it only applies the price -- the tax --

12   the price to the transaction if it's warranted.

13       Q.    So a daily -- on a daily basis for

14   nontaxable customers, you have like a computer

15   program that is taking the gallons of gas,

16   multiplying it by --

17       A.    By -- for the taxable customers, by the

18   price of the fuel plus the taxes.

19       Q.    Well, that's just the competitive price.

20   You said --

21       A.    But on a daily basis we take -- the

22   taxable customer gets a transaction.  The

23   transaction gets pulled in from the site.  It gets

24   priced at the price that we had determined earlier

25   that includes both fuel and taxes.

Powell, Robert Keith                                    December 10, 2014

30

1          For the nontaxable customer, when that

2    transaction comes in, ten gallons, it multiplies

3    that ten gallons by the price of fuel alone, and it

4    does not add the taxes.  So it would be $2.50

5    instead of $3 for the taxable customer, because the

6    price of the fuel is really $2.50.  Right?

7          The taxes -- let's call it 50 cents --

8    brings it up to $3.  That's where the competitive

9    survey is taken.  They include the taxes.

10          The nontaxable customer pays $2.50

11    because we don't charge them the taxes.

12    Q.   So the $3 which you said was the

13    competitive price that you had determined, the

14    price of fuel was really $2.50?

15    A.   That's correct.

16    Q.   And then you add --

17    A.   Then you add the 50 cents for the tax.

18    Q.   You add the 50 cents on to that

19    competitive price when you do the -- so your

20    program looks at the actual when you're computing

21    the price for the nontaxable --

22    A.   It actually backs off the taxes.

23          We put the price in as $3, and it backs

24    off the taxes.

25    Q.   And then it will show the price of the

Powell, Robert Keith                            December 10, 2014

31

1    fuel without any tax?

2        A.    Correct.

3        Q.    Okay.  So the way that you have explained

4    the pricing of the fuel is a market based approach?

5        A.    Yes.

6        Q.    But I've seen some -- how does -- let me

7    rephrase.

8            When you are bidding for some of the tax

9    exempt government entities, do you bid sometimes on

10   a cost plus a profit margin basis?

11       A.    We do.

12       Q.    So can you explain the different pricing

13   models?

14       A.    In what sense?

15       Q.    Well, do you use -- do you only use the

16   cost -- when do you use this cost plus profit?

17       A.    When there is a bid typically that is a

18   contract bid for some period of years and the --

19   whether it's a school district -- I think in this

20   case we're talking about a school district -- or a

21   borough, they ask for a contractor a period of

22   years, and they specify how they want that product

23   to be priced; and typically they're asked for a

24   cost plus price.

25       Q.    So how do you determine the cost in that

Powell, Robert Keith                           December 10, 2014

32

1    scenario when it's a cost plus?

2        A.    Typically in those contracts, they will

3    ask to see some of our wholesale prices without tax

4    and they'll ask us to show them the price that we

5    pay for fuel at any point in time during the

6    contract just to make sure that we're using the

7    correct price.  And they also ask that we -- well,

8    they don't ask.  They demand that we do not charge

9    them taxes on those transactions.

10       Q.    What costs go into making up the costs

11   that you would submit?

12       A.    The cost of the fuel or the cost plus?

13       Q.    Well, is it -- yeah.  When you're looking

14   at the cost, is it just the cost of the fuel?

15       A.    Right.

16       Q.    It's just the cost of the fuel?

17             MR. VAN HOOK:  Can we go off the record a

18   second?

19             MS. SPRIGGS:  Sure.

20             (Discussion was held off the record.)

21   BY MR. VAN HOOK:

22       Q.    We were discussing what costs go into

23   what you would submit in a bid to one of the

24   entities?

25       A.    Yes.  So it's the cost of the fuel only.

Powell, Robert Keith                           December 10, 2014

33

1            On the invoice it would be the cost minus

2      the taxes.  It is typical for a petroleum company

3      to look at the cost of fuel only without taxes to

4      determine pricing.

5            Q.   And for the cost plus percentage profit,

6      so what does that percentage profit include?

7            A.   That includes our operating costs plus

8      any profit that we hope to make.

9            Q.   And what kind of operating costs would be

10     included?

11           A.   Transportation, electricity, maintenance,

12     credit carrying costs, property taxes, utilities.

13           Q.   Are you familiar with a document called a

14     product ranking report?

15           A.   I am.

16           Q.   Could you explain what that is?

17           A.   That is a document that shows costs that

18     may or may not include taxes from our suppliers.

19           Q.   And what do you use that document for?

20           A.   To review pricing and also at times to

21     price the contracts for school district bids that

22     we just talked about.

23           Q.   And how would you use it in that --

24           A.   If that school district has requested a

25     cost plus contract pricing methodology, that

Powell, Robert Keith                                December 10, 2014

34

1    product ranking report would be used to determine
2    the cost of the fuel.
3         Q.    How would that -- how would the product
4    ranking report determine the cost for J.J. Powell?
5              You said you would use it for the bid.
6              So you would use that as J.J. Powell's
7    cost?
8         A.    Right.   That's the cost from our
9    suppliers to us.
10        Q.    Oh, from your suppliers?
11        A.    Yeah.
12        Q.    And is there any difference when you're
13   setting the price for diesel fuel and gasoline?  Do
14   you use the same methodology?
15        A.    The methodology is the same.   The taxes
16   are different.
17        Q.    So it's just a matter of backing out a
18   different tax?
19        A.    Exactly right.
20        Q.    Or identifying a different tax?
21        A.    Right.   Yeah.
22        Q.    Now, the customer that has the cardlock
23   system, that has the cardlock card, I just want to
24   make sure I understand.
25              They could not go to -- they have to go

Powell, Robert Keith                                    December 10, 2014

35

1    to a cardlock site?

2        A.    A Pacific Pride site, yes.

3        Q.    What happens if one of your exempt

4    customers -- so they can't go to a retail?

5        A.    No, they can't.

6        Q.    They cannot?  Okay.

7              And how -- you said that when your tax

8    exempt customers go to the cardlock system, they're

9    flagged or there's a way that they're flagged for

10   taxes.

11             How are they identified?

12       A.    How are who -- when you say "they," who?

13       Q.    The tax exempt customers.

14       A.    Identified?

15       Q.    Yeah, how are they identified?

16       A.    The accounts of -- when the fuel cards

17   get set up, that account is identified as either a

18   taxable or nontaxable account.

19             There are a number of different tax flags

20   set, including federal taxes and state taxes, and

21   there are yes/no flags that are set to determine

22   whether a customer should or should not be taxed.

23       Q.    Going back to the Pacific Pride card and

24   Pacific Pride, does Pacific Pride have a

25   relationship with any of the other -- like any

Powell, Robert Keith                                December 10, 2014

36

1    other credit card issuer?

2        A.    When you say "credit card," do you also

3    mean a fueling network card, or do you mean a

4    credit card that can be used at a Walmart?

5        Q.    Well, for example, there was a reference

6    to something called AmeriNet on one of the

7    applications for the J.J. Powell card.

8        A.    Mm-hmm.  Yes, they do have a -- there are

9    more -- at a Pacific Pride site, there's a Pacific

10   Pride card that can be accepted.

11           AmeriNet is another card that Pacific

12   Pride issues, and the AmeriNet card was designed

13   more for truck stop type of businesses, but the

14   AmeriNet card can also be used at a Pacific Pride

15   site.

16           We do not issue AmeriNet cards.  We only

17   issue Pacific Pride cards.

18       Q.    So your card has no relationship with

19   AmeriNet or -- there's another card -- any other

20   credit card?

21       A.    Right.

22       Q.    On the application for the J.J. Powell

23   card, there's a reference to purchasers and

24   guarantors.

25           Do you know who the guarantors are?

Powell, Robert Keith                    December 10, 2014

37

1    A.   I'm assuming that's in the credit

2    section, and a guarantor may be someone who is also

3    willing to pay for that fuel.  I'm not sure without

4    seeing the document.

5    Q.   Okay.  The other card that I was going to

6    ask you about is Wright Express.

7         Is that related to Pacific Pride at all?

8    A.   It may be related to Pacific Pride, but

9    we do not issue Wright Express cards and I don't

10   know what the relationship is between Wright

11   Express and Pac Pride.

12   Q.   For your tax exempt customers, do they

13   all have a Pacific Pride card?

14   A.   For the tax exempt customers that buy

15   fuel at Pacific Pride or you're talking about any

16   tax exempt customer?

17   Q.   Well, I guess my question is:  Do all the

18   tax exempts have to use the cardlock system and so

19   have to have a Pacific Pride card?  Is that how you

20   handle all the tax exempt?

21   A.   No.  We also deliver some fuel out of a

22   truck to tax exempt customers.

23   Q.   And is there a distinction between which

24   ones you deliver with a truck and --

25   A.   There is in that -- only in that the ones

Powell, Robert Keith                                        December 10, 2014

38

1    that we deliver to in a truck may or may not also

2    have Pacific Pride cards.

3           But they typically would have their own

4    tank.  Let's say -- I think Morris Township Road

5    District is a customer who we delivered nontaxable

6    fuel to during the periods in question, and they

7    have a tank at their facility that we go and fill

8    and they then fuel their own vehicles.

9        Q.    And how does that work when you deliver

10   in a truck?  How do you price that fuel?

11       A.    That fuel gets priced at the cost minus

12   the taxes plus the operating expenses and profit

13   margin that we hope to obtain.

14       Q.    Okay.  You have to explain that.

15          So the price you said is going to be the

16   cost minus taxes plus -- so it's a cost plus?

17       A.    It's -- we determine that -- we typically

18   determine that price every Friday.  We set that

19   price based on the cost of the fuel without the

20   taxes included.

21          So again, if we're talking about that $3

22   fuel at retail and the actual cost of the fuel is

23   $2.50 without the tax, we start at the $2.50 and

24   then add some number to get to the price that we're

25   going to charge that nontaxable customer.

Powell, Robert Keith                                    December 10, 2014

39

1      Q.    You said you start with the cost and add

2  something?

3      A.    We start with the cost of the fuel and

4  back out the tax that we've already paid.

5      Q.    Okay.

6      A.    So we prepaid that federal excise tax at

7  the rack, and now we add our operating expenses and

8  profit margin on to that number that does not

9  include the tax.

10     Q.    And what is the -- you said the cost of

11  fuel.

12           That's going to be the cost from your

13  suppliers?

14     A.    The cost from our suppliers.

15     Q.    So that's the cost that you paid or J.J.

16  Powell paid, which included tax?

17     A.    Which included tax.

18     Q.    Then you're saying you back out the tax?

19     A.    Once we back out the tax.  We only back

20  out the tax once.

21     Q.    Well, you said we start with cost of the

22  fuel, which I'm assuming would include tax.

23     A.    Right.  Then we back out that tax to get

24  to the net cost of just the fuel alone.  Then we

25  add on the operating expenses, profit margin.

Powell, Robert Keith                         December 10, 2014

40

1     Q.    So what does that tax exempt customer,
2  what does their bill look like?
3     A.    You mind if I look at a document here and
4  I can do a better job of explaining it?
5     Q.    Okay.
6     A.    (Looking on computer.)
7          A customer's invoice, for example, would
8  say, "Fuel meets federal and state requirements for
9  on highway motor vehicle use, 15 parts per million
10  sulfur and ultra low sulfur diesel, 96.8 gallons at
11  2.679."
12     Q.    So I don't think I've seen an invoice
13  like this.
14     A.    No, you haven't seen these.  I pulled a
15  bunch of these yesterday just to show you.
16          This is a very small portion of the
17  nontaxable sales.
18     Q.    So can I -- what I'll do is I'll just
19  take this information down, and then maybe if you
20  could provide a copy, so -- because I haven't seen
21  this before.
22          So this is the client is --
23     A.    The client is Pleasant Gap Fire Company.
24     Q.    And it is what date?  Is there a date on
25  there?

Powell, Robert Keith                                December 10, 2014

41

1       A.      Yeah, November 5th, 2010.

2       Q.      November 5th, 2010 invoice.

3       A.      You want the invoice number?

4               507034.

5       Q.      Invoice 507034.

6               So what we have is, this is on a

7       computer, a laptop, and this is an invoice for a

8       truck delivery from J.J. Powell to Pleasant Gap

9       Fire Company, and it's an invoice dated 11/5/2010

10      and it's Invoice Number 507034.

11              And we'll get a copy of this after the

12      deposition.

13      A.      Sure.

14      Q.      And this shows -- maybe you can walk us

15      through this again.  It shows --

16      A.      It shows an invoice for on road, on

17      highway motor vehicle fuel that meets the 15 parts

18      per million sulfur standard, 96.8 gallons at a

19      price of $2.679, for a total of $259.33.

20      Q.      So the tax exempt only sees -- they see

21      the gallons and then they see a price.

22              So they don't see the behind -- how you

23      developed that price?

24      A.      Right.

25      Q.      Now, for the fuel that's being purchased

Powell, Robert Keith                          December 10, 2014

42

1    here, which is?

2        A.    Diesel fuel.

3        Q.    Is diesel fuel.

4            So that $2.69 price, if you have another

5    tax exempt who is purchasing it using a fuel lock

6    card, are they going to get that same price?

7        A.    No.

8        Q.    Could you explain the difference?

9        A.    There are different costs associated with

10   the delivery of fuel as opposed to the cardlock

11   delivery of fuel.

12           There are different market variances also

13   because we're competing with a different, totally

14   different, segment of the market in delivering

15   small truckloads of fuel as opposed to the

16   cardlock's competitors are typically truck stops,

17   gas stations, that kind of thing.

18       Q.    So is the price -- do they pay a premium

19   for getting the delivery or how does it -- or can

20   you say?

21       A.    It can go -- it can be either way.  There

22   can be times when our profit margin on the delivery

23   of fuel is better, and there are times when the

24   delivery through a cardlock is better.

25           And why that is or isn't, I can't really

Powell, Robert Keith                                    December 10, 2014

43

1    explain.

2         Q.    So we're looking at the total price here

3    on the invoice for Pleasant Gap Fire Company, the

4    2.69.

5              If we were just looking at the actual --

6    when I say the actual price, if we were not looking

7    at -- you said you added on the operating expenses

8    and profit margin.

9              So if you were to go back and we just

10   looked at the cost of that fuel minus the taxes,

11   then would the price for the fuel for the cardlock

12   customer, tax exempt customer, and the delivery

13   customer be the same?

14        A.    Yes.

15        Q.    Okay.  You said you pulled up some other

16   invoices today.

17             What other kinds of invoices were you

18   able to pull up?

19        A.    **More tax exempt transactions.  I wish I**

20   **would have brought some taxable transactions too**

21   **now.  But just other tax exempt transactions for**

22   **the fourth quarter of 2010.**

23             **So when Bob gets to the 8849, there**

24   **should be significant coverage of what he has.**

25        Q.    Okay.  Did you get involved at all with

Powell, Robert Keith                                    December 10, 2014

44

1    the -- with maintaining the exempt certificates

2    that the tax exempt entities provided to J.J.

3    Powell?

4         A.    I know of the maintaining them.  I wasn't

5    physically involved in the process.

6         Q.    Who was involved in that process?

7         A.    At that time Angie Cuthburt was.

8         Q.    And what was her job?

9         A.    She was the fuel truck dispatcher.

10        Q.    So to your knowledge was there any

11   procedure for following -- sort of reviewing the

12   exempt certificates?

13        A.    There was.

14        Q.    What was the procedure?

15        A.    To review the exemption certificates on

16   an annual basis and get the updated certificates

17   that we needed.

18        Q.    And when did this procedure start?

19        A.    I don't know that.

20        Q.    And who was -- was Angie Cuthburt the

21   person who was in charge of this procedure?

22        A.    It was -- she was.

23        Q.    And was there anyone who reviewed what

24   she did?

25        A.    No.

Powell, Robert Keith                                December 10, 2014

45

1      Q.    Okay.  Did you have an outside -- did
2  J.J. Powell have an outside accountant?
3      A.    No.
4      Q.    So all of your accounting was internal?
5      A.    Yes.
6      Q.    So who was in charge of the internal
7  accounting?
8      A.    **Doug Goss was our comptroller.**
9      Q.    Do you know if he got involved at all
10  with reviewing the exempt certificates?
11      A.    **Not that I'm aware of.**
12      Q.    So to your knowledge were any -- were
13  there any accountants that were asked opinions
14  about the exempt certificates and whether they were
15  valid?
16      A.    **No.**
17      Q.    Were there any discussions at J.J. Powell
18  about the exempt certificates for the entities and
19  whether they were valid?
20      A.    **No.**
21      Q.    At J.J. Powell were you aware that the
22  exempt certificates were -- there were requirements
23  for maintaining the exempt certificates?
24      A.    **We were.**
25      Q.    But there was no -- so you said there was

Powell, Robert Keith                     December 10, 2014

46

1    an annual review of the certificates?

2        A.    Right.

3        Q.    And then what was done at the annual

4    review?

5        A.    We would review the certificates.  And if

6    they were going to expire during the year, then we

7    would get an updated certificate.

8        Q.    Okay.  Now, when a client -- when you had

9    a tax exempt customer and you -- they wanted to use

10   your fuel lock system, how did you coordinate the

11   exempt certificate and the fuel lock card?

12       A.    So if that exempt customer applied for

13   fuel cards, we would immediately send them the

14   exemption certificates required or they would --

15   oftentimes they would just include them because

16   that's typical standard.  And so prior to issuing

17   the cards we would have a certificate on file.

18       Q.    And did someone verify that that was

19   actually the case, that there was a certificate on

20   file before they gave them a fuel card?

21       A.    As far as I know, yeah.

22       Q.    Were there instances where tax exempts

23   were using fuel cards, J.J. Powell's fuel cards,

24   and they did not have a valid certificate on file?

25       A.    No.

Powell, Robert Keith                           December 10, 2014

47

1      Q.    Did the exempt certificates that were

2   provided to J.J. Powell, did they indicate what

3   kind of fuel the tax exempt was purchasing?

4      A.    I don't know that.

5      Q.    Are you aware that many of the exempt

6   certificates that were submitted in this case for

7   the tax exempts purchased fuel from J.J. Powell,

8   many of them were signed by the tax exempt entity

9   after the beginning of the contract?

10     A.    There were lots -- yeah, there were lots

11  of contracts that continued on and on, and those

12  exemption certificates, as long as they were within

13  three years, one could start -- there could be an

14  exemption certificate that existed prior to the

15  beginning of the contract; and as we went through

16  the contract, there would be another one to take

17  that one's place.

18     Q.    Would you keep them together, because

19  what I have are just like the single page -- well,

20  I have a beginning date, an end date and then a

21  signature somewhere in the middle but nothing

22  behind it to show the history?

23     A.    We should -- I assume we have them.  I

24  don't know for sure --

25     Q.    Okay.

Powell, Robert Keith                                December 10, 2014

48

1      A.    -- if we keep the old certificates.

2      Q.    You said that when you did the -- when

3   you had the annual review of the certificates, I

4   think you mentioned something about if the

5   certificates are getting ready to expire you ask

6   for new -- when you say "expire," what do you mean?

7      A.    The certificates are good for three

8   years.  So if that certificate is going to expire

9   in the current calendar year, then we ask for a new

10  certificate.

11     Q.    Why do you think that they expire in

12  three years?  Where does --

13     A.    There's a Treasury Code, I think, that

14  says that.

15     Q.    And was there -- since earlier you said

16  you didn't talk to an accountant about this, who

17  would have advised you of this?

18     A.    The Pennsylvania Petroleum Association.

19  And I think also from -- just from experience, we

20  had used those certificates and been audited many

21  times before.

22     Q.    So you said the Pennsylvania Petroleum

23  Association provided you --

24     A.    No, they didn't provide us with

25  certificates.

Powell, Robert Keith                     December 10, 2014

49

1      Q.    No, with information.

2      A.    **The Pennsylvania Petroleum Association**

3   **does provide us with information on a regular**

4   **basis, with newsletters and that kind of thing,**

5   **yeah, that specifically talk about tax**

6   **requirements, nontaxable requirements, that kind of**

7   **thing.**

8      Q.    But the three-year requirement, that's

9   J.J. Powell's -- that was J.J. Powell's -- that was

10  part of their review process?  They would be using

11  the three years as some sort of expiration date?

12     A.    **Yeah.  And I think it even said that on**

13  **the certificate.**

14     Q.    Okay.  So if three years was not the

15  correct date, then what would that mean for the

16  certificates that you have?

17     A.    **That would mean that they're not good.**

18     Q.    Okay.  And there was never -- was there

19  any discussion at J.J. Powell about whether three

20  years was the correct --

21     A.    **No.**

22     Q.    -- time period for the certificates?

23           MS. SPRIGGS:  Let's go off the record.

24           (Recess taken from 10:48 a.m. to 10:59

25  a.m.)

Powell, Robert Keith                                    December 10, 2014

50

1              (Powell Deposition Exhibit No. 3 was
2     marked for identification.)
3     BY MS. SPRIGGS:
4         Q.   This is a document dated August 29th,
5     2014, and it's Plaintiff's response to some
6     informal discovery requests by the government.
7              Take a look at that document.
8              MR. VAN HOOK:  He's looking at the
9     letter.  He's not looking at the response.
10             MS. SPRIGGS:  Oh, okay.
11    BY MS. SPRIGGS:
12        Q.   Well, let me rephrase.  Exhibit 3 then
13    will be the letter to Plaintiff's Counsel.
14             The main thing I wanted you to look at
15    actually are the documents that are attached to the
16    letter.  And there are a series of exhibits.
17             Could you take a look at those exhibits?
18        A.   Sure.  (Complying.)  Mm-hmm.
19             What can I tell you about them?
20        Q.   So are you familiar with the documents?
21        A.   Yeah.
22        Q.   I only have one copy, so I have to -- so
23    Exhibit 1, could you just explain what that is?
24        A.   This is September 2009 exempt gas sales
25    through cardlock.  Bob Hummel had prepared this.

Powell, Robert Keith                          December 10, 2014

51

1              And these are the exact gallons that have
2       been sold through our cardlock facilities.
3              Q.   So when we were talking about the
4       computation J.J. Powell would do for the cardlock
5       system, is this a part of it, part of that kind of
6       computation for the price?
7              A.   No.
8              Q.   Okay.  This is just the gallons?
9              A.   This is just the gallons used to help
10      prepare the 8849 and the state returns.
11             Q.   Okay.  And so when it says Schedule 10
12      there and there's some check marks, what does that
13      mean?
14             A.   I'll have to let Bob Hummel answer that
15      specifically, what Schedule 9 and Schedule 10 are.
16             Q.   And who would have prepared this?
17             A.   Bob Hummel.
18             Q.   And attached is Exhibit 2?
19             A.   Mm-hmm.
20             Q.   Could you explain what that document is?
21             A.   Be happy to.
22             This is the most raw form of the
23      transactions.  This is just after the transactions
24      have been pulled on a daily basis and they have
25      come into the computer where they all get priced

Powell, Robert Keith                                December 10, 2014

52

1    and prepared to be sent out on the invoice to all

2    of our customers.

3            And this shows the tax exempt flags that

4    we have discussed before, the selling price, the

5    approximate cost of the fuel.  It includes the

6    date, the time, the customer, the product based on

7    these product codes.  25 matches off road diesel

8    fuel.  45 would be an on road diesel fuel product.

9            And you can see the -- there's a

10   nontaxable and a taxable sale there together, the

11   45, with the price difference being -- what's that

12   come to -- 62 and a half cents, which is the amount

13   of the difference in the amount of the tax.

14       Q.   Could we go through that?

15       A.   Yeah.

16       Q.   You're looking at -- on Exhibit 2, you're

17   looking at -- what is it?

18       A.   That's the Centre County Transportation

19   Authority, I believe, is the official name of that,

20   but it's Centre County Office of Transportation.

21       Q.   And they purchase what product?

22       A.   They purchase Product 45.  Here.  This is

23   not easy to read, but Product 45, which is on road

24   diesel fuel, ultra low sulfur diesel fuel.

25            And Robinson Septic also purchased on

Powell, Robert Keith                                    December 10, 2014

53

1   road diesel fuel.

2        Q.   And Robinson, is that the taxable --

3        A.   They are taxable, yes.  And the tax flags

4   over here correspond with our tax flags.  There are

5   six tax flags and diesel fuel.  Federal excise is

6   first, state excise, state excise, county, city and

7   state sales tax.

8        Q.   So the Y's mean --

9        A.   So the Y's mean yes.

10       Q.   -- yes, they are taxable?

11       A.   Yes, they are taxable.

12            So there's actually two yeses on this

13   Centre County.  But they're the county and city,

14   and those tax rates are zero; so it doesn't mean

15   anything.

16            And on Robinson Septic, they have yeses

17   for all of them except sales tax, and diesel fuel

18   is not sales taxable in Pennsylvania.

19       Q.   Okay.

20       A.   And so the total of these applicable

21   taxes are 62.5 cents, and that's the difference in

22   price between Centre County and Robinson, the 2.859

23   minus 2.235.

24       Q.   So the unit -- the unit price is showing

25   the unit price that they would pay?

Powell, Robert Keith                                December 10, 2014

54

1      A.    Yeah.   And on -- we had supplied you with

2   some customer invoices so we could go back and look

3   at Centre County Transportation Authority.

4            When they get their invoice, we could

5   look at that specific day, time and location and

6   see that that transaction, September 1st, 2009,

7   would be right there.   (Looking on computer.)

8            I don't have Centre County Transportation

9   Authority.   That's perfect.   Let me find another

10   one here.   I would be happy to show you that.

11      Q.    I think I understand.

12            MR. VAN HOOK:   We'll just look at one

13   that's --

14            THE WITNESS:   Can I just -- so their

15   invoice, when they get an invoice every two weeks,

16   it looks like this.   (Indicating.)

17            So this is for Bellefonte Borough and it

18   shows each one of these transactions, but it breaks

19   them out by each card.   That would be the card

20   number that's listed right there, and now it will

21   show which site that card was used at, the time,

22   the date, the odometer, miles per gallon, product,

23   no tax on the price 2.234 on that day, 1/4/2010.

24   BY MS. SPRIGGS:

25      Q.    So you are looking at an individual --

Powell, Robert Keith                          December 10, 2014

55

1      A.    Yes.

2      Q.    Let me just jot this down.

3            So this is an individual invoice for?

4      A.    Bellefonte Borough.  I think we had

5   supplied these to you.

6      Q.    Bellefonte Borough?

7      A.    Mm-hmm.

8      Q.    And it's for June 3?

9      A.    This is for --

10     Q.    1/31/10?

11     A.    1/31/10.  Invoice 010456- -- I'm sorry --

12  1003101.

13     Q.    Okay.  If you could look at Exhibit 2 to

14  this attached to the letter of August -- what is

15  that?  August 1st, 2014?

16     A.    August 1st, 2014.

17     Q.    And could you explain what that document

18  is?

19     A.    That is the edit print transactions.

20           Each night the computer system calls --

21  our fueling, cardlock fueling, computer calls out

22  to the unattended sites and pulls in the

23  transactions to the main cardlock fueling computer,

24  and it gathers all the transactions, prices them

25  and distributes them to the accounts that they

Powell, Robert Keith                    December 10, 2014

56

1    belong to.

2            It shows the customer, the driver, the

3    vehicle, the transaction date, the time, the

4    product, unit cost, the unit price, tax flags,

5    quantity, total of the sale and each site there

6    where the fuel had been purchased.

7        Q.    Can I take a look?

8        A.    Sure.

9        Q.    (Reviewing document.)

10            For something like U.S. Fish, which is on

11   Exhibit 2, is that a federal -- is that a tax

12   exempt?

13       A.    It is a tax exempt sale.  The flag's

14   there.

15       Q.    So it says no.

16            So that means no tax?

17       A.    No tax.

18       Q.    But there's yes to something?

19       A.    There's yes to city and local tax, but

20   those tax rates are zero; so in effect there's no

21   tax applied.

22       Q.    So their -- U.S. Fish and I guess

23   Wildlife is purchasing what?

24       A.    They are purchasing Product 25, which is

25   off road diesel fuel, which is nontaxable.  It's a

Powell, Robert Keith                                    December 10, 2014

57

1    nontaxable product, so there's nothing being taxed

2    on no matter what.

3         Q.    Okay.  Down here it shows Powell, Inc.?

4         A.    Yeah.  That's -- we're buying our own --

5    our trucks fuel there too.

6              So when our trucks go there and fuel, we

7    don't charge ourselves for our fuel.

8         Q.    Okay.  Well, what is this price you have

9    a price here.

10        A.    That's an estimated cost of that product,

11   but we don't charge ourselves.

12        Q.    Okay.  And Powell, Inc. is?

13        A.    J.J. Powell, Inc.

14        Q.    Oh, it's J.J. Powell?

15        A.    Yeah.

16        Q.    Up here it says buying host.

17        A.    Mm-hmm.

18        Q.    What does that mean?

19        A.    That's those transactions where, let's

20   say, Christoff Mitchell is another Pacific Pride

21   franchisee.  They may have issued a card to a

22   customer who then used it at our site that day, and

23   so that would be their customer.

24              That's just -- it shows what other

25   company's customers have purchased fuel at our

Powell, Robert Keith                        December 10, 2014

58

1   site.

2       Q.   Okay.  Now, this Beavertown, so that's

3   not -- that's taxed?

4       A.   That is taxable.

5       Q.   That is taxable?

6       A.   Yes.  And the last flag is a no for PA

7   sales tax, and fuel is not PA sales taxable.

8       Q.   And Exhibit 5.

9       A.   This is another report that's produced by

10  Bob Hummel in preparation of his 8849s.  That's

11  exempt diesel sales through the cardlock, and it's

12  a list of the exempt entities and the number of

13  gallons that they purchased.

14          And again, I don't know exactly what

15  Schedule 9 and Schedule 10 are.

16      Q.   Okay.  And Exhibit 6 says Customer

17  Federal Excise Report.

18      A.   Yes.  This is also a report that Bob uses

19  in preparation for the 8849.

20          He runs a report both for gas and diesel,

21  and these are cardlock transactions and on -- in

22  the sums, the number of gallons they've purchased

23  for the period specified in the report -- in this

24  instance it happens to be August of 2009, and it

25  shows a Patton Township -- I'm sorry -- Alpha Fire

Powell, Robert Keith                                    December 10, 2014

59

1   Department located in Patton Township that had

2   purchased Product 45 on road diesel fuel.  They

3   purchased 119.55 gallons, multiplied by the federal

4   excise tax rate of 24.3.

5           That shows that there's $29.05 that Bob

6   will eventually apply for a refund on the 88.49.

7       Q.   How does that relate to the -- can I see

8   that for a second?  So you have a quantity --

9           (Phone rings.)

10          MS. SPRIGGS:  We'll go off the record for

11  a moment.

12          (Discussion was held off the record.)

13          THE WITNESS:  So the 119.55 is the number

14  of gallons that that exempt customer purchased for

15  that month, and Bob then sums all these over here

16  on his report for the exempt diesel sales through

17  the cardlock.

18  BY MS. SPRIGGS:

19      Q.   Oh, okay.  So quantity.  And this -- the

20  2905?

21      A.   Is just the 119 multiplied by the federal

22  excise tax rate.

23          MR. VAN HOOK:  Which you've already paid

24  and you're going to get back again.  I'm sorry.

25  BY MS. SPRIGGS:

Powell, Robert Keith                                   December 10, 2014

60

1      ·    Q.    But the fire department, they were

2    charged -- how does this -- so you're saying that

3    the fire department was not charged this tax?

4         A.    Right.

5         Q.    So you're just multiplying that amount by

6    the gallons?

7         A.    Yes, exactly.

8         Q.    Exhibit 7, I'm not sure.  I think I had

9    asked about this, the top, because there's no

10   identifier on that one.

11              THE WITNESS:  Is that exempt federal or

12   exempt --

13   BY MS. SPRIGGS:

14        Q.    If you don't know, we will --

15        A.    I'm going to suggest asking Bob because

16   he will.

17        Q.    Exhibit 8, I think I had asked you about

18   this earlier.  I guess this is the product ranking

19   report.

20        A.    It is.  It's a product ranking report.

21              At least daily we get price changes from

22   suppliers.  Bob Hummel also produces this report,

23   and it just shows the cost without tax.  So this is

24   backing out the tax, cost minus the tax, from all

25   of our suppliers for a number of different products

Powell, Robert Keith                          December 10, 2014

61

1    that we can purchase.

2            So a 500 part per million low sulfur

3    nontaxable off road in locomotive fuel of 15 parts

4    per million, ultra low sulfur diesel nontaxable

5    fuel, just keep -- 15 parts per million ultra low

6    sulfur diesel, which would be a taxable fuel.  But

7    again, this is product cost without any taxes

8    included in this report, and it's just for our

9    reference to see what we're paying to be able to

10   determine the pricing for both nontaxable and

11   taxable customers based on the product cost.

12           And then for the taxable customers, we

13   would add the tax in.  For the nontaxable, we would

14   not add tax.

15       Q.   Okay.  And Exhibit 9, are you familiar

16   with this?

17           It says third quarter, 2009 federal

18   exempt diesel.

19       A.   Yep.  This is another report that Bob

20   Hummel produces, and he used that in preparation

21   for his 8849.

22           It includes the fuel management or the

23   cardlock sales, and it lists each individual entity

24   that had exempt sales and the number of gallons

25   that they purchased by month.  And it also shows

Powell, Robert Keith                              December 10, 2014

62

1    these delivered gallons that were delivered off a
2    truck to the locations owned by the exempt
3    entities.
4         Q.    So the fuel management?
5         A.    Means the same as cardlock.
6               So these will match up to the report, the
7    other two reports that are in here, both -- so
8    this -- so they would match up to this report and
9    also to the 119.55, which was the fire department.
10   which fire department was that?  Alpha Fire
11   Department.
12              The 119.55 for August matches up to
13   119.55 for August for Alpha Fire Department.
14        Q.    Okay.  If you could mark this as Exhibit
15   4.
16              (Powell Deposition Exhibit No. 4 was
17   marked for identification.)
18   BY MS. SPRIGGS:
19        Q.    And this is the motor fuel price survey.
20              And are you familiar with this?
21              Well, it's a part of it, a page of it.
22        A.    I am familiar with this.
23        Q.    Could you explain what that is?
24        A.    This is a price survey that we typically
25   take on a weekly basis that helps us determine the

Powell, Robert Keith                                 December 10, 2014

63

1    prices that we would like to set for the cardlock

2    transactions.

3        Q.    And why did you -- is it just for

4    cardlock?

5        A.    We do only use this for cardlock.

6        Q.    And why?

7        A.    Because it's a survey of other

8    competitors to the cardlock fueling system.

9              It's got truck stops and other places

10   that typically sell diesel fuel and gasoline to --

11   in a method that is similar to the cardlock.

12             So people are coming and putting the gas

13   in their vehicle at all these locations.

14       Q.    So it gives the name of the entity and

15   then it shows -- for example, it says Snappy's

16   State College.

17             But isn't that J.J. Powell?

18       A.    It is.  But Snappy's is -- I guess could

19   also be considered a competitor of a cardlock site

20   because there are some commercial customers that

21   might have a Wright Express card that you mentioned

22   before that is a competitor to the Pacific Pride

23   facility, and that Wright Express card can be used

24   at a retail location, a Snappy's or a gas station,

25   that kind of thing.

Powell, Robert Keith                                December 10, 2014

64

1          So these are all places that compete with

2    the cardlock facilities, and so we take the survey

3    and try to set our price accordingly.

4          Q.   So you have handwritten -- these are

5    prices that you determine just from going around?

6          A.   Mm-hmm.

7          Q.   And then you have something that says our

8    price.  You have a price column and you have our

9    price.

10         A.   And price change too.

11              So each week we -- Cathy Herman, a girl

12   in our office, fills out the price of the

13   competitors.  She writes in what our prices are at

14   our nearest card locks, and then my brother

15   typically changes -- what we're going to change our

16   price to, he writes in this last column to reset

17   our price for the week going forward.

18         Q.   And so what is the process for changing

19   the price?

20         A.   Just comparing our price to the

21   competitors, and we also look at which way fuel

22   price is changing.  Do we expect it to go up?  Do

23   we expect it to go down?  And just kind of make an

24   educated guess as to what's the best thing to do

25   for the following week.

Powell, Robert Keith                           December 10, 2014

65

1    Q.   So that's a price per gallon that you
2  have when you go around to the --
3    A.   Right.
4    Q.   Okay.  So --
5    A.   And these prices all include taxes.
6    Q.   Yeah.
7    A.   And then if it's a tax exempt, that's
8  when they have the nos on there, then the computer
9  backs out those taxes, the 62 and a half cents or
10  the 52 cents on gasoline.
11        So a tax exempt customer buying in
12  cardlock isn't going to pay 2.99 for diesel.
13  They're going to pay 62 and a half cents less.
14    Q.   Okay.  So you have two -- you explained
15  two different methodologies for pricing today
16  because you mentioned the -- you use the market
17  survey.  That's one?
18    A.   Which is this.  (Indicating.)  Right?  Or
19  no?
20    Q.   Well, I thought you were talking about
21  the product ranking.
22    A.   Oh, the product ranking report.  Yeah.
23  Okay.
24    Q.   Is that a different?
25    A.   Yeah.  The product ranking report

Powell, Robert Keith                                    December 10, 2014

66

1    shows -- we use that more for the fuel that we

2    deliver with trucks.

3        Q.    Okay.

4        A.    This is what we use to price the -- this

5    motor fuel price survey is what we use to price the

6    cardlock sites.

7              The fuel that we deliver off the truck is

8    more based off the cost of the fuel, but those

9    prices that competitors charged are not published

10   for deliveries from a truck; so it's a little more

11   standard, probably a little bit more of a standard

12   procedure, where it's typically cost plus and add

13   on.

14       Q.    Okay.

15             (Powell Deposition Exhibit No. 5 was

16   marked for identification.)

17   BY MS. SPRIGGS:

18       Q.    And are you familiar with this document?

19       A.    I am.

20       Q.    We talked about it earlier, that it is

21   the application for the fuel lock card.

22             Is that what this is?

23       A.    That is correct.

24       Q.    And the question I had asked, if you look

25   at Paragraph Number 11, it talks about guarantors.

Powell, Robert Keith                                    December 10, 2014

67

1          And I didn't know if that would jog your
2     memory or if there's some specific category of
3     individual that is always a guarantor or --
4          A.    No.    I think purchaser and guarantor in
5     that instance are the same.
6          Q.    Okay.    And it says -- so the terms of
7     cardlock use, and it says down at the bottom --
8     let's see -- "I have made the above statements for
9     the purpose of obtaining credit."
10         So the credit they're talking about is?
11         A.    Is that the money that is owed by the
12    purchaser to J.J. Powell, Incorporated, because
13    they will be billed every two weeks.
14         So they buy their fuel for two weeks, and
15    they don't get an invoice until after the two weeks
16    are over.    So they're going to owe us some amount
17    of money.
18         Q.    Okay.
19         (Discussion was held off the record.)
20         (Recess taken from 1130 a.m. to 11:42
21    a.m.)
22         MS. SPRIGGS:
23         (Powell Deposition Exhibit No. 6 was
24    marked for identification.)
25    BY MS. SPRIGGS:

Powell, Robert Keith                                    December 10, 2014

68

1    Q.    Are you familiar with this document?

2          It's called letter of registration.

3    A.    Yes.

4    Q.    And could you explain what it is?

5    A.    I can read what it is.  It's an

6    application for registration for certain excise tax

7    transactions has been approved pursuant to the IRC

8    Code 4101, and it shows our UV number.

9    Q.    Okay.  Were you involved in the request

10   for -- or involved with the application for the

11   registration?

12   A.    No.

13   Q.    Okay.  Did you get involved at all with

14   keeping up with the status of the registration?

15   A.    No.

16   Q.    And do you know what the registration was

17   for?

18   A.    For tax exempt sales.

19   Q.    Okay.  In what way?

20   A.    In -- for selling the fuel to tax exempt

21   entities.

22   Q.    Okay.  Who would this letter have come

23   to?

24   A.    It would have -- likely -- in 1994, I

25   don't know.

Powell, Robert Keith                                    December 10, 2014

69

1    Q.    Okay.  Would you have reviewed it?

2    A.    No.

3    Q.    You say in 1994 you don't know.

4          Do you know now who it would go to?

5    A.    It would likely wind up with Bob Hummel.

6    Q.    Because on the second page of this

7    document it's dated September 7th, 2011.

8          So do you know who would have received

9    that letter?

10   A.    I would assume Bob Hummel.

11   Q.    Okay.  Now, going back to the first page

12   of this document, it gives -- it says your

13   registration number.  It gives your registration

14   number.  That's for J.J. Powell.

15         It says, "Your company is registered as

16   an ultimate vendor of diesel fuel."

17         Do you know what that -- do you know what

18   that means?

19   A.    I don't know.

20   Q.    Okay.  It says, "This allows your company

21   to claim a credit or refund of the federal excise

22   tax on your sale of undyed diesel fuel."

23         What is undyed diesel fuel?

24   A.    At that time that would have been fuel

25   that was meant for a nontaxable use -- I'm sorry --

1   for a taxable use.

2            Undyed would have been taxable at that

3   point.  Dyed would have been nontaxable.

4        Q.    Okay.  Is there an indicator when you

5   sell diesel fuel that lets you know whether it's

6   undyed or not?

7        A.    On an invoice you mean or --

8        Q.    Well, for example, if you -- this

9   registration says you can claim a refund of federal

10  excise tax on the sale of this particular diesel

11  fuel.

12       A.    Mm-hmm.

13       Q.    So when you go -- when J.J. Powell

14  applies for a credit or refund, does it have

15  documentation that shows that it was undyed diesel

16  fuel that they're claiming?

17       A.    Yes.  Yes.

18       Q.    And what would that be?

19       A.    That would be the description of the

20  product.

21       Q.    And that would be on?

22       A.    On invoices.

23       Q.    It would be on the invoice to the tax

24  exempt?

25       A.    To the tax exempt customer, yes.

Powell, Robert Keith                                December 10, 2014

71

1          Q.    Okay.  And now, the next paragraph says,
2     "A certificate from a farmer or a state or local
3     government must be obtained and must be renewed
4     every 12 months."
5               Are you familiar with that protocol?
6          A.    No, I was not.
7          Q.    That was 1994.
8               So from 1994 no one ever discussed that
9     the certificates must be renewed every 12 months?
10         A.    No, and we have been through many, many
11    audits since 1994.
12         Q.    Okay.  Did J.J. Powell file any excise
13    tax returns?  Do you know?
14         A.    We -- at one time I know we did before
15    the excise taxes were moved to the rack.  I think
16    at one time the excise taxes we submitted.
17         Q.    When was that?
18         A.    I don't remember.
19         Q.    Do you remember what returns you filed,
20    J.J. Powell filed?
21         A.    No, I don't.
22         Q.    But currently for the periods in issue in
23    this suit, there were no like Form 720s filed or
24    any excise tax returns filed?
25         A.    No.  No.

Powell, Robert Keith                    December 10, 2014

72

1      Q.    So the second page of this exhibit says,
2   notification of change in registration.
3         Do you know why there was a change in
4   registration?
5      A.    No, I do not.
6      Q.    Because it says -- it just says something
7   about, "Your previous registration number" -- gives
8   the same number on the first page -- "was issued to
9   conduct tax free transactions."  It says, "Is no
10  longer valid and has been reissued due to a change
11  in the Internal Revenue Service numbering system."
12        Do you know what that means?
13     A.    Only that the Internal Revenue Service
14  must have changed their numbering system.
15     Q.    And are you aware of any time when the
16  registration was suspended for any reason?
17     A.    No.
18     Q.    I think have an invoice from an entity
19  you talked about earlier.  Just want to show you
20  parts of this.  I want to take the first and last.
21        (Powell Deposition Exhibit No. 7 was
22  marked for identification.)
23  BY MS. SPRIGGS:
24     Q.    And are you familiar with this document?
25     A.    I am.

Powell, Robert Keith                                    December 10, 2014

73

1    Q.    And could you explain what it is?

2    A.    This is an invoice for cardlock purchases

3    made by Bellefonte Borough for the period ending

4    July 31, 2009.

5    Q.    And so it shows different -- on the first

6    page, is it showing --

7    A.    The first page it shows each card number,

8    the name that the Bellefonte Borough has assigned

9    to that card, where the purchases were made, the

10   date, the time, the product, the unit measure,

11   taxable or nontaxable status, quantity, and the

12   price and the extended amount.

13   Q.    So the price -- this is for -- so the

14   first --

15   A.    The first transaction is no lead, which

16   is unleaded regular gasoline.  The price is 2.094.

17   Q.    And then what is the amount?

18   A.    The amount is 37.69.

19   Q.    No.  I'm saying in the column.

20         Are we looking at the same --

21   A.    (Reviewing document.)

22   Q.    We're looking at the same -- let me

23   get -- you're at 3855.

24         So the amount, the 37.69, what is that?

25   A.    That is the quantity multiplied by the

Powell, Robert Keith                                    December 10, 2014

74

1    price.

2          Q.    So that's the amount that they would owe?

3          A.    Owe, yes.

4          Q.    Okay.  So then on the last page, what

5    is --

6          A.    I can explain that.

7          Q.    Okay.  It's --

8          A.    The prompt pay volume discount?

9          Q.    Yeah.

10         A.    Okay.  So we gave our customers who

11   purchase more volume during the course of the

12   billing period to take a discount on their fuel

13   purchases, so a customer who purchases between 100

14   and 299 gallons during the two-week period or

15   whatever the billing period may be, to take two

16   cents per gallon off this invoice if they pay by

17   September 9th -- I'm sorry -- September 11th of

18   2009.

19               So the more gallons a customer uses, the

20   greater the discount that we give them the

21   opportunity to take if they pay within ten days.

22         Q.    Okay.  But it's not related at all to --

23         A.    Not at all, to taxes.

24         Q.    -- to taxes?

25         A.    (Indicating negatively.)

Powell, Robert Keith                                December 10, 2014

75

1          (Powell Deposition Exhibit No. 8 was
2    marked for identification.)
3    BY MS. SPRIGGS:
4          Q.    And this is an invoice for -- is it
5    Lezzer Lumber?
6          A.    Lezzer Lumber.
7          Q.    And are you familiar with this document?
8          A.    I am.
9          Q.    And could you explain what it is?
10         A.    This is an invoice for Lezzer Lumber for
11   the period ending July 31st, 2009, and it shows
12   similar information to the invoice we just
13   reviewed, except on the second page it shows all
14   tax rather than no tax.
15         Q.    On the second page?
16         A.    Second page, all tax.
17         Q.    So if you look under the opening
18   odometer --
19         A.    Yep.  It shows the product they
20   purchased, the gallons, all tax, the quantity and
21   the price of the fuel.
22         Q.    So that means -- what does that mean?
23         A.    The price of the fuel?
24         Q.    No.  The all tax.
25         A.    All tax?  That means that they are set up

Powell, Robert Keith                                    December 10, 2014

76

1   on a description of all tax in these tax flags that
2   we set up where this would be for a taxable
3   customer, and the no tax is set up for a
4   nontaxable -- an exempt customer.
5           Q.   So you're looking at --
6           A.   At a setup screen on the cardlock fueling
7   network computer where we assign descriptions and
8   set the yes/no tax flags based on the product,
9   which is diesel, and the state, Pennsylvania, and
10  all the different taxes, the borough, federal
11  excise, state excise, city, county and the sales
12  tax.
13              So when someone is taxable, that
14  description is all tax, and someone who is
15  nontaxable, that description shows up on the
16  invoice as no tax.
17          Q.   Okay.  Could you -- I may have that -- I
18  want to put that as an exhibit.  I may have a copy
19  of it.
20          A.   If not, you're welcome to have this one.
21          Q.   We'll just label this Exhibit 9.
22              (Powell Deposition Exhibit No. 9 was
23  marked for identification.)
24  BY MS. SPRIGGS:
25          Q.   Well, we'll just keep that so we'll know

Powell, Robert Keith                              December 10, 2014

77

1    that that's what you were referring to.

2          So when the price is computed then for

3    the Lezzer Lumber, then for example on the second

4    page, the 2.879 which says all tax is a quantity of

5    62.14 gallons.

6          A.    Correct.

7          Q.    So that price would include tax?

8          A.    Federal excise, state, two state taxes,

9    yes, which on the diesel fuel come to 62.4 or 5

10   cents.

11         Q.    So if we go back to compare to the tax

12   exempt, the Bellefonte Borough --

13         A.    Mm-hmm.

14         Q.    -- where the taxable customer, it says

15   all tax on the invoice, then for the nontaxable it

16   says no tax?

17         A.    Correct.

18         Q.    And that's standard.

19               So that's the standard procedure?

20         A.    Yep, that is the -- and that comes right

21   off these tax flags that are set up where it says

22   all tax, and for the tax exempt customers, it says

23   no tax.

24         Q.    Okay.

25               (Powell Deposition Exhibit No. 10 was

Powell, Robert Keith                                    December 10, 2014

78

1    marked for identification.)

2    BY MS. SPRIGGS:

3        Q.    And Exhibit 9, these are the exemption

4    certificates provided by J.J. Powell.

5            Are you familiar with these?

6        A.    **Yes.**

7        Q.    So when these came into the office, were

8    they provided to you?

9        A.    **No.    They would have gone to Angie**

10   **Cuthburt.**

11       Q.    Okay.  So when -- let's take -- on the

12   first page, this is the exemption provided by Alpha

13   Fire Department, and it identifies that the

14   purchaser is a state -- let's see -- is a state or

15   local government and that taxable fuel, to which

16   the certificate relates, is purchased for the

17   exclusive use of the purchaser.

18           But it just says taxable fuel.  It

19   doesn't identify what they're purchasing.

20           So is there anywhere on the certificate

21   that you know of where the entity indicates what

22   they're purchasing?

23       A.    **Only that it's taxable fuel.**

24       Q.    Okay.  Well, when they say "taxable

25   fuel," what does that mean?

Powell, Robert Keith                               December 10, 2014

79

1    A.    That would mean diesel fuel, gasoline,

2  any fuel that we would deliver that is taxable

3  they're claiming to be tax exempt.

4    Q.    Okay.  So for this first one, then it

5  says -- it checks all orders placed by the

6  purchaser for the period beginning 4/1/08 and

7  ending 4/1/11, and then it says, a period not to

8  exceed 12 calendar quarters will be for the

9  exclusive use of the state or local government.

10          So did J.J. Powell prepare these and

11  provide these to the Alpha Fire Department or did

12  Alpha Fire Department prepare their own?

13    A.    In preparing it -- I'm not sure what you

14  mean by preparing it.

15    Q.    Well, did you -- is this a form that J.J.

16  Powell sent to Alpha Fire Department and said, fill

17  this out, or did Alpha Fire Department prepare a

18  form and just send it to you?

19    A.    Could have been either way.

20    Q.    You don't recall which?

21    A.    No.

22    Q.    Okay.  So J.J. Powell started selling to

23  Alpha Fire Department on 4/1/08.  Is that correct?

24    A.    Probably a long time before that.

25    Q.    Okay.  But for this certificate 4/1/08?

Powell, Robert Keith                                December 10, 2014

80

1    **A.    Yeah.**

2    Q.    And what date is it signed?

3    **A.    7/27/2010.**

4    Q.    Okay.  So explain what happened between

5    4/1/08 and 7/27/2010 in terms of J.J. Powell was --

6    they were purchasing fuel from J.J. Powell and

7    saying they were tax exempt?

8    **A.    They were.  And whether or not they had a**

9    **certificate with us that was signed in a different**

10   **date or time, I don't know.**

11   Q.    Okay.  And the others are similar.

12         But could you just look through and just

13   verify that these are all -- I think there's

14   something.  There may be something attached at the

15   back in addition to the claims.

16         Is there a claim for a refund at the very

17   back of yours?

18   **A.    Yeah.**

19         **You want to take that?**

20   Q.    I'll just make that a separate exhibit.

21   So let's take that one off.

22         But other than the claim for refund --

23   **A.    They generally look like exemption**

24   **certificates.**

25   Q.    That were submitted?

Powell, Robert Keith                    December 10, 2014

81

1    A.    Yes.

2    Q.    So it's fair to say that for many of the

3   certificates, according to what we have in front of

4   us, J.J. Powell was providing or selling fuel to

5   the government entities, and it appears that they

6   in many cases signed for -- signed their

7   certificate months after the -- they had already

8   purchased the gas or fuel?

9    A.    No, I don't know that that's true or not

10  true, because we may have had certificates prior to

11  these that would have covered the same period or a

12  period that overlaps the periods that these cover.

13   Q.    Okay.  But from what we have in front of

14  us --

15   A.    Yep.

16   Q.    -- there were --

17   A.    The dates don't necessarily match.

18   Q.    Okay.

19        (Powell Deposition Exhibit No. 11 was

20  marked for identification.)

21        (Discussion was held off the record.)

22  BY MS. SPRIGGS:

23   Q.    So I've handed you Exhibit 11, which are

24  the claims for refund filed by J.J. Powell.

25        And are you familiar with these

Powell, Robert Keith                                    December 10, 2014

82

1    documents?

2         A.    I am.

3         Q.    And did you prepare them?

4         A.    I did not.

5         Q.    And do you know, can you read whose

6    signature --

7         A.    That is my signature.

8         Q.    You signed it?

9         A.    I did.

10        Q.    Okay.  And can you explain the claims for

11   refund?

12        A.    These, after we went through the appeal

13   process, were denied, we had to file a claim for

14   these refunds so that we could bring this action.

15        Q.    Okay.  And on the first claim for the

16   period July 1, 2009 through September 30th, 2009,

17   and under the explanation it says, "Exemption

18   certificates were maintained for a period not to

19   exceed 12 calendar quarters in accordance with

20   Treasury Regulation 48.4041-15(b) as opposed to 12

21   calendar months in accordance with Publication 510.

22   See attached appeal for additional information."

23             So could you explain the grounds for the

24   claim?

25        A.    For the explanation?

Powell, Robert Keith                                    December 10, 2014

83

1      Q.    Yes.

2      A.    **The Treasury Reg 48.4041 states that an**

3   **exemption certificate is good for a period of 12**

4   **calendar quarters.**

5      Q.    So does Treasury Reg 48.4041-15 apply to

6   J.J. Powell?

7      A.    **I believe so.**

8      Q.    And was it in effect in 2009 through

9   2010?

10     A.    **I believe so.**

11     Q.    Okay.  If it was not -- well, strike

12  that.

13           It says the exemption certificates that

14  we just looked at were maintained for a period not

15  to exceed 12 calendar quarters.

16     A.    **Correct.**

17     Q.    So that was J.J. Powell's policy?

18     A.    **That was what we believed to be the**

19  **federal government's policy.**

20     Q.    And that's in accordance with the

21  Treasury Regulation you cite?

22     A.    **Right.**

23     Q.    Okay.  Did you look at any other

24  regulations?

25     A.    **We would have received information,**

Powell, Robert Keith                                December 10, 2014

84

1    particularly from the Pennsylvania Petroleum
2    Association with regard to its regulations.
3           But did we read all the documents that
4    came out of the Internal Revenue Service?  No.
5        Q.   Was there any discussion about whether
6    this regulation applied to J.J. Powell?
7        A.   Not prior to our audit.
8        Q.   Okay.  And there was no discussion about
9    whether there were other regulations that could
10   apply to J.J. Powell in terms of the exemption
11   certificates?
12       A.   No.
13       Q.   And the grounds for the claims are the
14   same on all of the claims for refund?
15       A.   Correct.
16           MS. SPRIGGS:  Why don't we take a short
17   break and I'll see if I have any further questions
18   for you?
19           (Recess was taken from 12:21 p.m. to
20   12:24 p.m.)
21   BY MS. SPRIGGS:
22       Q.   I have a few questions about the audit.
23           So when the IRS -- at the conclusion of
24   the audit, did you have a discussion with the
25   agent?

Powell, Robert Keith                          December 10, 2014

85

1    A.    I was not there, but the agent had a
2    discussion with Bob Hummel and Doug Goss in our
3    office.  And then they called me on the phone, and
4    I talked with Doug Goss.
5        Q.    Okay.  And what was the -- what did you
6    discuss?
7        A.    The discussion with Doug Goss was that
8    the agent believed that these exemption
9    certificates were not maintained properly and that
10   we owed the -- based on his calculations, we owed
11   the IRS roughly $250,000, but if we paid $80,000
12   today, that it would be done with and over.
13       Q.    Okay.  And did you discuss with the
14   agent -- was there a discussion with the agent
15   about the problem with the exemption certificates?
16       A.    Not with me.
17       Q.    So you didn't have --
18       A.    I didn't -- I'm sorry -- I didn't talk
19   with the agent that day.  I only talked with Doug
20   Goss.
21       Q.    Okay.  And then was there a general
22   discussion with J.J. Powell about the exemption
23   certificates?
24       A.    At some time later, yes.
25            MS. SPRIGGS:  Can we go off the record?

Powell, Robert Keith                           December 10, 2014

86

1                (Discussion was held off the record.)

2    BY MS. SPRIGGS:

3        Q.    So was there a discussion at J.J. Powell

4    about the problems with the -- the agent's problems

5    with the certificates?

6        A.    Yeah.  So we -- once I got back to the

7    office and talked with Bob and Doug and my brother

8    Jeff, we discussed the exemption certificates,

9    decided we should call the Pennsylvania Petroleum

10   Association to see what they know about -- what

11   they knew about the three-year certificates,

12   audits, all that kind of thing, talked with them.

13             They gave me the number to Cloyd Van

14   Hook, who I then talked with, and we started going

15   through this whole process.

16       Q.    Did you make any changes in terms of how

17   the exemption certificates are handled?

18       A.    Yes.

19       Q.    And what happened?

20       A.    We now use the form that is suggested by

21   Publication 510 and get them every 12 months.

22       Q.    And when did you start with the using

23   that form?

24       A.    Immediately after the audit.

25       Q.    And what did you do?  Did you -- in terms

Powell, Robert Keith                    December 10, 2014

87

1    of did you go and have the exempt entities all fill

2    out new forms, or what did you do?

3         A.    We did.  Yep, that's exactly.  We just

4    sent them out to all the exempt entities and got

5    new forms from all of them.

6         Q.    Did they cover any of the periods that

7    are in issue?

8         A.    No.

9         Q.    So it was going forward?

10        A.    Going forward.

11        Q.    So in terms of what's in issue, the

12   documents all remained the same?  No changes to

13   that?

14        A.    That's correct.  Yes.

15        Q.    You mentioned that J.J. Powell thought it

16   was three calendar quarters?

17        A.    Three calendar years, 12 calendar

18   quarters.

19        Q.    I mean 12 calendar quarters.

20             And is there any -- and did you also have

21   alternatives or was that your --

22        A.    No, there was no other alternative.

23        Q.    That was just that was the procedure?

24        A.    The one, yep, federal excise tax

25   exemption form that we believed existed.

Powell, Robert Keith                                    December 10, 2014

88

1          Q.    And you had been audited before, you
2     said?
3          A.    **Many, many times.**
4          Q.    And no one had said anything about the --
5          A.    **Exemption certificates, no.**
6          Q.    This was the first time you'd been
7     audited on the exemption certificates?
8          A.    **No.  We'd been audited on the exemption**
9     **certificates in every audit, federal excise audit,**
10    **prior to that for many years.**
11         Q.    Did you -- were you involved with
12    appeals?  Did you go to IRS appeals?
13         A.    **No, I don't think we did.**
14               MR. VAN HOOK:  He didn't.
15               THE WITNESS:  I'm sorry.  I don't know
16    the exact process.
17    BY MS. SPRIGGS:
18         Q.    You weren't involved in that.  Okay.
19               MS. SPRIGGS:  I think I have no further
20    questions.
21               MR. VAN HOOK:  For him or for anyone?
22               MS. SPRIGGS:  No.  For him.
23               (Whereupon, the deposition was adjourned
24    at 12:30 p.m.)
25

Powell, Robert Keith                                    December 10, 2014

89

1                   ACKNOWLEDGMENT OF DEPONENT

2

3           I, _Robert Powell_____, do hereby

4    acknowledge that I have read and examined the

5    foregoing testimony, and the same is a true, correct

6    and complete transcription of the testimony given by

7    me, and any corrections appear on the attached Errata

8    Sheet signed by me.

9

10

11   _1/28/15_____      _____

12     (DATE)                   (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

Powell, Robert Keith                              December 10, 2014

90

1    State of Pennsylvania

2    County of Franklin, to wit:

3          I, Stacey L. Daywalt, a Notary Public of

4    the State of Pennsylvania, County of Franklin, do

5    hereby certify that the within-named witness

6    personally appeared before me at the time and place

7    herein set out, and after having been duly sworn by

8    me, according to law, was examined by Counsel.    I

9    further certify that the examination was recorded

10   stenographically by me and this transcript is a

11   true record of the proceedings.

12          I further certify that I am not of

13   counsel to any of the parties, nor an employee of

14   counsel, nor related to any of the parties, nor in

15   any way interested in the outcome of this action.

16          As witness my hand and Notarial Seal

17   this 22nd day of December, 2014.

18

19

20          Stacey L. Daywalt, Notary Public

21   My Commission Expires:    February 10, 2018

22

23

24

25

Henderson Legal Services, Inc.

202-220-4158            www.hendersonlegalservices.com

A-311

Hummel, Robert                                    December 10, 2014

1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------:
J.J. POWELL, INC.,            :
          Plaintiff,          :
                              : Civil Action No.
          vs.                 : 1:13-cv-00353-LJB
                              :
                              :
THE UNITED STATES,            :
          Defendant.          :
------------------------------:


DEPOSITION OF ROBERT HUMMEL

State College, Pennsylvania

Wednesday, December 10, 2014

12:35 p.m.

☐ ORIGINAL


Reported by:  Stacey L. Daywalt

**Defendant
Exhibit**

28

Hummel, Robert                                    December 10, 2014

2

1          Deposition of ROBERT HUMMEL taken at:

2          Magisterial District Court, 49-1-01

3          131 South Fraser Street, Suite 5

4          State College, Pennsylvania  16801

5

6          Pursuant to notice, before Stacey L.

7    Daywalt, Notary Public in and for the Commonwealth

8    of Pennsylvania.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hummel, Robert                                    December 10, 2014

3

```
1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF:

3            CLOYD F. VAN HOOK, ESQUIRE

4            GUARISCO & GORDES, LLC

5            601 Poydras Street, Suite 2355

6            New Orleans, Louisiana 70130-6008

7            (504) 587-7007

8

9    ON BEHALF OF DEFENDANT:

10           JENNIFER DOVER SPRIGGS, ESQUIRE

11           U.S. DEPARTMENT OF JUSTICE

12           555 4th Street NW, Room 8116

13           Washington, DC  20044

14           (202) 307-0840

15

16

17

18

19

20

21

22

23

24

25
```

Hummel, Robert                                    December 10, 2014

4

1                    C O N T E N T S

2

3    WITNESS:  Robert Hummel                        PAGE

4              By Ms. Spriggs                         5

5

6                    E X H I B I T S

7    NUMBER          DESCRIPTION                     PAGE

8    12         Claim For Refund of Excise Taxes,

9              gasoline                                8

10

11   13         Claim For Refund of Excise Taxes,

12             undyed diesel fuel                     14

13

14

15

16

17

18

19

20

21

22

23

24

25

Hummel, Robert                                        December 10, 2014

<div style="text-align: right">5</div>

1              P R O C E E D I N G S

2    Thereupon,

3                    ROBERT KEITH POWELL,

4    was called as a witness by Counsel for the

5    Defendant, and having been duly sworn by the Notary

6    Public, was examined and testified as follows:

7         EXAMINATION BY COUNSEL FOR DEFENDANT

8    BY MS. SPRIGGS:

9         Q.   Could you state your name for the record?

10        A.   Robert Hummel.

11        Q.   Mr. Hummel, my name is Jennifer Spriggs

12   and I'm here today on behalf of the United States

13   with respect to a lawsuit filed by J.J. Powell,

14   Inc. and the Court of Federal Claims.

15             And have you had your deposition taken

16   before?

17        A.   No.

18        Q.   You may have heard my explanation

19   earlier, but the court reporter is transcribing and

20   she needs to hear both of us.

21        A.   Yes.

22        Q.   So if you wait till I finish so we don't

23   overlap.

24             If you don't understand any question I

25   ask, let me know.  I'll try to rephrase it.

Hummel, Robert                              December 10, 2014

6

1          And she needs a verbal response from you

2     because she has to type in your response.

3          Could you state your business address?

4     A.    It's 109 West Prescott Street,

5     Philipsburg, Pennsylvania.

6     Q.    And could you spell your last name?

7     A.    H-U-M-M-E-L.

8     Q.    And I'd like to show you what's been

9     marked as Deposition Exhibit 1.  And this is

10    deponent designation, and it says that you are

11    designated to testify for the plaintiff on the

12    preparation of the Form 8849 Claim For Refund of

13    Excise Tax.  Is that correct?

14    A.    Yes.

15    Q.    And are you prepared today to testify to

16    those matters?

17    A.    Yes.

18    Q.    Is there any reason today that you can't

19    testify or provide accurate testimony?

20    A.    No.

21    Q.    Okay.  Where are you currently employed?

22    A.    J.J. Powell, Inc.

23    Q.    And what is your position there?

24    A.    It's a little bit of everything.  It's

25    fuel tax preparations, dispatch, fuel trucks,

Hummel, Robert                                          December 10, 2014

7

1    accounts payable.  That's pretty much most of it.

2         Q.   What is your position?

3         A.   I don't have a title per se.

4         Q.   Oh, okay.

5         A.   I prepare fuel taxes.  I dispatch

6    transport deliveries.  I gather all the pricing

7    information.  I do accounts payable.

8         Q.   And how long have you been with J.J.

9    Powell?

10        A.   Thirty-six years.

11        Q.   So do you work in -- what department do

12   you work in?

13        A.   In the accounting department.

14        Q.   And did you attend college?

15        A.   I did.

16        Q.   And where did you attend?

17        A.   Penn State.

18        Q.   And what did you major in?

19        A.   Business administration.

20        Q.   And are you -- do you have any graduate

21   education?

22        A.   No, I don't.

23        Q.   And do you have any professional

24   licenses?

25        A.   No, I don't.

Hummel, Robert                                          December 10, 2014

8

1      Q.    Okay.  And have you worked any place

2   other than J.J. Powell?

3      A.    In my lifetime?

4      Q.    Yes.

5      A.    Before J.J. Powell I worked for GC Murphy

6   Company.  I don't know if you -- you probably don't

7   know.  They're out of business now.

8            It was a retail store, a retail chain.

9      Q.    And what did you do there?

10     A.    I was a manager, store manager.

11     Q.    Did you -- in preparing the excise tax

12   returns, were you involved with discussions with

13   the revenue agent?

14     A.    For this audit?

15     Q.    Yes.

16     A.    I was there, yes, whenever -- I assembled

17   all the reports and everything he needed to do the

18   audit, yeah, all the reports that are included with

19   the 8849.

20     Q.    Oh, okay.  So did you have discussions

21   with the agent at the conclusion of the audit?

22     A.    I was in the room with he and Doug Goss.

23   There was really not much discussion.

24     Q.    Okay.

25            (Hummel Deposition Exhibit No. 12 was

Hummel, Robert                                          December 10, 2014

9

1    marked for identification.)

2    BY MS. SPRIGGS:

3        Q.    Show you what's a been marked as Exhibit

4    12.  This is a Claim For Refund of Excise Tax, Form

5    8849 --

6        A.    **Mm-hmm.**

7        Q.    -- for the fourth quarter of 2009.  It's

8    for gasoline.

9        A.    **Mm-hmm.**

10       Q.    Did you prepare this document?

11       A.    **I did.**

12       Q.    Okay.  So could you explain what this is?

13       A.    **Claim for refund for sales to exempt**

14   **entities for that quarter, for gasoline sales for**

15   **the fourth quarter of '09.**

16       Q.    Okay.  And it's signed by?

17       A.    **Jeffrey, yes.  That's the president of**

18   **the company.**

19       Q.    So on the first page it's checked sales

20   by registered ultimate vendor?

21       A.    **That's correct.**

22       Q.    So J.J. Powell is a registered ultimate

23   vendor?

24       A.    **Yes.**

25       Q.    And can you explain what that means?

Hummel, Robert                                    December 10, 2014

10

1      A.    It's for Form 637, registration to make
2  exempt sales to exempt entities.
3      Q.    Okay.  And in making the sales to exempt
4  entities, were you involved with the keeping track
5  of what they needed from the exempt entities in
6  order to claim these sales?
7      A.    No.  My job basically was gathering all
8  the information from the sales journals for these
9  quarters and preparing the form to be submitted.
10      Q.    Okay.  So on the second page it says
11  sales by registered ultimate vendors of undyed
12  diesel fuel.
13          And when you prepared this form, how did
14  you go about determining that the sales were for
15  undyed diesel fuel?
16      A.    Well, there's undyed diesel fuel and dyed
17  diesel fuel.  So on the sales reports that are
18  produced from the cardlock system and from the
19  delivery truck system, the product is identified as
20  undyed diesel fuel, or dyed, in the case of diesel
21  fuel.
22          The dye product is a nontaxable product.
23      Q.    So you had pulled that from the
24  accounting records?
25      A.    Yeah, from the sales journals.

Hummel, Robert                                    December 10, 2014

11

1    Q.    So continuing under the first Item Number

2    1 on Page 2, it says, "The claimant sold the diesel

3    fuel at a tax excluded price, repaid the amount of

4    the tax to the buyer or obtained written consent of

5    the buyer to make the claim."

6         So which of those does J.J. Powell fall

7    under?

8    **A.    We sell at a tax excluded price.**

9    Q.    It says, "Claimant has obtained the

10   required certificate from the buyer and has no

11   reason to believe any information is false."

12        So when it says, "The claimant has

13   obtained the required certificate," did you get

14   involving with ensuring that it was the required

15   certificate?

16   **A.    No, I did not.**

17   Q.    On the second item -- no.  That's --

18   **A.    That's undyed kerosene.  That's just the**

19   **different products for --**

20   Q.    So on the -- I guess this is the second.

21   It's actually the third page, but it says Page 2.

22        So under A it says, use by nonprofit

23   educational organization.  It has a rate in

24   gallons.

25        Could you explain what that is?

Hummel, Robert                                December 10, 2014

12

1       A.    Well, nonprofit education credit, that
2   would be the school districts.
3             And whenever you file a claim on
4   gasoline, they require that it's broken down how
5   much you sold to the school districts or nonprofit
6   education or how much was sold to the state and
7   local governments.  It's claimed separately.
8             It's one total claim, but they have it
9   broken out into the school districts and the state
10  and local governments.
11      Q.    And what is the rate?
12      A.    That's the federal tax rate.
13      Q.    For?
14      A.    Gasoline.
15      Q.    For gasoline?
16      A.    Mm-hmm.
17      Q.    It's the same for this?
18      A.    Right.
19      Q.    And then -- so attached you have
20  worksheets?
21      A.    This is actually part of the return the
22  IRS requires.  It's part of Schedule 2.
23            It's a list of all the customers that you
24  sold the nontaxable product to with their taxpayer
25  ID numbers.

Hummel, Robert                          December 10, 2014

13

1      Q.    Okay.   And then the fourth quarter,
2   there's an attachment that says fourth quarter
3   federal exempt gas sales.
4      A.    Yeah.   This is a worksheet that I created
5   myself, and what it does is just keep track of each
6   of the tax free entities that we've sold to, how
7   many gallons each bought by month for the quarter
8   with the total broken down to each one of them for
9   the entire quarter.
10           The top part where it says fuel
11   management, we've been referring to that as
12   cardlock all along this morning, but I call it fuel
13   management.   These are all cardlock sales at the
14   top, these.   (Indicating.)
15           At the bottom where it says delivered,
16   that's just a delivery truck, small delivery to the
17   customers.   We have a tank for those.
18      Q.    Okay.
19      A.    So I just take and add everything up and
20   bring it down to the bottom and get the total
21   gallons for the quarter and multiply it times the
22   rate, and that's the claim that I submit.   Should
23   equal what's on right here.   (Indicating.)
24      Q.    On Page 2?
25      A.    Right, on Page 2.   And my worksheet

Hummel, Robert                                    December 10, 2014

14

1    equals what the amount of the claim was for.

2         Q.    Okay.  So this is for gasoline?

3               (Hummel Deposition Exhibit No. 13 was

4    marked for identification.)

5    BY MS. SPRIGGS:

6         Q.    This is Form 8849 for the fourth quarter

7    of 2009.  It's for undyed diesel fuel.

8               And are you familiar with this document?

9         A.    I am.

10        Q.    And could you explain what it is?

11        A.    Same as what we've talked on gasoline,

12   only this is for the undyed diesel fuel portion,

13   fourth quarter of 2009, sales to nontaxable

14   entities for that quarter.

15        Q.    So on Page 2 it says under 1A use by

16   state or local government.  Then it has 45,690

17   gallons.

18        A.    Yes.

19        Q.    So could you explain?

20              In the details -- is there a detail that

21   would show that, those gallons?

22        A.    Yeah.  That would be this same worksheet

23   as on Page 2 right here.  (Indicating.)

24              Take all these.  This is a list of all

25   the exempt entities here and total it out.  It will

Hummel, Robert                                    December 10, 2014

15

1   total out to 45,690 gallons, which there's really

2   no place on here that it's totalled.

3        Q.   There's not a total?

4        A.   No.  If you add all those up, it's going

5   to add up to 45,690.

6        Q.   Okay.  Did you prepare their -- attached

7   are some -- it says customer federal excise tax

8   reports.  They start at Page 1.

9        A.   Okay.

10       Q.   Bates numbers starting with 92?

11       A.   Page 1?

12       Q.   Yeah.  Did you prepare these?

13       A.   No.  This is a report that they generate

14  for me each month from the cardlock sales system.

15       Q.   Okay.  And when you get this report, what

16  do you do with it?

17       A.   I just go through it and circle -- this

18  includes all nontaxable sales, on road and off

19  road.

20            So I go through, and the ones that are

21  circled are -- that's ultra low sulfur diesel.

22  That's highway use diesel fuel.

23            So I go through and pick up the total

24  gallons on each of those by customer and then file

25  them onto the worksheet.  I don't know if there's a

Hummel, Robert                                December 10, 2014

16

1    worksheet attached to this one or not.

2        Q.    So you pick up the quantity?

3        A.    Yes.  It's the total gallons.

4              Yeah, it's on the back of this worksheet.

5    I think it's right before that, the page we looked

6    at.

7        Q.    So this is the page ending in Bates

8    Number 916?

9        A.    Flip two more, I think.

10       Q.    917.

11       A.    919.

12       Q.    Okay.  919.

13       A.    This is where, as I go through this

14   report and pick up these gallons, and these are

15   transferred onto my worksheet over here.

16       Q.    So where it says federal exempt --

17       A.    Federal exempt, yes.  That's the gallons

18   from this report.

19       Q.    Then there's a reference to a Schedule 9?

20       A.    Yeah.  I heard you talking earlier about

21   it.

22             Schedule 9 and Schedule 10 refers -- I do

23   one worksheet for the federal excise and

24   Pennsylvania state motor taxes combined on this

25   worksheet.

Hummel, Robert                                    December 10, 2014

17

1          On this side these are the exempt

2    gallons, the gallons that are exempt from federal

3    excise tax.  These are the gallons that are exempt

4    from state tax.

5          Schedule 9 and Schedule 10 are simply a

6    schedule that Pennsylvania state uses.  Whereas,

7    Schedule 9 with Pennsylvania refers to a local

8    government, Schedule 10 is for fire departments and

9    ambulance services.

10          So I need to distinguish for the state --

11    this actually -- in effect, this Schedule 9 and 10

12    does not have anything to do with federal.  It's

13    all with the state side of it, because you have to

14    file a separate schedule for separate different

15    uses.  So that's why it's Schedule 9 and Schedule

16    10.

17          Then going back to that, I just pick up

18    the gallons off of this report and then include

19    them on this worksheet here.

20    Q.   Okay.  There is -- the fourth column on

21    this page that you just have checked --

22    A.   That's just whenever I'm preparing the

23    8849 over here and when I'm preparing the state

24    motor fuel tax return over here, I just go through

25    customer by customer and put them on my worksheet

Hummel, Robert                                    December 10, 2014

<div align="right">18</div>

1    and check them off as I go.

2            They did drag me kicking and screaming

3    into the computer age here a couple years ago.  I

4    don't do this by hand anymore.

5            (Discussion was held off the record.)

6    BY MS. SPRIGGS:

7        Q.   Now, when you're preparing the excise tax

8    return of the excise tax claims for refund, do you

9    have to -- well, let me rephrase that.

10           For J.J. Powell customers, are there any

11   customers that purchase fuel using a credit card?

12       A.   No, nothing I'm aware of.

13       Q.   So for J.J. Powell all of their customers

14   either have -- either pay -- well, how do they pay?

15       A.   Well, it's all Pacific Pride cards, as we

16   discussed earlier, or the delivery -- truck

17   deliveries are posted and invoiced monthly for

18   them.

19           There's no credit card payments.

20       Q.   Well, earlier there was discussion about

21   a place called Snappy's Convenience.

22           So for example at a Snappy's Convenience,

23   customers come in.

24           How do they pay for the gas?

25       A.   That's a completely different -- none of

Hummel, Robert                               December 10, 2014

19

1    the things on 8849 apply to any sales at the

2    Snappy's Convenience.  They're not -- the two

3    aren't related as far as any claims.

4         Q.   Well, what is included in those, in the

5    8849s?

6         A.   The cardlock sales and any deliveries

7    that we make from our bulk plant directly to the

8    customer's tank.  That's all.

9         Q.   So when -- your universe when you're

10   preparing these is the cardlock and delivery?

11        A.   That's correct.

12        Q.   Okay.  So the Snappy's Convenience

13   wouldn't come into this because why?

14        A.   Well, there's not a relation here to

15   these exempt sales to Snappy's Convenience stores.

16   There's no products sold at the Snappy's

17   Convenience stores that goes through this claim

18   for -- exempt sales that are claimed through this

19   8849.

20        Q.   So all of the exempt sales are either

21   cardlock or delivered?

22        A.   Correct.

23        Q.   And the cardlock Pacific Pride card is

24   not a -- what kind of card is Pacific Pride?

25        A.   It's -- what do you mean what kind of

Hummel, Robert                                    December 10, 2014

20

1     card?

2              It's just a card that's distributed by

3     Powell through the Pacific Pride network that the

4     customer uses to make purchases at Pacific Pride

5     sites.

6         Q.   But is it a credit card?

7         A.   It's a card that unlocks the pump so that

8     they can use the pump, and then the sale is

9     transmitted back to J.J. Powell for billing.

10        Q.   And the billing -- and there's no other

11    entity involved in terms of the -- like another --

12    there's no other credit card involved?

13        A.   No.

14             MS. SPRIGGS:  If you'll go off the

15    record.

16             (Recess taken from 1:01 p.m. to 1:14

17    p.m.)

18    BY MS. SPRIGGS:

19        Q.   We're back on the record.  And I'd like

20    to show you what's been marked as -- this is

21    Exhibit 10.  These are the exemption certificates.

22             Are you familiar with those?

23        A.   I've seen them in the past, yeah.

24        Q.   Well, do you look at them or review them

25    in connection with preparing your -- the Form

Hummel, Robert                                December 10, 2014

21

1    8849s?

2        A.    I do not.

3        Q.    You don't?

4        A.    No.

5        Q.    So when you're preparing this --

6    preparing the Form 8849, so you don't check to see

7    if the entities have a certificate on file with

8    J.J. Powell?

9        A.    I don't check each one, no.

10       Q.    Is there someone who is responsible for

11   doing that?

12       A.    At that time in question, Angie Cuthburt

13   was in charge of maintaining the exemption

14   certificates.

15       Q.    So when you prepared the Form 8849, you

16   understood -- or did you understand that there

17   should be a valid exemption certificate?

18       A.    I did.

19       Q.    You did understand that?

20       A.    Mm-hmm.

21       Q.    And so in preparing the 8849s, what did

22   you -- since you knew that that was required, what

23   did you do to ensure that was being followed?

24       A.    Well, that's -- I mean, that was in her

25   area of responsibility to have the certificates on

Hummel, Robert                                        December 10, 2014

22

1    file and dated.  And if there were any that were

2    lapsed or needed, then that's when they would

3    change -- if they didn't have a certificate, then

4    they wouldn't be.

5            But it was her job to maintain the

6    certificates.  So I didn't go down each quarter and

7    check each certificate, no.

8        Q.   But to your knowledge did anyone --

9    before you filed the Form 8849 with the IRS, did

10   anyone verify that or discuss with you whether

11   there was or was not a valid certificate?

12       A.   No.

13       Q.   So you would -- so did you do anything at

14   all in terms of checking whether the entities were

15   exempt or not?

16       A.   I did not.  I prepared the forms.

17       Q.   Who filed -- who actually filed the 8849s

18   with the IRS?

19       A.   Well, I prepared the forms and then the

20   officers signed it, and I mailed it in, if that's

21   what you mean.

22       Q.   Okay.  But as far as you know, there was

23   no coordination between the preparation of the Form

24   8849 and checking to see if the exemption

25   certificates were present and valid?

Hummel, Robert                                              December 10, 2014

23

1        A.    There was -- no.

2        Q.    Okay.

3              MS. SPRIGGS:  I don't have any further

4    questions.

5              I would ask that you read and sign the

6    deposition.

7              (Whereupon, the deposition was adjourned

8    at 1:18 p.m.)

9

10

11              ACKNOWLEDGMENT OF DEPONENT

12

13        I, *Robert W Hummel* , do hereby

14   acknowledge that I have read and examined the

15   foregoing testimony, and the same is a true, correct

16   and complete transcription of the testimony given by

17   me, and any corrections appear on the attached Errata

18   Sheet signed by me.

19

20

21   *01-28-15*              *Robert W Hummel*

22     (DATE)                    (SIGNATURE)

23

24

25

Hummel, Robert                                    December 10, 2014

24

1    State of Pennsylvania

2    County of Franklin, to wit:

3            I, Stacey L. Daywalt, a Notary Public of

4    the State of Pennsylvania, County of Franklin, do

5    hereby certify that the within-named witness

6    personally appeared before me at the time and place

7    herein set out, and after having been duly sworn by

8    me, according to law, was examined by Counsel.  I

9    further certify that the examination was recorded

10   stenographically by me and this transcript is a

11   true record of the proceedings.

12           I further certify that I am not of

13   counsel to any of the parties, nor an employee of

14   counsel, nor related to any of the parties, nor in

15   any way interested in the outcome of this action.

16           As witness my hand and Notarial Seal

17   this 22nd day of December, 2014.

18

19

20       Stacey L. Daywalt, Notary Public

21   My Commission Expires:    February 10, 2018

22

23

24

25

Form **637**
(Rev. December 2013)
Department of the Treasury
Internal Revenue Service

### Application for Registration
### (For Certain Excise Tax Activities)
▶ Information about Form 637 and its instructions is at *www.irs.gov/form637*.

OMB No. 1545-0014

---

**Part I    Identification of Applicant**

| | |
|---|---|
| Name of individual, corporation, partnership, association, etc. | Employer identification number |
| Business name, if different from above | Telephone number |
| Mailing address (number, street, and room or suite no.; if P.O. box, see instructions) | Fax number |
| City or town, state, and ZIP code | |
| If you listed a P.O. box above, or if your street address is different from your mailing address, list your street address (including city or town, state, and ZIP code) | |

*Type or print*

---

**Part II    Activities.** Enter the activity letter from the chart on pages 2–4 and a brief description of each activity for which you are applying for registration. Also, attach the **Additional Information Required** for each activity to which this application applies.

| Activity Letter | Activity Description |
|---|---|
| | |
| | |
| | |
| | |

---

**Part III    General Information**

**Section A—For All Applicants**

Answer all the questions below. Attach a separate sheet(s), as needed, to answer items 2b through 7. Identify each sheet with your name and employer identification number (EIN) at the top, and write the number of the item to which each answer applies. If any questions do not apply to you, explain why.

**1a**  Are you or will you be required to file Form 720, Quarterly Federal Excise Tax Return?  .  .  .  .  .  .  .  .  ☐ Yes ☐ No

**b**  Have you previously applied to be registered by any IRS office?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes ☐ No

**c**  Have you, or any related entity, had a Certificate of Registry or Letter of Registration revoked by any IRS office?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  ☐ Yes ☐ No

**d**  If you answered "Yes" to b or c, enter the name of the IRS office

**2a**  List the date your business started ▶  Month _____  Year _____

**b**  Explain in detail your business activity.

**3**  For all other business entities to which you are related, list:

**a**  The name and EIN of the related entity,

**b**  The percentage of ownership, and

**c**  How you are related (for example, stock, partnership, etc.).

**4**  List all addresses of current business operations (include out-of-state or foreign operations, if applicable).

**5**  List the address where your books and records are kept (if different from the address in Part I).

**6**  List the names and taxpayer identification numbers (TINs) of all business owners, corporate officers, members, or partners.

**7**  List the name and phone number of a person whom we can contact about this application.

**Defendant Exhibit 29**

**Section B—For All Fuel Applicants**

If you are applying for fuel activities K, M, S, X, Y, AB, AF, AL, AM, CC, NB, SB, UA, UB, UP, or UV, you must answer questions 8 and 9.

**8**  Attach a copy of your last federal income tax return and other evidence that reflects financial responsibility such as your income statement, balance sheet, or bond rating.

**9**  Describe any changes in your ownership or changes of controlling stock ownership in the past 2 years. If none, enter "None." Also see *Changes in Registration* in the instructions.

---

*Go to Section C on Page 2*

For Privacy Act and Paperwork Reduction Act Notice, see instructions.          Cat. No. 49952H          Form **637** (Rev. 12-2013)

Form 637 (Rev. 12-2013)                                                                                                    Page **2**

## Section C—For Certain Fuel Applicants

If you are applying for fuel activities K, M, S, or Y, answer each question below by checking the "Yes" or "No" box. If you answer "Yes" to any of these questions, provide a full explanation. Attach additional sheets if needed.

Have you or any related person (see Regulations section 48.4101-1(b)(5)) been:

**10** Assessed any penalty under chapter 68 of the Internal Revenue Code (or similar provision of the law of any state) for fraudulently failing to file any return or pay any tax, and the penalty has not been wholly abated, refunded, or credited? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**11** Assessed any penalty under chapter 68 of the Internal Revenue Code, and the penalty has not been wholly abated, refunded, or credited? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**12** Convicted of a crime under chapter 75 of the Internal Revenue Code (or similar provision of the law of any state), or of conspiracy to commit such a crime, and the conviction has not been wholly reversed by a court of competent jurisdiction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**13** Convicted, under the laws of the United States or any state, of a felony for which an element of the offense is theft, fraud, or the making of false statements, and the conviction has not been wholly reversed by a court of competent jurisdiction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**14** Assessed any tax under section 4103 (willful failure to pay the tax imposed by section 4041(a)(1) or 4081) and the tax has not been wholly abated, refunded, or credited? . . . . . . . . . . . . . . . . . □ Yes □ No

**15** Advised that your registration has been revoked? . . . . . . . . . . . . . . . . . . . . □ Yes □ No

| **Sign Here** | Under penalties of perjury, I declare that I have examined this application, and accompanying schedules and statements, and, to the best of my knowledge and belief, they are true, correct, and complete. |
|---|---|

▶ _____ Signature      ▶ _____ Title      ▶ _____ Date

Type or print name below your signature.

| Activity Letter | Additional Information Required |
|---|---|
| **A** Manufacturer of gas guzzler automobiles, sport fishing equipment (including fishing rods and fishing poles), fishing tackle boxes, bows, quivers, broadheads, points, arrow shafts, taxable tires, taxable medical devices, or vaccines. | 1. List all articles you manufactured. Include advertising brochures, if available.<br>2. List the organizations or businesses (for example, state or local government or school) to which you intend to sell articles tax free.<br>3. List the monthly volume of tax-free articles you intend to sell. Also, list the monthly volume of taxed articles you intend to sell. |
| **B** Buyer of sport fishing equipment (including fishing rods and fishing poles), fishing tackle boxes, gas guzzler automobiles, bows, quivers, broadheads, points, taxable medical devices, or vaccines for further manufacture or for resale to a buyer for further manufacture. | 1. List articles you intend to purchase for further manufacturing or for resale for use by the buyer for further manufacturing.<br>2. List the businesses that you will sell articles to for use in further manufacturing, if applicable.<br>3. List your other types of sales of articles other than for further manufacturing. |
| **C** Buyer of taxable tires for use on or in connection with the sale of another article the buyer manufactures and sells (1) for export, (2) to state and local governments, (3) to nonprofit educational organizations, or (4) as supplies for vessels or aircraft. | 1. List the type and weight of the tires you bought.<br>2. List the articles you manufactured (1) on which the tires will be used or (2) in connection with which the tires will be sold.<br>3. List the organizations or businesses with which you intend to have tax-exempt sales. |
| **D** Buyer with a place of business in the United States purchasing taxable medical devices, vaccines, gas guzzler automobiles, taxable tires, sport fishing equipment (including fishing rods and fishing poles), fishing tackle boxes, bows, quivers, broadheads, points, or arrow shafts for export or for resale to a second purchaser for export. | 1. List the articles you intend to buy for export or resale to others for export.<br>2. List the businesses to which you intend to sell articles for export. |

Form **637** (Rev. 12-2013)

Form 637 (Rev. 12-2013) — Page 3

| Activity Letter | Additional Information Required |
|---|---|
| **E** Buyer (other than state or local government) of gas guzzler automobiles for ambulance, law enforcement, or firefighting. | Provide the general information for all applicants. |
| **F** Nonprofit educational organization, other than a public school, buying taxable tires, certain heavy vehicles, sport fishing equipment (including fishing rods and fishing poles), fishing tackle boxes, bows, quivers, broadheads, points, or arrow shafts for its exclusive use. | 1. Provide a general description of the type of your educational facility, including faculty, curriculum, and student body. 2. Provide a copy of the IRS determination letter granting your exemption from federal income tax. 3. List products subject to federal excise tax you bought for the exclusive use of your organization and how the products will be used in the operation of your organization. 4. List activities (other than educational) conducted by the organization. |
| **I** Buyer (other than nonprofit educational organization or state or local government) of taxable tires for use on certain intercity, local, or school buses. | 1. List types and weights of tires you bought. 2. Describe the types of buses (intercity, local, or school) on which the tires are used. 3. Describe how the buses are used in the operation of the business. |
| **K** Buyer of kerosene for a feedstock purpose. | List the type of kerosene you purchased; and describe the product and manufacturing process for which the kerosene will be used as a feedstock. |
| **M** Blender of gasoline, diesel fuel (including a diesel-water fuel emulsion), or kerosene, producing a taxable fuel outside the bulk transfer/terminal system, including blenders of alcohol fuel mixtures, alternative fuel mixtures, biodiesel mixtures, and renewable diesel mixtures. | 1. List the products you bought or produced for blending with gasoline, diesel fuel, or kerosene. 2. List the annual volume of products you bought for blending. 3. List the annual volume of blended taxable fuel you produced. |
| **Q** First retail seller of certain heavy vehicles. | 1. Describe the heavy vehicles you intend to sell. 2. Describe the exempt sales of the heavy vehicles you intend to make. |
| **S** Enterer, position holder, refiner, terminal operator, or throughputter of gasoline, diesel fuel (including a diesel-water fuel emulsion), or kerosene, or industrial user of gasoline. | 1. List the annual volume of gasoline, diesel fuel, and kerosene you entered into the United States or produced. 2. List the locations and a description of your refineries, terminals, and pipelines. 3. List the names and addresses of any person(s) who will be acting for you as an agent or broker in entering, buying, selling, or transporting any fuel. 4. List the business entities to whom you sell, and with which you buy, trade, transfer, or exchange any gasoline, diesel fuel, and kerosene. 5. Provide the annual volume of gasoline, diesel fuel, and kerosene you buy, sell, trade, transfer, or exchange. |
| **V** Manufacturer, importer, or buyer of ozone-depleting chemicals (ODCs) for export. | 1. List the ODCs you import or manufacture for export. 2. List the companies from which you buy ODCs for export. 3. List the number of pounds for each type of ODC you exported in this calendar year and an estimate for next calendar year. 4. List your export locations, and list your production allowance, consumption allowance, export allowance, and export percentage as set by the Environmental Protection Agency. |
| **X** Pipeline operator or vessel operator (including certain deep-draft vessels) within the bulk transfer/terminal system. | 1. Schematic or map of your pipeline locations. 2. Names and addresses of facilities served by your pipeline or vessel. 3. Number, description, and capacities of your vessels used to transport taxable fuel. |
| **Y** Buyer of kerosene for its use in commercial aviation (other than foreign trade). | 1. List the quantity, types, and gross take-off weights of all aircraft you own and/or operate. Include the countries of registration. Aircraft that you operate but that are owned by other persons should be clearly designated. Information should be included as to the operating arrangements. 2. List the average number of operating hours (per month) of each aircraft that is listed in item 1. Show the number of hours for commercial aviation (other than foreign trade) and noncommercial aviation. 3. If you maintain kerosene storage facilities, list the location and capacity of each facility. |
| **AB** Producers and importers of agri-biodiesel. | 1. List the annual volume of agri-biodiesel you produced in or entered into the United States. 2. List the locations and a description of your production facilities. 3. List the names and addresses of any person(s) who will be acting for you as an agent or broker in entering, buying, selling, or transporting any agri-biodiesel. 4. List the business entities to whom you sell and with which you buy, trade, transfer, or exchange any agri-biodiesel. 5. Provide the annual volume of agri-biodiesel you buy, sell, trade, transfer, or exchange. |
| **AF** Producers and importers of alcohol. | 1. List the annual volume of alcohol you produced in or entered into the United States. 2. List the locations and a description of your production facilities. 3. List the names and addresses of any person(s) who will be acting for you as an agent or broker in entering, buying, selling, or transporting any alcohol. 4. List the business entities to whom you sell and with which you buy, trade, transfer, or exchange any alcohol. 5. Provide the annual volume of alcohol you buy, sell, trade, transfer, or exchange. |

Form 637 (Rev. 12-2013)                                                                                                    Page **4**

| Activity Letter | | Additional Information Required |
|---|---|---|
| AL | Alternative fueler that sells for use or uses alternative fuel as a fuel in a motor vehicle or motorboat. | Provide the general information for all applicants. |
| AM | Alternative fueler that produces an alternative fuel mixture that is sold for use or used in the alternative fueler's trade or business. | Provide the general information for all applicants. |
| BC | Qualified blood collector organization buying taxable fuel, taxable tires, and certain heavy vehicles; claiming exemption from the communications tax and heavy highway vehicle use tax; or to claim a credit or payment of certain excise taxes, for its exclusive use in the collection, storage, or transportation of blood. | 1. Provide a general description of your blood collection activity. 2. Provide a copy of the IRS determination letter granting you an exemption from federal income tax under section 501(a) as an organization described in section 501(c)(3). 3. Provide evidence of your registration with the Food and Drug Administration as a blood collector. |
| SB | Producers of second generation biofuel. | 1. List the annual volume of cellulosic biofuel (including second generation biofuel) you produced in the United States. 2. List the plant material you used to produce the cellulosic biofuel (including second generation biofuel). 3. List the locations and a description of your production facilities. 4. List the names and addresses of any person(s) who will be acting for you as an agent or broker in buying, selling, or transporting any cellulosic biofuel (including second generation biofuel). 5. List the business entities to whom you sell and with which you buy, trade, transfer, or exchange any cellulosic biofuel (including second generation biofuel). 6. Provide the annual volume of cellulosic biofuel (including second generation biofuel) you buy, sell, trade, transfer, or exchange. |
| CC | Credit card issuer that issues credit cards for sales of taxable fuel to a state or local government for its exclusive use or for sales of gasoline to a nonprofit educational organization for its exclusive use. | Provide the general information for all applicants. |
| NB | Producers and importers of biodiesel (other than agri-biodiesel) and renewable diesel. | 1. List the annual volume of biodiesel and renewable diesel you produced in or entered into the United States. 2. List the locations and a description of your production facilities. 3. List the names and addresses of any person(s) who will be acting for you as an agent or broker in entering, buying, selling, or transporting any biodiesel and renewable diesel. 4. List the business entities to whom you sell and with which you buy, trade, transfer, or exchange any biodiesel and renewable diesel. 5. Provide the annual volume of biodiesel and renewable diesel you buy, sell, trade, transfer, or exchange. |
| QR | Qualified retailer of diesel fuel or kerosene sold in Alaska for nontaxable uses. | Provide the general information for all applicants. |
| UA | Ultimate vendor that sells kerosene for use in aviation. | Provide the general information for all applicants. |
| UB | Ultimate vendor that sells undyed diesel fuel or undyed kerosene for use in certain intercity and local buses. | Provide the general information for all applicants. |
| UP | Ultimate vendor that sells kerosene from a blocked pump. | 1. Describe the blocked pumps you used to sell kerosene in your business. 2. List the location of your blocked pumps. |
| UV | Ultimate vendor that sells (a) undyed diesel fuel or undyed kerosene to a state or local government for its exclusive use, or (b) gasoline (including aviation gasoline) to a state or local government for its exclusive use or to a nonprofit educational organization for its exclusive use. | Provide the general information for all applicants. |

Form **637** (Rev. 12-2013)

A-339

Form 637 (Rev. 12-2013)                                                                                                    Page **5**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

The IRS has created a page on IRS.gov for Form 637 and its instructions at *www.irs.gov/form637*. You can find information about any recent developments affecting Form 637 (such as legislation enacted after we release it) on that page.

## What's New

• New activity letter **SB** now includes second generation biofuel. Current CB registrants will not need to reapply for the new **SB** registration. Activity letter **CB** is removed because it is no longer applicable.

• Activity letter **QR** is added for qualified retailers of diesel fuel or kerosene sold in Alaska. You do not need to reapply if you have already been issued a correspondence letter of registration as a qualified retailer.

• Activity letter **W** is removed because it is no longer applicable.

## General Instructions

### Purpose of Form

Use Form 637 to apply for excise tax registration for activities under sections 4101, 4222, and 4682. See the chart on pages 2–4 for the list of activities. Each business unit that has, or is required to have, a separate employer identification number (EIN) is treated as a separate person.

The following persons **must** be registered:

• Pipeline operator or vessel operator: Activity Letter **X.**

• Enterers, position holders, refiners, and terminal operators: Activity Letter **S.**

• Blenders: Activity Letter **M.**

• Producers or importers of alcohol, agri-biodiesel, and biodiesel (including renewable diesel): Activity Letters **AF, AB,** and **NB** respectively.

• Producers of second generation biofuel: Activity Letter **SB.** Current **CB** registrants will not need to reapply for new **SB** registrations.

Pub. 510, Excise Taxes, has more information regarding registrations.

### Penalty

The penalty for failure to register, if you are required to register, is $10,000 for the initial failure, and $1,000 for each day following that you fail to register. The penalty applies unless the failure to register is due to reasonable cause.

### How To Apply

Complete Form 637 and submit it with the required additional information described on the chart on pages 2–4. You may use additional sheets for your explanations. Be sure to write your name and EIN on each sheet you attach. You must send all of the required information or the processing of your application will be delayed. The IRS will ask you for additional information if needed, or you may provide additional information at any time.

The application must be reviewed and approved before you are registered for any activity. The review may include inspection of your premises during normal business hours without advance notice. If your application is approved, the IRS will issue a Letter of Registration. The letter will include the activities you are registered for, the effective date of the registration, and your registration number. A copy of Form 637 is not a Letter of Registration. If your application is denied, you will be notified in writing by the IRS that the application has been denied and the reason for the denial.

## Employer Identification Number (EIN)

Enter your EIN. If you do not have an EIN, you may apply for one online. Go to the IRS website at *www.irs.gov/businesses/small* and click on the "Employer ID Numbers (EINs)" link. You may also apply for an EIN by calling 1-800-829-4933, or you can fax or mail Form SS-4, Application for Employer Identification Number, to the IRS.

## P.O. Box

If the Post Office does not deliver mail to your street address and you have a P.O. box, show the box number instead of the street address.

## Signature

Form 637 must be signed by a person with authority to bind the applicant.

## Where To Apply

Send Form 637 to:

> Department of the Treasury
> Internal Revenue Service
> Excise Operations Unit- Form 637
> Cincinnati, OH 45999

## Changes in Registration

If an IRS office has issued you a Certificate of Registry or a Letter of Registration that is still in effect for an activity, you do not have to reapply for registration for that activity unless notified to do so. However, see *Reregistration for Fuel Activities* below. *To confirm the status of a registration, visit www.irs.gov/app/exciseTax/.* To apply for another activity or to cancel a registration, you must contact the IRS office in which you are registered.

Notify the IRS office within 10 days if any information submitted with an application changes. This includes, but is not limited to, address changes or changes in business activities. A registrant may not sell, lease, or otherwise allow another person to use its registration.

**Reregistration for fuel activities.** You must reregister with the IRS if there is a change of more than 50% of the ownership of a registrant and you are registered for activity letters **K, M, S, Y, AB, AF, SB,** or **NB.** In this instance, a change in ownership means that after a transaction (or series of transactions), more than 50% change of the ownership interests in, or assets of, a registrant are held by persons other than persons who held more than 50% of such interests or assets before the transaction (or series of transactions). Reregistration does not apply to companies whose stock is regularly traded on an established securities market. If you fail to reregister as required, see *Penalty* above.

To reregister, send a newly completed Form 637 to the address under *Where To Apply* above. On line 1d, enter your current registration number. The IRS will revoke the current registration number and issue a new registration to the new ownership (registrant).

## Additional Registration Information

For registration relating to:

• Taxable fuel, see Regulations section 48.4101-1.

• Exports of ozone-depleting chemicals, see Regulations section 52.4682-5.

• All other articles, see Regulations section 48.4222(a)-1.

A-340

**Page 6**

The following notices provide additional guidance.

• Notice 2005-4 (Public Law 108-357 fuel taxes). You can find Notice 2005-4 on page 289 of Internal Revenue Bulletin (IRB) 2005-2 at *www.irs.gov/pub/irs-irbs/irb05-02.pdf*. It's modified by Notices 2005-24, 2005-62, and 2005-80.

• Notice 2005-24 (modifies Notice 2005-4); on page 757 of IRB 2005-12 at *www.irs.gov/pub/irs-irbs/irb05-12.pdf*.

• Notice 2005-62 (modifies Notice 2005-4); Biodiesel and Aviation-Grade Kerosene; on page 443 of IRB 2005-35 at *www.irs.gov/pub/irs-irbs/irb05-35.pdf*.

• Notice 2005-80 (modifies Notice 2005-4); on page 953 of IRB 2005-46 at *www.irs.gov/pub/irs-irbs/irb05-46.pdf*.

• Notice 2006-92 (alt. fuel credit/tax; blood collectors); on page 774 of IRB 2006-43 at *www.irs.gov/pub/irs-irbs/irb06-43.pdf*.

• Notice 2008-110 (biodiesel; cellulosic biofuel) on page 1298 of IRB 2008-51 at *www.irs.gov/irb/2008-51_IRB/index.html*.

• Treasury Decision (T.D.) 9604 and Notice 2012-77 (medical device tax) on pages 730 and 781, respectively, of I.R.B. 2012-52 at *www.irs.gov/irb/2012-52_IRB/ar10.html*.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on Form 637 to carry out the Internal Revenue laws of the United States. We need it to figure and collect the right amount of tax. Subtitle D of the Internal Revenue Code, Miscellaneous Excise Taxes, imposes certain excise taxes. Section 4101 requires certain persons to register for excise taxes on fuel, as imposed by sections 4041 and 4081. Sections 4101, 4222, and 4682 allow certain other manufacturers, sellers, or purchasers to register to be eligible for credits or to be exempt from the excise tax on taxable articles. If you are required to register under section 4101 or if you elect to register for credits and/or exemption, you are required to provide the information requested on this form. Failure to provide this information may subject persons required to register to penalties, and may delay or prevent the processing of a voluntary registration for credits or exemption; providing false information may subject you to penalties. Section 6109 requires you to provide the requested identification numbers.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Generally, tax returns and return information are confidential, as required by section 6103. However, section 6103 allows or requires the IRS to disclose or give such information to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions to administer their tax laws; and to other countries under a tax treaty. We may also disclose this information to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

The time needed to complete and file Form 637 will vary depending on individual circumstances. The estimated average time is Recordkeeping, 7 hr., 39 min.; Learning about the law or the form, 1 hr., 37 min.; Preparing and sending the form to the IRS, 4 hr., 13 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 637 simpler, we would be happy to hear from you. You can send your comments to:

Internal Revenue Service
Tax Forms and Publications Division
SE:W:CAR:MP:TFP
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send Form 637 to this address. Instead, see *Where To Apply*, earlier.

**Schedule 8
(Form 8849)**
(October 2006)
Department of the Treasury
Internal Revenue Service

# Registered Credit Card Issuers

▶ Attach to Form 8849. Do not file with any other schedule.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN | Total refund (see instructions) |
|---|---|---|
| | | $ |

| Period of claim: *Enter month, day, and year in MMDDYYYY format.* | From ▶ | To ▶ |
|---|---|---|

Claimant's registration no. ▶  C C _____

*You must enter your registration number to make a claim on Schedule 8.*

**Note.** For lines 1 through 5, claimant (a) has not collected the amount of tax from the ultimate purchaser or has obtained the written consent of the ultimate purchaser to make the claim, (b) has repaid or agreed to repay the amount of tax to the ultimate vendor, has obtained the written consent of the ultimate vendor to make the claim, or has made arrangements that directly or indirectly provide the ultimate vendor with repayment of the tax, and (c) has obtained the required certificate from the ultimate purchaser and has no reason to believe any of the information in the certificate is false.

**1  Sales of Undyed Diesel Fuel**

| | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|
| Use by a state or local government | $  .243 | | $ | 360 |

**2  Sales of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**

| | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|
| Use by a state or local government | $  .243 | | $ | 346 |

**3  Sales of Kerosene for Use in Aviation**

| | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|
| a  Use by a state or local government (kerosene taxed at $ .244) | $  .243 | | $ | 346 |
| b  Use by a state or local government (kerosene taxed at $ .219) | .218 | | | 369 |

**4  Sales of Gasoline**

| | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|
| a  Use by a nonprofit educational organization | $  .183 | | $ | 362 |
| b  Use by a state or local government | .183 | | | |

**5  Sales of Aviation Gasoline**

| | (a) Rate | (b) Gallons | (c) Amount of refund *Multiply col. (a) by col. (b)* | (d) CRN |
|---|---|---|---|---|
| a  Use by a nonprofit educational organization | $  .193 | | $ | 324 |
| b  Use by a state or local government | .193 | | | |

**For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.**    Cat. No. 47991M    **Schedule 8 (Form 8849)** (10-2006)

**Defendant Exhibit**

30

# Instructions

## Purpose of Schedule

New Schedule 8, Registered Credit Card Issuers, is used by registered credit card issuers to make a claim for refund or payment of tax paid on certain sales of taxable fuel (diesel fuel, kerosene, and gasoline) to state and local governments and certain sales of gasoline to nonprofit educational organizations. The taxable fuel must have been purchased with a credit card issued to the state or local government or nonprofit educational organization by the credit card issuer making the claim. These rules apply to taxable fuel sold after December 31, 2005.

Claims may be made for the fuels and uses as listed on lines 1 through 5. To make a claim, the credit card issuer must:

**1.** Be registered by the IRS, and

**2.** Meet the conditions described in the note above line 1.

If 1 and 2 above are not met, or if the taxable fuel is purchased without the use of a credit card issued by the credit card issuer to a state or local government or nonprofit educational organization, the credit card issuer cannot make the claim.

## Registration Number

You must enter your registration number. You are registered if you received a letter of registration with a registration number from the IRS that has not been revoked or suspended. If you do not have a registration number, you cannot make this claim. Use Form 637, Application for Registration (For Certain Excise Tax Activities), to apply for one.

## Required Certificate

See Model Certificate R in Pub. 510, Excise Taxes for 2006.

## How To File

Attach Schedule 8 to Form 8849. On the envelope write "Registered Credit Card Issuer Claim" and mail to the IRS at the address under *Where To File* in the Form 8849 instructions.

## Lines 1 Through 5

**Claim requirements.** The following requirements must be met.

**1.** The claim must be for taxable fuel sold during a period that is at least 1 week.

**2.** The amount of the claim must be at least $200. To meet this minimum, amounts from lines 1 through 5 may be combined.

**3.** The claim must be filed by the last day of the first quarter following the earliest quarter of the claimant's income tax year included in the claim. For example, a calendar-year claimant's claim for diesel fuel sold during September and October must be filed by December 31.

**Note.** If the requirements above are not met for lines 1 through 3, see *Annual Claims* in the Form 8849 instructions.

## Total Refund

Add all amounts in column **(c)** and enter the result in the total refund box at the top of the schedule.

The Government's Analysis of Certificates Provided to Plaintiff

| # | Govt Unit | Beginning Date | Ending Date | Date Signed | Period Covered (yrs) | Fuel Type |
|---|-----------|----------------|-------------|-------------|----------------------|-----------|
| 1 | Alpha Fire Dept. | 4/1/2008 | 4/1/2011 | 7/27/2010 | 3 | N/A |
| 2 | Bald Eagle Fire Co. | 4/1/2008 | 4/1/2011 | 8/16/2010 | 3 | N/A |
| 3 | Bald Eagle Fire Co. | 4/1/2010 | 4/1/2014 | 3/14/2011 | 4 | N/A |
| 4 | Bellefonte Area School Dist. | 4/1/2008 | 4/1/2011 | 8/22/2011 | 3 | N/A |
| 5 | Bellefonte Boro | 5/29/2010 | 5/29/2013 | 8/6/2010 | 3 | N/A |
| 6 | Benner Township | 4/1/2008 | 4/1/2011 | 7/26/2010 | 3 | N/A |
| 7 | Boggs Township | 5/29/2007 | 5/29/2010 | 7/26/2010 | 3 | N/A |
| 8 | Boggs Township | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 9 | Boggs Township (Clfd Cnty) | 4/1/2008 | 4/1/2011 | 7/27/2010 | 3 | N/A |
| 10 | Bradford Township | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 11 | Central PA Institute of Science | 4/1/2008 | 4/1/2011 | 7/26/2010 | 3 | N/A |
| 12 | Centre Area Transport Authority | 5/29/2010 | 5/29/2013 | 8/6/2010 | 3 | N/A |
| 13 | Centre County Library | 5/29/2010 | 5/29/2013 | 8/2/2010 | 3 | N/A |
| 14 | Centre Hall Boro | 5/29/2010 | 5/29/2013 | 8/10/2010 | 3 | N/A |
| 15 | Centre Hall Fire | 9/27/2010 | 9/26/2013 | 9/27/2010 | 3 | N/A |
| 16 | Central Hall Potter Sewer Authority | 9/30/2006 | 9/30/2009 | 5/29/2007 | 3 | N/A |
| 17 | Central Hall Potter Sewer Authority | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 18 | Chester Hill Boro | 7/10/2007 | 7/9/2010 | 7/10/2007 | 3 | N/A |
| 19 | Chester Hill Boro | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 20 | Chester Hill Fire Co. | 4/1/2008 | 4/1/2011 | 7/13/2011 | 3 | N/A |
| 21 | Chester Hill Fire Co. | 4/1/2011 | 4/1/2013 | 7/13/2011 | 2 | N/A |
| 22 | Citizens Hook & Ladder | 4/1/2005 | 4/1/2008 | 7/27/2010 | 3 | N/A |
| 23 | Citizens Hook & Ladder | 4/1/2008 | 4/1/2011 | 7/27/2010 | 3 | N/A |
| 24 | Citizens Hook & Ladder | 4/1/2010 | 4/1/2014 | 3/9/2011 | 4 | N/A |
| 25 | Clarion County Office of Emergency | 5/29/2010 | 5/29/2013 | 7/28/2010 | 3 | N/A |
| 26 | Clearfield Boro | 4/1/2008 | 4/1/2011 | 7/30/2010 | 3 | N/A |
| 27 | Clearfield Boro | 4/1/2011 | 4/1/2014 | 7/12/2011 | 3 | N/A |
| 28 | Clearfield Co. Career Center | 7/20/2010 | 7/20/2013 | 7/20/2010 | 3 | N/A |
| 29 | Clearfield Co. Career & Tech CN | 4/1/2011 | 4/1/2014 | 7/11/2011 | 3 | N/A |
| 30 | Clearfield Recreation & Tourism | 4/1/2008 | 4/1/2011 | 8/13/2010 | 3 | N/A |
| 31 | Clinton Co. Solid Waste Authority | 5/29/2010 | 5/29/2013 | 8/10/2010 | 3 | N/A |
| 32 | Columbia Fire Co. #1 | 1/1/2009 | 12/31/2009 | 7/7/2009 | 1 | N/A |
| 33 | Columbia Fire Co. | 4/1/2010 | 4/1/2014 | 3/10/2011 | 4 | N/A |
| 34 | Cooper Township Road Dst. | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |

Defendant Exhibit 31

The Government's Analysis of Certificates Provided to Plaintiff

| # | Govt Unit | Beginning Date | Ending Date | Date Signed | Period Covered (yrs) | Fuel Type |
|---|-----------|----------------|-------------|-------------|----------------------|-----------|
| 35 | Covington/Karthaus Area Authority | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 36 | Covington Township | 5/29/2010 | 5/29/2013 | 8/2/2010 | 3 | N/A |
| 37 | Curwensville Lake Authority | 4/1/2008 | 4/1/2011 | 7/27/2010 | 3 | N/A |
| 38 | Decatur Township | 5/29/2010 | 5/29/2013 | 8/10/2010 | 3 | N/A |
| 39 | Ferguson Township | 4/1/2008 | 4/1/2011 | 7/28/2010 | 3 | N/A |
| 40 | Gregg Twp Fire Co. | 4/10/2006 | 4/10/2009 | 5/29/2007 | 3 | N/A |
| 41 | Gregg Twp Fire Co. | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 42 | Halfmoon Township | 1/1/2010 | 12/31/2013 | 12/11/2009 | 4 | N/A |
| 43 | Halfmoon Township | 5/29/2010 | 5/29/2013 | 7/29/2010 | 3 | N/A |
| 44 | Hawthorn Fire Co. | 4/1/2008 | 4/1/2011 | 8/19/2010 | 3 | N/A |
| 45 | Hawthorn Fire Co. | 1/1/2009 | 12/31/2009 | 6/19/2009 | 1 | N/A |
| 46 | Hope Fire Company No. 2 | 4/1/2008 | 4/1/2011 | 8/16/2010 | 3 | N/A |
| 47 | Howard Fire Company | 5/29/2010 | 5/29/2013 | 8/24/2010 | 3 | N/A |
| 48 | Howard Township | 5/29/2010 | 5/29/2013 | | 3 | N/A |
| 49 | Karthaus Township | 5/29/2010 | 5/29/2013 | 8/9/2010 | 3 | N/A |
| 50 | Lawrence Township | 11/1/2006 | 11/1/2009 | 5/29/2007 | 3 | N/A |
| 51 | Lawrence Township | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 52 | Logan Fire Co. | 4/1/2008 | 4/1/2011 | 7/27/2010 | 3 | N/A |
| 53 | Marion Township | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 54 | Milesburg Borough | 5/29/2010 | 5/29/2013 | 7/24/2010 | 3 | N/A |
| 55 | Morris Cooper Police Dept. | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 56 | Morris Twp Road Dist. | 5/29/2010 | 5/29/2013 | 8/5/2010 | 3 | N/A |
| 57 | Mountain Top Fire Co. | 5/29/2010 | 5/29/2013 | 7/20/2010 | 3 | N/A |
| 58 | Osceola Mills Borough | 5/29/2010 | 5/29/2013 | 8/5/2010 | 3 | N/A |
| 59 | Patton Township | 4/1/2008 | 4/1/2011 | 7/30/2010 | 3 | N/A |
| 60 | PA State Correction | 4/1/2008 | 4/1/2011 | 7/28/2010 | 3 | N/A |
| 61 | Penndot Maintenance District 2 | 4/1/2008 | 4/1/2011 | 7/30/2010 | 3 | N/A |
| 62 | Philipsburg Boro | 4/1/2005 | 4/1/2008 | 5/31/2007 | 3 | N/A |
| 63 | Philipsburg Boro | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 64 | P.O. Area School Dist. | 4/11/2006 | 4/11/2009 | 6/1/2007 | 3 | N/A |
| 65 | P.O. Area School Dist. | 5/29/2010 | 5/29/2013 | 7/28/2010 | 3 | N/A |
| 66 | Pleasant Gap Fire Co. | 8/1/2006 | 8/1/2009 | 5/30/2007 | 3 | N/A |
| 67 | Pleasant Gap Fire Co. | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 68 | Port Matilda Borough | 2/1/2007 | 2/1/2010 | 6/6/2007 | 3 | N/A |
| 69 | Port Matilda Borough | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 70 | Port Matilda Fire Co. | 5/29/2007 | 5/29/2010 | | 3 | N/A |
| 71 | Port Matilda Fire Co. | 5/29/2010 | 5/29/2013 | | 3 | N/A |
| 72 | Red Bank Township Clarion Cnty | 6/19/2006 | 6/19/2009 | 6/1/2007 | 3 | N/A |
| 73 | Red Bank Township Clarion Cnty | 5/29/2010 | 5/29/2013 | 8/2/2010 | 3 | N/A |
| 74 | Red Bank Valley School Dist. | 3/21/2006 | 3/21/2009 | 3/21/2006 | 3 | N/A |

The Government's Analysis of Certificates Provided to Plaintiff

| # | Govt Unit | Beginning Date | Ending Date | Date Signed | Period Covered (yrs) | Fuel Type |
|---|-----------|----------------|-------------|-------------|----------------------|-----------|
| 75 | Red Bank Valley School Dist. | 5/29/2007 | 5/29/2010 | 7/29/2010 | 3 | N/A |
| 76 | Red Bank Valley School Dist. | 5/29/2010 | 5/29/2013 | 7/29/2010 | 3 | N/A |
| 77 | Reliance Fire Co. | 4/1/2008 | 4/1/2011 | 7/22/2011 | 3 | N/A |
| 78 | Rush Township | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 79 | Seven Mountains EMS | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 80 | Snow Shoe Borough | 4/1/2008 | 4/1/2011 | 8/10/2010 | 3 | N/A |
| 81 | Snyder Township | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 82 | Spring-Benner Walker Joint Authority | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 83 | Spring-Benner Walker Joint Authority | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 84 | Spring Township | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 85 | State College Area School Dist. | 4/1/2008 | 4/1/2011 | 8/5/2010 | 3 | N/A |
| 86 | State College Boro | 5/29/2010 | 5/29/2013 | 7/27/2010 | 3 | N/A |
| 87 | Stone Creek Valley Fire Co. | 1/1/2009 | 12/31/2009 | 6/18/2009 | 1 | N/A |
| 88 | Tyrone Area School Dist. | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 89 | Undine Fire Company #2 | 4/1/2008 | 4/1/2011 | 7/14/2011 | 3 | N/A |
| 90 | Union Township | 4/1/2008 | 4/1/2011 | 7/25/2011 | 3 | N/A |
| 91 | Walker Township Vol. Fire Dept. | 4/1/2008 | 4/1/2011 | 9/2/2010 | 3 | N/A |
| 92 | Wallaceton-Boggs Municipal Authority | 4/1/2008 | 4/1/2011 | 7/24/2010 | 3 | N/A |
| 93 | Warriors Mark Water Auth. | 4/1/2008 | 4/1/2011 | 8/1/2010 | 3 | N/A |
| 94 | Williamsport Municipal Airport | 5/29/2010 | 5/29/2013 | 7/26/2010 | 3 | N/A |
| 95 | Central PA Dist. Library | 5/29/2010 | 5/29/2013 | | 3 | N/A |