IN THE UNITED STATES COURT OF FEDERAL CLAIMS
_____

No. 13-353 T

(Judge Lynn J. Bush)

J. J. POWELL, INC.,

                          Plaintiff

v.

THE UNITED STATES,

                          Defendant

_____

**NOTICE OF APPEAL**

_____

Notice is hereby given that the United States, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 28th day of April 2017.

- 1 -

- 2 -

Respectfully submitted,

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-0840
Jennifer.D.Spriggs@USDOJ.Gov

DAVID A. HUBBERT
  Acting Assistant Attorney General
DAVID I. PINCUS
  Chief, Court of Federal Claims Section
G. ROBSON STEWART
  Assistant Chief

s/G. Robson Stewart
Of Counsel
Attorneys for Defendant

June 20, 2017